1 | HOLLY S. COOPER SBN 197626
U.C. DAVIS IMMIGRATION LAW CLINIC
2 | University of California, Davis School of Law
One Shields Ave. TB-30
3 | Davis, CA 95616-8821
Email: hscooper@ucdavis.edu
4 | Tel: (530) 752-6942
Fax: (530) 752-0822
5 |
Attorney for Petitioner
6 | ANA BIOCINI

7

8 | UNITED STATES DISTRICT COURT

9 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | ANA BIOCINI,                                    ) Case No.
A 91 182 333, an individual                     )
12 |                    Petitioner,               )
                                                 )
13 |          vs.                                 ) **EXHIBIT INDEX**
                                                 )
14 | MICHAEL MUKASEY, in his official             )
capacity as Attorney General of the United      )
15 | States; MICHAEL CHERTOFF, in his official    )
capacity as Secretary of the Department of      )
16 | Homeland Security; NANCY ALCANTAR in         )
her official capacity as San Francisco Field    )
17 | Office Direction of U.S. Immigration and     )
Customs Enforcement, Detention and              )
18 | Removal; DONNY YOUNGBLOOD, in his            )
official capacity as Sheriff of Kern County     )
19 | Sheriff's Department and Lerdo Detention     )
Facility,                                        )
20 |                                             )
                                                 )
21 |                    Respondent(s)            )
                                                 )
22 |                                             )
                                                 )
23 |                                             )
                                                 )
24 | - - - - - - - - - - - - - - - - - - - - - - )

25

26

27

28

1

# TABLE OF EXHIBITS

A.    Ms. Ana Biocini's Declaration.

B.    Immigration Judge's Denial of Bond

C.    Board of Immigration Appeals Affirmance of Immigration Judge's Denial of Bond

D.    PACER

E.    Kern Medical County    Emergency Room Medical Record (May 29, 2007)

F.    Surgery Authorization Request (July 26, 2007) and Immigration and Customs Enforcement's Denial of that Request (July 31, 2007)

G.    Surgery Authorization Request (August 30, 2007) and Immigration and Customs Enforcement's Denial of that Request (September 18, 2007)

H.    Lerdo Detention Facility's Refusal to Removal Heavy Shackles

I.    Dr. Korn's Affidavit and Attached Medical Records

J.    Notice of Custody Review (September 15, 2006)

K.    Immigration and Customs Enforcement's Decision to Continue Detention (December 07, 2007)

L.    Administrative Record

# Exhibit A

# Declaration of Ana Biocini

1. I, ANA BEATRIZ BIOCINI, declare under the penalty of perjury that the following is true and correct to the best of my knowledge. My name is Ana Beatriz Biocini. I am currently under the custody of the U.S. Immigration and Customs Enforcement ("ICE") and detained at the Bakersfield "Lerdo" Detention Facility, located in Bakersfield, California. I have been in the continuous custody of ICE since March 2, 2006.

2. Before Bakersfield, I was detained at Yuba County Jail in Marysville, California, from March 2, 2006 until June 6, 2006. In total, I have been in ICE custody for over 19 months.

3. Around March 2006 in Yuba County Jail, I began to experience discomfort in my bowels. It became increasingly difficult to pass my stool. I would become severely constipated with every attempt. At one point, I was constipated for three days. The only medical advice that I received during this period was for me to consistently take Metamucil.

4. The Metamucil, however, was only minimally helpful. After about one month of taking it, the pain that I was experiencing did not subside. One day, the pain returned and was so vicious that I had to scream from the bathroom for the staff to take me to the infirmary. Once I was there, the only medical care I received was some Milk of Magnesia, which only temporarily helped me to pass my stool. Thereafter, the only medical treatment I received for recovery was Metamucil and some laxatives. I began to suspect that my colon needed to be examined. I requested a colon test; however, it was denied due to cost considerations.

5. On June 6, 2006, I was transferred to Bakersfield "Lerdo" Detention Facility. My pain and severe constipation continued to worsen. In October 2006, I began to see a small "ball" coming out of my body when I used the restroom. After this discovery, I reported this to a doctor at the Detention Center; however, the doctor insisted it was hemorrhoids without conducting a physical examination. After the visit, I requested another colon test to examine the protruding ball. However, this colon test was also denied because it was not included under ICE's budget. They continued to only provide medication for constipation.

6. On April 28, 2007, I was scheduled another visit. On May 3, 2007, I saw the doctor here in the detention facility. In the days prior to the visit, however, I became very sick.

1

1   Unfortunately during the visit, the doctor again told me that my bowel discomfort is caused

2   solely by my mental stress and anxiety, and that it is not a serious medical problem. In fact, he

3   called it a "functional" illness, and decided that I merely had "irritable bowel syndrome" and

4   hemorrhoids again without performing an actual, physical exam on me.    I did not think this

5   would be right, but there was nothing I could do about it.

6        7. On the evening of May 29, 2007, I was again having difficulties going to the restroom

7   and began to bleed severely. At about 7 PM, after trying many times to go to the bathroom that

8   evening, the "ball" came out of my body as I was making an effort to pass my stool. I tried hard

9   to place it back into my body but I was not able to, because the "ball" had grown in size and

10  became very large. I tried to call for help on the intercom, but no one responded. I finally got a

11  nurse to help and examine me after about an hour. After the nurse saw my conditions, she

12  decided that she could not help me and I needed a doctor immediately. The nurse then had me

13  taken to the Emergency Room of Kern Medical Center, located outside of the detention facility,

14  for emergency care.

15        8. After I arrived at the Kern County Medical Center, I informed the doctor and nurses of

16  the fact that I have experienced this protruding "ball" since October 2006, and that no one has

17  properly attended to my concerns. The medical staff informed me that this was part of my

18  rectum and intestine coming out of my body. They were very concerned, and they expressed

19  shock that I have never been treated for this problem. Around midnight, the doctor successfully

20  placed my displaced intestine back into my body and alluded to a possible surgery. It was not

21  until 2:30AM the following morning was I able to return to the detention center. During this

22  whole time, Ms. Bravo of the Bakersfield Detention Center assisted me, and she can attest to the

23  veracity of my statements.

24        9. On June 4, 2007, I saw the doctor at the Detention Center again. Nevertheless, he

25  simply prescribed a discrete diet of soft foods and Metamucil.

26        10. On June 7, 2007, I met with the doctor at the Kern Medical Center again and

27  reiterated that I have been bleeding from my rectum since May 2007. The doctor suggested that

28

1   I might have colon cancer, or in the alternative "rectal prolapse." Either way, I would need a
2   colon test and probably surgery.

3       11. Thereafter, I was scheduled and re-scheduled for a colon exam 4 times: June 11, June
4   15, June 22, and finally, on June 29 I got my colon exam. Fortunately, it was determined that I
5   do not have colon cancer. However, the doctor also did not believe my condition warranted a
6   colon operation.

7       12. On July 26, 2007, I visited the Kern Medical Center once again for my follow-up
8   exam after the colon test. This time, Dr. Nicole Thomas, examined and confirmed that I do
9   indeed have rectal prolapse. She also informed me that my organs have been out of placement
10  due to my prolonged illness, therefore surgery would be necessary for my organs to be restored
11  to their correct positions. ICE summarily denied Dr. Thomas' recommendation for surgery.

12      13. Since the night of my emergency visit to the Kern Medical Center, the fact that a
13  consistently growing "ball" would exit my body when I use the restroom has become a complete
14  nightmare: it happens every single time I have bowel movements. Consequently on August 3,
15  2007, I visited the doctor inside the detention facility again. This time he actually examined me,
16  agreed that I did have a big "ball" protruding, but he insisted once again that I do not need
17  surgery. In his own words, he told me that I "could handle it, it isn't that bad." When I insisted
18  that his medical opinion contradicted that of Dr. Thomas's from the Kern Medical Center, he
19  rudely asked me to leave his office.

20      14. As time continued, my condition was quickly deteriorating and clearly affecting other
21  organs of my body. I began consistently bleeding from my vagina and another ball started to
22  protrude from my vagina. Therefore on August 29, 2007, I visited a specialist at Kern Medical
23  Center. He not only confirmed my diagnosis of rectus prolapse, but also determined that I have
24  vaginal prolapse. The doctor stated that I have a propensity to these conditions due to the lack of
25  treatment, lack of early detection, and lack of surgery for the rectus prolapse.

26      15. On August 30, Dr. Lopez, a surgeon, told me that not only do I have vagina prolapse,
27  but my uterus is also displaced. They speculated that my bladder and kidneys have also become
28  affected. At that time, Dr. Lopez recommended that I have surgery, where my uterus and ovaries

are completely removed, due to the severity of the condition to prevent further damage to other organs.

16. On September 11, 2007, at Kern Medical County, Dr. Hoang, a gynecologist surgeon, scheduled the surgery for September 29, 2007 and discussed the necessary procedures. Dr. Hoang stated that the surgery had been approved. Dr. Hoang stated that in the event I do not wish to have my uterus and ovaries entirely removed, I can opt for a difference procedure whereby the uterus and ovaries would be pulled up from a stomach incision and holding the organs together with stitches. I chose the less anatomically sacrificial procedure.

17. On October 2, 2007, after a medical request to question the delayed surgery, I was told that INS refused to pay for the surgery; and therefore, it was cancelled. The nurse told me that it was denied on September 21, 2007.

18. On October 10, 2007, I saw a doctor at the Detention Center and asked him why the surgery was cancelled. He stated that he "no longer wanted to be my doctor" and to direct any questions to the nurses department. The same day, I asked Nurse Teresa for a copy of the letter detailing the reasons for the denied surgery. The treatment was denied "per consult with DIHS, [Division of Immigration Health Services,] staff physician" on September 18, 2007.

19. Here at the Bakersfield Detention Center, I cannot adhere to the soft diet that has been prescribed to me by my doctor at the Kern Medical Center, which leads me to avoid many meals completely because I do not want to risk my health any further. Similarly, I cannot get the necessary toilet products to clean myself. The doctor at the Kern Medical Center recommends that I keep my body as clean as possible to reduce the chances of infection. But, simply acquiring enough toilet paper has become very difficult.

20. For more than 19 months now, I have been sitting in ICE detention with my case pending on appeal. My son, Peter Biocini, has been struggling to perform the rudimentary assignments in school while battling clinical depression and anxiety disorder. According to the diagnosing psychologist Dr. Chase Spangler, my son has been distraught and disoriented ever since my detention, and not knowing at all when I will be released again has contributed significantly to the exacerbation of his conditions.

1

2

3    **Executed in Bakersfield, California, on** _____.

