# Exhibit I

Re: Ana Biocini
DOB: 06.30/1954
Country of Origin: Colombia
A #: 091182333

## AFFIDAVIT OF ABNER P. KORN, M.D.

I, Abner P. Korn, M.D., hereby declare under penalty of perjury that the following is true to the best of my knowledge:

1.    I am Abner P. Korn, M.D.

      a.  I am an obstetrician/gynecologist with an active practice at the University of California at San Francisco Women's Continence Center at the University of California at San Francisco/Mount Zion Medical Center. I am also the director of the Women's Gynecologic-Urology Clinic at San Francisco General Hospital. I have a special interest in female urology, incontinence, vaginal surgery and gynecologic infections. Over the last 20 years I have devoted my clinical practice to treatment of women who have pelvic organ prolapse and urinary incontinence.

      b.  I graduated from Yale Medical School in 1984. I completed my residency at University of California, Los Angeles in 1988.

2.    Ms. Biocini's legal representation, the University of California at Davis Immigration Law Clinic, sought my assistance in reviewing the client's medical records. I did not meet with Ms. Biocini in person. However, I reviewed her medical records from Kern Correction Facilities and Kern Medical Center on 11/25/07 in San Francisco, California.

3.    Based upon my review, I have arrived at the following conclusions:

**Conditions:**

Based upon the information in her medical records, I found that Ms. Biocini is suffering from the following conditions:

### Pelvic Organ Prolapse

Pelvic organ prolapse is a condition in which structures such as the uterus, rectum, bladder, urethra, small bowel, or the vagina itself may begin to prolapse, or fall, out of their normal positions. Without medical treatment or surgery, these structures may eventually prolapse farther and farther into the vagina or even through the vaginal opening if their supports weaken enough.

The symptoms that result from vaginal prolapse commonly affect sexual functions and bodily functions such as urination and defecation. Pelvic pressure and discomfort are also common symptoms. When the prolapse becomes severe, women may have difficulty with ambulation or even sitting.

### Rectal Prolapse

Rectal prolapse is a condition in which the rectum (the lower end of the colon, located just above the anus) turns itself inside out. In the earliest phases of this condition, the rectum does not stick out of the body, but as the condition worsens, it may protrude. Weakness of the anal sphincter muscle is often associated with rectal prolapse at this stage and may result in leakage of stool or mucus. The condition occurs in both sexes, although it is more common in women than men.

5.   ### Conclusions and Recommendations

Either of these conditions could worsen in the future, especially if Ms. Biocini's constipation were untreated, if she were to smoke cigarettes (as coughing will worsen both of these) or if she did heavy lifting. The uterine prolapse condition also affects the quality of life.

If the rectal and utero/vaginal prolapse were left untreated, the degree of prolapse would be expected to worsen. This can have a significant impact on quality of life due to interference with urination and defecation as well as interfering with activities such as walking and sitting. Sometimes the prolapsed tissue will develop ulcers that can be painful.

As the prolapse enlarges and the protruding tissue becomes edematous and ulcerated, surgical repair becomes increasingly difficult and morbid, often complicated by large blood loss and postoperative infections. Furthermore, the prognosis for recovery of normal pelvic floor function following surgery is adversely impacted by a long delay in surgical repair.

I would definitely treat constipation most likely with a combination of fiber supplementation (psyllium) and a "bowel recipe" (wheat bran, apple sauce and prune juice) as well as stool softeners and senna if necessary. If she could not be fitted with a pessary, I would recommend surgical treatment.

**Dated: January 29, 2008**

Abner P. Korn, M.D.

2

**ABNER PAUL KORN, M.D.**

**CURRICULUM VITAE**

## PERSONAL DATA

| | |
|---|---|
| Position: | Professor of Clinical Obstetrics, Gynecology and Reproductive Sciences, Step II (July 1, 2003) University of California, San Francisco |
| SFGH Office Address: | San Francisco General Hospital 1001 Potrero Avenue, Ward 6D-17 San Francisco, California 94110 |

| | | |
|---|---|---|
| | phone: | (415) 206-5108 |
| | FAX: | (415) 206-3112 |
| | email: | korra@obgyn.ucsf.edu |

| | |
|---|---|
| Mt. Zion Office: | 2330 Post Street, Suite 220 San Francisco, CA 94143-1648 |

phone:  (415)-885-7788

| | |
|---|---|
| Date of Birth: | November 21, 1957 |
| Marital Status: | Married, two children (Hannah and Evan) |

## EDUCATION

| | | |
|---|---|---|
| Premedical | University of Pennsylvania Philadelphia, PA Bachelor of Arts, Chemistry | 1975 - 1979 |
| Medical School: | Yale Medical School New Haven, Connecticut Doctorate of Medicine | 1980 - 1984 |
| Internship: | Department of Obstetrics and Gynecology University of California, Los Angeles Los Angeles, California | 1984 - 1985 |
| Residency: | Department of Obstetrics and Gynecology University of California, Los Angeles Los Angeles, California | 1985 – 1988 |

## BOARD CERTIFICATION

| | |
|---|---|
| California License #: | G55522 (11/30/08) |
| DEA #: | BK0426684 |
| Diplomat, American Board of Obstetrics and Gynecology | 11/13/91 |
| Voluntary recertification | 2000 |
| Recertification      #884688     2001,2002, 2003, 2004, 2005 (4/30/2007) | |
| Fellow, American College of Obstetricians and Gynecologists | 3/31/93 |
| HIPAA Research training UCSD HRPP HIPAA ID: H01519 | 4/25/03-4/24/05 |
| HIPPA Advanced Training | 4/19/05 |
| UCSF Human Subject Protections: Basic Course | 4/24/2003 |
| Pain Management/ End of Life Training: AMA online course 12 hours | 4/12-5/17/06 |
| UCSF Sexual Harassment Training online course 2 hours | 10/17/07 |
| Clinical Research Training for Investigational Site Personnel Training | 10/12-19/07 |

## PRINCIPAL POSITIONS HELD

**Professor of Clinical Obstetrics, Gynecology and Reproductive Sciences**
Department of Obstetrics, Gynecology and Reproductive Sciences,
University of California, San Francisco
July 1, 2003-present

**Clinical Professor**
Department of Obstetrics, Gynecology and Reproductive Sciences,
University of California, San Francisco
July 1, 2000-June 30, 2003

**Associate Clinical Professor**
Department of Obstetrics, Gynecology and Reproductive Sciences,
University of California, San Francisco
July 1,1994-June 30, 2000

**Assistant Clinical Professor and Director of Gynecology (SFGH)**
Department of Obstetrics, Gynecology and Reproductive Sciences,
University of California, San Francisco
August 1, 1990-June 30, 1994

## OTHER POSITIONS HELD CONCURRENTLY

**Director of Gynecology**
**Associate Chief for Clinical Services**
San Francisco General Hospital
present
January 1, 1994-

**Acting Chief, Department of Obstetrics and Gynecology**
San Francisco General Hospital
2003-
November 1,

September 30, 2004

**Visiting Physician Instructor**
Gunung Wenang and Gunung Maria Hospitals

Tomohon and Manado, North Sulawesi, Indonesia                    January 1- March 1, 1990

**Assistant Clinical Professor** (Compensated without salary)
Department of Obstetrics and Gynecology
University of California, Los Angeles
                                                                 July 1, 1988-
                                                                 September 30, 1990

**Physician Specialist**
Department of Obstetrics and Gynecology
Los Angeles County - Olive View Medical Center
Sylmar, California
                                                                 July 1, 1988-
                                                                 September 30, 1990

## AWARDS

ACOG/CREOG National Faculty Award                                2006

ACOG/CREOG National Faculty Award                                2004

UCSF:  Chief Resident's Teaching Award                           1992
       Outstanding Faculty Teaching Award                        1992

ACOG / Novartis Grant for research in the endocrinology of the post reproductive women.
       " Function and Correlation of Estrogen Receptor Alpha and Beta and Other
       Connective Tissue Components in Stress Urinary Incontinence "
       (Tony Tsai, M.D., Abner P. Korn, M.D. Robert Jaffe, M.D.)

## KEYWORDS/AREAS OF INTEREST

Urinary incontinence, pelvic organ prolapse, gynecologic infectious diseases, lower genital tract neoplasia, surgical skills education and evaluation

## CLINICAL ACTIVITIES

1. Direct the Gynecology Service at San Francisco General Hospital,
2. Conduct a urogynecology clinic and an outpatient surgery clinic.
3. Coordinate scheduling for all clinical activities in Ob/Gyn at SFGH.
4. Perform all surgical procedures for pelvic organ prolapse and urinary incontinence that are done by our department at SFGH.
5. Conduct a urogynecology clinic at UCSF/Mount Zion
6. Perform surgical procedures for pelvic organ prolapse and urinary incontinence at UCSF/Mount Zion
7. Outreach to and assistance of community physicians in Northern California with surgical procedures for pelvic organ prolapse and urinary incontinence.

## PROFESSIONAL ASSOCIATIONS

American College of Obstetricians and Gynecologists
American Urogynecology Society
International Urogynecological Association
Infectious Diseases Society for Obstetrics and Gynecology
San Francisco Gynecological Society
Society of Gynecologic Surgeons

3

## EDITORIAL POSITIONS

Reviewer:  JAMA, Obstetrics and Gynecology, American Journal of Obstetrics and Gynecology, AIDS, Journal of Acquired Immune Defiency Symdromes and Human Retrovirology, Clinical Infectious Disease, Gynecologic Oncology, Fertility and Sterility, Southern Medical Journal, Western Journal of Medicine, "Contraceptive Technology". Infectious Diseases.

## PRESENTATIONS (>2000)

Residents Core Lectures:
| | |
|---|---|
| "Pelvic organ prolapse" | 10/2/01 |
| Gynecologic surgery workshop | 3/20/01, 6/22/04, 3/29/05, 6/14/05 |
| | 7/19/05, 7/26/05, 8/16/05 |
| "Basic Colposcopy" | 11/12/02 |
| "Surgical site infection" | 8/27/02 |
| "Electrosurgery" | 9/17/02 |
| "An evidence-based approach to vaginitis" | 11/12/02 |
| Surgical Skills Training and Evaluation: | 6/10/05, 7/19/05, 7/26/05, 8/16/05, 10/18/05 |

Medical Student:
| | |
|---|---|
| "Abnormal Pap Smear" | ongoing, 1990- present |
| "Pelvic Masses" | ongoing, 1990- present |

Grand Rounds:
| | |
|---|---|
| Chico Enloe Hospital: "Diagnosis and Treatment of Urinary Incontinence in Women" | 1/25/01 |
| UCSF-Fresno: "Medical management of urinary incontinence" | 5/8/99, 5/11/01 |
| Redwood Memorial Hospital "Update on hormone replacement therapy" | 8/29/01 |
| Mad River Hospital, Arcata "Update on hormone replacement therapy" | 8/30/01 |
| Eureka General Hospital "Update on hormone replacement therapy" | 8/29/01 |
| UCSF: "An evidence-based approach to vaginitis" | 10/23/01 |
| Cedars-Sinai Medical Center: "Gynecologic care of women infected with HIV | 10/24/01 |
| UCSF-Fresno University Hospital "Pelvic inflammatory disease: new diagnosis and treatment guidelines" | 3/20/02 |
| UCSF-Fresno VAMC "Pelvic inflammatory disease: new diagnosis and treatment guidelines" | 3/20/02 |
| UCSF-Fresno VAMC "Controversies in cervical neoplasia screening" | 9/18/02 |
| UCSF-Fresno University Hospital "Controversies in cervical neoplasia screening" | 9/18/02 |
| UCSF: "Electrosurgery in obstetrics and gynecology" | 11/4/03 |
| Marin General Hospital: "Update on Surgical treatment of stress incontinence" | 3/10/04 |
| UCSF-Fresno University Hospital "Surgical Site Infection" | 3/17/04 |
| Santa Clara Valley Medical Center "Surgical Site Infection" | 3/18/04 |
| Indian Health Service, Tuba City, AZ "Office management of UI" | 2/23/06 |
| UCSF-Fresno: "Office management of UI" | 3/1/06 |
| UCSF "Operations for SUI: Time for something new?" | 10/2/07 |

Department:
| | |
|---|---|
| UCSF Review and Postgraduate Course: "An evidence-based approach to vaginitis" | 10/11/01 |
| Obstetrics and Gynecology Update: "An evidence-based approach to surgical site infection and surgical wound management" | 10/10/03 |
| Obstetrics and Gynecology Update: "Electrosurgery" | 10/7/04 |

4

| | |
|---|---|
| Obstetrics and Gynecology Update: "Office management of UI" | 10/19/05 |
| Obstetrics and Gynecology Update: "Office management of UI" | 10/11/06 |
| Obstetrics and Gynecology Update: "Surgical Treatment of SUI" | 10/11/06 |
| Obstetrics and Gynecology Update: "Surgical Treatment of SUI" | 10/17/07 |

Interdepartmental:

Essentials of Women's Heatlh- General Internal Medicine  (Hawaii)
    "Improving outcome in patients with vaginitis."
    "Office management of urinary incontinence."
    "Gynecologic care for women with HIV"                                7/1-6/01
    SFGH Family Practice Noon Conference: "Office management of urinary incontinence"
                                                                          7/13/01, 9/6/02

Other:

Sixth Annual Oncology Conference for Primary Care. Mercy Medical Center
    Redding, CA: "Controversies in cervical cancer screening"           3/31/01

## CME COURSES ATTENDED (>2000)

| Course Title | Location | Date | Hours |
|---|---|---|---|
| SGS Annual Meeting, New Orleans, LA | | 2/28-3/1/00 | 13 |
| IDSOG Annual Meeting, Lake Tahoe NV | | 8/2-5/00 | 16 |
| AUGS Annual Meeting. Hilton Head, SC | | 10/26-26/00 | 15 |
| American Board of Ob/Gyn (ABC recert) | | 1/1-11/17/00 | 25 |
| SGS Annual Meeting, Lake Buena Vista, FL | | 3/5-7/01 | 13 |
| Mercy Medical Center, Redding CA | | 3/31/01 | 1.5 |
| IDSOG Annual Meeting, Quebec City, Can. | | 8/9-8/11/01 | 12 |
| Essentials of Women's Health, Kona, HI | | 6/30-7/6/01 | 24 |
| UCSF OB/GYN Update San Francisco, CA | | 10/10/01 | 2 |
| IMsci Insights into SUI Chicago, IL | | 10/26/01 | 1 |
| AUGS Annual Meeting Chicago, IL | | 10/25-7/01 | 15 |
| American Board of Ob/Gyn (ABC recert) | | 1/1-12/31/01 | 25 |
| SGS Annual Meeting Dallas Tx | | 3/4-6/02 | 19 |
| AUGS Annual Meeting San Francisco | | 10/17-9/02 | 13 |
| DMEF Treatment Options UI, SF | | 10/18/02 | 1.5 |
| American Board of Ob/Gyn (ABC recert) | | 1/1-12/31/02 | 25 |
| SGS Annual Meeting Anaheim, CA | | 3/5-7/03 | 16.25 |
| IDSOG Annual Meeting Hyannis, MA | | 8/7-9/03 | 13 |
| AAF-MED  Miami, FL | | 9/12/03 | 1.25 |
| AUGS Annual Meeting Miami, FL | | 9/11-4/03 | 20 |
| UCSF OB/GYN Update San Francisco, CA | | 10/10/03 | 2.0 |
| American Board of Ob/Gyn (ABC recert) | | 1/1-12/31/03 | 25 |
| AUGS/SGS Annual Meeting, San Diego, CA | | 7/29-31/04 | 33 |
| IDSOG Annual Meeting, San Diego, CA | | 8/5-7/04 | 12 |
| American Board of Ob/Gyn (ABC recert) | | 1/1-12/31/04 | 25 |
| SF Gyn Soc | | 10/12/04 | 1 |

| | | |
|---|---|---|
| SF Gyn Soc | 1/11/05 | 1 |
| SGS Annual Meeting, Palm Springs | 4/4-6/05 | 16.5 |
| UCSF Grand Rounds  MGR 5001 | 9/04-6/05 | 5 |
| AUGS Annual Meeting, Atlanta, GA | 9/15-17/05 | 19 |
| American Board of Ob/Gyn (ABC recert) | 1/1-12/31/05 | 25 |
| | | |
| SF Gyn Society | 3/14/06 | 1 |
| AMA Pain/End of Life Training | 4/12-5/17/06 | 12 |
| UCSF Grand Rounds | 9/05-6/06 | 6 |
| IDSOG Annual Meeting Monterey, CA | 8/3-5/06 | 14 |
| American Board of Ob/Gyn (ABC recert) | 1/1-12/31/06 | 25 |
| AUGS Annual Meeting, Palm Springs, CA | 10/19-21/06 | 16 |
| | | |
| SGS Annual Meeting Orlando, FL | 4/11-4/07 | 14 |
| UCSF Challenges of Managing Pain | 6/29/07 | 1 |
| UCSF Grand Rounds | 9/06-6/07 | 18 |
| IDSOG Annual Meeting Boston, MA | 8/9-11/2007 | 16 |
| AUGS Annual Meeting Hollywood, FL | 9/27-29/07 | 15 |
| UCSF Ob Gyn Update | 10/17/07 | 3 |
| American Board of Ob/Gyn (ABC recert) | 1/1-12/31/07 | 25 |