4

5

6    _____

7    **Ana Biocini**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit B

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
SAN FRANCISCO, CALIFORNIA

Matter of:                                      )        Date: April 25, 2007
                                                )
**Ana Beatriz BIONCI,**                         )        File Number **A 91-182-333**
                                                )
                                                )        In Bond Proceedings
      Respondent                                )
                                                )
_____             )

Charges        INA § 237(a)(2)(A)(iii) – Alien Convicted of an Aggravated Felony

Application:   Deferral of Removal Under the Convention Against Torture

On Behalf of the Respondent:
Holly Cooper, Esq.
Immigration Law Clinic
University of Davis, School of Law
1 Shields Ave.
Davis, CA 95616-8821

On Behalf of the DHS:
Sherry Nohara
Office of the Chief Counsel
630 Sansome Street, Suite 200
San Francisco CA 94111


# MEMORANDUM AND ORDER

Respondent, Ana Beatriz Bioncini, is a native and citizen of Colombia who entered the United States at Miami, Florida on or about February 11, 1981 as a nonimmigrant visitor. Her status was adjusted to that of a lawful permanent resident on May 5, 1989, pursuant to section 245 of the Immigration and Nationality Act (INA). On April 28, 2003 Respondent was convicted for violating 21 U.S.C. § 846, Conspiracy to Distribute Cocaine. The Department of Homeland Security (DHS) initiated removal proceedings against Respondent on January 28, 2005. She was charged with being removable under Section 237(a)(2)(A)(iii) of the INA as an alien convicted of an aggravated felony.

On May 16, 2005, Respondent submitted an application for asylum and withholding of removal. At a hearing on December 19, 2005, Respondent admitted the factual allegations lodged against her and conceded removability. Respondent also conceded that her federal drug conviction is an aggravated felony that renders her ineligible to apply for asylum. The court found that under *Matter of Y-L-*, 23 I&N Dec. 270 (A.G. 2002), Respondent's federal drug conviction constitutes a particularly serious crime, making her ineligible for withholding of removal pursuant to section 241(b)(3)(ii) of the INA.

A91-182-333                              1

The court heard testimony on Respondent's application for protection under the Convention Against Torture on December 19, 2005 and February 15, 2006. On April 13, 2006 the court denied that application and ordered Respondent removed to Columbia. That decision was affirmed by the Board of Immigration Appeals on August 31, 2006 and thereby became administratively final.

Respondent has filed a motion for bond redetermination. She states that she has filed a petition for review with the Court of Appeals for the Ninth Circuit and that the court of appeals has issued a stay of removal. She acknowledges that 8 CFR section 1241.3 directs that an alien with a final order of removal be taken into custody, and that under section 1241.4, once an order of removal is administratively final, authority to continue detention or grant release rests with DHS, not the immigration courts. She contends, however, that the removal period has not begun when a BIA final order has been appealed and the court of appeals has issued a stay. *See* 8 U.S.C. 1231 (a)(1)(B) [INA 241(a)(1)(B)].

If Respondent's argument regrading the onset of the removal period is correct, the result is that a final decision on whether the Respondent should be removed is still pending. She is therefore, given her criminal conviction, subject to mandatory detention under section 236(c)(1)(B) of the INA, as an alien convicted of an aggravated felony and convicted of an offense relating to controlled substances.

Respondent contends that continued detention under section 236 would violate her rights to due process. But an administrative court cannot adjudicate constitutional claims. *Hernandez-Rivera v. INS*, 630 F.2d 1352, 1355 (9th Cir. 1980).

**ORDER:** The motion for bond redetermination is **DENIED**.

**Anthony S. Murry**
**Immigration Judge**

A91-182-333

2

# Exhibit
# C



530-752-08
Holly Cooper

U.S. Department of Justice

Executive Office for Immigration Review

*Board of Immigration Appeals*
*Office of the Clerk*

5107 Leesburg Pike, Suite 2000
Falls Church, Virginia 22041

Cooper, Holly S., Esquire
P.O. Box 73015
Davis, CA 95617

Office of the District Counsel/SFR
P.O. Box 26449
San Francisco, CA 94126-6449

Name: *F-BIOCINI, ANA BEATRIZ                    A91-182-333

<u>Date</u> of this notice: 6/28/2007

Enclosed is a copy of the Board's decision and order in the above-referenced case.

Sincerely,

*Donna Carr*

Donna Carr
Chief Clerk

Enclosure

Panel Members:
    PAULEY, ROGER

**U.S. Department of Justice**
Executive Office for Immigration Review

Decision of the Board of Immigration Appeals

Falls Church, Virginia 22041

File:   A91 182 333 - San Francisco, CA

Date:   **JUN 2 8 2007**

In re:  ANA BEATRIZ BIOCINI

IN BOND PROCEEDINGS

APPEAL

ON BEHALF OF RESPONDENT:  Holly S. Cooper, Esquire

ORDER

PER CURIAM. This is an appeal from an Immigration Judge's order denying the respondent's request for a change in custody status. We note, however, that the Board has completed the respondent's appeal of the removal order in a decision dated August 31, 2006. Thus, there is a final administrative order. The authority of an Immigration Judge to set bond conditions ceases at the entry of a final administrative order. See 8 C.F.R. § 1236.1(d). This Board's authority to set bond conditions on appeal from an Immigration Judge's order derives from the Immigration Judge's underlying authority to redetermine conditions of custody. Although the respondent argues that the Immigration Judge retains jurisdiction over the respondent's custody, at this time neither an Immigration Judge nor this Board has authority to set bond conditions because a final order of removal has been entered in the respondent's case. Accordingly, the instant bond appeal from the Immigration Judge's bond order is dismissed as moot.

FOR THE BOARD

# Exhibit D

Print Page

# General Docket
## US Court of Appeals for the Ninth Circuit

Court of Appeals Docket #: 06-74408
Nsuit:     0                                                    Filed: 9/11/06
Biocini, et al v. Mukasey
Appeal from: Immigration and Naturalization Service

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Case type information:
    1) agency
    2) review
    3)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Lower court information:

    District: 0971-3 : A91-182-333
    Date Filed: 9/11/06
    Date order/judgment: **/**/**
    Date NOA filed: **/**/**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Fee status: paid

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Prior cases:
   None
Current cases:
   None


Docket as of January 29, 2008 11:22 pm                    Page 1



06-74408 Biocini, et al v. Mukasey

ANA BEATRIZ BIOCINI, aka Ana          Holly S. Cooper, Esq.
Racines Jaramillo, Ana                FAX 530/752-0822
Jaramillo de Rivera                   530/754-4833
    Petitioner                     [COR LD NTC ret]
                                      LAW OFFICES OF HOLLY COOPER
                                      P.O. Box 4358
                                      Davis, CA 95617-4358


    v.

MICHAEL B. MUKASEY, Attorney          Ronald E. LeFevre, Chief
General                               Counsel
    Respondent                     [COR NTC gov]
                                      OFFICE OF THE DISTRICT COUNSEL
                                      Department of Homeland Security
                                      P.O. Box 26449
                                      San Francisco, CA 94126-6449

Edward J. Duffy, Attorney
FAX 202/616-4949
202/353-7728
[COR LD NTC gov]
John D. Williams, Esq.
FAX 202/307-0592
202/616-4854
[COR LD NTC gov]
DOJ - U.S. DEPARTMENT OF
JUSTICE
Civil Div./Office of
Immigration Lit.
P.O. Box 878, Benjamin Franklin
Station
Washington, DC 20044

Docket as of January 29, 2008 11:22 pm                    Page 2


06-74408 Biocini, et al v. Mukasey

ANA BEATRIZ BIOCINI, aka Ana Racines Jaramillo, Ana
Jaramillo de Rivera

        Petitioner

   v.

MICHAEL B. MUKASEY, Attorney General

       Respondent

Docket as of January 29, 2008 11:22 pm                    Page 3




06-74408 Biocini, et al v. Mukasey

| | |
|---|---|
| 9/11/06 | FILED INS Petition for REV and Motion for Stay. Docketed Cause and Entered Appearance of Counsel. Pursuant to G.O. 6.4(c)(1)(3) A TEMPORARY STAY OF REMOVAL IS IN EFFECT pending further order. The schedule is set as follows: Pursuant to G.O. 6.4(c)(1)(3), the schedule is set as follows: Cert. Admin. Record due 11/6/06 Response to motion for stay due 12/4/06 for Alberto R. Gonzales.  (MOATT) [06-74408] (jd) |
| 9/11/06 | Filed Petitioner Ana Beatriz Biocini's motion to stay deportation (see schedule above) [06-74408] served on 9/8/06 [5942711].  (MOATT) [06-74408] (jd) |
| 9/11/06 | Verified that Petitioner's counsel of record has been admitted to practice in this court.  [06-74408] (jd) |
| 9/11/06 | Detained: Yes  [06-74408] (jd) |

9/22/06          Received notification of payment of docket fee ( date paid:
                 9/22/06) [06-74408] (wp)

10/31/06         Electronic Certified Administrative Record Filed.  CD-ROMS:
                 1 [06-74408] (rayc)

11/6/06          Received Respondent Alberto R. Gonzales  letter dated
                 10/30/06 re: the record has been filed  [06-74408] (wp)

12/21/06         Received (late) Respondent Alberto R. Gonzales's motion to
                 dismiss; opps to motion for stay and request to hold
                 briefing in abeyance; served on 12/18/06. (MOATT)
                 [06-74408]  [06-74408] (dv)

12/26/06         Filed Petitioner Ana Beatriz Biocini's motion to extend
                 time to file response to respondent's motion to dismiss and
                 reply to opposition to motion for stay of removal. (MOATT)
                 [06-74408] served on 12/22/06 [6049097] [06-74408] (wp)

1/3/07           Received Petitioner Ana Beatriz Biocini's addendum to
                 petitioner's motion to extend time (MOATT) [6049097-1]
                 ,served on 1/2/07 [06-74408] (wp)

1/22/07          Filed Petitioner Ana Beatriz Biocini's reply to respondent's
                 opposition to motion for stay of removal. (MOATT)
                 [6041214-1]  served on 1/19/07 [06-74408] (wp)

1/22/07          Filed Petitioner Ana Beatriz Biocini response to
                 respondent's motion to dismiss (MOATT) [6041214-1] served
                 on 1/19/07 [06-74408] (wp)

Docket as of January 29, 2008 11:22 pm                Page 4


06-74408 Biocini, et al v. Mukasey

2/22/07          Filed order MOATT (A. W. TASHIMA, Sidney R. THOMAS): Pet's
                 motion for extension of time to file a response is granted.
                 Resp's motion to dismiss for lack of juris is denied w/o
                 prejudice to renewing the arguments in the answering brief.
                 The record has been filed. The op brief is due 5/29/07, ans
                 brief 7/28/07, reply brief is due 14 days after service.
                 [06-74408] (ca)