## UNIVERSITY AND PUBLIC SERVICE

University:

> Acting Chief of Obstetrics and Gynecology at SFGH during Dr. Darney's sabbatical (November 1, 2003- September 30, 2004)
> Committee on Human Research Member (June 1, 2000- May 31, 2002)

Community/Public:

> Coalition Sunday Lunch for Homeless Project
> "Fill a Barrel a Week": Marin Community Food Bank
> Kol Shofar Blood Drive
> Assistant Coach Mill Valley Little League
> Assistant Coach Mill Valley Soccer Club

## DEPARTMENTAL AND HOSPITAL RESPONSIBILITIES

| | |
|---|---|
| Director, Gynecology Service, San Francisco General Hospital | 1/1/94-present |
| Medical Director Gynecology Clinic | 1/1/90-12/31/04 |
| Site Director Medical Student Rotation | 7/1/92-6/30/94 |
| Advisory Committee to the General Clinical Research Center | 1/1/99-12/31/04 |

## HOSPITAL APPOINTMENTS

| | |
|---|---|
| San Francisco General Hospital          (Active) | 12/31/2008 |
| UCSF/Mt. Zion Medical Center   (Attending) | |
| Marin General Hospital (Courtesy) | 1/1/2008 |
| | 12/6/2009 |

6

| | | |
|---|---|---|
| Alameda County Medical Center | (Provisional) | 8/17/08 |
| Novato Community Hospital | (Provisional) | 11/5/2008 |
| Redwood Memorial Hospital | (Associate) | 12/2007 |

## PROFESSIONAL COMMITTEES / HOSPITAL RESPONSIBILITIES

| | |
|---|---|
| Committee on Human Research | UCSF 6/00-present |
| Residency Council | UCSF 1996-present |
| Tissue Committee | SFGH 1990-3 |
| Education Committee | UCSF 1991-3 |
| Operating Room Committee | SFGH 1992-5 |
| Laser Committee | SFGH 1992 to present |
| | Chair 1995 to 2002 |
| Minimally Invasive Surgery Committee | 1994 to 2002 |
| Infection Committee | 1995 to 1998 |
| Cancer Committee | 1998-present |
| Performance Improvement and Patient Safety Committee | 2003-present |

Obstetrics/Gynecology Consultant, HRSA/AIDS Education and Training Centers, National HIV Telephone Consultation Service (Warmline); UCSF Department of Family and Community Medicine;                                          1993-present.
UCSF Management of Abnormal Cervical Cytology Guidelines Committee 1998-2000

## TEACHING AND MENTORING RESPONSIBILITIES

1. Medical student lectures: Pelvic masses every 6 weeks.
2. Medical student teaching in rounds, departmental patient care conferences and in the operating room.
3. Resident Advisor for Tania Esakoff, R3.
4. Surgical training orientation for the incoming R1 class.
5. Surgical skills training and evaluation laboratory for all resident levels (about 6 sessions per year).
6. Lectures on surgical technique (hysterectomy, electrosurgery, surgical site infection, etc.).
7. Extensive contact with residents on the SFGH gynecology service especially during their R2-R4 years.
8. Urogynecology clinic and outpatient surgical procedure clinic during one whole day each week with an R3.
9. Rounds, departmental patient care conferences and in the operating room supervision and training of residents.
10. Supervise residents on Labor and Delivery.
11. Supervise and teach residents in the Abortion clinic.
12. Occasionally supervise residents in other SFGH clinics (colposcopy, gynecology.)
13. Teach residents from the Department of Family Medicine in my Urogynecology clinic (one morning per week).
14. Lecture to the Department of Family Medicine on gynecologic topics.
15. Mentor for Dr. Sharon Knight (Ob/Gyn@UCSF)
16. Mentor for 3rd year medical students on Ob/Gyn clerkship at SFGH.
17. Supervise Advanced Gynecology Clerkship at SFGH.

## TEACHING AIDS

Urogynecology syllabus: 2 editions produced between 1991 and 2001 now consisting of 3 modules given to R3 resident with whom I work in Urogynecology clinic along with pre and post testing.

## TEACHING AWARDS

| | |
|---|---|
| ACOG/CREOG National Faculty Award | 2004, 2006 |
| UCSF:  Chief Resident's Teaching Award | 1992 |
|         Outstanding Faculty Teaching Award | 1992 |

## TEACHING/MENTORING HOURS

| 03/04: | 850 (day) + 480 (night call) – Total <u>1330</u> |
| 04/05: | 850 (day) + 480 (night call) – Total <u>1330</u> |
| 05/06: | 850 (day) + 480 (night call) – Total <u>1330</u> |
| 06/07: | 850 (day) + 480 (night call) – Total <u>1330</u> |
| 07/08: (anticipated) | 850 (day) + 480 (night call) – Total <u>1330</u> |

## TEACHING NARRATIVE

Recent changes in my teaching activities include revising the manner in which I teach residents urogynecology. Previously, I gave them a large syllabus for their reference. Currently, I am giving them modules consisting of portions of the syllabus along with reprints of important publications and am following their progress with each module. I have also begun performing pre and post training testing.

I have made a major effort in developing a surgical skills evaluation and training program for our residents. Along with Dr. Meg Autry, I have initiated a program with laboratory sessions that will include skill training and evaluation in inanimate, animate and cadaver models.

## CURRENT RESEARCH INTEREST

HPV vaccine. **(PI for SFGH site of several vaccine trials for the GSK HPV vaccines, member of publications committee for the HPV study group)**

HIV infection, pelvic inflammatory disease and lower genital tract neoplasia **(Member of NIH-ASCCP Research Group: investigating correlation of colposcopic appearance and HPV testing, histology results.)**

Teaching and evaluation of vaginal surgery to residents. **(Member of Society for Gynecologic Surgery multi-center study of Objective Assessment of Vaginal Surgical Skills)**

Diagnosis of pelvic inflammatory disease

Bacterial vaginosis and upper genital tract inflammation

Epidemiology of urinary incontinence

Surgical treatment of urinary incontinence

## FUNDING

A Phase IIB, Blinded, Multi-Center, Long-Term Follow-Up Study of the Efficacy of Candidate HPV-16/18 VLP Vaccine in the Prevention of HPV-16 and/or HPV-18 Cervical Infection in Adolescent and Young women in North America and Brazil. ($ 56,545) (SFGH Site Principal Investigator: 1/16/04 -present)

Improving abnormal Pap smear follow-up among ethnically diverse women. The California Endowment ($145,000) (Principal Investigator 8/22/02-9/30/04)

Computerized Guidelines-Managing Urinary Incontinence.  Phase I. NIDDK (1R43DK60297-01) ($120,141). (SFGH Site Principal Investigator: 10/3/01-4/3/03)

A study of the safety and efficacy of lasofoxifene in the treatment of vaginal atrophy in postmenopausal women. #A218-1012-5187 ($59,932) (SFGH Site Principal Investigator: 7/3/03-12/30/04)

A double blind, placebo controlled randomized pilot phase IIB study of the efficacy of an HPV-16/18 VLP vaccine in the prevention of HPV-16 and or HPV-18 cervical infection in healthy adolescent and young adult women in North America and Brazil. SKB 580299/001 ($85,540) (SFGH Site Principal Investigator: 2/14/01- 9/30/04)

A multicenter epidemiology study to evaluate the prevalence of HPV infections in adolescent and adult females in North America and Brazil. SKB-106 ($52,000) (SFGH Principal Investigator:9/20/00-8/18/01)

A safety and tolerability study of SGN-00101 therapy utilizing a single dose in subjects with confirmed CIN II/III cervical disease. Stressgen Biotechnologies Corp Protocol # ST-CX-1-01-98 ($41,500) (SFGH site Principal Investigator: 1/11/98-1/6/00)

A double blind randomized placebo-controlled study to evaluate the efficacy of Smithkline Beecham Biologicals' Herpes simplex candidate vaccine (gD2t) with MPL and its efficacy to prevent genital herpes disease in HSV positive or negative consorts of subjects with genital herpes disease. ($73,328) (SFGH site Principal Investigator: 9/27/96-4/27/02)

Double blind study of Lupron Depot plus iron versus placebo plus iron in the pre-operative treatment of iron deficiency anemia secondary to leiomyoma uteri induced excessive uterine bleeding- Protocol M92-816TAP Pharmaceuticals ($43,484) (SFGH Site Principal Investigator:-11/15/94)

A randomized, multicenter, double-blind multicenter trial assessing the safety and efficacy of intravenous CP-116,517 followed by oral CP-99,219 compared with intravenous cefoxitin followed by oral amoxicillin/clavulanic acid for the treatment of acute pelvic infections. Pfizer Protocol 154-144 ($33,000) (SFGH Site Principal Investigator – 4/15/97)

A randomized, multicenter, double-blind comparative trial of CP-99,219 with ofloxacin/clindamycin for the treatment of acute pelvic inflammatory disease in ambulatory patients. Pfizer Protocol 154-125 ($30,000) (SFGH Site Principal Investigator – 10/1/96)

A randomized, multicenter, double-blind comparative trial of CP-116,517/CP-99,219 with cefoxitin/doxycycline for the treatment of acute pelvic inflammatory disease in hospitalized patients. Pfizer Protocol 154-122 ($38,770) (SFGH Site Principal Investigator – 4/15/97)

A prospective, multicenter study to evaluate MK-0826 vs. piperacillin/tazobactam in treatment of acute pelvic infections. Merck protocol 023-02 ($48,000) (SFGH Site Principal Investigator: 10/28/99-12/8/00)

## BIBLIOGRAPHY

**Journal Articles:**

1. Korn AP, Landers DL, Green JL, Sweet RL. Pelvic inflammatory disease in HIV infected women. Obstetrics and Gynecology 1993;82:765-8.

2. Korn AP, Autry M, DeRemer PA, Tan W. Sensitivity of the Papanicolaou smear in HIV infected women. Obstetrics and Gynecology 1994;83:410-4.

3. Korn AP. Does the use of permanent suture material improve outcome of the Modified Pereyra Procedure? Obstetrics and Gynecology 1994;83:104-7.

4. Korn AP, Shiboski S. Clinical correlates of urinary incontinence in older community-dwelling women; Data from the National Health Interview Survey. International Urogynecology Journal. 1994;5(6):378.

5. Korn AP, Hessol N, Padian N, Bolan G, Muzsnai D, Donnegan E, Schachter J, Landers DV. Commonly used diagnostic criteria for pelvic inflammatory disease have poor sensitivity for plasma cell endometritis. Sexually Transmitted Diseases 1995;22(6):335-41.

6. Korn AP, Bolan G, Padian N, Ohm-Smith M, Schachter J, Landers DV. Plasma cell endometritis in women with symptomatic bacterial vaginosis. Obstetrics and Gynecology 1995;85:387-90.

7. Abercrombie PD, Korn AP. Screening colposcopy for women with HIV disease. Nurse Practitioner 1995;20:68-76.

8. Korn AP, Landers DL. Gynecologic disease in women infected with human immunodeficiency virus infection-1. Journal of Acquired Immune Deficiency Syndromes and Human Retrovirology 1995;9: 361-70.

9. Korn AP. Management of abnormal cervical/vaginal Pap smears. Medscape Women's Health 1(3), 1996.

10. Korn AP. Recent innovations in screening for cervical neoplasia. Medscape Women's Health 1(10),1996.

11. Long SR, Whitfeld MJ, Eades C, Korn AP, Berger TG, Zaloudek CJ. Bacillary angiomatosis of the cervix and vulva in a patient with acquired immunodeficiency syndrome. Obstetrics and Gynecology 1996;88:709-11.

12. Korn AP, Learman LA. Operations for stress urinary incontinence in the United States: 1988-1992. Urology 1996;48:609-12.

13. Korn AP, Abercrombie PD, Foster A. Vulvar intraepithelial neoplasia in women with HIV-1. Gynecologic Oncology 1996;61:384-6.

14. Korn AP, Abercrombie PD. "Gynecology and family planning care of the HIV-infected \woman." Obstetrics and Gynecology Clinics of North America. 1997;24(4):855-872.

15. Korn AP, Grullon K, Hessol N, Lin P, Siopak J. Does vaginal cuff closure decrease the infectious morbidity after total abdominal hysterectomy? Journal of the American College of Surgeons 1997;185:404-7.

16. Korn AP. Pelvic inflammatory disease in women infected with HIV. AIDS Patient Care and STDs 1998;12:431-4.

17. Abercrombie PD, Korn AP. Vulvar intraepithelial neoplasia in women with HIV. AIDS Patient Care and STDs 1998;12:251-4.

18. Korn AP, Hessol NA, Padian NS, Bolan B, Donegan E, Landers DV, Schachter J. Risk factors for plasma cell endometritis among women with cervical Neisseria

Gonorrhoeae, cervical Chlamydia Trachomatis or bacterial vaginosis. Am J Obstet Gynecol 1998;178:987-90.

19. Korn AP, Judson PL, Zaloudek CJ. Importance of atypical glandular cells of undetermined significance on Papanicolaou smears. J Reprod Med 1998;43:774-8.

20. Abercrombie PD, Korn AP. Lower genital tract neoplasia in women with HIV infection. Oncology 1998;1735-9.

21. Cejtin HE, Komarof E, Massad LS, Korn AP, Schmidt JB, Eisenberger D, Stier B. Adherence with colposcopy among women with Human Immunodeficiency Virus Infection. J Acquir Immune Defic Syndr Hum Retrovirol 1999;22:247-52.

22. Korn AP, Ehrlich S. Endometrial tuberculosis. Infectious Diseases in Obstetrics and Gynecology 2000;8:118.

23. Korn AP "Chlamydia trachomatis infections in pregnancy" Contemporary Ob/Gyn 2000;45:65-82.

24. Lebovic DI, Shifren JL, Ryan IP, Mueller MD, Korn AP, Darney PD and Taylor RN. Ovarian steroid and cytokine modulation of endometrial angiogenesis. Hum Reprod, 15 (Suppl 3): 67-77,2000

25. Korn AP. Endometrial cryoablation and thermal ablation. Clin Obstet Gynecol 2000;43:575-83.

26. Korn AP. Gynecologic care of women infected with HIV. Clin Obstet Gynecol 2001;44:226-42.

27. Duong TH, Korn AP. A comparison of urinary incontinence among African-Americans, Asian, Hispanic and white women. Am J Obstet Gynecol 2001;184:1083-6.