5/25/07          14 day oral extension by phone to file Petitioner's opening
                 brief [06-74408]. Petitioners' brief due 6/12/07;
                 respondents' brief due 8/13/07; the optional reply brief is
                 due 14 days after service of the answering brief. (lb)

6/13/07          Filed original and 15 copies Petitioner Ana Beatriz Biocini
                 opening brief ( Informal: no) 56 pages served on 6/12/07
                 [06-74408] (wp)

7/30/07          Rcvd notice of appearance of Edward Duffy  (Withdrew as
                 counsel: attorney OIL for Alberto R. Gonzales  [06-74408]
                 (wp)


| 7/30/07 | Filed Alberto R. Gonzales motion to extend time to file respondent's brief (promo) [06-74408] served on 7/27/07 [6248076] (wp) |
|---|---|
| 8/2/07 | Filed order (Deputy Clerk: cag) Respondent's motion for an ext of time to file respondent's brief is granted. The respondent's brief is due 9/27/07. The reply brief is due 14 days after service of the answering brief. [06-74408] (wp) |
| 9/21/07 | Received Ana Beatriz Biocini additional citations, served on 9/19/07 (MERITS PANEL) [06-74408] (wp) |
| 9/25/07 | Received Respondent Alberto R. Gonzales letter dated 9/24/07 re: request for mediation. (CONFATT) [06-74408] (wp) |
| 9/28/07 | Filed order CONFATT (em) Case referred to Confatt for assessment conference only. Conference to be on 10/31/07 at 11:00. By telephone (y/n): yes. The briefing schd is vacated. [06-74408] (wp) |
| 10/26/07 | Filed order CONFATT ( RGA) At the request of csl for petitioner, the conference schd for 10/31/07 is reschd for assessment conference only on 11/8/07 at 11:00. By telephone (y/n): yes. [06-74408] (wp) |
| 11/13/07 | Filed order CONFATT (RGA) The court will initiate a further assessment conference by telephone on 12/4/07, at 10:30 a.m. PACIFIC (San Francisco) Time. [06-74408] (ec) |

Docket as of January 29, 2008 11:22 pm                    Page 5

06-74408 Biocini, et al v. Mukasey

| 12/6/07 | Filed order CONFATT ( RGA) A further pre-briefing conference will be held on 2/12/07 at 11:00 By telephone (y/n): yes [06-74408] (wp) |
|---|---|
| 1/22/08 | Filed joint motion to remand and stay the briefing schd. (CONFATT) [06-74408] Served on 1/18/08 [06-74408] (wp) |
| 1/29/08 | Order filed CONFAT (Dep. Clk. RGA) The further assessment conference previously scheduled for 2/12/08, is cancelled. The parties' joint motion to remand this matter to the Board of Immigration Appeals is granted. Based on further agreement of the parties, and pursuant to Appendix A(52) of the General Orders, the Court orders that petitioner's removal is stayed pending a Board decision in this matter. The certified copy of this order sent to the agency shall constitute the mandate. REMANDED. ( Procedurally Terminated Without Judicial Action; Remanded) [06-74408] (lin) |

Docket as of January 29, 2008 11:22 pm                    Page 6

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 02/05/2008 17:02:01 | | |
| PACER Login: | tix2127 | Client Code: |
| Description: | dkt report | Case Number: 06-74408 |
| Billable Pages: | 6 | Cost: 0.48 |

# Exhibit E

**KERN MEDICAL CENTER**
**1830 FLOWER ST., BAKERSFIELD, CA. 93305**

EMERGENCY MEDICINE RECOR[...]

MEDICAL RECORD NO
0001178074

| | | | | |
|---|---|---|---|---|
| ACCOUNT NO 0714901130 | DATE ARRIVED 05/29/07 | TIME 23:09 | ARRIVAL MODE SHERIFF KERN CTY | RM LOC/STATION |

| PATIENT | | | | | |
|---|---|---|---|---|---|
| NAME BIOCINI,BEATRIZ ANA | | | | BIRTH DATE 06/30/54 | AGE 52Y SEX F |
| STREET ADDRESS 17635 INDUSTRIAL FARM RD | | CITY BAKERSFIELD | | STATE CA | ZIP 93308 |
| PHONE (661)391 7913 | SOC SEC NO 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 | | MARITAL STATUS | | TRANS A CLASS P |
| VIS NO BK#1709304 | MR NO | | SSS | | J COUNTY CORRECTIONA |

MEDICAL EVALUATION

OBJECTIVE FINDINGS  See Triage Note

T₄ 98°  BP 123/76  HR 85  RR 18  O₂ sat 98%.      2309 GR

CHIEF COMPLAINT: Something come out from my ass

☑ VITAL SIGNS REVIEWED FROM TRIAGE          ALLERGIES ✗ none ... see nurse's notes
☑ NURSING NOTES REVIEWED
☐ EMS NOTES REVIEWED

MED RECEIVED BY / AREA: 23  04    TIME SEEN BY M.D  24  00:00

HISTORIAN Patient / Friend / Family / EMS
HX LIMITED BY: Acuity / ALOC / Intoxication
ARRIVED BY: EMS / Walk-in / Private Auto

CHECK BOX(s) FOR NORMALS, CIRCLE POSITIVES, SLASH NEGATIVES, NOTE FINDINGS

**HISTORY OF PRESENT ILLNESS**

52 y/o FE sensation of something coming out of her rectum. ~~It occurred~~ For 6-7 m has sensation of this. Everytime ~~each~~ had BM had push back in. On 4/29/07 so 5h had pain, couldn't have BM, can't to prolapse. Since then, ~~today today~~ ahef rectal pain. Today ⊚ 17:00, during BM, couldn't reduce.

ONSET: gradual / sudden / insidious

TIMING: constant / intermittent

DURATION: ____ mins / 7 hrs / ____ days

QUALITY: aching / burning / cramping / pressure / sharp / stabbing / squeezing / tearing

SEVERITY: mild / moderate / severe  10/10

CONTEXT: h/o of prolapse;

ASSOC SIGNS/SXS: ☐ none
- can't walk; can't urinate to

MODIFYING FACTORS: ☐ nothing
- worse c valsalva.

LOCATION/RADIATION:
- rectm
- shanks b/c

MEDICAL RECORDS REVIEWED ☐ none KMC / outside facility
☐ DATES ____  ☐ FINDINGS ____

RECENT PRIOR AND SIMILAR EPISODES ☐ NONE
WORKUP
DIAGNOSIS
TREATMENT

**REVIEW OF SYSTEMS**
ONLY USE CHART AREAS THAT ARE CLINICALLY INDICATED

☐ CONSTITUTIONAL fever / chills / wt loss / weakness

☐ EYE blurred or double vision / pain / photophobia

☐ ENT congestion / epistaxis / pain / discharge

☐ CVS chest pain / palpitations / orthopnea / edema / DOE

☐ RESP cough / dyspnea / sputum / wheezing / hemoptysis

☐ GI pain / heartburn / melena / distension / vomiting / nausea / diarrhea

☐ GU dysuria / urgency / hesitation / hematuria / discharge / bleeding

☐ MUSKEL pain ____ /swelling/stiffness / weakness

☐ SKIN rash / discolorations / jaundice/pruritus

☐ NEURO headache / LOC / numbness / confusion / memory loss

☐ HEME/ENDO bruising / bleeding / polyuria / polydipsia / adenopathy

☐ ALLER/IMMUNE rash / itching / swelling

☐ PSYCH anxiety / depression / sleep appetite disruption / mood change

☑ ALL OTHER SYSTEMS REVIEWED AND ARE NEGATIVE

**PAST MEDICAL, FAMILY AND SOCIAL HISTORY**

PMH ☐ unknown ✗
CAD / HTN / CHF / MI / DM / NIDDM
COPD / ASTHMA / CVA / PUD / GERD
BILIARY DZ / PANCREATITIS / CRF
RENAL STONES / HEPATITIS

FAMILY HX ____ none ____ unknown
DM / CAD / HTN / CA / CVA

MEDS: ☐ none ☐ see nurses notes

SURGICAL HX ✗ none

IMMUNIZATIONS UTD   Y   N

GYN HX: G ___ P ___ TAB ___ SAB
LMP none ↑ 3 m

SOCIAL HX  ☐
Tobacco
EtOH
Drugs

EXAMINED BY: CLEMENT
DATE  6/__/2007

KERN MEDICAL CENTER
1830 Flower Street
Bakersfield, CA 93305

ACCT # 071490    30
MEDREC # 0001178074
PATIENT BIOCINI,BEATRIZ ANA
ADMIT DATE 05/29/07
UCR 06/30/54

CHECK BOXES FOR NORMALS, CIRCLE POSITIVES, SLASH NEGATIVES, NOTE FINDINGS

## PHYSICAL EXAM
Only use chart areas that are clinically indicated

**GEN:** Distress    no /mild /mod /severe    Hydration nl /dehydrated
☑ VS reviewed from nurses notes    (nl) __ abn    YALE __
☑ P OX __% on (RA)    % on __    Hypoxic
☐ Exam limited by urgency of pt's condition or altered mental status
☑ Alert and O x 3    Nutrition status    (nl) cachectic / obese
Orthostatic vitals: ←

**EYE:**
☑ PERRLA    ☐ Lids, Sclerae, Conj, Cornea    ☐ Fundi    ☑ EOM's intact

**ENT:**
☐ Nasal Exam    ☐ Canals, Hearing, TM's    ☑ Tonsils, Pharynx
MMM

**NECK:**
☐ No JVD    ☐ Trachea    ☐ No Meningeal Signs    ☐ Thyroid nl

**CV:**
☑ RRR    ☑ No abn sounds, murmurs    ☑ No edema
Pulses    ☐ Carotid nl    ☐ Abd Aorta nl    ☐ Femoral nl    ☐ Periph nl
2+ radial

**RESP:**
☑ Effort    ☐ Chest Wall Palpation
☑ Lungs clear    ☑ Bilat BS

**GI/ABD/BACK:**
☐ Soft(ly) w/o masses    ☑ BS nl
☐ Liver/Spleen nl    ☑ No CVAT
☐ Rectal nl    HEME ☐ pos ☐ neg
soft diffuse mild tenderness
Decreased guarding
rectum prolapsed ~ 4cm

**GU:**
**MALE:**    ☐ Ext Gent nl    ☐ Testes nl    ☐ Prostate nl
**FEMALE:**    ☐ Ext Gent.    ☐ Cx nl
☐ No vaginal discharge
☐ Uterus nl size, Non tender
☐ Adnexa nl    ☐ No CMT