28. Korn AP. Commentary: Inpatient and outpatient treatment of pelvic inflammatory disease resulted in similar pregnancy rates. Evidence-based Obstetrics and Gynecology 2003;4:179-80.

29. Massad LS, Springer G, Jacobson L, Watts H, Anastos K, Korn A, Cejtin H, Stek A, Young M, Schmidt J, Minkoff H, Pregnancy rates and predictors of conception, miscarriage and abortion: Results from the Women's Interagency HIV Study AIDS 2004;18:281-6.

30. Lee MS, Hanspers K, Barker CS, Korn AP, McCune JM. Gene expression profiles during human CD4+ T cell differentiation. Int Immunol 2004;16:1109-24.

31. Davila GW, Stanford E, Korn A. A prospective trial of gasless laparoscopic Burch colposuspension using conventional surgical instruments. J Am Assoc Gynecol Laparosc 2004;11:197-203.

32. Harper DM, Franco EL, Wheeler C, Ferris DG, Jenkins D, Schuind A, Zahaf T, Innis B, Naud P, De Carvalho NS, Roteli-Martins CM, Teixeira J, Blatter MM, Korn AP, Quint W, Dubin G; GlaxoSmithKline HPV Vaccine Study Group. Efficacy of a bivalent L1 virus-like particle vaccine in prevention of infection with human papillomavirus types 16 and 18 in young women: a randomised controlled trial. Lancet. 2004 Nov 13;364(9447):1757-65.

33. Pritts EA, Ryan IP, Mueller MD, Lebovic DL, Shifren JL, Zaloudek CJ, Korn AP, Darney PD, Taylor RN. Angiogenic effects of norplant contraception on endometrial histology and uterine bleeding. J Clin Endocrinol Metab. 2005;90(4): 2142-7

34. Harper DM, Franco EL, Wheeler CM, Moscicki AB, Romanowski B, Roteli-Martins CM, Jenkins D, Schuind A, Costa-Clemens SA, Dubin G and the HPV Vaccine Study Group. Sustained efficacy for up to 4.5 years of a bivalent L1 virus like particle vaccine against human papillomavirus types 16 and 18: follow-up from a randomized controlled trial. Lancet 2006;367:1247-55.

35. Jeronimo J, Massad LS, Schiffman M for the NIH/ASCCP Research Group. Visual Appearance of the uterine cervix: correlation with human papillomavirus detection and type. Am J Obstet Gynecol 2007;197:47-8.

36. Abercrombie PD, Zamora A, Korn AP. Providing a mindfulness based stress reduction program for low-income multiethnic women with abnormal Pap smears. Holist Nurs Prac 2007;21(1) 26-34

37. NIH/ASCCP Research Group  "Interobserver Agreement in the Evaluation of Digitized Cervical Images." Obstet Gynecol 2007 (in press)


**Chapters/Textbooks:**

1. Korn AP, Stern JL:  Human papilloma virus infection of the female genital tract.  In: <u>Office Gynecology</u>. R Glass (Ed). Williams & Wilkins, 1993: 55-75.

2. Korn  AP: Uterine leiomyomata. In: <u>Handbook of Obstetrics and Gynecology</u>.  Brown, WR Crombleholme (Eds). Appleton & Lange, 1993: 127-134.

3. Darney PD, Horbach NS, Korn AP. <u>Gynecologic Protocols for Ambulatory Gynecologic Surgery</u>. Blackwell Science. Cambridge, MA, 1996.

4. Korn AP, Landers DV. "Pelvic inflammatory disease in women with HIV-1 infection" in <u>Pelvic Inflammatory Disease</u>. Sweet RL, Landers DV (eds.) Springer Verlag. 1997:139-45.

5. Korn AP. "Epidemiology and pathophysiology of urinary incontinence." In <u>Urogynecology</u> Ed. Lentz, G. Oxford University Press Inc., New York. 2000.

6. Korn AP "Chlamydia trachomatis infections in pregnancy" in <u>Protocols for Infectios Disease in Obstetrics and Gynecology</u>. Mead PB, Hager WD, Faro S (eds). Blackwell Science. 2000.


**SIGNIFICANT PUBLICATIONS**

- Korn AP, Hessol NA, Padian NS, Bolan B, Donegan E, Landers DV, Schachter J. Risk factors for plasma cell endometritis among women with cervical Neisseria Gonorrhoeae, cervical Chlamydia Trachomatis or bacterial vaginosis. Am J Obstet Gynecol 1998;178:987-90. (I designed the study, collected the data and wrote and edited the manuscript.)

- Korn AP, Judson PL, Zaloudek CJ. Importance of atypical glandular cells of undetermined significance on Papanicolaou smears. J Reprod Med 1998;43:774-8. (I designed the study, collected the data and wrote and edited the manuscript.)

- Korn AP. Gynecologic care of women infected with HIV. Clin Obstet Gynecol 2001;44:226-42. (I reviewed literature and wrote the manuscript)

- Duong TH, Korn AP. A comparison of urinary incontinence among African-Americans, Asian, Hispanic and white women. Am J Obstet Gynecol 2001;184:1083-6.(I designed the study, collected the data and wrote and edited the manuscript.)

- Harper DM, Franco EL, Wheeler C, Ferris DG, Jenkins D, Schuind A, Zahaf T, Innis B, Naud P, De Carvalho NS, Roteli-Martins CM, Teixeira J, Blatter MM, Korn AP, Quint W, Dubin G; GlaxoSmithKline HPV Vaccine Study Group. Efficacy of a bivalent L1 virus-like particle vaccine in prevention of infection with human papillomavirus types 16 and 18 in young women: a randomised controlled trial. Lancet. 2004 Nov 13;364(9447):1757-65. (I was a coinvestigator, served on the publications committee and reviewed the manuscript).

## ABSTRACTS PRESENTED

1.  Korn AP, Landers DL, Green JL, Sweet RL. Pelvic inflammatory disease in HIV infected women. Infectious Disease Society for Obstetrics and Gynecology. Stowe, Vermont. August 5, 1993.

2.  Bolan G, Padian N, Landers D, Donnegan E, Vittinghoff E, Lown A, Weisskoff A, Korn A, Glass S, Salo V, Vranizan K, Schachter J. Predictors of atypical pelvic \inflammatory disease. International Society for Sexually Transmitted Disease Research. Helsinki, Finland September 1993.

3.  Bolan G, Padian N, Vittinghoff E, Korn A, Schachter J, Landers D. Undiagnosed upper genital tract infection among women of partners with urethritis. Fifth Sexually Transmitted Disease Cooperative Research Council Meeting, National Institutes of Health, Bethesda, Maryland, January 11-14, 1994.

4.  Korn AP, Landers DV, Hessol N, Padian N, Bolan G, Donnegan E, Schachter J. The lack of correlation between clinical signs of pelvic inflammatory disease and plasma cell endometritis. Fifth Sexually Transmitted Disease Cooperative Research Council Meeting, National Institutes of Health, Bethesda, Maryland. January 11-14, 1994.

5.  Korn AP, Hessol N, Padian N, Bolan G, Muzsnai D, Donnegan E, Schachter J, Landers DV. Commonly used diagnostic criteria for pelvic inflammatory disease have poor sensitivity for plasma cell endometritis. Infectious Disease Society for Obstetrics and Gynecology, Monterey August 3-6 1994.

6.  Korn AP, Bolan G, Padian N, Ohm-Smith M, Schachter J, Landers DV. Plasma cell endometritis is common in women with symptomatic bacterial vaginosis. Infectious Disease Society for Obstetrics and Gynecology, Monterey August 3-6 1994.

7.  Korn AP, Shiboski S. Prevalence and correlates of urinary incontinence in community-dwelling women age 55 and older- data from the National Health Interview Survey. American Urogynecologic Society, Toronto September 23, 1994.

8.  Abercrombie PD, Korn AP. Vulvar intraepithelial neoplasia in HIV-infected women. HIV Infection in Women Conference, Washington, DC, February 22, 1995

9.  Korn AP, Hessol N, Padian N, Bolan G, Donegan J, Schachter J, Landers DV. Risk factors for plasma cell endometritis among women with Neisseria gonorrhoeae, chlamydiatrachomatis or bacterial vaginosis. Infectious Disease Society for Obstetrics and Gynecology, Annual Meeting, Traverse City, MI. August 4 1995.

10. Korn AP, Learman L. Surgical treatment of stress urinary incontinence in the United States, 1988-1992. American Urogynecology Society Annual Meeting, Seattle, WA October 14, 1995.

11. Abercrombie PD, Korn AP, Jonte J, Serra J. Attendance patterns of teens in a colposcopy clinic. American Public Health Association. San Diego, CA. November 1, 1995.

12. Korn AP, Abercrombie De Remer P, Foster A. Vulvar intraepithelial neoplasia in women with HIV infection. XI International AIDS Conference, Vancouver, Canada, July 1996.

13. Judson PL, Korn AP, Zaloudek CJ. Importance of atypical glandular cells of undetermined significance on Papanicolaou smears.ACOG District IV Annual Meeting, Norfolk, VA ,October 24-27, 1997.

14. Cejtin HE, Komarrof E, Schmidt JB, Massad LS, Korn AP, Holman S. Adherence with colposcopy among women in the Women's Interagency HIV Study (WIHS) XII International AIDS Conference, Geneva, Switzerland, June 1998.

15. Davila GW, Stanford E, Korn A. Prospective trial of gasless laparoscopic Burch colposuspension for stress urinary incontinence. American Urogynecologic Society, 19th annual meeting. Washington D.C. November 12, 1998.

16. Davila GW, Stanford E, Korn A. Prospective trial of gasless laparoscopic Burch colposuspension for stress urinary incontinence. International Urogynecological Association, 23rd annual meeting. Buenos Aries, Argentina November 18-21,1998.

17. Tsai T, Korn A, Lunes L, Jaffe R. Quantitation of adrenergic and cholinergic peripheral nerves in the vaginal fascia/ vaginal wall with and without genuine stress incontinence. Society for Gynecologic Investigation, Atlanta, GA February 11, 1999 (Journal of the Society for Gynecologic Investigation Jan/Feb 1999; 6(1):233ASupplement)

18. Ryan IP, Shifren JL, Lebovic DI, Korn AP, Zaloudek CJ, Darney PD, Taylor RN. Histological features of endometrial biopsies in patients using parenteral progestin contraceptives. #P-374. 54th Annual Meeting of the American Society of Reproductive Medicine, Toronto, Canada, September 1999

19. Cohan D, Korn A, Palefsky J. HPV subtypes, vulvar dysplasia and HIV-infection. Infectious Disease Society for Obstetrics and Gynecology, Annual Meeting, Quebec City, Canada, August 2001.

20. Korn AP, Duong T, Jackson RA.  Characteristics of Pelvic Organ Prolapse in a Population of Racially and Ethnically Diverse Women. Society of Gynecologic Surgeons Annual Meeting, Dallas Texas, March 2002

21. Ferris DG, Korn AP, Naud P for the GSK HPV Vaccine Study Group. The GSK HPV 16/18 VLP  vaccine- preliminary efficacy results. Eurogin 2003. Paris, France, April 2003.

22. Sanchez E, Korn A, Knight S, Telles T, Autry A, Learman L. A multifaceted approach for the instruction and assessment of residents' surgical skills. APGO, New Orleans, LA March  2-5 2004

23. P. Abercrombie, A. Zamora, S. Shapiro, A. Korn. The feasibility and acceptability of MBSR training among multi-ethnic women with abnormal Pap smears. Integrating Mindfulness-based Interventions into Medicine, Health Care, and Society 2nd Annual Conference, Worcester, Mass 2004

## RESEARCH SUMMARY

1.  A double blind, placebo controlled randomized pilot phase IIB study of the efficacy of an HPV-16/18 VLP vaccine in the prevention of HPV-16 and or HPV-18 cervical infection in healthy adolescent and young adult women in North America and Brazil. I am on the Publications Committee for this international study of a new HPV-vaccine. (Funding: Glaxo Smith Kline)

2.  Improving abnormal Pap smear follow-up among ethnically diverse women. A prospective study at SFGH and the Community Health Network Clinics that seeks to identify factors associated with adherence to abnormal Pap smear follow up among ethnic and racial minority women. Priscilla Abercrombie and I hope to find specific interventions that might be applied in a prospective study that could improve patient adherence. (Funding: The California Endowment)

# Exhibit
# I-a




S- Subjective
O - Objective
A – Assessment
P – Plan

**KERN COUNTY CORRECTIONAL FACILITIES MEDICAL RE**

*Lerdo In-Hou*

*Minutes!*

NAME: _____  DOB: _____ LOC:
   (LAST)         (FIRST)        (MI)

| Problem(s)<br>Treated | Date | Progress Notes    BK # |
|---|---|---|
| | | ① = Constipation |
| | | • Rectal prolapse, in fraud hernia |
| | | • bleeding / pain |
| | | • uterine prolapse |
| | | O: ws = She was seen KMC / DR / Rectal |
| | | Ans. See order     / Surgery |
| | | Request for No Iron Smields / Antica |
| | | Pe = upca |
| | | Cor RN |
| | | Abdomen S/ Ct BS |
| | | Cxt = |
| | | / Excision |
| | | P = Constipation |
| | | = Rectal prolapse |
| | | uterine prolapse |
| | | • in fraud hernia / |
| | | / bleeding |

PROGRESS NOTES

KMC 580 8997 1438 (SOS) FRONT

NAME **Biccini, Ana**   (LAST)   (FIRST)   (MI)   DOB **6/30/54**   LOCATION **B404**

| Problem(s) Treated | Date | Progress Notes   BK # **1709304** |
|---|---|---|
| | | MD SC 9/28/07 regarding ankle |
| | | shackles — Brightmire? |
| | 10/2/07 | S) Requesting to renew Tolecc, |
| | 0915am | metamucil + Hemorrhoid Supp. + pain |
| Constipation aka | | med. |
| | | O) U/S - T-97.0F P-70 R-16 BP 120/70 |
| | | Throat + lymph nodes Negative. Bilateral |
| | | Turbinates one wet/reddened. Refused |
| | | exam to rectal. seen by np. @ seeking |
| | | P) See RN Instructed med & will NPS |
| | | 10/9/07 eval for Constipation + |
| | | Hemorrhoidal + asking for surgery |
| | | Referral) |
| | 10-15-07 | Gave copy of Denial of treatment |
| | | to Teresa S LVN to ___ |
| | | ___ ___ |
| | 930 | for RISD. Dsucher MD3520 |
| | 10/24/07 | J - refill of metamucil, ___ |
| | 0___ | ___ ___ Iron ___ |
| MNT | | C___ ___ |
| | | ___ |
| | | ___ |
| | | ___ |
| | | ___ shackles |
| | | ___ 10/24/07 |
| | | ___ |

 

## KERN COUNTY CORRECTIONAL FACILITIES MEDICAL RECORD

ᴺ(AME) __Biccini , Ana__    DOB: __6/30/59__ LOCATION: __B 40u__
(LAST)        (FIRST)        (MI)

| Problem(s) Treated | Date | Progress Notes    BK # 170 9304 |
|---|---|---|
|  | 9/ | ① = Request out / . No hard / blood per. |
|  | 21/ | 0 = vts |
|  | 07 | - PMHx= Rectal Prolapse |
|  |  | uterus Prolapse |
|  |  | PE = hyper A |
|  |  | gn RUL |
|  |  | Abdm - ⊖ OBS |
|  |  | 8/ - ⊖edem |
|  |  | / = Rectal Prolapse |
|  |  | - uterine Prolapse |
|  |  | - Constipation |
|  |  | Plu  /neurla |

9/21/07 JNS refusal for appt. on 10/2/07
1130 filed under correspondence

9/27/07 1435 Inmate does not wrinkles
shackled when she goes to hospital

KMC 00 8997 1438 (SOS) FRONT

NAME: Biocini - Ana    Beatri    DOB: 6/3?/5?    LOCATION: B4??