**NEURO:**
☐ Cr Nerves intact    ☐ DTR'S equal    ☐ Motor intact    ☐ No abn reflexes
☐ Sensation intact    ☐ Q x 3

**PSYCH:**    SAD SCORE:    **MME:**
☐ Insight/judgement    ☐ Recent/Remote Memory    ☐ Social Support
☐ Hallu/Delusion    ☐ Mood/Affect    ☐ Suicidal/Homicidal ideation

**SKIN:** ☑ Warm, Dry, Well hydrated    ☐ No Rash    ☐ No Nodules

**MUSC-SKEL EXTREMITIES** ☐ Strength & Tone    ☐ Joints w/o effusion or tenderness
☐ ROM    ☐ no Digits/Nails    BACK    ☐ nl gait ☐ ROM ☐ nl SLR

## MEDICAL DECISION MAKING
**DIAGNOSTIC CONSIDERATIONS:** rectal prolapse

**DIAGNOSTIC TESTS** ☑ ordered and normal, circle and note abnormals
**LAB**
CBC ☐ nl ☐ nl except
BMP ☐ nl except

WBC
Nu __ Cl __ GLU __ CO __ CR __ TREATMENT __
HH __ K __ CO2 __ AG __ CR __
SEGS    BANDS    LYMP    PLAVET __
6/15/2007

**UA** ☐ nl ☐ nl except    uHCG ☐ neg ☐ pos Quant
WBC __ RBC __ BACT __    uTox ☐ Foley ☐ pos
__ Epith cells b/c __ ☐ lg clumps to __    PT / PTT __    LFT's __
**CARDIAC ENZ** ☐ nl ☐ abn    LIPI/AMYL __
**MISC**
**EKG**
☐ Read by ED MD    ☐ Compared to __    unchanged / changed
☐ NSR ☐ Intervals ☐ QRS ☐ ST-T waves

**MONITOR / RHYTHM STRIP**
☐ NSR    ☐ Ectopy

**ABG**
On RA / __ L via NC / MASK / ET    pH __ pCO2 __ PO2 __ HCO __
Interpreted by ED MD as: Normal / Hypoxic / Hypercarbic / Resp Acid / Met Acid
**X-RAYS**
☐ Read by ED MD
☐ CXR 2V / 1V    ☐ nl ☐ Abn __
☐ Abd Series    ☐ nl ☐ Abn __
☐ Ext __    ☐ nl ☐ Abn __
☐ __    ☐ nl ☐ Abn __

**TREATMENT / ED COURSE**
☐ O2 via NC / MASK / ETT    ☐ Critical Care __ mins
☑ IV Fluids
☑ IV Meds    Reglan, Zosyn 3mg IV
☑ Pain Meds    Morphine
☐ Foley ☐ NG tube ☐ Charcoal ☐ MHN x __ with Proventil / Atrovent

**RESPONSE TO TREATMENT / RE-EXAM:**
Time: 0312    same/better/worse    rectum reduced by bintry
Time: __    same/better/worse

**PROCEDURES BY ED MD:** ☐ CIRCLE AND DESCRIBE
ACLS    CENTRAL LINE    CARDIOVERT    INTUBATION    THROMBOLYSIS
EXT PACER    CHEST TUBE    NGT    FOLEY    LP    SLIT LAMP    CON-SED
EPISTAXIS-CON    IVP DYE    DIGITAL BLOCK    FRACT / DISLOC REDUC    SPLINT
LACERATION: ☐ WOUND PREP ☐ IRRIGATED & DEBRIDED ☐ LOCAL ANESTH INJECTED
__ LAYERS CLOSED __ LENGTH __ cm
☐ Risk, Benefits & Alt'natives Discussed with Patient __

**CLINICAL IMPRESSION(S):** 1. Rectal Prolapse

**CONSULTATIONS:** ☐ IM / FP T MC __ ☑ SURG    TIME 0180
PEDS TIME __ ☐ OB/GYN TIME __
**DISPOSITION** ☑ Home __ Admit: CU / Tele / OR / Med / Surg / Ped / OB/Gyn / Trauma
Transferred to __
**FOLLOWUP:** ☐ Clinic RMC __ Clinic in __ days
**CONDITION:** ☐ Stable ☐ Unstable ☑ Expired ☐ AMA
**D/SCH INSTR** ☐ Register / trans / to be discussed w/ Pt. Consult / MD
**D/C ATION:** ☐ YES ☐ NO    **TRAUMA PT** ☐ YES ☐ NO
Rx given    Senna, Dulcolax, Lactulose

**PLAN** 1. disposition to custody, 2. Surg followup

SIG __    Pham    9304    RN / MD-DO / PA / NP

I agree with and participated in determining the final impression, treatment and disposition as indicated by the above assessment, teaching Addendum for the chart details

SIG __    Faculty MD-DO Review

0210    Sing/nl



KERN MEDICAL (                    ER
1830 Flower Street
Bakersfield CA 93305

ACC'T # **0714901**
PATIENT BIOCINI BEATRIZ ANA
ADMIT DATE 05/28/07

MEDREC# **0001178074**

DOB **06/30/54**

## EMERGENCY: Nursing Initial/ Continuing Assessment Form

Allergies: ☐ No    ☐ Yes  Identify & Describe Reaction _____

Pediatric
All patients under the age of 14 years:
Height ___    Weight ___

If patient is under the age of 2 years, include
Head Circumference: _____

Pain Assessment
☐ No    ☐ Yes. If yes describe below

Pregnant
☐ No    ☐ Yes    ☐ Unk    ☐ NA

LMP: _____

Tetanus
☐ UTD    ☐ NUTD    ☐ UNK

Immunizations:
☐ UTD    ☐ NUTD    ☐ UNK

### Nursing Initial/ Continuing Reassessment

| NEUROLOGICAL | Oriented x3 Behavior appropriate Speech clear, appropriate | Time/Initials | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 01 | 02 | 03 | 04 | 05 | 06 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| CARDIOVASCULAR | HR Reg. Extrem. warm, pink | Time/Initials | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 01 | 02 | 03 | 04 | 05 | 06 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| RESPIRATORY | Resp. even & reg., nonlabored Nailbeds, membranes pink | Time/Initials | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 01 | 02 | 03 | 04 | 05 | 06 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| PAIN | Absence of | Time/Initials | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 01 | 02 | 03 | 04 | 05 | 06 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| GASTROINTESTINAL | | Time/Initials | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 01 | 02 | 03 | 04 | 05 | 06 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

EMERGENCY: Nursing Initial/Continuing Assessment Form Rev



ACCT # 0714901130
PATIENT BOCINI,BEATRIZ ANA
MEDREC# 0001178074
DOB 06/30/64

Emergency KMC Nursing Initial/Continuing Assessment Form

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

RESPIRATORY
Value will not quiet, frequency
Non-invasive
Normal breathing, odor
No Bleeding

MUSCULOSKELETAL
Full ROM
Steady gait, coordinated
No Deformities

SKIN
Skin color/change normal
Skin warm, dry, intact
Mucous membranes moist

PSYCHOSOCIAL
Stable living situation
Stable support system
Mood, affect appropriate

**This section is to be completed, if after assessment there is a change in Priority.**

Initial Assessment Completed @ Date: _____ Time _____ by _____ _____ RN
Priority Change:  □ No
 □ Yes,   RED: _____   ORANGE _____   GREEN: ✓   WHITE: _____

Reassessment Completed @ Date: _____ Time _____ by _____ RN
Priority Change:  □ No
 □ Yes,   RED: _____   ORANGE: _____   GREEN: _____   WHITE: _____

Reassessment Completed @ Date: _____ Time _____ by _____ RN
Priority Change:  □ No
 □ Yes,   RED _____   ORANGE: _____   GREEN: _____   WHITE: _____

EMERGENCY Nursing Initial/Continuing Assessment Form Rev. 6/00

ACC* # 0714901130
PATIENT BIOCINI,BEATRIZ ANA

MEDREC# 00011/8074
DOB:06/30/64

Emergency: KMC Nursing Initial Continuing Assessment Form

| On Going Vital Signs | | | | | | | Time | Procedure/Treatment | | Nurse |
|---|---|---|---|---|---|---|---|---|---|---|
| Time | Temp | B-P | Pulse | Resp | SAO₂ | | | Xrays Done ☐   EKG Done ☐ | | |
| 0100 | 122/78 97.8 | 124/84 | 70 | 18 | 98% | | | Specimen sent to Lab  ☐ Yes ☐ No | | |
| 0200 | 97² | 129/80 | 80 | 10 | 97% | | | SL ___ Gauge 17 Site ☐ RL ___ | | ☐ |
| | | | | | | | | ☐ Cardiac Monitor   ☐ BP Monitor | | |
| | | | | | | | | Oxygen @ _____ LPM via _____ | | |
| | | | | | | | | Catheter ☐ Indwelling size _____ ☐ In/Out amount _____ | | |
| | | | | | | | | ☐ Ice  ☐ Dressing  ☐ C-Collar | | |
| | | | | | | | | ☐ Support/ Splint | | |
| | | | | | | | | Wounds Cleansed ☐   Dressed ☐ | | |
| | | | | | | | | Crutch Training ☐   Patient Demo ☐ | | |
| | | | | | | | | Pelvic Assist: Patient tolerated: ☐ Well  ☐ Fair  ☐ Poor | | |

| Medications | | | | | | |
|---|---|---|---|---|---|---|
| Time | Med | Dose | Route/Site | RN/LVN or Dr | | Response to Med |
| 0100 | Reglan | 10 mg | IV vol | ___ MBH | 3 hr ___ no relief | |
| 0200 | Morphine | 8 mg | IV vol | ___ MBH | 3 hr ___ no relief | |

| Intravenous Fluids | | | | | | | | | | Intake | | | Output | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Time | IV# | Site | Gauge | Soln | Amnt | Rate/Pump | Nurse | Amt In | | Time | Type | Amt | Time | Type | Amt |

ACCT # 0714901130
PATIENT BIOCINI BEATRIZ ANA

MEDREC# 0001178074
DOB 08/30.54

Emergency KMC Nursing Initial Continuing Assessment Form

| Date | Time | FLOWSHEET NOTES (Record pt events, tasks, procedures) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Staff Signatures/ Initials

| CNO | |
|---|---|

**Referrals or Reporting**
☑ N/A  ☐ Law Enforcement  ☐ CPS/APS  ☐ Mental Health  ☐ Social Services  ☐ Animal Control  ☐ Public Health  ☐ Clergy  ☐ Infection Control  ☐ Coroner  ☐ Other