| Problem(s) Treated | Date | Progress Notes    BK # 1709364 |
|---|---|---|
| | 9/?/? | Rec'd clinic notes CHCMC 9/13/07 |
| | 9/26/7 (?53) | appt @ KMC Gyn clinic 10:3:07 6:45 am J. Gox3?/MS??? |
| | 9/14/07 (1300) | Request submitted for F/U gyn 10/3/07 Denied x 2. Re-submitted again & physicians clinic notes from KMC Faxed. approval pending from M 1730 |
| Hemorrhoid | 9/17/07 0820 NKA | (S) c/o need refill for hemorrhoid pretament + pain meditation for rectal prolapse and CTM — for allergies |
| ? | | (O) T 97° BP 135/82 P 83 thin/ hygin p? resp. rate Bilateral tenderness not ?red?ced, no swelling Defined scar w hemorrhoid. 2 x? in suppository twice a day. Has seen MD for above problems |
| | | (P) Will cancel BP ? ?? (S) Asked for refilling chart — says ?eclis?ne n??? ?e feels sick... (P) MD SC 9/21/07 re: above. NSC p?? ?? ?? RN M 1738 |

NAME _Biccim-Hoa Bvinz_  (LAST) (FIRST) (M.I.)   DOB _6/3/54_  LOCATION _B404_

| Problem(s) Treated | Date | Progress Notes    BK # _1709304_ |
|---|---|---|
| | 9/3/07 | (S) = inmate here for Medical evaluation |
| | | She has history - severe constipation |
| | | IBS - |
| | | internal hemorrhoid, seems recently |
| | | rectal prolapse c̄ BM. j. she was seen |
| | | at KMC |
| | | surgery done plan for surgery. |
| | | inmate insist for surgery and she claims failure |
| | | to her lawyer. |
| | | Re = super A |
| | | Or u |
| | | Abd. non-S/P c̄ BS c̄ active Abd - |
| | | - Rectal exam c̄ c̄ internal hemorrhoid |
| | | minimal rectal prolapse |
| | | A/ - Constipation |
| | | - IBS |
| | | P/u - internal hemorrhoid |
| | | minimal rectal prolapse |
| | | inmate benefit for treatment severe constipation |
| | | laxative users. IBS. internal hemorrhoid, then |
| | | treatment surgery for rectal prolapse. but inmate |
| | | insist for surgery. |
| | | A.K. S.M.T.C PC |
| | | M.C. SC. |

S- Subjective
O - Objective
A - Assessment
P - Plan

## KERN COUNTY CORRECTIONAL FACILITIES MEDICAL RECORD

NAME: Biccuni-Ann    (FIRST) Beatty    (MI)    DOB 6/3/54    LOCATION: B4C U

BK # 170930 U

| Problem(s) Treated | Date | Progress Notes |
|---|---|---|
| | 8/30/07 11:15 | Appt @ KMC Gyn cl @ 1:30 (pr Marino in Surg cl.) inmate must go to appt - very important, pr Dr Thomas. Spoke to IKS - they cannot transport. Spoke to Sr. Billington - we will transport - put on computer (jis) approx appt. time this - Georspi @1:30 KMC will call classifications) MBJH |
| | 8/31/07 GGS | Appt @ KMC (gyn clinic) 9/11/07 @ 9/3 J Georspi MB7H |
| | 9/5/07 NKDA 0920 | S> Faint pain medicated pr if prolapse. c/o refill of flu med pill. O> T: 96.8  Bp: 105/15  pr: 80  RR: 18 > no acute distress > ? ambulatory > Hx of rectal prolapse A> MASC IPP P> f/u for MASC IPP, KCS OPP  H TH 7/10/07 |
| | 3/5/07 filed approval for Gyn cl. appt. Wiler correspondence  J Georspi MB7H |

NAME: _Birmingha  Bierbur_    (Last) (First) (M.I.)    DOB _6/31/54_    LOCATION _B4u1_

| Problem (s) Treated | Date | Progress Notes     BK # _17CBC4_ |
|---|---|---|
| | 8/27/07 | ⊗ = internal hemorrhoid / Rectal prolapse |
| | | Ⓐ = uss    - Allergic Rhintis |
| | | • All = ☺ |
| | | Pₑₓ =    HEENT / Nasal Congestion |
| | | lungs CTA |
| | | Cor RR |
| | | Abdm - (+) ⊕ BS |
| | | Ext / ⊖ edema |
| | | A/ = internal hemmind , constipatu    rectal prolaps |
| | | Plan - Allergic Rinits |
| | 5/31/07 | ⊖ Abinx |
| | 8/29/07 | Rec Clinic Notes , CHCH/C  3/30/07    for MD to Review |

S—Subjective
O—Objective
A—Assessment
P—Plan

KERN COUNTY CORRECTIONAL FACILITIES MEDICAL RECORD

NAME: _Broome, Alice Beatrice_   (Last) (First) (M.I.)   DOB: _6-30-54_   LOCATION: _B104_

_6-7-06_

| Problem (s) Treated | Date | Progress Notes    BK# 1709304 |
|---|---|---|
| | 8/21/07 (1130) | Request submitted for urology appt. 8/29/07. Approval pending J.G. m??? |
| | 8/22/07 0945 | Appt. to Kern Surgery Clinic (Urology) on 8/29/07 (be sure at) w/ Dr. Cushman |
| | | ᴿᴺ Gonzalez 118279 |
| | 8/23/07 1:00 | Filed approval for urology at appt than CMS correspondence — ~J.Gonzalez 118279 — |
| requesting to handcuffs in front | 8/25/07 1615 | S— Said has rectal prolapse + requesting not to put hand cuffs on. Said hard to clean rectum + used bathroom. Said they take me up too early for my appt. why they don't take me stationary. |
| | | O— VS 97⁸ P- 80 - 20 - 114/71. Denies rectal bleeding or drainage or any problem. A— as above |
| | | P— MOSC 8/28/07. Explained pt. that she will see MD and MD will decide for hand cuffs. |
| | | _Donald Taylor_ |

NAME _B̲i̲e̲l̲i̲n̲ ̲-̲ ̲C̲i̲n̲a̲ ̲B̲e̲r̲n̲i̲z̲_ DOB _6/3/54_ LOCATION _B4.4_
        (LAST)              (FIRST)              (M.I.)

| Problem(s) Treated | Date | Progress Notes    BK # _1709304_ |
|---|---|---|
| | 8/16/07 (1300) | Surgery Clinic (redteam) visit 8/20/07 @ 1300 approved. Surgery Procedure request for approval must have the exact surgical procedure + the name & phone # of the surgeon. Requested by Claudia Mazur. _____ M1736 |
| | 8/20/7 1115 | Call received fr Eng Zee INS Law Clinic at UC Davis Law School - following up about medical record copy they needed for this inmate. Checked med Chart - no any previous medical request in the past which he said was sent 8/3 - unable to but let SP. |
| | 1:20 | Called him at 831-596-5536 to inform him no such request was noted in the chart J he said he will fax again request for. _____ Claudia Po M1736 |
| | 1115 | Rec'd 4 pages request form fr Eng Zee He called after & verified it was received. _____ Claudia Po M1736 |

S – Subjective
O – Objective
A – Assessment
P – Plan

## KERN COUNTY CORRECTIONAL FACILITIES MEDICAL RECORD

6-07 06

NAME: Biocini-Ana, Beatriz DOB 6/3/54 LOCATION: B 464
(LAST)          (FIRST)          (MI)

| Problem(s) Treated | Date | Progress Notes    BK # 1709304 |
|---|---|---|
| | 8/12/09 | S: Ref. of medication, allergy of ___ |
| NKDA | | O: T. 96.8    BP: 129/82 |
| D910 | | P: 103    R: 18 |
| | | ?: Ambulatory, no distress noted |
| | A: | fair |
| | P: | MDR prn; Nos prn at night. |
| | 8/14/07 (12:30) | Request for procedure (rectal prolapse) re-submitted for the second time. Faxed ___ surgery auth. request ___ from Casemanagement to fee KMC Surgery Auth Request under Carrisp ___ m 1730 |
| | 8/15/07 (1350) | Received call from Claudia Mazur requesting colonoscopy results + other clinical notes. Medical info faxed 866-808-8154. Approval pending. ___ m 1730 |

PROGRESS NOTES

KMC 580 8997 1438 (5/65) FRONT

KERN COUNTY CORRECTIONAL FACILITIES MEDICAL RECORD

S- Subjective
O – Objective
A – Assessment
P – Plan

NAME: BIOCINI-ANA Beatriz (LAST) (FIRST) (M L)    DOB: 06/03/54    LOCATION: B404

| Problem(s) Treated | Date | Progress Notes        BK # 1709304 |
|---|---|---|
| ① Hemorrhoid | 7/28/07 0985 | S- Requesting refill of Ranatidine supp, Colace & cream for allergy. O- BP 103/55  P-86  R-18  T 96.1  Throat pink. ③ PND. Nares reddened. P- See Rx. NSC  PRN  B404 — Hernandez RN |
| ② NKA | | |
| | 7/30/07 (11:00) | Faxed copies of Colonoscopy appt & F/U surgery clinic notes, per Claudia Mazur's request for ICE MD. to review. Surgery clinic assessment 8/20/07 F/U prior to Pre-op for surgery procedure. Request pending approval by ICE MDs. approved. Salama M1730 akrb |
| | 7/31/07 (11:30) | Above request for surgery clinic for assessment prior to surgery procedure denied (Non-Emergency) — M1730 |
| | 8/1/07 | 1020 Discussed ICE's denial for surgery c̄ Dr Mostofi. Per Dr Mostofi Place on MDSC for evaluation. MDSC 8/2/07 — BWhitmire RN |

PROGRESS NOTES

KMC 580 8667 1438 (505) FRONT

NAME: _____ Dioceni ___ in ___ DOB 6 35 ___ LOCATION: B___
(LAST)          (FIRST)        (MI)

| Problem(s) Treated | Date | Progress Notes    BK # 170930 |
|---|---|---|
| | 7/8/67 0835 | S - c/o of internal hemorrhoid, allerg... |
| allison hemorrhoidal new | | O g/s 60 n 105/76 ___ Kidn... diing or cont... ideal s/ ... c/o ... i. Se it — ... sugsTen — |
| | 7/21/07 0850 | Appt @ KMC Surg. clinic post op - 1x25 scheduled for wrong date. new appt is 7/21/07 @ 12:30pm — V. Rodrigel MA27 |
| | 7/23/07 0925 | S - asking for to check on appointment. Said was seen + needs to go back 2° rectum problem O - VS 97° 79-20 - 120/70. noted G apparent/c/o @ this time — asking for 2 rolls of toilet paper daily — issued. No c/o prolapse @ this time. A - as above P - Has appt c KMC. Instructed has appt in future but cannot tell the date. Instructed to ask for extra toilet paper per pod officer. ___ |
| | 7/24/07 25/04 | Received chart ——— Glow |
| | 7/27/07 1130 | Appt @ KMC Surgery clinic (red) 8/2/07 @ 1:00 pm ___ V. Rodrigel MA27... |
| | 7/27/07 1140 | Received the surgery clinic paper c c/o ... 08/2/07 @ 1pm. ___ |

S- Subjective
O – Objective
A – Assessment
P – Plan

## KERN COUNTY CORRECTIONAL FACILITIES MEDICAL RECORD

NAME: _Biclini  Ana  Beatriz_  DOB: _6/3/54_  LOCATION: _M204_
   (LAST)       (FIRST)      (M.I.)

| Problem(s) Treated | Date | Progress Notes    BK # 1709304 |
|---|---|---|
| | 6/29/09 06D8 | _[illegible handwritten notes]_ BP: 130/82 |
| | 6/29/09 1130 | _[illegible handwritten notes]_ |
| | 6/29/09 1245 | _[illegible handwritten notes]_ |
| | 6/29/09 (15:30) | Received Colonoscopy insta. to F/u in Surgery clinic in 2wks. Request submitted for approval. _[signature]_ M1730 |
| | 7/2/07 (30) | Received clinic notes, CICHK 7/2/07 for MD to Review _PB_ |

PROGRESS NOTES

NAME: Biccin, Ara Serbis (M.I.)   DOB: 6/3/54   LOCATION: B 50

| Problem(s) Treated | Date | Progress Notes   BK # 170930u |
|---|---|---|
| | 6/15/07 15⁰⁰ | Colonoscopy was not done - prep incomp. Rescheduled for 6/25/07. Prep Rx faxed to Sagebrush - Rescheduled appointment made by Therese (clerk) ___ (available) @ hr 738 |
| | 6/20/07 10⁰⁰ | Pt wanted to know if colono- would be rescheduled. Told that I have rescheduled + prep will be given ___ M.D. being ___ |
| | 6/28/07 09⁰⁰ | called in from the pod to start bowel prep. Citrate of magnesia. 1 bottle given pt to come back at 12N for next bowel prep. Instructed no food today only clear liquids ___ |
| | 1130 | in to KN row for bowel prep for colonoscopy in am ___ |
| | ___ | ___ bowel prep golytely having good B.M. ___ |
| | 12N | clear liquid dinner served ___ instructed NPO after midnight ___ |
| | 2230 | Here for colonoscopy tom. am. NPO p midnight instructed a observed. ___ RN |

## KERN COUNTY CORRECTIONAL FACILITIES MEDICAL RECORD

S- Subjective
O – Objective
A – Assessment
P – Plan

NAME: _Biouni_ (LAST) _Ana_ (FIRST) _Beatruz_ (M.I.)    DOB: _6/3/54_  LOCATION: _M108_

| Problem(s) Treated | Date | Progress Notes    BK # 1709304 |
|---|---|---|
|  | 6/15/07 0345 | Accidentally given breakfast tray by infirmary officer. Inmate was instructed not to eat or drink anything p̄ midnight & no breakfast. Inmate ate 1/2 cupful of oatmeal — says she's hungry. Was prep for Colonoscopy procedure scheduled today @ 8AM. Called KMC Nursing supervisor informed her. Advised to send inmate for her appointment.    E. ____ RN |
|  | 6/15/07 0541 | Received pt. awake, alert p̄ f preparation today at KMC. Pt. v/s T 96.8 Ø 124/92 PR 91 pm 18 pt do auto respiratory ___ ___ ___ nurses |
|  | 6/15/07 2:30 | Inmate Rqst for colonoscopy rescheduled to 6/29/07 @ 7:00 am Inmate ATE OATMEAL un am) f/ups made, Rx fax'd f Dr. ordu Made    J. ____ Appt @ KMC Surgery clinic (RED on 6/29/07 @ 11:30 am    J. Gonzoe RN |

KMC 580 8997 1438 (5/05) FRONT

NAME: _Biocina-Ana, Beatriz_    DOB: _4/3/54_    LOCATION: _B203_
        (LAST)          (FIRST)          (M.I.)

| Problem(s) Treated | Date | Progress Notes    BK # 1709.324 |
|---|---|---|
| | 6/12/07 | Denials for colonoscopy & F/u visit filed under correspondence — pt. has (supervisor (B. Whitmer) inmate will keep appt.        M Roxspe RN 8/24 |
| | 6/13/07 2230 | Called B pod & spoke to D.O. Remen inmate is on cadseg B506 due to KMC appt. Colonoscopy on 6/14. Told officer inmate's diet in AM clear liquid diet for breakfast will feed to B506. Then inmate will be admitted in m108 for Colonoscopy prep.   C/imm RN |
| | 6/14/07 0630 | Brought to infirmary (no md available) given a bottle of citrate of mag to drink then returned to her unit — started prep RN |
| | 12:00 | Brought to infirmary for bowel prep. Started Peg 3350 electrolyte + gal drink and is progressing — per-Solane |
| | 06/14/07 2037 | Using commode. Prep for procedure complete. Denies any pain or discomfort Will shower before HS —      R Bryn Low |
| | 6/14/07 | Inmate was instructed not to eat or drink anything p̄ midnight and no breakfast. Took showers.        C/imm RN |