**Primary Language:**
☑ English  ☐ Spanish  ☐ Other: _____
Interpreter Used:
☐ Yes  ☐ No
Name: _____

Condition on Discharge:   ☐ Stable   ☐ Unstable   ☐ Expired

Admission: Date: _____ Time: _____  ☐ N/A
Admit to _____
   Time report called/Faxed _____
Belongings List Completed: ☐
Mode: ☐ W/C  ☐ Gurney  ☐ Ambulatory  ☐ Other: _____
Transported by  ☐ RN  ☐ LVN  ☐ Other _____

Discharge: Date _____ Time _____  ☐ N/A
Aftercare Instructions ☑ Verbalized understanding
☐ AMA  ☐ AWOL  ☐ Home
With: ☐ Self  ☐ Family  ☑ Law Enforcement  ☐ Other
Mode: ☑ Ambulatory  ☐ W/C  ☐ Ambulance  ☐ Other

Transfer  Date: _____ Time: _____  ☐ N/A
☐ Transfer to _____
   Transfer ☐ Forms Completed

Discharge By _____

PRINTED BY: CLEMENT
DATE      6/15/2007
Page 4 of 4

EMERGENCY Nursing Initial Continuing Assessment Form 09/2000

Patient Label

**Kern Medical Center**
**Emergency Department Triage/Medical Screening Record**

ACCT#0714901130   MEDREC 0001178074
BIOCINI,BEATRIZ ANA
DOB DATE   06/29/07   DOB 06/30/54 SEX F

Name BIOCINI    Date 5/29/7
Check in Time 23:09    Triage Time 23:09
Age 51   DOB 5/29/7   Gender M (F)

**How Arrived:**
(Walk) Auto  Carried  WC

**Brought in By:**  EMS
Crime Victim   Police in Custody   Juvenile Hall

(Complete check boxes or circle appropriate response)
May be completed by RN, LVN or MHT

Private Health Provider:
Language ENGLISH   Interpreter   Called Y N

Chief Complaint: Rectal Prolapse (from stool) On Observation Hemorrhoids

Medications: Lactulose Colace

Vital Signs: BP L/R 123/76   HR 85   RR 18   Temp 98   O2 Sat 98 RA   WT 02
2nd BP L/R   Comments

Current pain level   Evaluated  □ 0-10  □ Faces  □ FLACC

Last Tetanus: <5yrs   >5yrs   Immunization UTD  None  Unk
Communicable Disease Exposure   □ Chicken Pox  □ TB

PMH  HTN  Asthma  Diabetes Cardiac
Pacemaker  COPD  Cancer  GI/GU
Renal  Seizures  Arthritis  Drug/ETOH
Psych  None  Unknown  Surgeries
Other/Details

ALLERGIES: (NKA)   Allergic to Meds  Y  N   Hosp Products  Y  N   Food  Y  N   Latex  Y  N
If allergic explain symptoms

Weight: 140 lb (Kg)   Height: 5'5"

Pediatrics: Cry  Strong/Normal  Whimpering  Moaning  High Pitched
Fontanels: Flat  Bulging  Sunken
Activity Level:  Playful  Fussy  Quiet

| SKIN COLOR: | SKIN TEMP: | MENTAL STATUS: | SPEECH: |
|---|---|---|---|
| □ NORMAL | □ NORMAL | □ Alert & oriented | □ Coherent |
| □ PALE | □ COOL | □ Uncooperative | □ Slurred |
| □ CYANOTIC | □ DIAPHORETIC | □ Confused | □ Incoherent |
| □ JAUNDICED | | □ Lethargic | □ Non-verbal |
| □ RASH | | □ Agitated | |
| | | □ Unconscious | |

COLLECTED BY:
□ RN   □ LVN   □ MHT

COMPLETED BY RN

**Triage Category:**  □ RED   □ ORANGE   □ GREEN   □ WHITE
Definitions: RED=Priority 1 (Resuscitation) ORANGE=Priority 2 (Emergent) GREEN=Priority 3 (Urgent) WHITE=Priority 4 (Routine)

**TRIAGE DISPOSITION:**   □ MAIN ED   □ FAST TRACK   □ L & D

TRIAGE RN   Acosta MST04   TRANSLATOR

COMMENTS

**ADVANCED TRIAGE** As per standardized procedure: □ EKG  □ LABS  □ XRAY  □ MEDS  □ URINE  □ OTHER
MD FACULTY SIGNATURE

KMC 680 6667 2149 (3/04)

ACCT#0714901130    MED#: 0001178074
BIDCINI BEATRIZ ANA
PHO DATE    06-29-07  DOB: 06/30/54 SEX: F

Patient Name

Unit #

Date/Time:

Performed by:

Ordering Phys.

Bayer Healthcare LLC
Clinitek Status®

Patient ID

## URINE DIP

| | normal |
| | negative |

Multistix® 10 SG

| Mode of Collc | Test date | 05-30-2007 | negative |
| | Time | 11:26AM | |
| ___ VOID | Operator | 96 G | negative |
| | Test number | 039 | |
| ___ CC | Color | Yellow | 0X1-1:30 |
| ___ CATH | Clarity | Clear | |
| | | | negative |
| | GLU Negative | | |
| | BIL Negative | | 0.0 |
| Specimen Clar | KET Negative | | |
| | SG 1.015 | | 10 |
| ___ CLEAR | BLO Trace-intact | | |
| | pH 8.5 | | 1.0 |
| ___ HAZY | PRO Negative | | |
| | URO 0.2 E U/dL | | negative |
| ___ TURBID | NIT Negative | | |
| | LEU Negative | | negative |

## HCG QUALITATIVE                    POS    NEG

## RAPID STREP A                      POS    NEG*
*IF NEG, SEND 2ND SWAB FOR CULTURE AND INITIAL HERE
Normal Negative

## FECAL OCCULT BLOOD                 POS    NEG
INITIAL HERE INDICATING PERFORMANCE MONITORS OK
Normal Negative

## WHOLE BLOOD GLUCOSE

TIME

GLU

## HEMOGLOBIN                                    ___ g/dL

**Philip M. Dutt, M.D., Laboratory Director**
**1830 Flower Street, Bakersfield, CA 93305**

PRINTED BY: CLEMENT
DATE:                6/15/2007
WHITE   CHART COPY
CANARY   LAB COPY

KERN MEDICAL     TER
Bakersfield, CA 93305

ACCT # 0714901   0
PATIENT BIOCINI BEATRIZ ANA
ADMIT DATE: 05/29/07

MEDREC # 0001117807

DOB 06/30/54

# EMERGENCY AFTERCARE INSTRUCTIONS

The examination and treatment which you received has been rendered on an emergency basis only and is not intended to be substituted for complete medical care. It is important that you follow up with your doctor or private physician and report any new or remaining problem to him or her.

## ☐ WOUND CARE:
- Keep wound covered until rechecked
- If dressings get wet or dirty you should change them call your MD or the ER
- Leave wound open to the air
- You may wash the wound after _____ days
- Return to have wound recheck in _____ days
- Sutures to be removed in _____ days
- Limit movement of the affected part
- Elevate the injured part higher than your heart, to decrease swelling and improve healing for _____ hours
- Cool packs to the area to prevent swelling and pain for _____ hours

DESPITE THE GREATEST CARE, ANY WOUND CAN BE INFECTED. RETURN IMMEDIATELY OR SEE YOUR DOCTOR IF SIGNS OF REDNESS, SWELLING, PUS, OR RED STREAKS OCCUR, OR IF THE WOUND FEELS MORE SORE INSTEAD OF LESS SORE AS THE DAYS GO BY.

## ☐ HEAD INJURY:
REPORT TO YOUR DOCTOR OR RETURN HERE IMMEDIATELY IF ANY OF THE SIGNS LISTED BELOW OCCUR, EVEN IF SEVERAL WEEKS AFTER THE INJURY.
- Persistent vomiting, stiff neck or fever
- Severe, persistent or worsening headache
- Confusion or unusual drowsiness
- Convulsions or unconsciousness
- Pupils are unequal (one larger than the other)
- Stumbling or other problems with normal use of arms or legs or other areas of numbness
- Blood or clear fluid from ears or nose
- Clear liquid diet for the first 24 hours
- Awake every _____ hours for the first 24 hours to make sure that patient is arousable and to check the above signs.

## ☐ BACK AND NECK INJURIES:
- Read the included Back or Neck injury material
- Return if severe pain down arms or legs or weakness or numbness of arms or legs develops
- Bed rest as much as possible on a firm mattress until you are improved, or for _____ days
- Avoid any lifting or positions that cause pain for at least _____ days

## ☐ DISPOSITION:
- You may return to work
- You may not return to work until _____
- You may return to light work
- immediately on _____
- No school until _____
- No physical education until _____
- You were given _____ Tetanus dt _____ DPT

## ☐ SPRAINS OR FRACTURE CARE:
- Elevate the injured part for _____ hours to lessen swelling and pain
- Do not put weight on the injured part
- Ice packs (cool) to area for hours to decrease the swelling and pain
- If you have an elastic bandage, rewrap if tight or too loose
- If you have a cast, keep dry at all times
- Wait 48 hours for the cast to become strong before you put pressure or weight on the cast
- Wiggle toes and fingers to prevent swelling in the injured part, this should be done often; if it does not cause pain
- If the injured part swells in any way or gets cold, blue, numb, or pain increases markedly, have it checked promptly
- Follow whatever other instructions you have been given by the cast clinic

## ☐ RESPIRATORY INFECTIONS:
- Treat fever if present with Tylenol® (see fever below)
- Drink lots of fluids
- Use vaporizer (cool)
- Call MD or return if you have difficulty breathing
- Take the prescriptions you have been given

## ☐ FEVER:
- Dress in light clothes (don't bundle up)
- Treat temperature of greater than _____ with Tylenol® _____ every four hours
- If fever persists, patient should be placed in bath tub with lukewarm water. Massage the back and legs. DO NOT leave the patient unattended in the bath tub.