### KERN COUNTY CORRECTIONAL FACILITIES MEDICAL RECORD

S- Subjective
O – Objective
A – Assessment
P – Plan

NAME: Biccini-Ana Beatriz   DOB: 6/3/54   LOCATION: B203
     (LAST)        (FIRST)        (M.I)

| Problem(s) Treated | Date | Progress Notes    BK # 1769304 |
|---|---|---|
| | 6-6-07 | Appt @ KMC Surgery Clinic ⊙ 1:00 p.m. on 6-7-07 |
| | 13:05 | — Disorder |
| | 6/07/07 2050 | Received faxed KMC medical papers c̄ Pt. faxed to Sagebrush, c̄ special diet faxed to kitchen, c̄ orders for Colonoscopy on June 15, 2007 and F/u in Med Surgery Clinic after colonoscopy on June 21, 2007, to Clerk's attention. MD check chart 06/08/07 Re: KMC medical papers and BC. Stacey Chute RN |
| | 6/8/07 0845 | Appt @ KMC Endoscopy clinic for Colonoscopy on 6/15/07 @ 8:00am - prep ordered from pharmacy; Diet ordered from Kitchen (faxed dync jis) NPO slips made - transportation (INS) aware, Appt @ KMC Surgery clinic (Post Op) on 6/21/07 @ 1:30 — J. Gerospe CLK N8279 |
| | 6/8/07 (1530) | Endoscopy + Surgery clinic f/u appt. submitted for approval — A. Saw m 17: |

PROGRESS NOTES

KMC 580 8997 1436 (5/05) FRONT

NAME: _Bivison - Ron Bivins_    DOB _6/3/54_    LOCATION
(LAST)         (FIRST)      (M.I.)

| Problem(s) Treated | Date | Progress Notes    BK # _1709304_ |
|---|---|---|
| | 5/30/07 (10:00) | KMC Emergency Room visit 5/29/0 + Surgery clinic FU appt. submitted for approval + Yan |
| | 5/31/07 | 15:40 Clinical note Recived from time + new order — NWCA |
| | 6-1-07 8:15 | Appt @ ERROR 13:10 Recived M10356 @ kmc Ortho clinic @ 1:00 pm |
| | 10-1-07 8:15 | Recieved approved for ER evaluation M103 and the Surgery clinic  Filed under coerse DSicken m1033 |
| 6 4 | / / | (I) = Chronic Constipation, L - Rectal prolapse Hemorrhoid |
| p7 | / | 0. ss Shewnstein a/um/ER - Au = 0  Scheduled for Surgery clinic PCr    HEENT luyern Gren Abdena (s) CBS 8x1 |
| | | Hemorrhoid . Rectal prolapse |
| Note C 6/4/07 @ 5:13 Main exam 6-8?? | / | A; Chronic Constipation External Empen / infecti Hemorrhoid |

S- Subjective
O – Objective
A – Assessment
P – Plan

## KERN COUNTY CORRECTIONAL FACILITIES MEDICAL RECORD

NAME: Biocini-Ana  Beatriz   DOB 6/3/54  LOCATION: B203
(LAST)        (FIRST)        (M.I.)

| Problem(s) Treated | Date | Progress Notes    BK # 1709304 |
|---|---|---|
| | 5/16/07 | [illegible handwritten notes] |
| | | |
| | | |
| | | |
| | | |
| | | |
| | 5-16-07 1400 hrs | ANNUAL PPD TEST GIVEN ON RIGHT FOREARM — [illegible] |
| | 5-16-07 | PPD ⊖ mm [illegible] |
| | 5/29/07 2145 | Walk in to Infirmary complaining of [illegible] [illegible], red, moist mass) at the rectum relief. Also complaint she can't void VS: 156/88 HR 111. Attempted to push it back [illegible] increased pain. Talked to Dr Purcell @ KMC ER, advised to bring inmate to ER. [signature] |
| | 5/31/07 0830 | Back from KMC c̄ paperwork Dx: Rectal prolapse reduced. Inmate [illegible] follow up c̄ general surgery clinic. Copy of the paperwork given to clerk to obtain appointment note 6/1/07 - follow up. [signature] |

### PROGRESS NOTES

KMC 580 8997 1438 (5/05) FRONT

NAME: _____ _____ _____ DOB: 4/3/54  LOCATION: _____
         (Last)            (First)        (M.I.)

| Problem(s) Treated | Date | Progress Notes | BK# 171.930 |
|---|---|---|---|

5/2/07 cont — Ⓟ BP 127/84 P86 R20 T97

abdomen now tender

BS active, not distended

appear in no distress

A. as above

P. Refer to Dr. notify to evaluate

5/3/07 ——— _____

5/3/07   Ⓢ = IBS

         = Constipation

         = hemorrhoid, rectal polyps

D. ⊙

 - P⊙ hyperm

         ⊙rm

         Abdmn ③ ⊕1st

         ⊕+/

         /active ①

 - Rectal / hemorrhoid / itching

A / = IBS

    Constipation

       hemorrhoid

_____ 5/3/07  c CF99

5/3/07  1000 Place on MD chart √ for 5/4/07

       for TAR ——————— B Daniel (M796)

S—Subjective
O—Objective
A—Assessment
P—Plan

KERN C____TY CORRECTIONAL FACILITIES    ____CAL RECORD

NAME: Biocini - Ana Beatriz    DOB: 6-3-54    LOCATION: B 203

| Problem(s) Treated | Date | Progress Notes    BK# 1709304 |
|---|---|---|
| | 4-9-07 0700 | S: Had _____ c/o feeling _____ _____ _____ & can't push it out. c/ Hemorrhoids. Unable to _____ due to no _____ here — A: r/o Hemorrhoids P: Sugg, Cont IDS & antirritual med _____ _____ NP _____ needs female annual 3-08 |
| | 4/9/07 203 | _____ X-ray results for _____ N? MD _____ _____ |
| | 5/7/07 N/CA 0950 | S: Pain in her intestine (?) kidney. Had constipation and alternating c/ diarrhea when has pain. Had _____ has blood. claims all her medications had stopped |
| abdominal pain | | Wants _____ supp again to have 2 x a day and it helped. Hurting a |
| hemorrhoids | | lot, feels like vomiting but |
| voiding frequently | | unable to and abdomen is bloated. Also voiding frequent no pain w/ urination but kidney hurts now _____ |

PROGRESS NOTES

KMC 580 8997 1436 (Rev. 11/92) (Front)

NAME: Biocini - Ana, Beatriz     DOB: 6/3/54     LOCATION: B203
(LAST)     (FIRST)     (M.I.)

| Problem(s) Treated | Date | Progress Notes     BK # 170930¢ |
|---|---|---|
| | 3/16/07 | 1005 NP SC Rescheduled for 3/24/07 |
| | 3/24/07 | 12/18     P 88 |
| | 0948 | See GYN form.     Ruth O'Lundgan |
| | 3/24/07 | Faxed deferral to x-ray for |
| | 0830 | mammo ___ S.Froebe RN M837 |
| | 3/24/07 | appt @ KMC xray (mammogram) |
| | 1130 Am | on 4/5/07 @ 8:45 am ___ S.Froebe RN M837 |
| | 3/26/07 | 1300 Mammogram appt 4/5/07 |
| | | Referral submitted for approval |
| | | ___ A.Noma M1730 |
| | 3/27/07 | received approval for mammogram - still |
| | 1100 | pending ___ S.Froebe RN M837 |
| | 3-30-07 | Reviewed labs by MD Periez |
| | 1640 | ___ M |
| 3-31-07 | S: Blue pill really helps - able to use bathroom, cramping & pain relieve |
| BP 118/82 | |
| P- 76 | O: Cultures ___ |
| | A: IBS |
| | Negative STD |
| | P: Continue IBS meds |
| | NP when Pap/mammo result are |
| | ___ Ruth Lundgren NP |

S- Subjective
O - Objective
A - Assessment
P - Plan

## KERN COUNTY CORRECTIONAL FACILITIES MEDICAL RECORD

NAME: Biocini-Ana Beatriz — DOB: 6/30/54 LOCATION: B203
(LAST)        (FIRST)        (M.I.)

| Problem(s) Treated | Date | Progress Notes    BK # 1709304 |
|---|---|---|
| Sinus allergy | 3/20/07 0915 | (S) Requesting to Refill CTM ____ Sinus allergy. & claims she can't been (O) UA - T-97.0F P 114/82 P-84 R-18 Nasal congested, throat PINK C PND & tonsils swollen lung CTA (A) seasonal (P) SCAC Instructed med ↑ P.O fluids. ____ Diet fax to Kitchen NSO PRN ____ |
|  | 3/7/07 | Request of renewal of medication MD TK 3/13/07 (√) though (√) M |
|  | 3/13 /07 | ① . Constipation ② . cold drippe . Allergen Au : ① . Re : HEIGHT/ wt ____ ____ Hb- ____ ____ |
| ____ | ____ | N/c Constipation . asked for FNP / - bowel exe |
| 3/13/07 0915 | | F/U ___ |

KMC 580 8997 1438 (SGS) FRONT

NAME: *Biocini - Ana Beatriz* (LAST) (FIRST) (M.I.) DOB 6/30/54 LOCATION: B203

| Problem(s) Treated | Date | Progress Notes    BK # 1709304 |
|---|---|---|
| | | S = Constipation |
| | 26/ 02 | habitual constipation |
| | | IBS |
| | | Cold Symptom |
| | | Arthralgia |
| | | O [illegible] |
| | | All [illegible] |
| | | P [illegible] |
| | | [illegible] CTM |
| | | Sr Rn |
| | | Aldomet [illegible] @85 |
| | | Sint |
| | | [illegible] @ just fine |
| | | M = Constipation |
| | | IBS |
| | | P Arthralgia |
| | | request thermal [illegible] |
| | | [illegible] Han Werli [illegible] 1/26/07 cc/c |
| Diet | 0808 c 2/12/07 | 1) Requesting refill on ctm's & arthritis pills 2) Requesting diet Δ to no gravy |
| Allergies | | only wants beans + rice |
| | NKDA | 3) B/P 99/64   P 83 T 97° R 18 |
| | | Abd soft ⊖ distention. Appears ⊖ |
| | | distress. Gait steady |
| | | P) NSC PRN MDSC 2/19/07 Re: [illegible] |
| | | [signature] RN 1/24 |

S– Subjective
O – Objective
A – Assessment
P – Plan

# KERN COUNTY CORRECTIONAL FACILITIES MEDICAL RECORD

NAME: Biochini-Ara Beatriz     DOB 6/30/54     LOCATION: B2C3
(LAST)        (FIRST)        (MI)

| Problem(s) Treated | Date | Progress Notes     BK # 1709304 |
|---|---|---|
| Allergies/Itch | 1-6-07 | S- c/o itching to body all over and allergic - |
| | 10:25 | environmental |
| | | O- T-97.7, P-84, R-20, BP 106/67 No pruritus |
| | | noted to U.E., L.E. Pt. states c itching is the |
| | | there, however during certain time of the day eyes itch |
| | | and itching, & itching. Nares, c swelling redness. |
| | | P- See Rx, Pt. instructed to take med for |
| | | air condensational/medial. Instructed to maintain |
| | | good oral hygiene.                            ___ |
| Allergies | 0850 | |
| | 1/16/07 | S) c/o allergies requesting refill CTM |
| | | O) B/P 105/76 P77 R18 T 98 |
| NKDA | | Throat redden c PND & throat swelling |
| | | O watery eyes. Bil lungs CTA |
| | | P) See Rx  RSC PPL  = Ed. use Rx |
| | | m1724 |
| | 1/25/07 | S) Refill of lactulose & colace |
| NKA | | antacids pill hands & back |
| 09m | | hurts. Wants thermals & head |
| Requesting thermals & back support | | support because very cold hurts |
| blanket | | a lot. Requesting to see md |
| refill g Rx | | O) B/P 118/68 P87 R16 T 99.6 |
| | | abd. soft, non distended. BS(+) |
| | | A: as above  P: MDSC 1/26 for refill |
| | | O RN D advise request ___ Spengler |

KMG 580 0997 1456 (SC5) FRONT

NAME _Bissac-Ann, Bertrey_  DOB _6/30/54_  LOCATION _B203_
(LAST)          (FIRST)          (M.I)

| Problem(s) Treated | Date | Progress Notes    BK # _1709704_ |
|---|---|---|
| | 12/3/06 08:46 | _[illegible] allergy pics_ |
| _[illegible]_ | | _[illegible]_ |
| | | _[illegible] PNS,_ |
| | | _[illegible]_ |
| _meds renewal_ | 12/18/08 0900 | S) Requesting medication refill. _[illegible]_ Sortalone metamucil Colace + Nasaril nasal spray. _[illegible] still needed @ this time_ Bm small & hard. Last Bm 12/17/06 |
| | | O) VS BP 112/45  T 96°  P 77  R 18 _[illegible] by MD 11-16-06 & meds above order good for 1 month only._ |
| | | A/P) MD chart check for meds renewal. 12-19-06 _[illegible]_ |
| | 12/21/06 0700 | MDSC 12/21/06 Regarding meds _(Alan Worth M (SO))_ |
| _[illegible]_ | 12/ 21/ 06 | ∅ = Severe Constipation |
| | | _Habitual Constipation_ |
| | | ∆. 18  Nasal Congestion |
| | | PE = HEENT/ WNL _[illegible]_ |
| | | _[illegible]_ |

_[illegible handwritten notes at bottom]_

KMC 580 5997 1438 (5/05) BACK

# KERN COUNTY CORRECTIONAL FACILITIES MEDICAL RECORD

S- Subjective
O – Objective
A – Assessment
P – Plan

NAME: Biocini - Ana Beatriz (LAST) (FIRST) (M.I)   DOB: 6/30/34  LOCATION: B2a3

| Problem(s) Treated | Date | Progress Notes    BK # 1708364 |
|---|---|---|
| Chege Diet | 11/27/06 NURN 0850 | S> I need to modify my diet |
| | | O: T- 97-3    BP 108/69 |
| | | PR- 74    RR- 18 |
| | | ? - Expma pt - that she will |
| | | see MD as scheduled on 11/29-06 |
| | | P> MDSe seen, per seen _____ nurse |
| 11 | | ① = IBS. |
| | 28/ | Constipated |
| | 06 | - Report Prospacil awh. |
| | | A. ss |
| | | - PE - lungs c/th |
| | | Grim |
| | | Abbin. ⓝ CDB |
| | | Ext = Ødem |
| | | 1/ = IBS |
| | | - Constpation |
| | | m |
| | | noted by  X _____ |

PROGRESS NOTES

KMC 580 8997 1438 (5/05) FRONT

NAME: Biocini - Ana Beatriz
(LAST) (FIRST) (M.I.)   DOB: 6/3/54   LOCATION: B203

| Problem(s) Treated | Date | Progress Notes    BK # 1709304 |
|---|---|---|
| | 11/16 | D = Severe Constipation |
| | 11/20 | D = ns   - chronic pimple groups |
| | | - Au - Ⓢ |
| | | PE = HEENT / wnl |
| | | lungs crb |
| | | Cor RR |
| | | Abdm - s. ⊕ BS |
| | | Cil = ⊕ edm. |
| | | A = Dry Skin |
| | | - Severe Constipation |
| | | - need pelvic exam / desire Provaken |
| | | ? HC10x illegible |
| | | illegible |
| Prior allergies | 11/20/06 0920 NKA | Ⓢ c/o wants to continue CTM — says wants regular lunch meat now because she is getting beans in sandwich for lunch. |
| | | Ⓞ T 97 BP 115/68 P 101 Claimed lunch meat made her sick — + gravy made her sick NAD. Bilateral extrem. neg. pink, sniffles NAD. Ⓟ See RN NDSC - 11/27/06 to evaluate diet — NSC PR) Advised need pass free. |
| | | illegible P |
| | | M1738 |