- Call MD if temperature (greater than 102°) persists, in spite of treatment listed, or if a seizure occurs

## ☐ VOMITING:
- Clear liquid diet but in frequent small amounts only
- Watch for signs of dehydration (see below)
- Call your doctor if you notice blood in the vomit

## ☐ DIARRHEA:
- Clear liquid diet
- If not vomiting and keeps clear liquids down you may try fresh ripe bananas that have been mashed. Also dried toast may be tried
- Call the MD if you see blood in the diarrhea
- Watch for signs of dehydration (see below)

## ☐ DEHYDRATION: Signs to look for:
- Decreased urine flow
- Very sleepy, hard to wake up
- Dizziness when standing up
- Very dry mouth
- No tears seen when patient cries

## ☐ OTHER INSTRUCTION SHEETS:
_____ ENGLISH     _____ SPANISH

| | |
|---|---|
| _ Anemia | _ Gallbladder |
| _ Angina/Heart Diseases | Disease |
| _ Baby Care | _ Gastritis |
| _ Bronchitis/Asthma | _ Gonorrhea |
| _ Burns | _ Hypertension |
| _ Chest Injury | _ Kidney Stones |
| _ Chicken Pox | _ PID |
| _ Clear Liquid | _ Pneumonia |
| _ Congestion in infants | _ Pregnancy |
| _ Constipation in infants | _ Pyelonephritis |
| _ Croup | _ Sinusitis |
| _ D & C | _ Syphilis |
| _ Diabetes | _ Threat Abort |
| _ Ear Infections | _ Urethritis |
| _ Epididymitis | _ UTI |
| _ Febrile Seizures | _ Vaginitis |
| _ Other _____ | |

ER RECHECK: _____

OTHER INSTRUCTIONS (INCLUDING PRESCRIPTIONS, DIAGNOSIS, AND X-RAY): 1. Continue taking colace and lactulose  2. Take dulcolac as directed  3. Follow up with general surgery clinic

I have received as well as demonstrated my understanding of the discharge instructions given.

Patient Signature _Beatriz Biocini Sitesno_     Date and Time _5/29/07 ~ 0210_

Exit Interviewer _Linda Arven Martin_     Physician's Signature _____ K.Pharm

KERN MEDICAL CENTER
1830 Flower Street
Bakersfield, CA 93305

AC #: 0714901    0
PATIENT: BIOCINI, BEATRIZ ANA
ADMIT DATE: 05/29/07

MED REC #: 0001178074
DOB: 06/30/54

**EMERGENCY MEDICINE RECORD**
**TEACHING PHYSICIAN ADDENDUM**

## HISTORY AND PHYSICAL

I have personally seen, evaluated and participated in this patient's services and find this patient's history and physical examination to be consistent with that documented by Dr _Pham_

Brief history is as follows: _52 y/o. Hisp f c/o pain in her rectum. Has prevalue after bowel movement, that remains prolapse. That after 5 hr, was able to reduce. Today again and prolapse. unable to reduce. hemorrhoids, a bit pain_

On exam I find as follows:

| | | |
|---|---|---|
| CONSTIT/VITALS | ☐ nl ☐ abn | _VSS, obvious discomfort due to pain_ |
| HEENT | ☐ nl ☐ abn | |
| RESP | ☐ nl ☐ abn | |
| CVS | ☐ nl ☐ abn | |
| GI/GU | ☐ nl ☐ abn | _BS (+), G-I/U+, prolapse reduce, no thrombosis_ |
| NEURO PSYCH | ☐ nl ☐ abn | |
| MUSC/SKEL | ☐ nl ☐ abn | |
| OTHER | ☐ nl ☐ abn | |

## MEDICAL DECISION MAKING

☐ I personally interpreted the EKGs, diagnostic x-rays and laboratory studies documented by the resident
  DIAGNOSTIC TESTS REVIEWED
    ☐ LAB
    ☐ X-RAY
    ☐ EKG
    ☐ OTHER

☐ I personally supervised the following medical treatment documented by the resident

☐ I personally participated in the decision making and was present for, and supervised the following procedures

PROCEDURES:
☐ CPR AND ACLS          ☐ LUMBAR PUNCTURE        ☐ FX or DISLOC REDUC
☐ INTUBATION            ☐ CENTRAL LINE           ☐ SPLINT / CAST
☐ CRITICAL CARE ___ Min ☐ DPL                    ☐ LACER REPAIR / WOUND CARE
☐ CONSCIOUS SEDATION    ☐ ARTHRO/PARA/THORACENTESIS ☐ DIGITAL / HEMATOMA BLOCK
☐ CHEST TUBE            ☐ BURSA / JOINT / TRIG-POINT INJ ☐ OTHER

_Rectal prolapse reduced_

☐ I agree with and participated in determining the final impression, treatment and disposition documented by the resident. See resident's note for details.  Patient ☐ Admitted  Diagnosis _rectal prolapse_

☐ I revised the resident's clinical impression(s) and/or care plan as follows:

Faculty Physician _____

| | | | | |
|---|---|---|---|---|
| ☐ Dr. Smith 47 | ☐ Dr. Azaline 452 | ☐ Dr. ___ 512 | ☐ Dr. Parker 499 | ☐ Dr. Kotcher 521 |
| ☐ Dr. Pence Lone | ☐ Dr. Semrad 416 | ☐ Dr. ___ 495 | ☐ Dr. Hedge 511 | ☐ Dr. Walsh 151 |
| | | | | ☐ Dr. McFetcher 126 |
| | | | | ☐ Dr. Weaver 117 |

**KERN MEDICAL CENTER**
Bakersfield, CA 93305

ACCT # **07149011**
PATIENT **BIOCINI, BEATRIZ ANA**
MEDREC # **0001178074**

ADMIT DATE: 05/29/07    ADMIT TIME: 23:09    DOB: **06/30/54**

| DO NOT write this | What you should write |
|---|---|
| U | Unit |
| IU | International unit |
| µg | Microgram or mcg |
| QD,QOD,QID | Daily, every other day, four times daily |
| AS,AD,AU | Left ear, right ear, both ears |
| OS,PD,OU | Left eye, right eye, both eyes |
| TIW or tiw | Three times a week |
| SS | Sliding scale |

| DO NOT write this | What you should write |
|---|---|
| gtt | Drop or drip (IV infusions) |
| cc | ml or mL |
| T3 | Tylenol with Codeine 30 mg |
| MgSO₄ | Magnesium sulfate |
| MS, MSO₄ | Morphine Sulfate |
| 1.0 (zero after dec mal) | 1 mg |
| I.one zero before decimal) | 0.1 mg |

**DATE AND TIME**

5/30/07    Please give IV Morphine 2mg/IV x1
00:20              & Phelgan 10mg IV x1
                                                    K. Sham 9701
                                                    Per Chew order 6 5/30/01

5/30/07    Versed 3mg IV x1
01:30                                              K. Pham 9701

            em KP



**PHYSICIAN'S ORDER FORM**



# Exhibit F

KERN MEDICAL CENTER
1830 FLOWER ST.
BAKERSFIELD, CA. 93305

Owned & Operated by County of Kern

**CLINIC RECORD NOTES**

| S. ... ACCT NO | DATE ARRIVED | TIME | ARRIVAL MODE | PATIENT TYPE | MEDICAL RECORD NO |
|---|---|---|---|---|---|
| 0720700277 | 07/26/07 | 12:30 | SHERIFF KERN CTY | SUR | 0001178074 |

| PATIENT NAME | | | | | BIRTHDATE | AGE | SEX |
|---|---|---|---|---|---|---|---|
| BIOCINI, BEATRIZ ANA | | | | | 06/30/54 | 53Y | F |

| STREET ADDRESS | | | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| 17835 INDUSTRIAL FARM RD | | | BAKERSFIELD | CA | 00003 |

| PHONE | SOC SEC NO | MARITAL STATUS | FINANCIAL CLASS | SUBTAGE |
|---|---|---|---|---|
| (000)391-7913 | 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 | | | J COUNTY CORRECTIONA |

| INS NO | BOOKING 1709304 | POL NO | | Pre-trial immigrate |
|---|---|---|---|---|

| EMERGENCY NOTES | HOME PHONE | BUSINESS |
|---|---|---|
| NONE AT THIS TIME | | |

| MANAGED CARE HMO | AUTHORIZ'D | DATE | PLACE CATEGORY | ☑ WALK IN | IMMUNIZATION | UP DATE | LANGUAGE |
|---|---|---|---|---|---|---|---|
| ☐ Yes ☐ No | ☐ Yes ☐ No | | | ☐ APPOINTMENT | ☑ UP TO DATE | A ENGLISH |

| CHIEF COMPLAINT/PROBLEM | PRIMARY CARE PHYSICIAN | ALLERGIES |
|---|---|---|
| ROUTINE SURG CLN HED 1230P | | NKA |

| PAIN | Location | WEIGHT | TEMP | PULSE | RESPIRATION | BLOOD PRESSURE | TIME | NURSE |
|---|---|---|---|---|---|---|---|---|
| ☐ Acute Duration ☐ Chronic Characteristic (stabbing, dull) | | 141 | 97. | 86 | 18 | 16/79 | 1:05 | |
| Pain Level: 5 | | | | | | | | |

Are you having any problems with your activities of daily living? Yes (No) Problems ambulating? Yes (No)

Safe in the home? (Yes) No  Harmed/Threatened Yes No  IF yes  current or past

Reported To: _L. Stiles_ By: _Beatriz Ana Biocini_

cp and 53 y/o ♀ c/a rectal bleeding + rectal prolapse/pain ×/o
F/u for colonoscopy @ 6/15 internal hemrchoids
found. # still bleeding.

53 y/o ♀ c/o rectal bleeding + rectal prolapse + pain
×/o for ~ 1 yr. needs to use stool softeners o R
lungs: CTAB  chest delicate
heart: RRR, MP
abdomen: ⊕BS, soft, ND
allergies: ∅     meds: metamucil, colace, milk of magnesia
PMH: ∅
smoking: ∅
Etoh: ∅     CXA   rectal prolapse          87 #s Stiles
                    stress incontinence      vag prolapse to

**ASSESSMENT:**          **DIAGNOSIS**
                         ICD-9CM:

1. rectal prolapse
2. vaginal prolapse
3. stress incontinence
4.                          left (?) prior to    Pre operval

**PLANS/ORDERS:**
1. return 8/20/07          Clear
2. SAR for prolapse repair        7/26/07  1:15 pm
3.                                 Marie Cunder, MD

4.
5.

DOCTOR SIGNATURE

FACILITY REVIEW

Taylor
486

| DISPOSITION OTHER THAN HOME |
|---|
| PAGE 1 ONLY ATTACH AFTER CARE INSTRUC ONS |

PRINTED BY: 101116
8/22/2007

**MEDICAL RECORDS**

ATTENDING NOTE:

HX:

PE:

LAB/XRAY:

IMPRESSION:

PLAN:

SIGNATURE

PATIENT: BIOCINI BEATRIZ ANA      ACCT # 0720700277    MEDREC# 0001178074    ADMIT DATE: 07/28/07   ADMIT TIME: 12:30

ATTENDING NOTE/ATTESTATION:

X  I have examined and evaluated the patient. I have reviewed the resident's note and
   agree with the plan of care. I have discussed this with the resident.

   I have examined and evaluated the patient. I have reviewed the resident's note and
   agree with the plan of care except as **noted below**. I have discussed this with the
   resident.