## KERN COUNTY CORRECTIONAL FACILITIES MEDICAL RECORD

S - Subjective
O - Objective
A - Assessment
P - Plan

NAME: Biocini - Ana Beatriz      DOB: 6/30/54   LOCATION: B 203
(LAST)        (FIRST)        (MI)

| Problem(s) Treated | Date | Progress Notes    BK # 170930x |
|---|---|---|
| Nasal allergies | 10/29/06 1005 | (S) Requesting refill of CPM for Nasal allergies & not receiving right diet. States can eat chicken or fish. |
| Special diet | NKA | (O) VS - 968 - 84 - 16 - 112/82 Throat red c PND. Ears negative. No wheezing. |
| | | (A) as above |
| | | (P) See RX. adv. to increase fluid intake. Will call kitchen re: special diet. (done) |
| | | ___ RN 7/_/730 |
| air hunger allergy | 11/9/06 0815 NR | S - refill of interrupted, chronic ___ allergy. Last BM yesterday O - ___ 77 c 98/60  c abd tenderness c PND, CPM + ___ 1 q mnlg P - 1 ___ fluid intake, 1 ___; ___ RN |
| | 11/12/06 | ___ |
| meds | 11/14/06 0920 NKDA | S - Requesting refill of Lactulose. Stools are hard when he does not take Lactulose. O - BP 99/68   P - 81   R - 18 Abdomen soft. Bowel sound actual ___ P - Will refer back to MD 11/16/06 to evaluate re- need for Lactulose. |
| | | ___ RN |

NAME: Bio Ceni — Ana Beatriz   DOB: 6/30/54   LOCATION: B203
(LAST)         (FIRST)      (MI)

| Problem(s) Treated | Date | Progress Notes   BK # 1709304 |
|---|---|---|
| | | *impacta* |
| | | *Cerix* |
| | | *Addn* OEM |
| | | *8 x 1* |
| | | |
| | | ← *Conity peter* |
| | | ← *Need Congestion* |
| | | ← *Deit* |
| | | |
| | | *Noted Plan first MO507   10/9/06 @ 8:35* |
| 10/17/06 | | *faxed release of medical info — Renee* |
| 0815 | | *Dennis* |

KMC 580 8987 1436 (5/05) BACK

S- Subjective
O – Objective
A – Assessment
P – Plan

# KERN COUNTY CORRECTIONAL FACILITIES MEDICAL RECORD

NAME: _BIOGINI - ANA    BEATRIZ_    DOB _6/30/54_  LOCATION: _B203_
     (LAST)        (FIRST)        (M.I.)

| Problem(s) Treated | Date | Progress Notes    BK # _1709304_ |
|---|---|---|
| Reach Cause Cold Symptom | 9/30/06 NKDA 0830 | S> I need my colour medicine none my nose cold congestion x 2 days |
| | | O> T: 97.5  B.A: 103/64    P.A: 86  R.A: 18 |
| | | > Nasal mucosa red and congested, swollen. |
| | | > Throat WNL ; no swelling |
| | | A> ↑ Fluid intake , take a lot of rest |
| | | P> See Rx: MD8c prn. NKS prn |
| | | _____ _____ 910196  TRISTAN LAURINO |
| | 10/7/06 0900 | requesting to have her diet Dr Tu only a no beef no gravy diet + her blood diet sent @ MDSc 10/9/06 I evaluate diet |
| | | J Tovar |
| | 10/9/06 | O> c/o Nasal congestion not |
| | | O> S  Constipation - A) = 0 |
| | | Rx = +ENT/ cone  lip etc TA  Grille |
| Cont 10/9/06 ecG35 | | |

PROGRESS NOTES

KMC 580 9997 1438 (5/05) FRONT

S - Subjective
O - Objective
A - Assessment
P - Plan

KERN COUNTY CORRECTIONAL FACILITIES    MEDICAL RECORD

NAME: _Brocini  Ana Beatriz_     DOB: _6/30/54_  LOCATION: _B108_
         (Last)     (First)          (M.I.)

| Problem (s) Treated | Date | Progress Notes |
|---|---|---|
| RE refill | 8/29/06 0820 NKA | (S) Requesting refill of Lactulose for constipation last BM was yesterday and was hard in consistency. (O) VSA: 82-16. 119/85. Abdomen soft c̄ active BS x4. Denies nausea or vomiting. (A) As above (P) MD chart ✓ 8/30/06 re: request for refill of lactulose + Metamucil.           [signature] HI735 |
| request x-ray | 9/7/06 0930 NKA | (S) c/o still having problem c̄ stomach, claims had 2 episodes of abd pain in 5 days, claims having like a ball inside the stomach, request X'Ray abd. (O) VS BP 121/74  T 96°  P 80  R 18. Abdomen is flat, soft active bowel sounds. Denies BM. Last BM last nov. small only. (A) Same abd (P) MD'S c̄ F/U per inmate request. USC PRN if symptoms worsen.    [signature]  m.12/f |

PROGRESS NOTES

KMC 580 0497-1838 (Rev. 11/92)(Front)

S- Subjective
O - Objective
A - Assessment
P – Plan

## KERN COUNTY CORRECTIONAL FACILITIES MEDICAL RECORD

NAME: _Biocini, Ana_ DOB 6/30/54 LOCATION: B 204
(LAST)     (FIRST)     (M.I.)

| Problem(s) Treated | Date | Progress Notes     BK # 1709304 |
|---|---|---|
| Diet | 8/3/06 0835 | (S) Asking to see doctor - for no meat diet - can't digest |
| NKA | | (O) 197  BP 113/63  P83  NSD |
| | | S - no lunch meat, no gravy bland diet. See MD 7/28/06 |
| | | (P) MDSC 8/14/06 to evaluate rei diet. NSD pba — (illegible) R |
| Constipation | 8/7/06 1000 | (S) When 4 am go to BR, doesn't Bm. feels like something coming out. 3 am scared to push |
| NKA | | (O) J/S - 98.2 F - 100/70 - 76 - 18   LBM 2 days ago. Denies any bleeding. notes |
| | | (A) see above (P) will MDSC 8/10/06 eval for constipation. Nsc fu — (illegible) |
| | 8/10/06 | (illegible handwritten notes) |
| | 9/1/06 | (illegible handwritten notes) |
| | | (illegible handwritten notes) |
| Auth [illegible] 8/10/06 | | (illegible handwritten notes) |

KMC 580 8987 1436 (6/03) FRONT

S—Subjective
O—Objective
A—Assessment
P—Plan

## KERN COU...Y CORRECTIONAL FACILITIES ME...ICAL RECORD

NAME: _____ (Last)    _____ (First)    _____ (M.I.)    DOB: 06-30-56    LOCATION: P 108

| Problem (s) Treated | Date | Progress Notes          BK# 17093ay |
|---|---|---|
|  | 6/28/06 | Informed that commissary and medical |
|  | 0830 | doesn't carry dental floss or requested |
|  |  | in NSC + verbalized understanding |
|  |  | 18.97.84.16 ¹¹⁷⁄₈₅ |
|  |  | Hogan RN M1735 |
|  | 7/6/06 | Ⓢ C/o diarrhea anytime he eats - diarrhea |
| Diarrhea | 0810 | Ⓞ T97  BP 100/61 P88 - NAD |
| NKA |  | Skin dry 1 warm, Color good. |
|  |  | Ⓐ Does not have sore throat busy diarrhea |
|  |  | Ⓟ Advise to discuss D.M.D. in NSC |
|  |  | Ⓢ C/o empty bladder in bottle - |
|  |  | trips to San Francisco — shows - |
|  |  | Ⓟ Discuss c M.D. re above problem + |
|  |  | how to use toilet between trips. NSC |
|  |  | PRN |
|  |  | ____ RN |
|  |  | M1738 |
|  | 7-12-06 | ... |
|  |  | ... |
|  |  | ... |
|  |  | ... |
|  |  | ... |
|  |  | ... |
|  |  | ... |
|  | Cont |  |

S- Subjective
O - Objective
A - Assessment
P - Plan

### KERN COUNTY CORRECTIONAL FACILITIES MEDICAL RECORD

NAME: *Biocini - Ana Beatrice*
(LAST)        (FIRST)        (MI)   — DOB: 6/30/54  LOCATION: 1705304
B110

| Problem(s) Treated | Date | Progress Notes        BK # |
|---|---|---|
| | 6/9/06 1530 | Retrieved lab results per MD review — _Eagle (illeg) MB930_ |
| Back pain NKA | 6/10/66 | S) Requesting Tramadol HCl for back pain, states Tylenol not working also requesting extra mattress due to back pain + extra blanket c/o being cold. O) VS BP 104/24 T 98° P 92 R 16. Ambulate c̄ steady gait, tender to lower back No swelling seen by Dr. Swing on 6-7-06. A) Pain. P) MD SC 6-13-06 F/U. → take warm shower + continue → take Tylenol as ordered. |
| | 6/10/66 1440 | PPD read 0mm _(illeg)_ |
| | 6/12/06 1620 | Retrieved lab results per MD review — _Eagle (illeg) MB930_ |
| | 6:::: | _(illegible lines)_ |
| Noted (illeg) M (illeg) 07 6/22/66 @ 1135 | | _(illegible)_ |

PROGRESS NOTES

KMC 580 8907 1438 (5/05) FRONT

S- Subjective
O – Objective
A – Assessment
P – Plan

## KERN COUNTY CORRECTIONAL FACILITIES MEDICAL RECORD

NAME: _Brotheric – Azra Beatur_
      (LAST)        (FIRST)        (MI)    DOB _4/26/54_ LOCATION: _B100_

| Problem(s) Treated | Date | Progress Notes        BK # 1709384 |
|---|---|---|
| | 6/6/06 | 23w 51 year female c h/
| | | back pa constipt gen
| | | c h/ pc to level
| | | pain pills 6/7/06
| | | and gen |
| | c/o | pain x 3m + 2y (lower) |
| | | Not pelvic |
| | | bp + dullness |
| | | bp pain M ch y |
| | | |
| | | Motu now supprt a fund (pmd + cnte plnts) |
| | | at on |
| | | itchy pelvic |
| | | pain frequent + green |
| | | |
| | | sono/pelvis |
| | | bl stool gud come down all ch x (x r n) |
| | | Tnd fibn + swell bngt |
| | | + Na lttiq mj + stool softens |
| | | bl Na 17 y |
| | | Tnd, pt on |
| | | |
| | | Hx + ck for study |
| | Inited. Plan Health 6/7/06 (CCJS) |

PROGRESS NOTES

KMC 580 8997 1438 (5/05) FRONT

Biocini – Ana Beatriz

NAME _____ DOB 6/30/54  LOCATION: B110
(LAST)        (FIRST)        (M.I.)

| Problem(s) Treated | Date | Progress Notes   BK # 1709304 |
|---|---|---|
| | 6/26 | _illegible_ |
| | _illegible_ | |
| | | 19— _illegible_ |
| | | _illegible_ |
| | _illegible_ | _illegible_ |
| | | _illegible_ |
| ↓ Back Pain | 6/8/06 1155 Am NKA | C/S walk in C/O ↓ Back hurting States She Need extra mathress due to flat mathress & want extra Blanket States Tylenol does not helping her & Also C/o Headache |
| | | (O) V/S – 103/56 – 96 – 20 – 97.0F Ambulate 5 any problem – crying. ⊘ Swelling noted to ↓ Back. (A) See above ⊕ will ✓ Chart in for Dr Sway for stronger pain med & inmate requesting for extra mathress due to Back pain & extra Blanket. NSC PN ———— RNheraci |
| | 6/8/06 | New) PPD read to ⊗ FA 0.1ml, will read Cellular in CJIS. — mgcm |
| | 6/15/06 2035 | Blood drawn in right ante-cubital space Steuda using ⊕ 21 Vacutainer needle. Re comprehensive Metabolic Panel, TSH, and CBC ⊕ differential. Unable to collect urine specimen ⊕ this time. Will have a sterile cont. to doct'rs attention. Shirley _illegible_ |

KMC 580 9867 1438 (5/05) BACK

## Sick Call Request

**Last Name** (Apellido) _____   **First Name** (Primero) _____   **Middle** (Mediano) _____

**Date**
(Fecha) _____   **Book Number**
(Numero) _____   **Housing Location**
(Unidad de vivienda) _____

You will be charged a $3 co-pay for sick call visits except in cases of emergency treatment, follow up visits as directed be medical staff, and certain services as described in the inmate orientation brochure. If you have no money on your account, you will not be charged and will still receive medical services. Contract inmates (State and Federal) are exempt from this charge.

Se va cobrar tres dolares ($3) para vistas de enfermedad. Excepto en el caso de tratamiento de emergencia o vistas que 'e indica el doctor'enfermera y ciertos servicios indicados en el folleto de orientacion de presos. Si no tiene dinero en su cuenta, no se le cobrar para recibir services medico. Presos contractados (estatles y federales) son exentos de estos cargos.

Check one:     ☐ **Medical**        ☐ **Dental**        ☐ **Mental Health – No Charge**
(Marque una)        (Medico)           (Dental)              (Sanidad Menta )

**Problem** (Problema) _____

_____
_____
_____

For nurse use only
☐ Co-Pay to be charged        Medical Staff Signature _____

White Copy-Inmate Medical Record

For nurse use only
☐ Co-Pay to be charged        Medical Staff Signature _____

White Copy-Inmate Medical Record

## Sick Call Request

**Last Name** (Apellido) _____     **First Name** (Primero) _____     **Middle** (Mediano) _____

**Date**
(Fecha) _____     **Book Number**
(Numero) _____     **Housing Location**
(Unidad de vivienda) _____

You will be charged a $3 co-pay for sick call visits except in cases of emergency treatment, follow up visits as directed be medical staff, and certain services as described in the inmate orientation brochure. If you have no money on your account, you will not be charged and will still receive medical services. Contract Inmates (State and Federal) are exempt from this charge.

Se va cobrar tres dolares ($3) para vistas de enfermedad. Excepto en el caso de tratamiento de emergencia o vistas que le indica el doctor/enfermera y ciertos servicios indicados en el folleto de orientacion de presos. Si no tiene dinero en su cuenta, no se le cobrar para recibir services medico. Presos contractados (estatles y federales) son exentos de estos cargos.

**Check one:**     ☐ **Medical**     ☐ **Dental**     ☐ **Mental Health – No Charge**
(Marque una)     (Medico)     (Dental)     (Sanidad Mental)

**Problem** (Problema):

For nurse use only:
☐ Co-Pay to be charged.     Medical Staff Signature: _____

White Copy-Inmate Medical Record

Yellow Copy-Billing

KMC OB GYN CLINIC          * LEROO

**KERN MEDICAL CENTER**

# Fax Transmittal

**FAX TRANSMITTAL**

1119309

FAX # 661 391 -7386

TO: _Leuce_

FROM: _Sharon O/Gyn -KMC_

DATE: _09/11/0?_

PAGES: _2_ (including transmittal)

COMMENTS:

_Thanks_

"If this fax is received in error, please notify the person who transmitted it immediately."

This message is intended only for the use of the individual or entity to whom it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the address shown below via the United States Post Service. Thank you."