PRINTED BY: 191116
DATE:    8/22/2007

INS | 7.27.07 ✓
Auth
Proby | C g /
OK

JC .0720700277    MEDREC 0001179074
BIOCINI,BEATRIZ ANA
SUR DATE:  07/26/07  DOB 08.30.64 SEXF

KERN MEDICAL CENTER
Owned & Operated by County of Kern

Biocini-Hule, Beatriz Ana 1179055
Case Management Department    Reg 9, 84

# SURGERY AUTHORIZATION REQUEST

[ ] **Emergent** – *Approval needed within three (3) days*
[ ] **Urgent** – *Approval needed within ten (10) days*
[X] **Elective**

**Diagnosis:** rectal prolapse

**Medical Justification:** recent incarceration
Bowel resection (LAR vs TAR)

**Planned Procedure:** Bowel resection ( low anterior resection versus trans anal
resection)

Outpatient [ ]        Inpatient [X]   Expected Length of Stay: ___4___ Days (resection)
for rectal prolapse

Booking # 1709304

**Resident:** Thomas
**Chief/Senior Resident:** _____        Date: 7/26/07
**Staff:** Cosman/Taylor                    Team: red
                                          Service: _____

---

*Case Management Department Response*        Date: 7.27.07

⊂⊃ **OK to Schedule**

[ ] **Approved by:**  MCal    GK    GN    CCS    Other_____
                                                   _____

       Outpatient    Inpatient (LOS_____)  Auth Expires: _____

[ ] **Deferred/Denied** – Reason: _____

⊂⊃ **TAR Not Needed**

[ ] *Medi-Cal Restricted – Will Not Cover Elective Procedures.  Requires
Administration Approval.*



KERN MEDICAL CENTER
Owned and Operated by the County of Kern
Bakersfield, CA 93305

PT#0720700277    MedREC 0001178074
BIOCINI,BEATRIZ ANA
SUR DATE:  07/26/07   DOB: 06/30/54 SEX:F

## OUTPATIENT AFTERCARE INSTRUCTIONS

It is important that you follow-up as directed and please report to your doctor if symptoms persist or worsen. When clinic is closed, please seek emergency care. Please bring all medications with you to every clinic visit. Medication refills: Please call at least 7 days before running out.

**☐ CLEAR LIQUID DIET**

___ Until the problem for which you are using this diet stops, EAT ONLY:
- ___ Clear Soups
- ___ Pedialyte, Lytren
- ___ DO NOT DILUTE PEDIALYTE
- ___ Soft diet after liquid diet for 6 hours. No raw vegetables or fruits

**☐ VOMITING**

- ___ Clear liquid diet (see above) but in frequent small amounts only
- ___ Watch for signs of dehydration (see below)
- ___ Call your doctor if you notice blood in the vomitus

**☐ DIARRHEA**

- ___ Clear liquid diet (see above)
- ___ If not vomiting and keeps clear liquids down you may try fresh ripe bananas that have been mashed. Also dried toast may be tried
- ___ Call the MD if you see blood in the diarrhea
- ___ Watch for signs of dehydration (see below)
- ___ Return to Clinic sooner or ___ to ER ___ call us if
  - ___ Fever or ___ not better in 3 days
  - ___ Chest pains

**☐ WOUND CARE**

- ___ Keep wound covered until rechecked
- ___ If dressings get wet or dirty you should
  - ___ change them ___ call your MD or the ER
- ___ Leave wound open to the air
- ___ You may wash the wound after ___ days
- ___ Return for wound check in ___ days
- ___ Sutures to be removed in ___ days
- ___ Limit movement of the affected part
- ___ Elevate the injured part higher than your heart, to decrease swelling and improve healing for ___ hours
- ___ Cool packs to the area to prevent swelling and pain for ___ hours

DESPITE THE GREATEST CARE, ANY WOUND CAN BE INFECTED. RETURN IMMEDIATELY OR SEE YOUR DOCTOR IF SIGNS OF REDNESS, SWELLING, PUS OR RED STREAKS OCCUR, OR IF THE WOUND FEELS MORE SORE INSTEAD OF LESS SORE AS THE DAYS GO BY.

**☐ DEHYDRATION:** Signs to look for
- ___ Decreased urine flow
- ___ Very sleepy, hard to wake up
- ___ Dizziness when standing up
- ___ Very dry mouth
- ___ No tears seen when patient cries

**OTHER INSTRUCTION SHEETS**
___ English    ___ Spanish

- ___ Anemia
- ___ Angina/Heart Diseases
- ___ Asthma
- ___ Back/Neck Injury
- ___ Bowel Prep for Endoscopy
- ___ Bronchitis
- ___ Cancer Pamphlets
- ___ Care of Foreskin
- ___ Cast Care
- ___ Cholesterol diet
- ___ Breast Cancer
- ___ Breast Self Exam
- ___ Chest Injury
- ___ Chest Wall Pain
- ___ Chicken Pox
- ___ Child Proofing
- ___ Cold/Flu
- ___ Congestion
- ___ Conjunctivitis
- ___ Constipation
- ___ Contraception
- ___ Contusions
- ___ Croup
- ___ Diabetes
- ___ Diet/Nutrition
- ___ Ear Infections
- ___ Endometrial Curettage
- ___ Enuresis
- ___ Epididymitis

**DISPOSITION**
- ___ You may return to work
- ___ You may not return to work Until ___
- ___ You may return to light work ___ immediately ___ on ___
- ___ No school until ___
- ___ No physical education Until ___

- ___ Febrile Seizures
- ___ Fetal Movement Count
- ___ Flex Sigmoidoscopy
- ___ Gallbladder Disease
- ___ Gastritis
- ___ Gastroscopy Instructions
- ___ GI Reflux diet
- ___ Head Injury
- ___ Hepatitis
- ___ Hypertension
- ___ Impetigo
- ___ Inhaler
- ___ Kidney Stones
- ___ Lice
- ___ Low back pain exercise
- ___ NST Biophysical Profile
- ___ Pneumonia
- ___ Pregnancy
- ___ Pyelonephritis
- ___ Reflux Esophagitis
- ___ SBE Prophylaxis
- ___ Scabies
- ___ Sinusitis
- ___ Smoking Cessation
- ___ Sprain/Fracture Care
- ___ STD's/PID
- ___ Threatened Abortion
- ___ Tobacco Preventions
- ___ UTI's
- ___ Vaginitis

Tests Ordered: _SAP Submitted for approval_

Patient Education
☐ Learning needs/abilities assessed
Specify: _ame_
☐ Barriers to learning
Specify

Follow up/ Additional Instructions: _Return to bed Surgery mon Aug 20,07 1:00 pm_

I have received as well as demonstrated my understanding of the discharge instructions given:

Patient Signature: _pt left without Regional discharge_    Time: _145 pm_

Ext Interviewer Signature: _Marissa RN_    _AM Thomas_    DATE: _07/22/200___

**Division of Immigration Health Services**    **Treatment, Authorization & Consultation Form**

SEND PAPER CLAIMS TO:
Division of Immigration Health Services
VA Financial Services Center
PO Box 149345
Austin, TX 78714-9345

For EDI claim submission information and claim inquiries, please contact 1.800.479.0523

**Claims must be submitted within six months from date of health service.**
**For proper provider claim submission information, please visit: www.icehealth.org/ProviderInfo.htm**

A separate treatment authorization request will be required for services beyond and outside the scope of the original authorization. Services rendered may not be paid without an approved authorization. All payment for services is subject to detainees' eligibility and custody. Unless otherwise specified, payment for DIHS' authorized health services is made in accordance with US Code Title 18, Part 3, Chapter 301, Sec. 4006. For all non-emergency authorized health services this TAR is valid for 45 days after the date of issue and cannot be used for health services rendered prior to the date of issue. All claims are subject to retrospective review. For further information regarding DIHS, please visit our website: www.icehealth.org or contact the Immigration Health Services' Managed Care Branch at 1.888.718.8947, M-F 8AM - 6PM EST.

Please ensure all claims include the Patient Identification Information and the Authorization number.

| IMPRINT OF DETAINEE ID PLATE, COMPUTER LABEL OR COMPLETE BELOW: | |
|---|---|
| Name:  ANA BEATRIZ BIOCINI | Alias: |
| DOB:  06/30/1954 | A #:  091182333 |
| Nationality: COLOMBIA | Facility: Kern Co Jail, CA |

**AUTHORIZED ACTION:**
**Status: Denied**        Auth #: 200707279367 00        Authorizer: Neal Collins
Service Type: Non-Emergency
Referral Type: 21

**To:** (*Name and Phone to whom referral is being made*)

**Dialogue of Request:**

Clinical information submitted to the DIHS Staff MD.
Based upon the information submitted, the request for elective surgical rectal and vaginal prolapse repair is denied.
Updated by Claudia Mazur, RN, CCM on Tuesday, July 31, 2007
--------------------------------------------------------------------------------

# Exhibit G

**KERN MEDICAL CENTER**
Owned & Operated by County of Kern
BAKERSFIELD, CA. 93305

**CLINIC RECORD NOTE**

| 5-STAR ACCOUNT NO. 0724200853 | DATE ARRIVED 09/30/07 | TIME 13:05 | ARRIVAL MODE | | PATIENT TYPE OPJ | | MEDICAL RECORD NO. 0001178074 |

| PATIENT NAME | BIOCINI, BEATRIZ ANA | | | | | BIRTHDATE 06/30/54 | AGE 53Y | SEX F |

STREET ADDRESS 17635 INDUSTRIAL FARM RD    CITY BAKERSFIELD    STATE CA    ZIP 00003

PHONE (000)391-7913    SOC.SEC.NO 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    MARITAL STATUS    FINANCIAL CLASS J COUNTY CORRECTIONA

INS. POL. BK#1709304    POL.    POL.

IN EMERGENCY NOTIFY    NONE.AT THIS TIME    HOME PHONE NONE    BUSINESS PHONE

MANAGED CARE/HMO ☐ Yes ☐ No    AUTHORIZED? ☐ Yes ☐ No    TIME    TRIAGE CATEGORY ☐ WALK-IN ☐ APPOINTMENT    IMMUNIZATIONS ☐ UP TO DATE ☐ NOT UP TO DATE    LANGUAGE A ENGLISH

CHIEF COMPLAINT/PROBLEM
WI/RGYN/LOPEZ

PRIMARY CARE PHYSICIAN    ALLERGIES

TIME SEEN:

*[handwritten notes:]*

SPO GYN Shely 110 Stad

JCC done at 110pm CC 11000.