TELEFAX: (661) 326-2758
TELECOMMUNICATIONS
KERN MEDICAL CENTER OB/GYN DEPARTMENT
1830 Flower St., Bakersfield, CA 93305 (661) 326-2246

KMC OB GYN CLINIC     → LERCO     002/007

To make appointments please call 326-2800
Para hacer citas por favor llame 326-2800

ACCT#0725400259   MEDREC 0001179074
BIOCINI,BEATRIZ ANA
GYN DATE: 05/11/07  DOB: 08/30/54 SEX F

# #1769304

## Doctors

| Team A | Team B | Team C | |
|---|---|---|---|
| 1) Alkhouri | ●) Hoang | 9) Khalifa | 13) Team A |
| 2) Mrad | 6) Yu | 10) Thelmo | 14) Team B |
| 3) Basel | 7) Zafary | 11) Skalnyi | 15) Team C |
| 4) Fatehchehr | 8) Singh | 12) Pourshariff | 16) Rotator |

| | | |
|---|---|---|
| 17) Mansour | 21) Preg Test | |
| 18) Lopez | 22) Nurse Visit | |
| 19) Janice | 23) Infertility Specialist | |
| 20) CPSP | 24) Other_____ | |

Please return in ___ weeks/months ~Por favor regrese en ____ semanas/meses

## Clinic / Clinica

| | | |
|---|---|---|
| 1) NOB | 7) QNC | 9) PPC |
| 2) ROB | 8) PROCEDURES | 10) FPC |
| 3) NGYN | A) COLPO  E) CRYO | 11) DEPO |
| 4) RGYN | B) EMB  F) UTZ | 12) RHO |
| 5) HGB | C) LEEP  G) IUD | 13) INFERTILITY |
| 6) DIABETIC | D) HYSTO | 14) OTHER |

## Return Appointment / Cita

Date / Fecha   19/02/07

Time / Hora   8⁴⁵ A

*(handwritten left margin: apt c  Dr. T. Hoang  OB/Gyn Clinic)*

KMC OB GYN CLINIC

KERN MEDICAL CENTER
Owned & Operated by County of Kern
BAKERSFIELD, CA. 93305

**CLINIC RECORD NOTES**

| STAR ACCOUNT NO. | DATE ARRIVED | TIME | ARRIVAL MODE | | PATIENT TYPE | MEDICAL RECORD NO. |
|---|---|---|---|---|---|---|
| 0725400259 | 08/11/07 | 08:30 | | | GYN | 0001178074 |

| PATIENT | BIOCINI,BEATRIZ ANA | | | BIRTHDATE 06/30/54 | AGE 53Y | SEX F |

STREET ADDRESS 17635 INDUSTRIAL FARM RD    CITY BAKERSFIELD    STATE CA    ZIP 00003

PHONE (000)391-7913    SSN 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    MARITAL STATUS    FINANCIAL J COUNTY CORRECTIONA

INS. POL. BK 1709304

IN EMERGENCY NONE AT THIS TIME

MANAGED C/MEDMO ☐ Yes ☐ No    AUTHORIZED ☐ Yes ☐ No

CHIEF COMPLAINT/PROBLEM
930a/RGYN/HOANG

PRIMARY CARE PHYSICIAN

CATEGORY ☐ WALK IN ☐ APPOINTMENT

IMMUNIZAT ☐ UP TO DATE ☐ NOT UP TO DATE    LANGUAGE ☑ ENGLISH

PAIN ☐ Acute ☐ Chronic

See GYN Sheets 8:42 C Stevel

Are you having any problems with your activities of daily living?

TIME SEEN:    Are you having any problems ambulating?

V/S done at 8:43am C

9/11/07 @ 9:30

Mrs. Beatriz Biocini was seen and evaluated and a hysterectomy was recommended due to prolapse. However, she feels strongly and refused hysterectomy. She would only like correction of the prolapse. She fully understands the risk of future. All questions were answered.

Beatriz Biocini

DISABILITY
ICD-9CM    FINAL DX CODE 9/8

DOCTOR SIGNATURE

FACULTY REVIEW

DISPOSITION OTHER THAN HOME

PAGE 1 ONLY ATTACH AFTER CARE INSTRUCTIONS

**MEDICAL RECORDS**

KMC OB GYN CLINIC            • CERDO            ☑004/007

**KERN MEDICAL CENTER**
**1830 FLOWER STREET**
**BAKERSFIELD, CA. 93305**
**(661)326-2000**

Owned & Operated by
County of Kern

| STAR ACCOUNT NO. | DATE ARRIVED | TIME | ARRIVAL MODE | PATIENT TYPE | MEDICAL RECORD NO |
|---|---|---|---|---|---|
| 0725400259 | 09/11/07 | 08:30 | | GYN | 0001178074 |

| NAME BIOCINI,BEATRIZ ANA | | | PRIMARY INSURANCE   909000 | |
|---|---|---|---|---|
| | BIRTHDATE 06/30/54 | AGE 53Y | SEX F | |

## GYN CLINIC

☐ New Patient                    ☐ Established Patient
Date: 9-11-07        BP 136/84 Pulse: 76  Resp: 17  Temp: 97.6  Weight: 155  Initial CB
Marital Status: ☐ S  ☐ M ☐ W ☐ D  ☐ SP
Referred By: _____
Menarche: _____        G __ P __ A __ L __  LMP: 3 months ago
Last Pap Test: 3/26/07      ☒ Normal  ☐ Abnormal   BCP Method: ____  Past: ____
Mammogram: _____        ☐ Normal  ☐ Abnormal
Allergies: ☐ Yes  ☒ No  If yes list _____
Medications: Remeron for sleep; Lactulose, colace, metamucil, Motrin

| I.   C.C. Hx of present illness: | Lab results | Attending HPI |
|---|---|---|
| 534.0 ? complains of leaking ē coughing sneezing or laughing. States she feels a mass bulging x15 days on the side of her vagina. c/o rectal bleeding. Last colonoscopy June 24 showed internal hemorrhoids<br><br>-very certain desires not to have ovaries ē uterus removed → would feel incomplete. | | |

II.   Past Medical, Surgical History:
→ Rectal prolapse 5/30 (no surg.)
→ Liposuction 20y ago

| | V.   System Review | - = negative<br>+ = positive |
|---|---|---|
| 1. | Constitutional | — |
| 2. | Eyes | — |
| 3. | ENT | — |
| 4. | Cardiovascular | — |
| 5. | Respiratory | — |
| 6. | Gastrointestinal | (+) |
| 7. | Genitourinary | (+) |
| 8. | Musculo skeletal | — |
| 9. | Integumentary | — |
| 10. | Neurological | — |
| 11. | Psychiatric | — |
| 12. | Endocrine | — |
| 13. | Hematologic | — |
| 14. | Allergic | — |

III.   Family History:  Aunt ē stomach CA

IV.   Social History:  in Lerdo for immigrate

+T/E/ (recall drugs)
Quit in 1995

Residents Past Medical Hx, Family Hx, Social Hx and
ROS reviewed by attending physician:  ☐ Yes

KRC UB GYN CLINIC

ACCT # 072540025ᵇ
PATIENT BIOCINI,BEATRIZ ANA

MEDREC# 0001179074
DOB:04/30/54

**VII.  Physical Exam**

☐ Attending present and concur with Resident findings
☐ Other:  please fill the box below

Resident Findings

Attending Physician findings

| | | N | A | | | N | A | |
|---|---|---|---|---|---|---|---|---|
| 1. | Appearance | X | | | | | | |
| 2. | Skin | X | | | | | | |
| 3. | HEENT | X | | | | | | |
| 4. | Thyroid | X | | | | | | |
| 5. | Lymph nodes | | | | | | | |
| 6. | Heart | X | | | | | | |
| 7. | Lungs | X | | | | | | |
| 8. | Breasts | | | | | | | |
| 9. | Axillary nodes | | | | | | | |
| 10. | Superclav nodes | | | | | | | |
| 11. | Abdomen | X | | | | | | |
| 12. | M. Skeletal | X | | | | | | |
| 13. | Extremities | X | | | | | | |
| 14. | Neurological | | | | | | | |

**VIII.  Gynecological Exam**

☐ Attending present and concur with Resident findings
☐ Other: please fill the box below

| | | N | A | | | N | A | |
|---|---|---|---|---|---|---|---|---|
| 15 | External Genitals | | | | | | | |
| 16. | Urethra | | | | | | | |
| 17 | Bladder | | | | | | | |
| 18. | Vulva/vagina | | | | | | | |
| 19. | Cervix | | | | | | | |
| 20. | Uterus | | | | | | | |
| 21 | Adnexa | | | | | | | |
| 22. | Anus/Perineum | | | | | | | |

not done

N = Normal   A = Abnormal

**IX.  Diagnosis, Assessment**

Rectal/uterine prolapse

**X.  Investigations**
☐ Pap
☐ Mammogram
☐ Ultrasound
☐ Others

**Diagnosis Assessment**

uterine prolapse

**XI.  Treatment, Plan**

Sx on 9/29/07 c combined surgery c G.S. for rectal prolapse repair.

**Treatment, Plan**

will do uterine suspension

Resident Signature

Faculty Review

Attending Physician Signature

KMC OB GYN CLINIC

**KERN MEDICAL CENTER**
Owned and Operated by the County of Ke.
Bakersfield, CA. 93305

LERDO
OCINI, BEATRIZ ANA
N DATE:  08/11/07   DOB: 09/30/64 SEX F

## OUTPATIENT AFTERCARE INSTRUCTIONS

It is important that you follow-up as directed and please report to your doctor if symptoms persist or worsen. When clinic is closed, please seek emergency care. Please bring all medications with you to every clinic visit. Medication refills: Please call at least 7 days before running out.

**☐ CLEAR LIQUID DIET**

___ Until the problem for which you are using this diet stops.
EAT ONLY:
___ Clear Soups
___ Pedialyte, Lytren
DO NOT DILUTE PEDIALYTE
___ Soft diet-after liquid diet for 6 hours. No raw vegetables or fruits

**☐ VOMITING**

___ Clear liquid diet (see above) but in frequent small amounts only
___ Watch for signs of dehydration (see below)
___ Call your doctor if you notice blood in the vomitus

**☐ DIARRHEA**

___ Clear liquid diet (see above)
___ If not vomiting and keeps clear liquids down you may try fresh ripe bananas that have been mashed. Also dried toast may be tried.
___ Call the MD if you see blood in the diarrhea
___ Watch for signs of dehydration (see below)
___ Return to Clinic sooner or ___ to ER ___ call us if
    ___ Fever or ___ not better in 3 days
    ___ Chest pains

**☐ WOUND CARE**

___ Keep wound covered until rechecked
___ If dressings get wet or dirty you should
    ___ change them ___ call your MD or the ER
___ Leave wound open to the air
___ You may wash the wound after ___ days
___ Return for wound check in ___ days
___ Sutures to be removed in ___ days
___ Limit movement of the affected part
___ Elevate the injured part higher than your heart, to decrease swelling and improve healing for ___ hours.
___ Cool packs to the area to prevent swelling and pain for ___ hours

DESPITE THE GREATEST CARE, ANY WOUND CAN BE INFECTED. RETURN IMMEDIATELY OR SEE YOUR DOCTOR IF SIGNS OF REDNESS, SWELLING, PUS OR RED STREAKS OCCUR, OR IF THE WOUND FEELS MORE SORE INSTEAD OF LESS SORE AS THE DAYS GO BY.

**☐ DEHYDRATION:** Signs to look for:
___ Decreased urine flow
___ Very sleepy, hard to wake up
___ Dizziness when standing up
___ Very dry mouth
___ No tears seen when patient cries

**OTHER INSTRUCTION SHEETS**
___ English   ___ Spanish

___ Anemia
___ Angina/Heart Diseases
___ Asthma
___ Back/Neck Injury
___ Bowel Prep for
___ Endoscopy
___ Bronchitis
___ Cancer Pamphlets
___ Care of Foreskin
___ Cast Care
___ Cholesterol diet
___ Breast Cancer
___ Breast Self Exam
___ Chest Injury
___ Chest Wall Pain
___ Chicken Pox
___ Child Proofing
___ Cold/Flu
___ Congestion
___ Conjunctivitis
___ Constipation
___ Contraception
___ Contusions
___ Croup
___ Diabetes
___ Diet/Nutrition
___ Ear Infections
___ Endometrial Curettage
___ Enuresis
___ Epididymitis

**☐ DISPOSITION**
___ You may return to work
___ You may not return to work
    Until
___ You may return to light work
    ___ Immediately
    ___ on
___ No school until
___ No physical education
    Until

___ Febrile Seizures
___ Fetal Movement Count
___ Flex Sigmoidoscopy
___ Gallbladder Disease
___ Gastritis
___ Gastroscopy Instructions
___ GI Reflux diet
___ Head Injury
___ Hepatitis
___ Hypertension
___ Impetigo
___ Inhaler
___ Kidney Stones
___ Lice
___ Low back pain exercise
___ NST Biophysical Profile
___ Pneumonia
___ Pregnancy
___ Pyelonephritis
___ Reflux Esophagitis
___ SBE Prophylaxis
___ Scabies
___ Sinusitis
___ Smoking Cessation
___ Sprain/Fracture Care
___ STD's/PID
___ Threatened Abortion
___ Tobacco Preventions
___ UTI's
___ Vaginitis

Tests Ordered: _____

Patient Education
☐ Learning needs/abilities assessed
Specify: _____
☐ Barriers to learning
Specify: _____

Follow up/ Additional Instructions: RTC 3 weeks

I have received as well as demonstrated my understanding of the discharge instructions given:
Patient Signature: _____

Exit Interviewer Signature: _____     Time: _____

Physician Signature: _____



KMC OB GYN CLINIC

ACCT#0725400299    MEDREC 0001178074
BIOCINI,BEATRIZ ANA
GYN DATE: 08/11/07    DOB: 06/30/84 SEXF

## KERN MEDICAL CENTER
## OB/GYN
Owned and Operated by the County of Kern
1830 Flower St.
Bakersfield, CA 93305
Ph: (661) 326-2778          Name:
Fax: (661) 326-2758         ID#:
                            DOB:

| Diagnosis: | | Allergies: | Patient Weight: |
|---|---|---|---|

| Drug, Strength, & Quantity | Quantity | Directions | Refills |
|---|---|---|---|
| Rx Premarin 0.625mg vaginal cream #1 tube | ☐ 1-24 ☐ 25-49 ☐ 50-74 ☐ 75-100 ☐ 101-150 ☐ 151 & over | 1 gm per vagina every night. | ⓪ |
| Rx | ☐ 1-24 ☐ 25-49 ☐ 50-74 ☐ 75-100 ☐ 101-150 ☐ 151 & over | | |
| Rx | ☐ 1-24 ☐ 25-49 ☐ 50-74 ☐ 75-100 ☐ 101-150 ☐ 151 & over | | |

Total Number of
Rx's (circle one)
1   2   3

KMC Pharmacies may dispense closest package size or therapeutic equivalent as approved by the Pharmacy and Therapeutics Committee.
**Unused prescription spaces must be voided.**

☐ Brian Acacio, MD
BA459465/G40390
☐ Deng Pa Feng, MD
AP1757445/A038973
☐ Juan Lopez, MD
BL8848369/A36795
☐ Hansa Patel, MD
AP7110543/A34290
☐ Mark Richter, MD
AR169483/A6317777
☐

☐ Kurt Finberg, MD
AF6056673/O27064
☐ Antonio L. Garcia, MD
BG0481109/G57441
☐ Joseph Mansour, MD
AM1182951I/A34244
☐ Leonard Perez, MD
AP2648612/O052112
☐ Mark Root, DO
AR2870245/20A4959

☐ Randy Fok, MD
AF2199265/C418130
☐ Miguel L. Lascano, MD
BL3004847/A050264
☐ Diego Mendez, MD
BM2315427/A047906
☐ Vasanthi Srinivas, MD
BR5080104/A53815
☐ William Roy, MD
BR2857615/G85889

Prescriber Name-Printed/Stamp/ID#    Prescriber Signature    Date

White:  Original
Duplicate:  Chart Copy
Label:  English ☐  Spanish ☐
DEA/ State License Number    H18#

**Physician must sign and enter date or Rx is void.**

007/007

# DIET ORDER

Inmate's Name _Brown A._    Booking# _7C930?_

Housing Location _124?-?_
Start Date: _?/?/?_    Expiration/Termination Date: _Death?_

## Medical diet Order (Circle One)

Enter diets in computer by number for more than one order enter with coma between numbers
etc: 6, 12, 21a or 9, 12, 21b, d, j

1. Low Fat
2. Low Salt (4gm Na)
3. Low Cholesterol
4. Bland
5. Low Sodium (2 - 3 gm Na)
6. Diabetic 1800 Cal
7. Diabetic 2000 Cal
8. Diabetic 2200 Cal
9. Diabetic 2400 Cal
10. Diabetic 2600 Cal
11. Diabetic 2800 Cal
12. Diabetic H. S. Snack
13. Pregnancy with H.S. snack
14. Enhanced
15. Standard Renal diet (60 - 75 gm protein, 2 gm Na/K)
16. Special Renal Diet - will call / fax kitchen with specific orders
17. Hepatic diet - will call / fax  kitchen with specific orders.
18. Full liquid (wired jaw, total dental extractions).
19. Clear liquid (pre-test, post surgery, N/V 3 days only)
20. Mechanical soft (for dental problems)
21. Allergies

   a)   eggs
   b)   Milk & Milk Product    g)   Strawberry
   c)   Fish    h)   Nuts
   d)   Orange/Citrus    i)   Onions
   e)   Tomatoes    j)   Wheat
   f)   Chocolate    k)   Others

22. Isolation Tray
23. NPO (nothing by mouth after midnight)
24. Special Instruction diet(will call/fax instructions to kitchen)
25. A.M. Snack
26. P.M. Snack

Comments: _No Beef, Beans gravy - Religious reason_

Approved By (Medical or Dental Signature): _____

Inmate/Detainee signature: _____

I have been counseled, understand the terms and agree to the conditions of this diet plan.  I also realize that if I should fail to pick up and sign for my diet at every meal, the diet plan may be canceled.