8·30·07 @ 2:40 - 2:45 pm

Chaponed Dr. Lopez with exam
R. Alaniz mschd care

DISABILITY
ICD-9CM    FINAL DIAGNOSIS

**FAXED**



DOCTOR SIGNATURE    DISPOSITION OTHER THAN HOME

PAGE 1 ONLY ATTACH AFTER CARE INSTRUCTIONS

FACULTY REVIEW



ACCT. 24200853    MEDREC 0001179074
BIOCINI,BEATRIZ ANA
OPJ DATE:   08/30/07   DOB: 08/30/54 SEXF

**KERN MEDICAL CENTER**
Owned & Operated by County of Kern

**Case Management Department**

# SURGERY AUTHORIZATION REQUEST

[ ] **Emergent** – *Approval needed within three (3) days*          CO - DEPT
[X] **Urgent** – *Approval needed within ten (10) days*          OB(GYN & General surgery)
[ ] **Elective**

Diagnosis: __PROCEDENTIA / RECTAL PROLAPSE__

Medical Justification: __PROLAPSED UTERUS/RECTUM,__

Planned Procedure: __TVH vs. A. UTERINE Suspension AND PERINEAL RECTOPEXY__

Outpatient [ ]          Inpatient [X]   Expected Length of Stay: __3__ Days

Resident: __T-HSANG    307-2447__          Date: __8/30/07__
Chief/Senior Resident: __" "__          Team: __B__
Staff: __Dr Lopez.__          Service: __Gyn__

---

*Case Management Department Response*          Date: _____

[ ]   **OK to Schedule**

[ ]   **Approved by:  MCal    GK    GN    CCS    Other** _____

          **Outpatient    Inpatient (LOS_____)  Auth Expires:** _____

[ ]   **Deferred/Denied – Reason:** _____

[ ]   **TAR Not Needed**

[ ]   ***Medi-Cal Restricted – Will Not Cover Elective Procedures.  Requires Administration Approval.***

**FAXED**



**KERN MEDICAL CENTER**
1830 FLOWER STREET
BAKERSFIELD, CA. 93305
(661) 326-2000

Owned & Operated by
County of Kern

| STAR ACCOUNT NO. | DATE ARRIVED | TIME | ARRIVAL MODE | | PATIENT TYPE | MEDICAL RECORD NO. |
|---|---|---|---|---|---|---|
| 0724200853 | 08/30/07 | 13:05 | | | OPJ | 0001178074 |

| NAME | BIOCINI, BEATRIZ ANA | | | | PRIMARY INSURANCE | 908000 |
|---|---|---|---|---|---|---|
| | | BIRTHDATE | AGE | SEX | | |
| | | 06/30/54 | 53Y | F | | |

## GYN CLINIC

☐ New Patient          ☐ Established Patient
Date: 83007   BP: 109/68  Pulse 96   Resp.: 17   Temp: 97.2  Weight: 142  Initials CS
Marital Status: ☐ S  ☐ M  ☐ W  ☐ D  ☐ SP
Referred By: _____
Menarche: _____   G 4 P 1 A 3 L 1   LMP: 4 months
Last Pap Test: 3/26/07   ☐ Normal  ☐ Abnormal   BCP Method: ____   Past: ____
Mammogram: _____   ☐ Normal  ☐ Abnormal
Allergies: ☐ Yes  ☑ No  If yes, list _____
Medications: None

| | | Lab results | Attending HPI |
|---|---|---|---|
| **I.** | **C.C. Hx of present illness:** | | |
| | - 53 y/o referred for uterine prolapse by general surgery (Nicole Thomas) during their workup for her rectal prolapse. Pt states she has this problem x 2 yrs. Pt currently in Lexodo due to immigration problems. | | |

| | | | V. System Review | - = negative / + = positive |
|---|---|---|---|---|
| **II.** | **Past Medical, Surgical History:** | GYN Hx: | | |
| | Hypo metrosis | - Ø STDs | 1. Constitutional | — |
| | Uterine prolapse | - Ø rectal interourse | 2. Eyes | — |
| | | - Ø coitus. | 3. ENT | — |
| | | - G 4 P 1 | 4. Cardiovascular | — |
| | | - NSVD x 1 | 5. Respiratory | — |
| | | | 6. Gastrointestinal | ⊕ |
| | | ? Birth injury | 7. Genitourinary | ⊕ |
| | | Ø episiotomy | 8. Musculoskeletal | — |
| | | | 9. Integumentary | — |
| **III.** | **Family History:** | | 10. Neurological | — |
| | Ø | | 11. Psychiatric | — |
| | **FAXED** | | 12. Endocrine | — |
| | 8/30/07 | | 13. Hematologic | — |
| | | | 14. Allergic | — |

| **IV.** | **Social History:** Ø T E/Ivan | **VI.** | **Residents Past Medical Hx, Family Hx, Social Hx and ROS reviewed by attending physician:** ☐ Yes |
|---|---|---|---|

ACCT #  0724200853
PATIENT BIOCINI,BEATRIZ ANA

MEDREC# 0001178074
DOB:08/30/84

## VII.  Physical Exam

☐ Attending present and concur with Resident findings
☐ Other:  please fill the box below

**Resident Findings**                                      **Attending Physician findings**

|  |  | N | A |  | N | A |  |
|---|---|---|---|---|---|---|---|
| 1. | Appearance |  |  |  |  |  |  |
| 2. | Skin |  |  |  |  |  |  |
| 3. | HEENT |  |  |  |  |  |  |
| 4. | Thyroid |  |  |  |  |  |  |
| 5. | Lymph nodes |  |  |  |  |  |  |
| 6. | Heart |  |  |  |  |  |  |
| 7. | Lungs |  |  |  |  |  |  |
| 8. | Breasts |  |  |  |  |  |  |
| 9. | Axillary nodes |  |  |  |  |  |  |
| 10. | Superclav nodes |  |  |  |  |  |  |
| 11. | Abdomen | ✓ |  | ⊕ BS, soft, nontno |  |  |  |
| 12. | M. Skeletal |  |  |  |  |  |  |
| 13. | Extremities |  |  |  |  |  |  |
| 14. | Neurological |  |  |  |  |  |  |

## VIII. Gynecological Exam

☐ Attending present and concur with Resident findings
☐ Other: please fill the box below

|  |  | N | A |  | N | A |  |
|---|---|---|---|---|---|---|---|
| 15. | External Genitalia | ✓ |  |  |  |  |  |
| 16. | Urethra | ✓ |  |  |  |  |  |
| 17. | Bladder |  | ✓ | cystocele IV |  |  |  |
| 18. | Vulva/vagina | ✓ |  |  |  |  |  |
| 19. | Cervix |  | ✓ | prolapse |  |  |  |
| 20. | Uterus |  | ✓ | uterine prolapse  procidentia |  |  |  |
| 21. | Adnexa | ✓ |  |  |  |  |  |
| 22. | Anus/Perineum |  | ✓ | Rectal  prolapse |  |  |  |

N = Normal    A = Abnormal

**IX.  Diagnosis, Assessment**
① uterine prolapse
   (rectocystocele)
② rectal prolapse

**X.  Investigations**
☐ Pap
☐ Mammogram
☐ Ultrasound
☐ Others

**XI.  Treatment, Plan**
① uterine suspension
   TVH, A+P, possible TOT
② Perineal Rectopexy
③ SAB sent

**Diagnosis Assessment**

**Treatment, Plan**                        08/30/0

**Resident Signature**    RO53
   Faculty Review

**Attending Physician Signature**

**Division of Immigration Health Services**                    **Treatment, Authorization & Consultation Form**

SEND PAPER CLAIMS TO:
Division of Immigration Health Services
VA Financial Services Center
PO Box 149345
Austin, TX 78714-9345

For EDI claim submission information and claim inquiries, please contact 1.800.479.0523

**Claims must be submitted within six months from date of health service.**
**For proper provider claim submission information, please visit: www.icehealth.org/ProviderInfo.htm**

A separate treatment authorization request will be required for services beyond and outside the scope of the original authorization. Services rendered may not be paid without an approved authorization. All payment for services is subject to detainees' eligibility and custody. Unless otherwise specified, payment for DIHS' authorized health services is made in accordance with US Code Title 18, Part 3, Chapter 301, Sec. 4006. For all non-emergency authorized health services this TAR is valid for 45 days after the date of issue and cannot be used for health services rendered prior to the date of issue. All claims are subject to retrospective review. For further information regarding DIHS, please visit our website: www.icehealth.org or contact the Immigration Health Services' Managed Care Branch at 1.888.718.8947, M-F 8AM - 6PM EST.

Please ensure all claims include the Patient Identification Information and the Authorization number.

| IMPRINT OF DETAINEE ID PLATE, COMPUTER LABEL OR COMPLETE BELOW: | |
|---|---|
| Name:  ANA BEATRIZ BIOCINI | Alias: |
| DOB:  06/30/1954 | A #:  091182333 |
| Nationality: COLOMBIA | Facility: Kern Co Jail, CA |

**AUTHORIZED ACTION:**
**Status: Denied**          Auth #: 200709146544 00          Authorizer: Neal Collins
Service Type: Non-Emergency
Referral Type: 99

**To:** (*Name and Phone to whom referral is being made*)

**Dialogue of Request:**

TAR request is denied per consult with DIHS staff physician
Updated by Gia Lawrence on Tuesday, September 18, 2007

F/U GYN 10/02/07 to discuss performing uterine suspension & perineal rectopexy to correct prolapsed uterus/rectum MD progress notes faxed.
Thank you!
-----------------------------------------------------------
This event's case was created by TARweb and should be verified for data correctness.

# Exhibit H

# KERN MEDICAL CENTER
## CORRECTIONAL MEDICINE DEPARTMENT

Facilities: ☐ Central Receiving    ☒ Pretrial    ☐ Minimum

Inmate's Name _Biocini      Ana  Bealuy_

Booking Number _1709304_     Location _B414_

Starting Date _10/24/07_     Ending Date _Duratu_

Check all that apply:

☐    Provide change of towels daily until _____

☐    Change personal clothing and bed linen daily until _____

☐    May use crutches/walker/wheelchair due to medical problem _____

☐    Lower bunk due to medical problem

☐    Lower bunk, lower tier

☐    Non wool blanket due to skin allergies/wool allergies

☐    Thermals due to medical problem

☐    White canvas shoes due to diabetes ☐  Foot deformities ☐

☐    May have own prescription glasses from home

☐    Double mattress due to: _____

☐    Provide bed location away from cooler or vents

☒    No shackles on ( which extremity) _Legs_____ due to medical problem

☐    Seizures

☐    Other _____

Comments: _____

By: _Umsleje_         _DBW_      Date: _10/24/A_

Shift Supervisor: _____    Date: _____

01/27/04    _DC1_      _#441_
                      _10/24/07_
                      _C 1550_