No weight reduction diets are to be ordered using ADA diets.  Use low fat/low salt diet for life threatening cases of weight control.   Vegetarian diets are not a medical problem and will not be ordered on this form.

02/2001

## CORRECTIONAL FACILITY
## DIET ORDER

Inmate's Name _Bicom-Ana Brahi_ Booking# _17C9364_

Housing Location _B404_
Start Date: _10 9 c9_               Expiration/Termination Date: _Durati_

### Medical diet Order (Circle One)

Enter diets in computer by number for more than one order enter with coma between numbers etc: 6, 12, 21a or 9, 12, 21b, d, j

1.  Low Fat
2.  Low Salt (4gm Na)
3.  Low Cholesterol
4.  Bland
5.  Low Sodium (2 - 3 gm Na)
6.  Diabetic 1800 Cal
7.  Diabetic 2000 Cal
8.  Diabetic 2200 Cal
9.  Diabetic 2400 Cal
10. Diabetic 2600 Cal
11. Diabetic 2800 Cal
12. Diabetic H. S. Snack
13. Pregnancy with H.S. snack
14. Enhanced
15. Standard Renal diet (60 - 75 gm protein, 2 gm Na/K)
16. Special Renal Diet - will call / fax kitchen with specific orders
17. Hepatic diet - will call / fax kitchen with specific orders.
18. Full liquid (wired jaw, total dental extractions).
19. Clear liquid (pre-test, post surgery, N/V 3 days only)
20. Mechanical soft (for dental problems)
21. Allergies

| | | | |
|---|---|---|---|
| a) | eggs | g) | Strawberry |
| b) | Milk & Milk Product | h) | Nuts |
| c) | Fish | i) | Onions |
| d) | Orange/Citrus | j) | Wheat |
| e) | Tomatoes | k) | Others |
| f) | Chocolate | | |

22. Isolation Tray
23. NPO (nothing by mouth after midnight)
24. Special Instruction diet(will call/fax instructions to kitchen) _No Beef, No Cepas, No Ham_
   _No gravy, No Lengue,_
25. A.M. Snack
26. P.M. Snack

Comments: _Turkey is OK_
Approved By (Medical or Dental Signature)_____
Inmate/Detainee signature:_____

I have been counseled, understand the terms and agree to the conditions of this diet plan. I also realize that if I should fail to pick up and sign for my diet at every meal, the diet plan may be canceled.

No weight reduction diets are to be ordered using ADA diets.  Use low fat/low salt diet for life threatening cases of weight control.   Vegetarian diets are not a medical problem and will not be ordered on this form.

08/30/2007 14:11 FAX 6613262758              KMC OB GYN CLINIC              LERDO                    ☒001/006

# KERN MEDICAL CENTER

## Fax Transmittal

### FAX TRANSMITTAL

FAX #  (661) 391-7386

TO:  Kerdo

FROM:  Simon 8/30/07 - KMC

DATE:

PAGES: 6 (including transmittal)

COMMENTS:

Thanks

**"If this fax is received in error, please notify the person who transmitted it immediately."**

"This message is intended only for the use of the individual or entity to whom it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the address shown below via the United States Post Service. Thank you."

TELEFAX: (661) 326-2758
TELECOMMUNICATIONS
KERN MEDICAL CENTER OB/GYN DEPARTMENT
1830 Flower St., Bakersfield, CA 93305 (661) 326-2246

KMC OB GYN CLINIC          * LERDO

To make appointments please call 326-2800
Para hacer citas por favor llame 326-2800

ACCT#0724200853        MEDREC 0001178074
BIOCINI,BEATRIZ ANA
OPJ DATE:  09/30/07    DOB: 09/30/54 SEXF

## Doctors

**Team A**

1) Alkhouri
2) Mrad
3) Basel
4) Fatehchehr

**Team B**

6) Yu
7) Zafary
8) Singh

Hoang

**Team C**

9) Khalifa
10) Thelmo
11) Skalnyl
12) Poursharifi

13) Team A
14) Team B
15) Team C
16) Rotator

17) Mansour
18) Lopez
19) Janice
20) CPSP

21) Preg Test
22) Nurse Visit
23) Infertility Specialist
24) Other _____

Please return in ____ weeks/months ~Por favor regrese en ____ semanas/meses

## Clinic / Clinica

1) NOB
2) ROB
3) NGYN
4) RGYN
5) HOB
6) DIABETIC

7) ONC
8) PROCEDURES
   A) COLPO    E) CRYO
   B) EMB      F) UTZ
   C) LEEP     G) IUD
   D) HYSTO

9) FPC
10) FPC
11) DEPO
12) RHO
13) INFERTILITY
14) OTHER

## Return Appointment / Cita

| Date / Fecha | 09/11/09 |
|---|---|
| Time / Hora | C 930 |

08/30/2007 14 12 FAX 6613262759                    KMC 08 GYN CLINIC              + LERDO                    ☑003/006

**KERN ☩ CAL CENTER**
Owned & Operated by County of Kern
BAKERSFIELD, CA. 93305

**CLINIC RECORD NOTE**

| STAR ACCOUNT NO. | DATE ARRIVED | TIME | ARRIVAL MODE | | PATIENT TYPE | | MEDICAL RECORD NO. |
|---|---|---|---|---|---|---|---|
| 0724200853 | 08/30/07 | 13:05 | | | OPJ | | 0001178074 |

| PATIENT | | | | | | | |
|---|---|---|---|---|---|---|---|
| PATIENT NAME | BIOCINI, BEATRIZ ANA | | | | BIRTHDATE 08/30/54 | AGE 53Y | SEX F |
| ADDRESS | 17635 INDUSTRIAL FARM RD | | | CITY BAKERSFIELD | STATE CA | | ZIP 00003 |
| PHONE (000)391-7913 | | SOC.SEC.NO 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 | MARITAL STATUS | | | FINANCIAL CLASS J COUNTY CORRECTIONA | |
| INS. BK#1709304 | | | | HOME PHONE | | | |
| IN EMERGENCY NOTIFY | NONE.AT THIS TIME | | | BUSINESS PHONE | | | |
| MANAGED CARE HMO | AUTHORIZED: | TIME | TRIAGE CATEGORY ☐ WALK-IN ☐ APPOINTMENT | IMMUNIZATION ☐ UP TO DATE ☐ NOT UP TO DATE | | LANGUAGE ☑ ENGLISH | |
| ☐ Yes ☑ No | ☐ Yes ☐ No | | | | | | |
| CHIEF COMPLAINT/PROBLEM | WI/RGYN/LOPEZ | | | PRIMARY CARE PHYSICIAN | | ALLERGIES | |

PAIN ☐ Acute ☐ Location _____ ☐ Chronic ☐ Duration _____
Onset & source (including bud) _____

WEIGHT _____ TEMP _____ PULSE _____ RESPIRATION _____ BLOOD PRESSURE _____ TIME _____ MODE _____

Are you having any problems with your activities of daily living?

Are you having any problems ambulating?

*(handwritten notes)*

D.SABILITY
ICO-8CM                    FINAL DIAGNOSIS

**FAXED**

DOCTOR SIGNATURE                    DISPOSITION OTHER THAN HOME
                                    PAGE 1 ONLY ATTACH AFTER CARE INSTRUCTIONS
FACULTY REVIEW

**MEDICAL RECORDS**

08/30/2007 14 12 FAX 6613262759           KMC OB GYN CLINIC          * LERDO          004/006





**KERN MEDICAL CENTER**
Owned & Operated by County of Kern

*6244*

ACV 24200863
BIOCINI, BEATRIZ ANA    MEDREC 0001176074
OPJ DATE:    08/30/07    DOB: 08/30/54 SEXF

## Case Management Department

# SURGERY AUTHORIZATION REQUEST

[ ] **Emergent** – *Approval needed within three (3) days*
[X] **Urgent** – *Approval needed within ten (10) days*     CO – DEPT
[ ] **Elective**                                             OB/GYN & General surgery

Diagnosis: PROCIDENTIA / RECTAL PROLAPSE

Medical Justification: PROLAPSED UTERUS / RECTUM.

Planned Procedure: TVH vs. A. UTERINE Suspension AND PERINEAL RECTOPEXY

Outpatient [ ]     Inpatient [X]   Expected Length of Stay: 3 Days

Resident: T. HSANG 307-2447
Chief/Senior Resident: "    "                      Date: 8/30/07
Staff: Dr Lopez.                                   Team: B
                                                   Service: Gyn

---

*Case Management Department Response*                Date: _____

[ ]   OK to Schedule

[ ]   Approved by:  MCal    GK    GN    CCS    Other _____

       Outpatient    Inpatient (LOS_____)    Auth Expires: _____

[ ]   Deferred/Denied – Reason: _____

[ ]   TAR Not Needed

[ ]   *Medi-Cal Restricted – Will Not Cover Elective Procedures. Requires Administration Approval.*

**FAXED** 8/30/07

KMC OB GYN CLINIC
**KERN MEDICAL CENTER**
1830 FLOWER STREET
BAKERSFIELD, CA. 93305
(661)326-2000

Owned & Operated by
County of Kern

| STAR ACCOUNT NO. | DATE ARRIVED | TIME | ARRIVAL MODE | | PATIENT TYPE | |
|---|---|---|---|---|---|---|
| 0724200853 | 08/30/07 | 13:05 | | | OPJ | |
| NAME BIOCINI,BEATRIZ ANA | | | | | PRIMARY INSURANCE   908000 | MEDICAL RECORD NO. 0001178074 |
| | BIRTHDATE 08/30/54 | AGE 53Y | SEX F | | | |

## GYN CLINIC

☐ New Patient                              ☐ Established Patient
Date: 83007   BP: 108/68 Pulse: 96   Resp.: 17   Temp: 97.2 Weight: 42 Initials CS
Marital Status: ☐ S  ☐ M  ☐ W  ☐ D  ☐ SP
Referred By: _____
Menarche: _____
Last Pap Test: 3/26/07   G_4_ P_A_3_ L_1_   LMP: 4 months
Mammogram: _____   ☑ Normal ☐ Abnormal   BCP Method: _____
                      ☐ Normal ☐ Abnormal   Past: _____
Allergies: ☐ Yes ☑ No  If yes, list _____
Medications: None

**I.  C.C. Hx of present illness:**

53 y/o referred for uterine prolapse
By general surgery (Nicole Thomas) during
their workup for her rectal prolapse
Pt states she has this problem x 2 yrs
Pt currently in Loxeo due to immigration
problems.

Lab results

Attending HPI

**II.  Past Medical, Surgical History:**

Lipo matron
Uterine Prolapse

Gyn Hx:
- ∅ STD's
- ∅ abnormal Paps ever
- ⊖ coitus.
- G 4 P,
- NSVD x 4

? Birth control
∅ ever screening

| V.  System Review | − = negative  + = positive |
|---|---|
| 1.  Constitutional | − |
| 2.  Eyes | − |
| 3.  ENT | − |
| 4.  Cardiovascular | − |
| 5.  Respiratory | − |
| 6.  Gastrointestinal | ⊕ |
| 7.  Genitourinary | ⊕ |
| 8.  Musculo skeletal | − |
| 9.  Integumentary | − |
| 10.  Neurological | − |
| 11.  Psychiatric | − |
| 12.  Endocrine | − |
| 13.  Hematologic | − |
| 14.  Allergic | − |

**III.  Family History:**

∅

FAXED

**IV.  Social History:** ∅ T/E/IVDA

**VI.  Residents Past Medical Hx, Family Hx, Social Hx and ROS reviewed by attending physician:**  ☐ Yes

09/28/2007 14 12 FAX 6613262759

KMC OB GYN CLINIC                    * LERDO                    Ø006/006

ACCT # 0724200653
PATIENT BIOCINI,BEATRIZ ANA

MEDREC# 00011780
DOB:06/30/

## VII. Physical Exam

**Resident Findings**

☐ Attending present and concur with Resident findings
☐ Other: please fill the box below

**Attending Physician findings**

| | | N | A | | | N | A | |
|---|---|---|---|---|---|---|---|---|
| 1. | Appearance | | | | | | | |
| 2. | Skin | | | | | | | |
| 3. | HEENT | | | | | | | |
| 4. | Thyroid | | | | | | | |
| 5. | Lymph nodes | | | | | | | |
| 6. | Heart | | | | | | | |
| 7. | Lungs | | | | | | | |
| 8. | Breasts | | | | | | | |
| 9. | Axillary nodes | | | | | | | |
| 10. | Supraclav nodes | | | | | | | |
| 11. | Abdomen | | | | | | | |
| 12. | M. Skeletal | ♂ | | BS soft, ntnd | | | | |
| 13. | Extremities | | | | | | | |
| 14. | Neurological | | | | | | | |

## VIII. Gynecological Exam

☐ Attending present and concur with Resident findings
☐ Other: please fill the box below

| | | N | A | | | N | A | |
|---|---|---|---|---|---|---|---|---|
| 15. | External Genitalia | ✓ | | | | | | |
| 16. | Urethra | ✓ | | | | | | |
| 17. | Bladder | | | | | | | |
| 18. | Vulva/vagina | | ✓ | cystocele IV | | | | |
| 19. | Cervix | ✓ | | | | | | |
| 20. | Uterus | | ✓ | prolapse | | | | |
| 21. | Adnexa | ✓ | | uterine prolapse procidentia | | | | |
| 22. | Anus/Perineum | | ✓ | Rectal Prolapse | | | | |

**N = Normal    A = Abnormal**

## IX. Diagnosis, Assessment

① uterine prolapse
(rectocystocele)
② rectal prolapse

## X. Investigations
☐ Pap
☐ Mammogram
☐ Ultrasound
☐ Others

## XI. Treatment, Plan

① uterine suspension vs
TVH, A&P, perineal TOT
② Perineal Rectopexy
③ SAR sent

**Resident Signature**

R053  **Faculty Review**

**Diagnosis Assessment**

**Treatment, Plan**                    08/28/0

**Attending Physician Signature**