TARweb Authorization Form

## Division of Immigration Health Services

**Treatment, Authorization & Consultation Form**

SEND PAPER CLAIMS TO:
Division of Immigration Health Services
VA Financial Services Center
PO Box 149345
Austin, TX 78714-9345

For EDI claim submission information and claim inquiries, please contact 1.800.479.0523

**Claims must be submitted within six months from date of health service.**
**For proper provider claim submission information, please visit: www.icehealth.org/ProviderInfo.htm**

A separate treatment authorization request will be required for services beyond and outside the scope of the original authorization. Services rendered may not be paid without an approved authorization. All payment for services is subject to detainees' eligibility and custody. Unless otherwise specified, payment for DIHS' authorized health services is made in accordance with US Code Title 18, Part 3, Chapter 301, Sec. 4006. For all non-emergency authorized health services this TAR is valid for 45 days after the date of issue and cannot be used for health services rendered prior to the date of issue. All claims are subject to retrospective review. For further information regarding DIHS, please visit our website: www.icehealth.org or contact the Immigration Health Services' Managed Care Branch at 1.888.718.8947, M-F 8AM - 6PM EST.

Please ensure all claims include the Patient Identification Information and the Authorization number.

### IMPRINT OF DETAINEE ID PLATE, COMPUTER LABEL OR COMPLETE BELOW:

| | |
|---|---|
| Name: ANA BEATRIZ BIOCINI | |
| DOB: 06/30/1954 | Alias: |
| Nationality: COLOMBIA | A #: 091182333 |
| | Facility: Kern Co Jail, CA |

### AUTHORIZED ACTION:
**Status: Denied**    Auth #: 200709146544 00
Service Type: Non-Emergency
Referral Type: 99    Authorizer: Neal Collins

**To:** (Name and Phone to whom referral is being made)

_____

**Dialogue of Request:**

_____

TAR request is denied per consult with DIHS staff physician
Updated by Gia Lawrence on Tuesday, September 18, 2007

F/U GYN 10/02/07 to discuss performing uterine suspension & perineal rectopexy
to correct prolapsed uterus/rectum MD progress notes faxed.
Thank you!
-----------------------------------------------------------
-------------------------------------------------------
This event's case was created by TARweb and should be verified for data
correctness.

SURGERY CLINIC

KERN MEDICAL CENTER
1830 FLOWER ST.
BAKERSFIELD, CA. 93305

* LERDO-PRE-TRIAL

Owned & Operated by County of

**CLINIC RECORD NOT**

| STAR ACCOUNT NO | DATE ARRIVED | TIME | ARRIVAL MODE | PATIENT TYPE | MED CAL RECORD NO |
|---|---|---|---|---|---|
| 0724100525 | 06/28/07 | 07:45 | SHERIFF KERN CTY | SUR | 0001178074 |

PATIENT NAME: **BIOCINI, BEATRIZ ANA**
STREET ADDRESS: 17835 INDUSTRIAL FARM RD
BIRTHDATE: 06/30/54  AGE: 53Y  SEX: F
PHONE: (0001)391-7913
SOC.SEC.NO: 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
CITY: **BAKERSFIELD**   STATE: CA   ZIP: 00003
INS: BK#1709304
MARITAL STATUS
EMERGENCY NOTIFY: NONE, AT THIS TIME
FINANCIAL CLASS: J COUNTY CORRECTIONA

CHIEF COMPLAINT PROBLEM: 130PM RED

PAIN Level: Acute ☐ Chronic ☐  Location: Rectum  Duration: Pec

| WEIGHT | TEMP | PULSE | RESPIRATION | BLOOD PRESSURE | TIME | NURSE |
|---|---|---|---|---|---|---|
| | 92 8F | 76 | | 137/77 | 1300 | ASN M24 |

Are you having any problems with your activities of daily living  Yes  No   Problems ambulating?  Yes  No
Safe in the home?  Yes  No  Harmed/Threatened  Yes  No   IF yes  current or past
Reported To:          By:

Hx Rectal prolapse bleeding since 4/07
Induced when sitip on toilet
The vagina also prolapses c stressincontinence

By my exam she has rectal & vaginal prolapse
on string. Gentler feel exteriorly c/w lichenification
has well tone (resting) to squeeze ably fair, not strong.
Looks like a candidate for a joint GYN / CRS operation
CRS pect genitall prostetomy vs transabdominal resection/rectopexy

**ASSESSMENT:**                    DIAGNOSIS                    ICD-9CM:
1. Rectal prolapse
2. vaginal prolapse.
3.
4.

**PLANS/ORDERS:**
1. OBGYN clinic Thursday 1pm c Dr. Lopez
2. Will discuss joint procedure c OBGYN / Gen Surg.
3.
4.
5.

DOCTOR SIGNATURE
FACILITY REVIEW    ROSMAN
7/16

DISPOSITION OTHER THAN HOME
PAGE 1 ONLY ATTACH AFTER CARE INSTRUCTIONS

**MEDICAL RECORDS**

# KERN MEDICAL CENTER
## CORRECTIONAL MEDICINE DEPARTMENT

Facilities: ☐ Central Receiving     ☑ Pretrial     ☐ Minimum

Federal

Inmate's Name _Beccini Ava Brahn_

Booking Number _170 7364_     Location _B 4 1_

Starting Date _3/23/67_     Ending Date _duration_

**Check all that apply:**

☐ Provide change of towels daily until _____

☐ Change personal clothing and bed linen daily until _____

☐ May use crutches/walker/wheelchair due to medical problem

☐ Lower bunk due to medical problem

☐ Lower bunk, lower tier

☐ Non wool blanket due to skin allergies/wool allergies

☐ Thermals due to medical problem

☐ White canvas shoes due to diabetes ☐ Foot deformities ☐

☐ May have own prescription glasses from home

☐ Double mattress due to: _____

☐ Provide bed location away from cooler or vents _____

☑ No shackles on ( which extremity) _Bilateral Wrist_ due to medical problem

☐ Seizures

☒ Other _Denied for Lt Brace due to security_

Comments: _if worn during transportation_

By: _Dr. Chester / Diane D_     Date: _3/23/67_

Shift Supervisor: _____ # 354     Date: _3-23-07_

01/27/04

Because inmate has Rectal prolapse
Long time/handcuffs & waiting for transportation
uncomfortable

for inmate Please help her for
faster transfer to Hospital if possible

TARweb Authorization Form

**Division of Immigration Health Services**

**Treatment, Authorization & Consultation Form**

SEND PAPER CLAIMS TO:
Division of Immigration Health Services
VA Financial Services Center
PO Box 149345
Austin, TX 78714-9345

For EDI claim submission information and claim inquiries, please contact 1.800.479.0523

**Claims must be submitted within six months from date of health service.**
**For proper provider claim submission information, please visit: www.icehealth.org/ProviderInfo.htm**

A separate treatment authorization request will be required for services beyond and outside the scope of the original authorization. Services rendered may not be paid without an approved authorization. All payment for services is subject to detainees' eligibility and custody. Unless otherwise specified, payment for DIHS' authorized health services is made in accordance with US Code Title 18, Part 3, Chapter 301, Sec. 4006. For all non-emergency authorized health services this TAR is valid for 45 days after the date of issue and cannot be used for health services rendered prior to the date of issue. All claims are subject to retrospective review. For further information regarding DIHS, please visit our website: www.icehealth.org or contact the Immigration Health Services' Managed Care Branch at 1.888.718.8947, M-F 8AM - 6PM EST.

Please ensure all claims include the Patient Identification Information and the Authorization number.

| IMPRINT OF DETAINEE ID PLATE, COMPUTER LABEL OR COMPLETE BELOW: | |
|---|---|
| Name: ANA BEATRIZ BIOCINI | Alias: |
| DOB: 06/30/1954 | A #: 091182333 |
| Nationality: COLOMBIA | Facility: Kern Co Jail, CA |

**AUTHORIZED ACTION:**
**Status: Approved**   Auth #: 200708304365 00
Service Type: Non-Emergency                               Authorizer: Jennifer R. Jones
Referral Type: 11

**To:** (*Name and Phone to whom referral is being made*)

**Dialogue of Request:**

Approve f/u GYN clinic visit x1 only.
NOTE: Request for surgical repair of vaginal and rectal prolapse was previously denied.
Updated by Jennifer R. Jones on Tuesday, **September 04, 2007**
------------------------------------------------------------------------------------
f/u in GYN Clinic for consultation w/Dr. Lopez for vaginal prolapse. Discussion witl gyn/gen surg. for joint procedure fo rectal and vaginal prolapse.
----------------------------------------------------------------
This event's case was created by TARweb and should be verified for data correctness.

KE_ MEDICAL CENTER
18__ FLOWER ST.
BAKERSFIELD, CA. 93305

Owned & Operated by County of Ke__

**CLINIC RECORD NOTE**

| STAR ACCOUNT NO | DATE ARRIVED | ARRIVAL MODE | PATIENT TYPE | MEDICAL RECORD NO |
|---|---|---|---|---|
| 0723200204 | 08/20/07 | 13.30 | SHERIFF KERN CTY | SUR | 0001178074 |

| PATIENT NAME | | | | AGE | SEX |
|---|---|---|---|---|---|
| BIOCINI, BEATRIZ ANA | | | | 53Y | F |

STREET ADDRESS 17635 INDUSTRIAL FARM RD    CITY BAKERSFIELD    BIRTHDATE 06-30/54    STATE CA    F 00003

PHONE (000)391-7913

INS SOC SEC NO 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    MARITAL STATUS    J COUNTY CORRECTIONA

NO BK1709304    for trial

IN EMERGENCY NONE, AT THIS TIME

PAIN 130PM RED    Acute  Chronic

PAIN LEVEL 8    PRIMARY CARE PHYSICIAN    ALLERGIES NKA    LANGUAGE ENGLISH

| WEIGHT | TEMP | PULSE | RESPIRATION | BLOOD PRESSURE | TIME | NURSE |
|---|---|---|---|---|---|---|
| 140/96/16 | 81 | 78 | 125/72 | 1:20 | | |

Are you having any problems with your activities of daily living  Yes  No  Problems ambulating?  Yes  No
Safe in the home?  Yes  No  Harmed/Threatened  Yes  No  IF yes  current  or  past
Reported To _____ By _____

53 yo ♀ c/o rectal bleeding, rectal prolapse, vaginal prolapse, uses Milk of Magnesia
to soften stool. Pt reports light pain in rectos currently (1st noticed) prolapse
1/07, got a it on in April 14 months in jail. Fighting immigration papers Meds
PMH: Liposuction  Para 3 Grav ital, last menstruation 4 months ago    Milk of Magnesia
SH: 20 pack years tobacco, etalcohol from Colombia    Metamucil Mucil
Dad - MI  Moms sister stomach CA    Lactulose
P: Lungs: CTA-B    NKDA!
♡: regular rhythm, 110 pulse ⊕ g, m, r
Ab: hypoactive bowel sounds, ND, NT
Ext: ⊕ c/c/e
Additional: Pt c/o kidney pain - flank back pain, bilaterally

**ASSESSMENT**                    **DIAGNOSIS**

1  Rectal prolapse                    ICD-9CM
2
3
4

**PLANS/ORDERS**

1  Bring to Urology clinic 8/29 to see Dr. Cosmer
2
3
4                                    Note 8/20/07 16:02
5

DISPOSITION OTHER THAN HOME

BY: _____
8/22/2007
**MEDICAL RECORDS**

Patient/Family Health Education Record



0720700277    MEDREC 0001178074
INI BEATRIZ ANA
SCR DATE   07/26/01   DOB 06/30/54 SEX F

| Patient learning Questionnaire: P=Poor A=Average G=Good (circle appropriate) | Patient | Other |
|---|---|---|
| How would you rate your ability to understand verbal instructions? | P A (G) | P A G |
| How would you rate your ability to understand written instructions? | P A (G) | P A G |
| How would you rate your knowledge of your treatment plan and educational needs? | P A (G) | P A G |
| How would you rate your willingness to learn and follow through with treatment? | P A (G) | P A G |

**Specific Barriers to learning**
Do any of the following interfere with your ability to learn? Circle y (yes) n (no)

| | | | | | | |
|---|---|---|---|---|---|---|
| Chronic Illness | Y (N) | Trouble Remembering | Y (N) | Cultural Beliefs | Y (N) | |
| Hearing problems | Y (Y) | trouble understanding | (N) | Religious beliefs | Y (N) | |
| Difficulty Reading | Y (N) | financial Concerns | (N) | Pain | Y (N) | |
| Speaking Problem | Y (N) | Emotional Concerns | (N) | Visual Problems | Y (N) | |

How do you learn best?    Video  Verbal  Written

Date 7/26/01    Signature/Title _____

---

Because violence is common in many lives, we are asking about it routinely.
Do you feel safe in your home?  Y  N
Have you ever been harmed or threatened by someone you live with or are close to?  Y (N)
If yes, is it occurring currently or in the past?    Currently    Past

*If currently please complete the red section

Reported to _____    By _____

Date/Time _____

Date _____    Signature/Title _____

SECTION II

| EDUCATION NEEDS | | WHO | | HOW | | RESPONSE | |
|---|---|---|---|---|---|---|---|
| CODE | Safe & effective use of medications | CODE | | CODE | | CODE | |
| MED | | PT | Patient | D | Demonstration | Q | Asked Questions |
| EQ | Safe & effective use of equipment | F | Family | P | Pamphlet | VR | Verbalized recall/understanding |
| F/D | Potential food/drug/herb Interaction | O | Other | TV | Video/TV | R | Restates/difficulty listening |
| DIET | Modified diet/nutrition | | | V | Verbal Instructions | DI | Seems disinterested |
| REHAB | Rehabilitation techniques | | | W | Written Instructions | DR | Denial/resistance |
| CR | Community resources | | | VT | Translator | DA | Demonstrated ability |
| POC/DC | Plan of care/treatment services | | | MED | Medication Instruction sheet | NR | Need reinforcement |
| PM | Pain management | | | GR | Group Work | A | Attentive verbal response |
| HC | Basic health practices | | | O | Other | NA | Not applicable |
| O | Other | | | I | Initiate teaching education protocol | NC | No change |
| | | | | | | NER | New education record required |
| | | | | CN | Care notes | | |

| DATE | TIME | ED NEEDS | INFORMATION TAUGHT | WHO | HOW | RESPONSE | SIGNATURE/TITLE |
|---|---|---|---|---|---|---|---|
| 7/26/07 | 145 pm | POC/DC F&PT | | √/w | V | | *[illegible] PT √S |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

PRINTED BY: [illegible]
DATE: [illegible]

 

KERN MEDICAL CENTER
Owned and Operated by the County of Kern
Bakersfield, CA. 93305

ACCT#0723200204    MR#REC 0001178073
BIOCINI,BEATRIZ ANA
SUR DATE    08/20/07   DOB 08/30/54 SEX F

## OUTPATIENT AFTERCARE INSTRUCTIONS

It is important that you follow up as directed and please report to your doctor if symptoms persist or worsen. When clinic is closed, please seek emergency care. Please bring all medications with you to every clinic visit. Medication refills: Please call at least 7 days before running out.

### CLEAR LIQUID DIET

___ Until the problem for which you are using this diet stops
EAT ONLY
___ Clear Soups
___ Pedialyte, Jell-O
DO NOT DILUTE PEDIALYTE
___ Soft diet after liquid diet for 6 hours. No raw vegetables or fruits

### VOMITING

___ Clear liquid diet (see above) but in frequent small amounts only
___ Watch for signs of dehydration (see below)
___ Call your doctor if you notice blood in the vomitus

### DIARRHEA

___ Clear liquid diet (see above)
___ If not vomiting and keeps clear liquids down you may try fresh ripe bananas that have been mashed. Also dried toast may be tried
___ Call the MD if you see blood in the diarrhea
___ Watch for signs of dehydration (see below)
___ Return to Clinic sooner or ___ to ER ___ call us if
___ Fever or ___ not better in 3 days
___ Chest pains

### WOUND CARE

___ Keep wound covered until rechecked
___ If dressings get wet or dirty you should
___ change them ___ call your MD or the ER
___ Leave wound open to the air
___ You may wash the wound after ___ days
___ Return for wound check in ___ days
___ Sutures to be removed in ___ days
___ Limit movement of the affected part
___ Elevate the injured part higher than your heart, to decrease swelling and improve healing for ___ hours
___ Cool packs to the area to prevent swelling and pain for ___ hours
DESPITE THE GREATEST CARE, ANY WOUND CAN BE INFECTED. RETURN IMMEDIATELY OR SEE YOUR DOCTOR IF SIGNS OF REDNESS, SWELLING, PUS OR RED STREAKS OCCUR, OR IF THE WOUND FEELS MORE SORE INSTEAD OF LESS SORE AS THE DAYS GO BY.

### DEHYDRATION  Signs to look for

___ Decreased urine flow
___ Very sleepy, hard to wake up
___ Dizziness when standing up
___ Very dry mouth
___ No tears seen when patient cries

### OTHER INSTRUCTION SHEETS

___ English    ___ Spanish

___ Anemia
___ Angina/Heart Diseases
___ Asthma
___ Back/Neck Injury
___ Bowel Prep for Endoscopy
___ Bronchitis
___ Cancer Pamphlets
___ Care of Foreskin
___ Cast Care
___ Cholesterol diet
___ Breast Cancer
___ Breast Self Exam
___ Chest Injury
___ Chest Wall Pain
___ Chicken Pox
___ Child Proofing
___ Cold/Flu
___ Congestion
___ Conjunctivitis
___ Constipation
___ Contraception
___ Contusions
___ Croup
___ Diabetes
___ Diet/Nutrition
___ Ear Infections
___ Endometrial Curettage
___ Enuresis
___ Epididymus

### DISPOSITION

___ You may return to work
___ You may not return to work Until ___
___ You may return to light work immediately ___ on ___
___ No school until ___
___ No physical education Until ___

___ Febrile Seizures
___ Fetal Movement Count
___ Flex Sigmoidoscopy
___ Gallbladder Disease
___ Gastritis
___ Gastroscopy Instructions
___ GI Reflux diet
___ Head Injury
___ Hepatitis
___ Hypertension
___ Impetigo
___ Inhaler
___ Kidney Stones
___ Lice
___ Low back pain exercise
___ NST Biophysical Profile
___ Pneumonia
___ Pregnancy
___ Pyelonephritis
___ Reflux Esophagitis
___ SBE Prophylaxis
___ Scabies
___ Sinusitis
___ Smoking Cessation
___ Sprain/Fracture Care
___ STD's/PID
___ Threatened Abortion
___ Tobacco Preventions
___ UTI's
___ Vaginitis

Tests Ordered  _Please call & schedule appointment 326-2800 ANA_

Patient Education
Learning needs/abilities assessed
Specify ___
Barriers to learning ___  _none_

Follow up/ Additional Instructions  _Patient to come in Wednesday 8/29/07 to see Dr. Cosman in Urology Clinic_

I have received as well as demonstrated my understanding of the discharge instructions given  _PT left without disclose_

Patient Signature ___

Exit Interviewer Signature ___    Time  _16³⁰pm_

DATE  8/22/2007

KMC SBC 8997 1885 Rev 1 7/01
KMC Stock # 140470

TARweb Authorization Form

Page 1 of 3

### Division of Immigration Health Services

### Treatment, Authorization & Consultation Form

SEND PAPER CLAIMS TO:
Division of Immigration Health Services
VA Financial Services Center
PO Box 149345
Austin, TX 78714-9345

For EDI claim submission information and claim inquiries, please contact 1.800.479.0523

**Claims must be submitted within six months from date of health service.**
**For proper provider claim submission information, please visit: www.icehealth.org/ProviderInfo.htm**

A separate treatment authorization request will be required for services beyond and outside the scope of the original authorization. Services rendered may not be paid without an approved authorization. All payment for services is subject to detainees' eligibility and custody. Unless otherwise specified, payment for DIHS' authorized health services is made in accordance with US Code Title 18, Part 3, Chapter 301, Sec. 4006. For all non-emergency authorized health services this TAR is valid for 45 days after the date of issue and cannot be used for health services rendered prior to the date of issue. All claims are subject to retrospective review. For further information regarding DIHS, please visit our website: www.icehealth.org or contact the Immigration Health Services' Managed Care Branch at 1.888.718.8947, M-F 8AM - 6PM EST.

Please ensure all claims include the Patient Identification Information and the Authorization number.

### IMPRINT OF DETAINEE ID PLATE, COMPUTER LABEL OR COMPLETE BELOW:

| | |
|---|---|
| Name: ANA BEATRIZ BIOCINI | |
| DOB: 06/30/1954 | Alias: |
| Nationality: COLOMBIA | A #: 091182333 |
| | Facility: Kern Co Jail, CA |

**AUTHORIZED ACTION:**
**Status: Approved**   Auth #: 200708212886 00
Service Type: Non-Emergency                          Authorizer: Jennifer R. Jones
Referral Type: 11

**To:** (Name and Phone to whom referral is being made)

--------------------------------------------------

**Dialogue of Request:**

Approve urology consult x1.
Approved for consult only. Please submit treatment plan and clinical assessment i
other care recommended.
Updated by Jennifer R. Jones on Wednesday, **August 22, 2007**
--------------------------------------------------

Urology Appt. 8/29/07, per surgeon inst. to see urologist due to inmate c/o kidne
pain-flank back pain, bilaterally.
--------------------------------------------------
This event's case was created by TARweb and should be verified for data

KERN MEDICAL CENTER
1830 LOWER ST.
BAKERSFIELD, CA. 93305

Owned & Operated by County of Kern

**CLINIC RECORD NOTES**

MEDICAL RECORD NO
0001178074

| STORAGE CONTROL NO | DATE ARRIVED | | ARRIVAL MODE | PATIENT TYPE | | |
|---|---|---|---|---|---|---|
| 0720700277 | 07/26/07 | 12:30 | SHERIFF KERN CTY | SUR | | |

PATIENT NAME: BIOCINI, BEATRIZ ANA

BIRTH DATE 06.30.94   AGE 53Y 3M

STREET ADDRESS: 17835 INDUSTRIAL FARM RD   CITY BAKERSFIELD   STATE CA

ACCOUNT NO F00003

PHONE (000)391-7913   SOC SEC NO 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   MARITAL STATUS

FINANCIAL CLASS KERN COUNTY CORRECTIONA

INS. CO: BOOKING 1709304

EMERGENCY NEXT NONE AT THIS TIME

Pre-trial immigration

MANAGED CARE PLAN  ☐ Yes  ☐ No   AUTHORIZED  ☐ Yes  ☐ No   TIME   CLASS CATEGORY  ☐ WALK IN  ☐ APPOINTMENT   HOME H/MO   BUSINESS   IMMUNIZATION   TO DATE   LANGUAGE  ☐ NOT UP TO DATE  ☒ ENGLISH

CHIEF COMPLAINT/PROBLEM
ROUTINE SURG CLN RED 1230P

PRIMARY CARE PHYSICIAN   ALLERGIES NKA

| PAIN | Acute ☐ Location | WEIGHT | TEMP | PULSE | RESPIRATION | BLOOD PRESSURE | TIME | NURSE |
|---|---|---|---|---|---|---|---|---|
| | Chronic ☐ Duration | 14 | 97.1 | 86 | 18 | 116/79 | 1:05 | |
| Pain Level: 5 | Characteristic (stabbing, dull) | | | | | | | |

Are you having any problems with your activities of daily living Yes (No) Problems ambulating? Yes (No)

Safe in the home? (Yes) No   Harmed/Threatened Yes No IF yes current or past

Reported To: C. Stiles   By: Beatriz Ana Biaini

CC and 53 y/o ♀ c/o rectal bleeding + rectal prolapse/pain ⊗
F/U for colonoscopy w/ 6/15 internal hemrrhoids
found still bleeding.

53 y/o ♀ c/o rectal bleeding + rectal prolapse + pain
⊗ for in 1 yr. refus to use stool softeners or fib.
Wops: GRB   diet: delicate
heart: RRR, MG
abdomen: ⊕BS, soft, ND
allergies: ∅   meds: metamucil, colace, milk of magnesia
PMH: ∅
smoking: ∅
Etoh: ∅

CXA   rectal prolapse   87x3.5cm 4x3.5cm
stress incontinence   vag ap post/to

ASSESSMENT:   DIAGNOSIS   ICD-9CM

1. rectal adenex
2. vaginal prolapse
3. stress incontinence
4.

loft (tear?) prior to procedural

PLANS/ORDERS:
1. return 8/20/07   Oliver
2. SAR for prolapse repair
3.   7/26/07 1:45pm   Mark Cinberg MD
4.
5.

DOCTOR SIGNATURE

FACILITY REVIEW   Taylor   486

DISPOSITION OTHER THAN HOME

PAGE 1 ONLY ATTACH AFTER CARE INSTRUCTIONS

ATTENDING NOTE:

HX:

PE:

LAB/XRAY:

IMPRESSION:

PLAN:

PATIENT BIOCINI,BEATRIZ ANA    ACCT # 0720700277    MEDREC# 0001178074    SIGNATURE

ADMIT DATE: 07/26/07    ADMIT TIME: 12:30

ATTENDING NOTE/ATTESTATION:

X  I have examined and evaluated the patient.  I have reviewed the resident's note and
   agree with the plan of care.  I have discussed this with the resident.
   I have examined and evaluated the patient.  I have reviewed the resident's note and
   agree with the plan of care except as noted below.  I have discussed this with the
   resident.

PRINTED BY: 191116
DATE:    8/22/2/07

Q
INS | 7.27.07 ✓
Auth | Cig 1
Proly
OK

JL  1720700277    MEDREC 0001178074
BIO    BEATRIZ ANA
SUR DATE:  07/26/07  DOB 08 30 64 SEXF

**KERN MEDICAL CENTER**
Owned & Operated by County of Kern

Becini Alle, Beauiz A/115 2 883
Rku 17 9 84

**Case Management Department**

# SURGERY AUTHORIZATION REQUEST

[ ] Emergent – *Approval needed within three (3) days*
[ ] Urgent – *Approval needed within ten (10) days*
[X] Elective

Diagnosis: _rectal prolapse_

Medical Justification: _present incarceration_
_Bowel resection (LAR vs TAR)_

Planned Procedure: _Bowel resection / low anterior resection versus trans anal_
_resection_

Outpatient [ ]     Inpatient [X]   Expected Length of Stay: __4__ Days _for rectal prolapse_

Booking # 1709304

Resident: _Thomas_                           Date: _7/26/07_
Chief/Senior Resident: _____              Team: _Red_
Staff: _Conrad Taylor_                        Service: _____

---

*Case Management Department Response*           Date: _7.27.07_

⊂□⊃  **OK to Schedule**

[ ]     Approved by:  MCal   GK   GN   CCS   Other _____

    Outpatient     Inpatient (LOS_____)   Auth Expires: _____

[ ]   Deferred/Denied – Reason: _____

⊂□⊃  **TAR Not Needed**

[ ]   *Medi-Cal Restricted – Will Not Cover Elective Procedures. Requires*
      *Administration Approval.*

 

**KERN MEDICAL CENTER**
Owned and Operated by the County of Kern
Bakersfield, CA 93305

CT#0720700277    MEDREC 0001178074
CICINI BEATRIZ ANA
ADM DATE: 07/26/07    DOB: 06/30/54 SEX: F

## OUTPATIENT AFTERCARE INSTRUCTIONS

It is important that you follow-up as directed and please report to your doctor if symptoms persist or worsen. When clinic is closed, please seek emergency care. Please bring all medications with you to every clinic visit. Medication refills: Please call at least 7 days before running out.

### ☐ CLEAR LIQUID DIET

____ Until the problem for which you are using this diet stops.
EAT ONLY:
____ Clear Soups
____ Pedialyte, Lytren
____ DO NOT DILUTE PEDIALYTE
____ Soft diet after liquid diet for 6 hours. No raw vegetables or fruits

### ☐ VOMITING

____ Clear liquid diet (see above) but in frequent small amounts only
____ Watch for signs of dehydration (see below)
____ Call your doctor if you notice blood in the vomitus

### ☐ DIARRHEA

____ Clear liquid diet (see above)
____ If not vomiting and keeps clear liquids down you may try fresh ripe bananas that have been meshed. Also dried toast may be tried.
____ Call the MD if you see blood in the diarrhea
____ Watch for signs of dehydration (see below)
____ Return to Clinic sooner or ____ to ER ____ call us if
____ Fever or _____ not better in 3 days
____ Chest pains

### ☐ WOUND CARE

____ Keep wound covered until rechecked
____ If dressings get wet or dirty you should
____ change them ____ call your MD or the ER
____ Leave wound open to the air
____ You may wash the wound after ____ days
____ Return for wound check in ____ days
____ Sutures to be removed in ____ days
____ Limit movement of the affected part
____ Elevate the injured part higher than your heart, to decrease swelling and improve healing for ____ hours
____ Cool packs to the area to prevent swelling and pain for ____ hours

DESPITE THE GREATEST CARE, ANY WOUND CAN BE INFECTED. RETURN IMMEDIATELY OR SEE YOUR DOCTOR IF SIGNS OF REDNESS, SWELLING, PUS OR RED STREAKS OCCUR, OR IF THE WOUND FEELS MORE SORE INSTEAD OF LESS SORE AS THE DAYS GO BY.

### ☐ DEHYDRATION: Signs to look for:
____ Decreased urine flow
____ Very sleepy, hard to wake up
____ Dizziness when standing up
____ Very dry mouth
____ No tears seen when patient cries

### OTHER INSTRUCTION SHEETS
____ English    ____ Spanish

____ Anemia
____ Angina/Heart Diseases
____ Asthma
____ Back/Neck Injury
____ Bowel Prep for Endoscopy
____ Bronchitis
____ Cancer Pamphlets
____ Care of Foreskin
____ Cast Care
____ Cholesterol diet
____ Breast Cancer
____ Breast Self Exam
____ Chest Injury
____ Chest Wall Pain
____ Chicken Pox
____ Child Proofing
____ Cold/Flu
____ Congestion
____ Conjunctivitis
____ Constipation
____ Contraception
____ Contusions
____ Croup
____ Diabetes
____ Diet/Nutrition
____ Ear Infections
____ Endometrial Curettage
____ Enuresis
____ Epididymitis

### ☐ DISPOSITION
____ You may return to work
____ You may not return to work Until ____
____ You may return to light work
____ immediately
____ on ____
____ No school until ____
____ No physical education Until ____

____ Febrile Seizures
____ Fetal Movement Count
____ Flex Sigmoidoscopy
____ Gallbladder Disease
____ Gastritis
____ Gastroscopy Instructions
____ GI Reflux diet
____ Head Injury
____ Hepatitis
____ Hypertension
____ Impetigo
____ Inhaler
____ Kidney Stones
____ Lice
____ Low back pain exercise
____ NST Biophysical Profile
____ Pneumonia
____ Pregnancy
____ Pyelonephritis
____ Reflux Esophagitis
____ SBE Prophylaxis
____ Scabies
____ Sinusitis
____ Smoking Cessation
____ Sprain/Fracture Care
____ STD's/PID
____ Threatened Abortion
____ Tobacco Preventions
____ UTI's
____ Vaginitis

Tests Ordered: *SAR Submitted for approval*

Patient Education
☐ Learning needs/abilities assessed
Specify ____ *none*
☐ Barriers to learning
Specify ____

Follow up/Additional Instructions: *Return to bed surgery Mon Aug 20, 07 1:00 Pm*

I have received as well as demonstrated my understanding of the discharge instructions given:

Patient Signature: ____ *left without signing discharge* ____    Time: *1415 Pm*

Exit Interviewer Signature ____    Interviewer Signature ____

DATE: *8/22/07*

TARWeb Authorization Form                                              Page 1 of 4

**Division of Immigration Health Services**          **Treatment, Authorization & Consultation Form**

SEND PAPER CLAIMS TO:
Division of Immigration Health Services
VA Financial Services Center
PO Box 149345
Austin, TX 78714-9345

For EDI claim submission information and claim inquiries, please contact 1.800.479.0523

**Claims must be submitted within six months from date of health service.**
**For proper provider claim submission information, please visit: www.icehealth.org/ProviderInfo.htm**

A separate treatment authorization request will be required for services beyond and outside the scope of the original authorization. Services rendered may not be paid without an approved authorization. All payment for services is subject to detainees' eligibility and custody. Unless otherwise specified, payment for DIHS' authorized health services is made in accordance with US Code Title 18, Part 3, Chapter 301, Sec. 4006. For all non-emergency authorized health services this TAR is valid for 45 days after the date of issue and cannot be used for health services rendered prior to the date of issue. All claims are subject to retrospective review. For further information regarding DIHS, please visit our website: www.icehealth.org or contact the Immigration Health Services' Managed Care Branch at 1.888.718.8947, M-F 8AM - 6PM EST.

Please ensure all claims include the Patient Identification Information and the Authorization number.

| IMPRINT OF DETAINEE ID PLATE, COMPUTER LABEL OR COMPLETE BELOW: | |
|---|---|
| Name: ANA BEATRIZ BIOCINI | Alias: |
| DOB: 06/30/1954 | A #: 091182333 |
| Nationality: COLOMBIA | Facility: Kern Co Jail, CA |

**AUTHORIZED ACTION:**
**Status: Denied**       Auth #: 200707279367 00          Authorizer: Neal Collins
Service Type: Non-Emergency
Referral Type: 21

**To:** (Name and Phone to whom referral is being made)


**Dialogue of Request:**


Clinical information submitted to the DIHS Staff MD.
Based upon the information submitted, the request for elective surgical rectal anc
vaginal prolapse repair is denied.
Updated by Claudia Mazur, RN, CCM on **Tuesday, July 31, 2007**
----------------------------------------------------------------------------------

TARweb Authorization Form

**Division of Immigration Health Services**                    **Treatment, Authorization & Consultation Form**

SEND PAPER CLAIMS TO:
Division of Immigration Health Services
VA Financial Services Center
PO Box 149345
Austin, TX 78714-9345

For EDI claim submission information and claim inquiries, please contact 1.800.479.0523

**Claims must be submitted within six months from date of health service.**
**For proper provider claim submission information, please visit: www.icehealth.org/ProviderInfo.htm**

A separate treatment authorization request will be required for services beyond and outside the scope of the original authorization. Services rendered may not be paid without an approved authorization. All payment for services is subject to detainees' eligibility and custody. Unless otherwise specified, payment for DIHS' authorized health services is made in accordance with US Code Title 18, Part 3, Chapter 301, Sec. 4006. For all non-emergency authorized health services this TAR is valid for 45 days after the date of issue and cannot be used for health services rendered prior to the date of issue. All claims are subject to retrospective review. For further information regarding DIHS, please visit our website: www.icehealth.org or contact the Immigration Health Services' Managed Care Branch at 1.888.718.8947, M-F 8AM - 6PM EST.

Please ensure all claims include the Patient Identification Information and the Authorization number.

| IMPRINT OF DETAINEE ID PLATE, COMPUTER LABEL OR COMPLETE BELOW: | |
|---|---|
| Name:  ANA BEATRIZ BIOCINI | Alias: |
| DOB:  06/30/1954 | A #:  091182333 |
| Nationality: COLOMBIA | Facility: Kern Co Jail, CA |

**AUTHORIZED ACTION:**
**Status: Approved**          Auth #: 200708141874 00
Service Type: Non-Emergency                         Authorizer: Neal Collins
Referral Type: 11

**To:** *(Name and Phone to whom referral is being made)*

_____

**Dialogue of Request:**

Approve follow up MD exam on 8-20-07. At that time, I will need, the exact proposed surgical procedure, the date and name of the hospital, the name and phone number of the MD.
Updated by Claudia Mazur, RN, CCM on Thursday, August 16, 2007
----------------------------------------------------------------

Diagnosis: rectal prolapse. Medical justification: present ulceration, bowel resectic (LAR vs TAR). Planned Procedure Bowel Resection/lower anterior resection vs tra

KERN MEDICAL CENTER
1830 FLOWER ST.
BAKERSFIELD, CA. 93305

CLINIC RECORD NOTES

| RECORD NO 0718000403 | DATE ARRIVED 06/29/07 | TIME 04:12 | ARRIVAL MODE SELF | | PT CLASS | LOCATION | MEDICAL RECORD NO 0001178074 |

PATIENT NAME **BIOCINI,BEATRIZ ANA**

ADDRESS 17835 INDUSTRIAL FARM RD  CITY BAKERSFIELD  STATE CA  ZIP 00003

PHONE (000)391-7913    REC SEC NO 000-00 0001    BIR DATE 06/30/54  AGE 52Y  SEX F

HS CCL  BK#1709304    MARITAL STATUS  FINANCIAL CLASS J COUNTY CORRECTIONA

EMERGENCY NOTES NONE AT THIS TIME

CONDITION UPON ARRIVAL  □ CONSCIOUS  □ UNCONSCIOUS

CHIEF COMPLAINT/PROBLEM 701A COLN APPT

LANGUAGE A ENGLISH

TIMES SEEN: 1000

For colonoscopy, 2° BRBPR & prolapse. No previous colonoscopy

Good PREP UP TO MID TRANSVERSE. Redundant
Sigmoid. → Visualized to Cecum
grossly ⊗ masses ⊗ diverticula
⊕ internal hemorrhoid. ⊗ external
hemorrhoid. ⊗ prolapse identified

A/P internal hemorrhoid, transient bleeding
subjective prolapse
May resume regular high fiber diet

— Metamucil daily × 30 days
Follow up in Red Surgery Clinic
2 weeks.

Dictated 6/29/07

DISABILITY
PROBLEM

FINAL DIAGNOSIS    internal hemorrhoid

DOCTOR'S SIGNATURE

FACILITY REVIEW    DATE 07/2272 07

  

KERN MED:   CENTER
Owned & Operated by County of Kern
Bakersfield, CA

ACCT # 0718000⋯   SSN: 000 00-0001
PATIENT BIOCINI BEATRIZ ANA
1763b INDUSTRIAL FARM RD
BAKERSFIELD          CA   00003

MEDREC # 0001178074
DOB 8/30/1964
ADMT DT 06/29/07

## VALIDATION OF CONSENT FOR SURGERY OR SPECIAL PROCEDURE

**Page 1 of 2**

1. Your physician and surgeons have recommended the operation or procedure, set forth below. Upon your authorization and consent, this operation or procedure, together with any different or further procedures, which in the opinion of the supervising physician or surgeon may be indicated due to any emergency, will be performed on you. The operations or procedures will be performed by the supervising physician or surgeon named above (or in the event of an unforeseen absence of the above named physician, of if he/she is unable to perform or complete the procedure, a qualified substitute supervising physician or surgeon), together with associates and assistants, including anesthesiologists, pathologists and radiologists from the medical staff of Kern Medical Center to whom the supervising physician or surgeon may assign designated responsibilities. The hospital maintains personnel and facilities to assist your physicians and surgeons in their performance of various surgical operations and other special diagnostic or therapeutic procedures.

2. These operations and procedures carry the risk of unsuccessful results, complications, injury, or even death, from both known and unforeseen causes, and no warranty or guarantee is made as to result or cure. You have the right to be informed of such risks as well as the nature of the operation or procedure, the expected benefits or effects of such operation or procedure, and the available alternative methods of treatment and their risks and benefits. You also have the right to be informed whether your physician has any independent medical research or economic interests related to the performance of the proposed operation or procedure. Except in cases of emergency, operations or procedures are not performed until you have had the opportunity to receive this information and have given your consent. You have the right to consent to or to refuse any proposed operation or procedure at any time prior to its performance.

3. If your physician determines that there is a reasonable possibility that you may need a blood transfusion during the operative/perioperative treatment as a result of the operation or procedure to which you are consenting, your physician will inform you of this and will provide you with a brochure regarding blood transfusions. *This does not apply when medical contraindications or a life-threatening emergency exists.* This brochure contains information concerning the benefits and risks of the various options for blood transfusions, including predonation by your self or others. You also have the right to have adequate time before your procedure to arrange for predonation, but you can waive this right if you do not wish to wait. If you decide to wait you should discuss this fact with your physician. You should understand that transfusions of blood or blood products involve certain risks, including the transmission of disease such as hepatitis or Human Immunodeficiency Virus (HIV) and that you have a right to consent or refuse consent to any transfusion. You should discuss any questions that you may have about transfusions with your physician.

4. To make sure that you fully understand the operation or procedure, your physician has fully explained the operation or procedure to you before you decide whether or not to give consent. If you have any questions, you are encouraged and expected to ask them before you sign this form. If you think of any questions later, contact your supervising physician or surgeon, who will be happy to answer them.

5. Kern Medical Center is a teaching institution. Under the supervision of the attending physician, persons who are residents and medical students may participate in your care as part of the medical education program of the institution.





ACCT# 0718000403    SSN 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    MR/REC #0001178074
PATIENT BIOCINI BEATRIZANA                               DOB 6/30/1964

## VALIDATION OF CONSENT FOR SURGERY OR SPECIAL PROCEDURE          Page 2 of 2

6    Your signature on this form indicates that  (1) you have read and understood the information provided
     in this form, (2) the operation or procedure, and its risks, benefits and alternatives have been
     adequately explained to you by your physician; (3) you have had a chance to ask your doctor(s)
     questions; (4) you have received all of the information you desire concerning the operation or
     procedure, (5) you authorize and consent to the performance of the operation or procedure; and (6)
     you authorize and consent to the administration of anesthesia as deemed appropriate by the
     anesthesiologist

**Your supervising physician or surgeon is:** _Drs Wong, Charles, Chung-Ray_

**Operation(s) and/or procedures:** _Colonoscopy with conscious sedation, possible biopsies, polyrectomies and control of bleeding_

SIGNATURE: x _Ana B Biocini_                DATE: 6/24/07    TIME: 915
           (patient/parent/conservator/guardian)

Relationship (if signed by other than patient): _____

Interpreter _____    Title/Relationship: _____
                                                         (employee, family, friend)

_____ (Nurse Initials) I have reviewed and verified that the physician has documented the informed consent,
to include, the discussion with the patient of risk, benefits, and alternatives, and that the patient has consented
for the above named procedure.

Authorized Employee Witness _Jacquelin Pai_

Authorized Employee Witness _____
                            (second witness required if phone consent)



**KERN MEDICAL CENTER**
Owned & Operated by County of Kern
Bakersfield, CA

ACC # 071800...03      MR/REC# 0001178074
PATIENT BIOCINI, BEATRIZ ANA
ADMT DT 06/29/07                    DOB 6/30/1954

## POST ENDOSCOPY ORDERS (Outpatients)

| | ONLY CHECKED ORDERS WILL BE INITIATED | PAGE 1 OF 1 |
|---|---|---|

Doctor: WONG / CHUN

Diagnosis: INTERNAL HEMORRHOID (PROLAPSE)

[X] 1. Admit to Diagnostic Treatment Center

[X] 2. Vital Signs: ✓ Per Conscious Sedation Policy
Every _____ minutes times _____

Call MD if pulse rises by more than 15 initially or BP falls by more than 15mmHg systolic 10 mmHg diastolic compared to baseline vital signs

[ ] 3. IV Fluids: [ ] D5W [ ] NS [ ] Heplock [ ] Other (specify)_____ @ _____ ml per hour
[ ] Discontinue IV

[X] 4. Diet: NPO until patient is able to swallow
Clear liquid diet before discharge
May resume normal diet as tolerated ___/___ hours after procedure

[X] 5. Activity: As tolerated

[X] 6. Discharge per discharge criteria. Discharge patient to exit via wheelchair

[ ] 7. Contact Dr. ___THOMAS___ at # _2456_ if any problem occurs.

Signature _____ T572 M.D. Date/Time: 6/29/07 1000

Noted by: _____ RN849 R.N. Date/Time: 6/29/07 1005

Owner DTC
Approved by Medical Records Committee 10/03
KMC 9P0 S9R/ 2113 (8x5)

PRINTED BY: ____
DATE: 07/26/2007





KERN MEDICAL CENTER
1830 Flower Street
Bakersfield, CA 93305
(661) 326-2000

PROCEDURE NOTE

PRO FILE NAME:

PATIENT NAME                                          PHYSICIAN                                          ACCOUNT #: 00101800-0

                                                                                                         UNIT #

CLOTHING, BEATRIZ ANA                        Charles Wang, D.O.                                         FIN # 0

DATE OF PROCEDURE:  06/15/2007

SURGEON:  Charles Wang, D.O.
STAFF:  Ray Chung, M.D.

ANESTHESIA:  Procedural sedation 50 mg of Demerol and 2 mg of Versed.

ESTIMATED BLOOD LOSS:  None.

COMPLICATIONS:  None.

INDICATIONS:  This is a 52-year-old female with history of rectal prolapse
that has been problematic for six to seven months.  The patient notes that
she has to manually reduce the prolapse after a bowel movement.  The
patient has been taking Milk of Magnesia chronically to soften her stools
and does not experience any bleeding or prolapse, but has significant
incontinence.

TECHNIQUE:  The patient was placed in the left lateral recumbent position.
She was given the above procedural sedation.  An Olympus colonoscope was
inserted into the rectum after digital exam showed no masses or anal
stricture.  The colonoscope was advanced to the level of the cecum after
significant effort to navigate the redundant sigmoid.  The bowel prep was
very clean up until the mid transverse and then visualizing the wall became
increasingly difficult.  The cecum was reached and grossly there was no
mass or polyp or diverticula noted.  Withdrawing the scope revealed no
masses or polyps or diverticula either.  The colon was deflated.  Upon
retroflexion, internal hemorrhoid was noted, which was slightly inflamed,
but not actively bleeding.  The patient tolerated this procedure well
without complications.

She will be discharged back to custody to follow up in the Med Surgery
Clinic in two weeks.  She will be given a prescription for Metamucil daily

                                                                                        Page 1 of 2

PRINTED BY: 101116
JGL        07/27/2007

 

**KERN MEDICAL CEN**
Owned & Operated by County of Kern
Bakersfield, CA



ACCT# 071800-403    MEDREC# 0001178074
PATIENT BIOCINI, BEATRIZ ANA
ADMIT DT 06/29/07    DOB 6/30/1954

## PRE-PROCEDURE "TIME OUT" VALIDATION
### (This section MUST be completed for ALL invasive procedures performed outside the OR)

| | |
|---|---|
| ☐ Emergency procedure | ☑ Patient identification verified |
| ☑ "Risks, Benefits, Alternatives" on chart | ☐ Radiologic and/or pathology reports present |
| ☑ Consent Validation | ☑ Correct equipment/supplies available |
| ☐ Site marking present | ☑ Correct site/side |

Procedure: _Colonoscopy_

Procedure performed by: (Name)  Dr Wong

Signature: _Gazzler RN MICU_    Date: 6/29/07    Time: 915

## PROCEDURE FORM    Service: _____

☐Central Line:  ☐ Right ☐ Left ☐ Ultrasound guided
☐ Internal Jugular (anterior, middle, posterior) ☐ Subclavian ☐ Femoral
☐ Intubation  ☐ elective ☐ emergent ☐ fiberoptic ☐ Rapid Sequence Intubation
☐ Lumbar Puncture  ☐ sitting ☐ lying    Opening pressure _____    Closing Pressure _____
☐ Thoracentesis:  ☐ Right ☐ Left ☐ diagnostic ☐ therapeutic
☐ Paracentesis:  ☐ Right ☐ Left ☐ diagnostic ☐ therapeutic ☐ ultrasound guided
☐ Other Procedure: _____

**Indication for Procedure:**

Sterile technique observed:  ☐ No ☐ Yes ( ☐ gown ☐ gloves ☐ mask ☐ hat)
Analgesia: ☐ None ☐ Local ☐ Spinal ☐ Epidural ☐ Regional ☐ Procedural Sedation
Outcome: ☐ successful ☐ unsuccessful

**Problems/Complications:**

**Supervising Attending:** _____
Type of Supervision: ☐ Direct ☐ Indirect (authorized & aware)    Department: _____
**Teaching Assistant:** _____

**Signature of person completing form:** _____    ID#: _____

PRINTED BY: 105116

KMC 319    Owner: Joint ICU/SICU Approved by Medical Staff Forms Committee 11-22-2005)






**KERN MEDICAL CENTER**
Owned & Operated by County of Kern
Bakersfield, CA

ACCT # 0718000403
PATIENT BIOCINI, BEATRIZ ANA
ADM'T DATE: 06/29/07

MED-# 0001178074
DOB 06/30/54

## NURSING PROCEDURAL SEDATION RECORD

Patient ID

| Date: 6/29/07 | Time: 740 | Procedure: Colonoscopy |

Location: DTC — Person Performing Procedure: Change Wong

☐ Inpatient  ☒ Outpatient  ☒ ID band on

Weight Kg: 106/46.5   Age: ___   Primary Language: Transalator needed? ☒ No  ☐ Yes

Belongings: ☐ Glasses  ☐ Contacts  ☐ Dentures  ☐ Hearing aid(s)  ☐ Other:

Allergies: ☒ None _____

Date/time: last solid intake 6/29/07    Notify MD if below not met
Date/time: last fluid intake 1030 6/29    Cl liq > 2 hrs  Food < 4 hrs

**PRE PROCEDURAL ASSESSMENT**

Current Medications: Aspirin ☒ No ☐ Yes  Anticoagulants ☒ No ☐ Yes  NSAID: ☒ No ☐ Yes  Anticonvulsants ☒ No ☐ Yes
List:

Previous sedation ☒ No ☐ Yes. Drug: _____   Date: 72
Previous problems with sedation/anesthesia ☒ No ☐ Yes (specify)

Medical History: ☒ None ☐ Attention Deficit Disorder ☐ Asthma/other lung disease ☐ Apnea ☐ Congenital Cardiac Disease
☐ Cold, flu, or fever in the last 3 days ☐ Developmental delay ☐ Diabetes ☐ Heart Disease ☐ Hypertension
☐ Prematurity ☐ Seizures ☐ Skin rashes ☐ Stroke ☐ Uses Apnea monitor at home ☐ Liver disease
Other:

Lab tests done: ☒ None ☐ CBC ☐ PT/PTT ☐ UA   ☒ Evidence of informed consent documented ☐ Pre-procedural H & P done
☐ Pregnancy test  Other:   Validation of consent signed ☒ Yes

Transportation arranged with: (name & tel. no.)   ☐ Pre-procedure teaching done and ☒ patient,
inmate - Kronen - here    ☐ responsible adult _____ understand
instructions and information given.

Physical Assessment: Neurological ☐ Alert, age appropriate orientation OR ☐ Usual Waking State (describe):
Respiratory: ☒ Lungs clear bilaterally ☐ No nasal congestion/cough/URI symptoms  Other:
Cardiovascular: ☐ Heart rate regular  ☒ Extremities warm  Other:
Pain (specify location and rating according to established scales) 4/10
Pediatric Developmental Tasks: ☐ Walks independently ☐ Age appropriate speech ☐ Good head control ☐ Sits unassisted
Other findings: ☐ Cap refill < 3 sec (< 2 sec. Peds)  Other:

☐ Pre-sedation vital signs and Aldrete scores documented on page 2  ☒ No abnormal findings/no change from pre-procedural MD assessment

☐ Abnormal findings reported to (MD):
Assessment completed and reviewed by: _____ RN

☒ IV Started @ 750  gauge 22 g  site: RH  init: NS _____ RN

**INTAKE & OUTPUT**

| Time | PO/IV/Fluid type/rate | Amount | Total | Time | Type | Amount | Total |
|---|---|---|---|---|---|---|---|
| 900 | Normal Saline | 500 | 1000 | | BR P × 1 | | |
| | Cranberry Juice | 120 | 120 | | | | |

**MEDICATIONS**

| Time | Medication and Dose | Route | Given by | Reason (PRNs) | Effect (+/-) |
|---|---|---|---|---|---|
| 917 | Demerol 25 mg | IV | JC | Sedation | + |
| 917 | Versed 1 mg | IV | JC | Sedation | + |
| 922 | Demerol 25 mg | IV | JC | Sedation | + |
| 922 | Versed 1 mg | IV | JC | Sedation | + |

Assessment reviewed and will proceed as planned: _____ MD

Physician's signature constitutes order for above medication: _____  MD

Original - Medical Record        DATE  8/22/2007

AN #KUCFORMS/NURS PROCEDURAL SEDATION2 LON DOC 5/24/04

reformat 2 (informat) 6/360 9/5 8-6/2001

ACCT #  0718000403
PATIENT: BIOCINI,BEATRIZ ANA

MEDREC# 0001178074
DOB 08/30/64

| | | Pre Procedure | Pre Sedation | Intra Procedure | | | | | | Post Procedure | | | | | | Discharge Home |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **VITAL SIGNS** | TIME | 740 | | 913 | 3 | | | | | | | | | | | |
| | Blood Pressure | | | | | | | | | | | | | | | |
| | Temperature | 96.5 | | | | | | | | | | | | | | |
| | Heart Rate | | | | | | | | | | | | | | | |
| | Resp Rate | | | | | | | | | | | | | | | |
| | SpO2 | | | | | | | | | | | | | | | |
| | Suppl. O2 | | | | | | | | | | | | | | | |
| | L.O.C. | | | | | | | | | | | | | | | |
| | Pain (0 - 10) | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | Anxiety | | | | | | | | | | | | | | | |

## ALDRETE SCORING CRITERIA

| | | | TIME | ADM | DSC |
|---|---|---|---|---|---|
| ACTIVITY | Able to move 4 extremities voluntarily or on command | 2 | | | |
| | Able to move 2 extremities voluntarily or on command | 1 | | 2 | 2 |
| | Able to move 0 extremities voluntarily or on command | 0 | | | |
| RESPIRATION | Able to breathe deeply and cough freely | 2 | | | |
| | Dyspnea or limited breathing | 1 | | 2 | 2 |
| | Apneic, needs ventilator or airway (prop) | 0 | | | |
| CIRCULATION | BP ± 20% of pre-anesthetic level | 2 | | | |
| | BP ± 20-49% of pre anesthetic level | 1 | | 2 | 2 |
| | BP ± 50% of pre-anesthetic level | 0 | | | |
| CONSCIOUSNESS | Fully awake | 2 | | | |
| | Arousable on calling | 1 | | 2 | 2 |
| | Not responding | 0 | | | |
| O2 SATURATION | Able to maintain O2 saturation >92% on room air | 2 | | | |
| | Needs O2 inhalation to maintain O2 saturation > 90% | 1 | | 2 | 2 |
| | O2 saturation < 90% even with O2 supplement | 0 | | | |
| | | TOTAL | | 10 | 10 |

### KEY

*with initial set of Vital Signs

Level of Consciousness (L.O.C.)
- AW = Awake
- E = Easy to Arouse
- NR = Not Responding

Responsiveness:
- A = Appropriate
- N = Not appropriate

Anxiety:
- R = Restless, agitated
- C = Calm, relaxed

## INTRA PROC

| DX TESTS | TIME | TYPE | TIME | TYPE | | TIME | TYPE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

START TIME 923      END TIME 955      ☑ Continuous cardiac monitor
                                       ☐ Refer to Monitor Strip Record

Scope # VCF 140      Electrosurgical Unit: Number _____   Grounding pad Site
                     Settings: Cut (loc, range) _____  Coag. _____   NA

Assessed by _____ RN      Patient Response: ☐ No untoward reaction    ☐ See "Additional Comments"

## RECOVERY

RELEASE FROM OBSERVATION CRITERIA:
☑ Aldrete score 10 or same as pre-proced. score      Time Recovery Completed: _____ 1025
☑ Vital signs stable
☑ Return to pre-procedure alertness                  Assessed by _____ RN
☐ Peds Return to pre-procedure developmental tasks

## POST PROCEDURE

Discharge Assessment

| Yes | No | N/A | |
|---|---|---|---|
| ☑ | ☐ | ☐ | Able to void/pass fetus |
| ☐ | ☐ | ☐ | Ambulates without dizziness/nausea |
| ☐ | ☐ | ☐ | IV removed |
| ☐ | ☐ | ☐ | No evidence of active bleeding |
| ☐ | ☐ | ☐ | Comfortable (free of excessive pain) |
| ☐ | ☐ | ☐ | Able to tolerate and retain liquids |
| ☐ | ☐ | ☐ | Vital signs stable |
| ☐ | ☐ | ☐ | Return to pre-procedure alertness |

Discharge Instructions
☐ Written discharge instructions given to and understood
   by ☐ Patient  ☐ Responsible adult
☐ Belongings returned to patient _____ NA
Discharge assessment done by _____ RN
☐ Assessment reviewed and concur with findings
☐ Other _____
Signature/title _____

☐ Discharged to home @ _____ with (name/relationship) _____
☐ Transferred to _____ @ _____ accompanied by _____ with (equip)
Report to _____

## COMMENTS

## SIG

| Time | Signature/title | Init | Printed Name | Time | Signature/Title | Init | Printed Name |
|---|---|---|---|---|---|---|---|
| 740 | | | | | | | |



**KERN MEDICAL CENTER**
Owned & Operated by County of Kern
Bakersfield, CA



ACCT # **0718000-03**
PATIENT BIOCINI BEATRIZ ANA
ADMIT DATE 06/29/07



MEDREC # **0001178074**
DOB **06/30/54**

## PHYSICIAN PROCEDURAL SEDATION EVALUATION                Patient ID

Age **52** yrs   Sex __ Male _ Female ☒   Height **5'4**   Weight **144 lb**

**A.** Proposed Procedure: Colonoscopy

**B.** Present Illness (diagnosis): Bright red blood per rectum

**C.** Current H&P ☒ On chart. Note: If current H&P (30 days) is on chart, complete E. - J. ONLY.
If no H & P in chart complete entire form.

| D. Past Medical History | Y | N | Comments/Interval Note |
|---|---|---|---|
| Cardiac Events | | x | |
| Arrhythmia | | x | |
| Pulmonary Disease | | x | |
| Liver disease | | x | |
| Renal insufficiency | | x | |
| Diabetes/Metabolic Disease | | x | |
| Seizures/CNS events | | x | |
| Bleeding disorder | | x | |
| Previous surgery | | x | |
| Possible Pregnancy | | x | |
| Pt./Family hx anesth problem | | x | |
| Alcohol use | | x | |
| Tobacco use | | x | |
| IV Drug abuse | | x | |

**E.** Allergies & Sensitivities ☒ NKDA

Current Medications
See allergy form

**F.** Pertinent Physical Exam: (Check all responses that apply)
Normal?

| Yes | No | | Describe any "Abnormal" responses |
|---|---|---|---|
| ☐ | ☐ | Cardiac | |
| ☐ | ☐ | Respiratory | |
| ☐ | ☐ | Neuro | |
| ☐ | ☐ | System Involved | |

**G.** Pertinent Investigations: (Check all responses that apply. Circle WNL as appropriate)
Lab/Diagnostic Tests

◯ Hgb/Hct - WNL    ◯ Other Labs - WNL    ◯ EKG - WNL    ◯ CXR - WNL    ◯ Other Imaging  WNL

Comments

**H.** Assessment    ASA Scoring System (circle appropriate one)
1. Normal patient; elective surgery/procedure
2. Mild systemic disease, not activity-limiting
3. Severe systemic disease
4. Severe systemic disease, constant threat to life
5. Morbund patient, not expected to survive without surgery
6. Brain dead, organ donation
E. Emergency

**I.** Plan of Care: Patient is an appropriate candidate for ☒ Procedure Sedation
Informed Consent: ☒ Risks, benefits, alternatives, potential complications including but not limited to: tooth damage, nerve damage, life threatening events (i.e., MI, CVA, Death) and patient's understanding of and agreement to treatment

**J.** Completed by: _[signature]_    ID # 7480    Date: 6/29/07    Time: 0835.

Original - Medical Record    Copy - Quality Resource Center

PRINTED BY: _____
DATE: 8/22/2007
AN C MYFILES M#OFORMS/Misc/Phys Procedure Sedation.wpd 11/21



Revised 2(omph.wpd) 5061 99 11/15/2001

ACCT # 0716600392
PATIENT BIGGINI BEATRIZ ANA

MEDREC# 0001178074
DOB 08/30/64

| DATE | TIME | ED NEEDS | INFORMATION TAUGHT | WHO | HOW | RESPONSE | SIGNATURE TITLE |
|------|------|----------|--------------------|-----|-----|----------|-----------------|
| 6/15/0 | 0815 | O | Pre intra & post colonoscopy | Pt | √ | UR | Mon Amador RN |
| 6/15/0 | 0815 | EQ | Cardiac monitor BP | Pt | √ | UR | Mon Amador RN |
| 6/15 | 930 | DIC | Discharge instruction post colonoscopy | Pt | √ | UR | Mon Amador RN |
| 6/29 | 740 | O | pre intra + post colonoscopy pt | | √ | V/W | J Cazzell RN |
| 6/29 | 740 | EQ | monitoring equipment pt | | √ | VR | J Cazzell RN |
| 6/29 | 740 | MEDS | sedation & pain mngt pt | | √ | VR | J Cazzell RN |
| 6/29 | 0935 | DX | DX + PLN | pt | √ M | VR | J Cazzell RN |

PREPARED BY: _____
DATE  8/22/2007

KMC 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 (7/94)   Owner: Nursing   Approved by Medical Records Committee 9/2/04

SEE SUPPLEMENT FOR MORE INFORMATION ☐



KERN MEDICAL CENTER
1830 Flower Street
Bakersfield, CA 93305
Owned and Operated by County of Kern

ACCT # 0716600002
PATIENT BIOCINI,BEATRIZ ANA
ADMIT DATE 06/15/07

MEDREC# 0001178074
DOB: 06/30/54

## Patient Admission Data Base  Inpatient Admissions and Outpatient Surgery

1. **ORIENTATION TO ROOM/SAFETY**    (Completed by RN/LVN/NA/MST)
   Room Orientation (Check all boxes that apply):
   Orientation given to: ☑Patient ☐Family ☐Significant Other ☐Other
   ☑Introductions ☑ID band ☑Patient rights ☑Visiting policy ☑Bathroom/emergency call system ☐Bed controls
   ☐Bedside console ☐Smoking policy ☑Temperature control ☑TV use and controls ☑Monitor/Equipment ☐Infant security

2. **INTRODUCTORY DATA**    (Completed by RN/LVN) Date 6/15/07  Time to Floor 815  Room/Bed DC
   Check all boxes that apply.                                               updated → 6/29/07 745 JC
   a. Information received from: ☑Patient ☐Family ☐Other _____  Date/Time/Initial 6/15/07 815 J
   b. Admitted from: ☑Home ☐ER ☐Clinic ☐Other _____
   c. Mode of transport: ☐Gurney ☐Wheelchair ☐Ambulance ☐Other _ambulatory_
   d. Treatment in progress: ☐IV ☐Catheter ☐Drainage tube ☐O₂ ☐Cardiac monitor ☐Dressings
      ☐Other _____
   e. Previous admissions: ☐No ☐Yes (if <5 yrs. date) _____
      Reason for admission per patient _____
   f. Primary language: ☑English ☐Spanish ☐Other _____
   g. Head circumference (<2 yrs old) _____            Understand English? ☐No ☑Yes
   h. Verify Acknowledgement Statement is complete ☐No ☑Yes ☐N/A (If NO, complete)
      Does patient have an Advance Directive? ☑No ☐Yes ☐N/A If "yes" and copy not on chart, explain intent in Progress Notes ☐If "no"
      information given to patient

3. **HEALTH HISTORY**    (Completed by RN/LVN)                6/29/07 updated - no changes JC
   ☐Unable to acquire at this time (date/initials) _____              Reason
   Medical History: ☐None ☐Allergy/Medication Sheet completed
   ☐Asthma          ☐CVA                ☐Hypertension          ☐Pulmonary Disease   ☐Other _____
   ☐Blood Disorder  ☐Diabetes Mellitus  ☐Infectious Diseases   ☐Renal Disorder      ☐Other _____
   ☐Bone Disorder   ☐GI Disorder        ☑Jaundice              ☐Seizures
   ☐Cancer          ☐Heart Disease      ☑Mental Illness        ☐Skin Disorder
   ☐Congenital Anomalies ☐Hepatitis     ☐Pneumonia             ☐Other _____
   a. Previous Surgeries ☐No ☑Yes Explain _liposuction_
   b. Immunizations/Exposures: Up-to-Date ☐No ☑Yes ☐Unknown  If NO/Unknown, ☐MD Notified
      Tetanus? ☐No ☑Yes ☐Unknown  If YES, date of last tetanus shot _____  If NO/Unknown, ☐MD Notified
      Pneumovac? ☑No ☐Yes ☐Unknown  If YES, date of pneumovac _____
   c. Recent exposure to: ☑None ☐Chicken pox ☐Hepatitis—type _____ ☐Measles ☐Meningitis ☐Mumps ☐TB ☐Other, explain
      ☐Infection Control notified ☐MD Notified

4. **HEALTH MANAGEMENT PATTERN**    (Completed by RN/LVN)    6/29/07 updated - ∅ changes JC
   a. Personal Habits ☐Denies
      ☐Caffeine use _0_                ☐Tobacco use _quit 05_          Sensory: ☐None
      ☐Alcohol use _occasional_ ☐Street drug use _____              Hearing aid ☐Left ☐Right ☑Glasses ☐Contacts
      Write in type and amount per day _____                        ☐Dentures: ☐Upper ☐Lower ☐Caps ☐Bridge
      Have you ever been in a treatment program?                      ☐Other _____
                                                                       Comments _____

5. **BASELINE INFORMATION**    (Completed by RN/LVN) History of Following  6/29/07 updated - ∅ changes JC
   a. Circulation ☑Denies history of                    b. Respiration ☑Denies history of
      ☐Palpitations        ☐Chest pain                     ☐Difficulty breathing
      ☐MI                  ☐Heart trouble                  ☐Required oxygen
      ☐Heart murmur        ☐Mitral valve prolapse          ☐Special positions to help your breathing
      ☐Swelling ☐Hands ☐Feet ☐Numbness or tingling
   c. Elimination ☐Denies history of                    d. Neurological ☑Denies history of
      ☐Laxatives           ☐Hemorrhoids                    ☐Syncopal episodes
      ☐Blood in urine      ☐Rectal bleeding                ☐Weakness in extremities  Arm: ☐Left ☐Right
      ☐Trouble urinating   _constipation_                                            Leg: ☐Left ☐Right
   e. Pain/Comfort Assessment ☐Unable to obtain from patient/family  ☐Denies history of
      ☐Problems with pain ☐Recent ☐Remote (Document current pain or daily assessment)
      When you have pain describe the following:  Location of pain _____            Rate intensity on a scale of 1 to 10
      Quality of pain ☐Sharp ☐Stabbing ☐Dull ☐Tingling ☐Constant ☐Intermittent
      Onset of pain _____                        Aggravating factors
      Comfort measures used to relieve pain?

ACCT#0718000403  MEDREC 0001178074
BIOCINI,BEATRIZ ANA
SDS DATE: 06/29/07  DOB 06/30/54 SEX F

ACCT # 0716600392
PATIENT BIOCINI BEATRIZ ANA

MEDREC# 0001178074
DOB 08/30/64

## 6. SPECIFIC POPULATIONS (Completed by RN/LVN) History of following:

### a. Pediatric ☐ N/A
- ☐ Normal cry
- ☐ Jaundice
- ☐ Suck reflex
- ☐ Abdomen soft
- ☐ Abdomen extended
- Fontanels: ☐ Soft ☐ Flat ☐ Sunken ☐ Buging
- History of breathing? ☐ apneic episodes ☐ Turn blue

Number of meals/day: _____
Self feeding? ☐ No ☐ Yes ☐ Needs assistance
Diet: ☐ Formula ☐ Baby food/cereal ☐ Regular
☐ Special diet _____
Drinking methods: ☐ Breast ☐ Bottle ☐ Cup ☐ Straw
Feeding routines: _____
☐ Toilet trained ☐ Wets bed at night only
Number of wet diapers/day: ☐ N/A _____
☐ Self feeding ☐ Needs assistance Comments _____

### Behavior/Development Milestones by Child
- ☐ Rolls over
- ☐ Assists with dressing self
- ☐ Sits alone
- ☐ Can follow directions
- ☐ Stands alone
- ☐ Hops/jumps/runs
- ☐ Attends school Where _____
- ☐ Walking – self
- ☐ Writes name
- ☐ Points to named body part
- ☐ Knows name and address
- ☐ Talking—5 or more words

### Discharge Planning Peds
Patient lives with:
☐ Father ☐ Mother ☐ Parents ☐ Friend ☐ Foster care
Who is the guardian? _____ ☐ Copy on chart
Where will the child go after discharge?
☐ Home ☐ Other _____
Who will care for the child after discharge? _____
Who will help you and the child if you need it? _____
What is the parents' expectation of involvement in the treatment and care of the child? _____

### b. Labor & Delivery/Pregnancy (Completed by RN/LVN)
☑ N/A
Prenatal history form on admission ☐ No (pre-admit) ☐ Yes
EDC _____ By: ☐ LMP ☐ U/S ⑮ _____ wks
Age _____ Gravida _____ Para _____
AB _____ Term _____ Preterm _____
Number of living children _____

☐ Prenatal care ☐ Current comp ants
☐ Complications this pregnancy ☐ Complications other pregnancies
☐ Medical problems
Explain _____
When did you last feel baby move?
Date _____ Time _____

## 7. BIOPHYSICAL ASSESSMENT (See Patient Flow Sheet for System Assessment) (Completed by RN)

## 8. DISCHARGE PLANNING (Completed by RN/LVN) 6/29/07 updated - d changes
- ☐ Primary physician
- ☑ Home environment: Physical access problem? ☑ No ☐ Yes Water/electric available? ☐ No ☑ Yes ☐ None Phone Number
- ☐ Highlight anticipated discharge needs (equipment/supplies/none)
- ☐ Anticipated agencies for follow-up (Home Health/Meals on Wheels/Transportation/None)
- Concerns:
- ☐ Address correct If NO, Address & Phone No. verified for Discharge: _____

## 9. PRE-OP SCREENING (Completed by RN) ☐ N/A
V/S Temp 99.0 Pulse 92 Resp 18 O2% 99 B/P 105/79 Age 52
Surgery/Procedure Scheduled Colonoscopy inmate
☐ Driver present ☐ N/A Name _____ Phone number _____

● Circle all appropriate numbers Record total for each section Record cumulative total.

| | | | | |
|---|---|---|---|---|
| Unable to walk up one flight of stairs or one mile without SOB or chest pain | 6 | Thyroid disease | 6 |
| Recent cold or infections | 6 | Patient concerns or expectations regarding anesthesia | 6 |
| Cough/sore throat | 6 | History of anemia | 6 |
| Limitations to neck or jaw movement | 6 | Hiatal hernia/heartburn/epigastric pain | 6 |
| History of difficult intubation | 6 | Bleeding tendency | 6 |
| Complications or reactions to anesthesia | 6 | Special diet | 6 |
| Family history of anesthesia problems | 6 | Nausea/vomiting | 6 |
| Reaction to blood transfusion or blood products | 6 | * Refer for score of 6 or greater | Total 6 |

Will inform m.d.

Sign for Outpatient Only:

Date 6/15/07  6/29/07  Time 140

PRINTED BY: _____
DATE _____

_____ RN
Signature _____ M130

CKMC\Forms\KMC 5065 Patient Admission Database.doc

**KERN MEDICAL CENTER**
BAKERSFIELD, CA 93305-4197

ACCT#0718000403     MDREC: 00011/8074
BIOCINI BEATRIZ ANA
SCS DATE   06/29/07   DOB 06/30/64 SCXE

## OUTPATIENT STANDARDS OF CARE POST-OPERATIVE AND POST-PROCEDURAL

### OUTCOME STANDARDS

1) The patient will demonstrate stability in hemodynamic status and physical comfort
2) The patient will verbalize appropriate orientation and feelings of understanding towards anesthesia, surgical or procedural experience
3) The patient or guardian will verbalize comfort and well being for discharge
4) The patient/significant other will repeat understanding of discharge instructions

Date Met: 6/29/07          Signature: J Cazzell RN M???

| TIME | INITIAL | NURSING DIAGNOSIS | INTERVENTIONS | TIME | INITIAL |
|------|---------|-------------------|---------------|------|---------|
| 1005 | JC | 1. Altered respiratory function related to anesthetic, surgical intervention, narcotic, or airway obstruction. | 1. Assess respiratory status every 15 min x 2 and prn as per hospital policy/physician order: a. Resp rate  c. Airway patency  b. Breath sounds  d. SpO₂  2. Administer oxygen if ordered and record SpO₂ reading. Notify MD if SpO₂ less than 92% on room air.  3. Assess and encourage deep breathing and coughing initially and every 30 minutes x 2.  4. Suction as needed.  5. Notify MD if inadequate respiratory function. | 1025 | JC |
| 1005 | JC | 2. Altered cardiovascular function related to drug administration, surgical intervention, hypovolemia. | 1. Assess cardiovascular status and every 15 min x 2 and prn as per hospital policy/physician order: a. Heart rate  c. Observe dressing and drains  b. Blood pressure  2. Notify MD of changes with: a. Heart rate less than 40, greater than 120 (adult)  b. BP less than, or greater than 20-50 mm Hg of pre-op BP  c. Refer to Standards of Practice Day Hospital Specific #10173.00 Addendum (Pediatric).  3. Administer fluids and/or blood as ordered.  4. Assess temp and color of skin on admission, discharge and prn.  5. Document I & O on admission, discharge and prn.  6. Assess peripheral circulation on admission, discharge and prn. | 1025 | JC |
| 1005 | JC | 3. Alteration in body temperature related to heat loss intraoperatively. | 1. Assess initially and every 30 min and prn for temp less than 96° or greater than 100°  2. Provide warming blanket as needed. | 1025 | JC |
| 1005 | JC | 4. Alteration in comfort related to surgical intervention. | 1. Assess initially and prn.  2. Position for comfort.  3. Administer pain medication as ordered | 1025 | JC |
| 1005 | JC | 5. Impairment of mobility related to anesthetic, drug administration. | 1. Assess initially and every 15 min x 2.  2. Position body in alignment and for safety.  3. Assess and document the strength of lower extremities.  4. Dangle and ambulate prn.  5. Provide support and good alignment for affected extremities | 1025 | JC |
| 1005 | JC | 6. Altered level of consciousness related to anesthetic. | 1. Assess initially and at discharge and prn.  2. Solicit orientation to person place, time, purpose, and reorient as needed.  3. Solicit feelings of comfort and feelings of well-being. | 1025 | JC |
| 1005 | JC | 7. Knowledge deficit related to post anesthesia a/surgical home care needs (outpatient) | 1. Discuss home care instructions with client and significant other.  2. Solicit verbal repetition of specific care aspects, i.e.: signs of infection, follow up appointment, deep breathing and coughing.  3. Provide other specific instruction of physician preference.  4. Provide copy of signed instructions | 1025 | JC |
| 1005 | JC | 8. Potential for injury related to loss of voluntary movement. | 1. Maintain side rails up.  2. Apply safety belt.  3. Pads on rails as needed i.e.: pediatric.  4. Provide reassurance verbally and manually. | 1025 | JC |
|  |  | 9. Other | | | |

Signature: _____   DATE: 10/22/2007   Signature: _____ RN

KMC 500 600?/1711 (4/02) (Back)

 

**KERN MEDICAL CENTER**
BAKERSFIELD, CA 93305-4197



ACCT #0718000403    MED REC 0001178070
BIOCINI, BEATRIZ ANA
REG DATE: 06/29/07    DOB 06/30/54 SEX F

## OUTPATIENT STANDARDS OF CARE PRE-OPERATIVE AND PRE-PROCEDURAL

OUTCOME STANDARDS

1) The patient will demonstrate physiological stability in hemodynamic status and physical comfort.
2) The patient and/or significant other will verbalize a readiness for surgical intervention.
3) The patient and/or significant other will verbalize knowledge of the per-operative process.

| Date Met | 6/29/07 | | Signature: | | DISCON'T NURSD |
|---|---|---|---|---|---|
| TIME | INITIAL | NURSING DIAGNOSIS | INTERVENTIONS | TIME | INITIAL |
| 740 | | 1. Anxiety related to unfamiliar environment, knowledge deficit; fear of pain and change in lifestyle. | 1. Explain OR and PACU procedures to patient and significant others. 2. Encourage patient and significant others to verbalize concerns and questions. 3. Approach child with age appropriate method to orient patient. 4. Orient, support and provide reassurance. | 745 | |
| 740 | | 2. Knowledge deficit related to routine procedures associated with surgery; preparation for surgery; post op care. | 1. Explain peri-op events to patient and significant others. 2. Assess discharge needs. 3. Initiate activities towards resolution of post-operative needs. 4. Provide information regarding pain control and necessary monitoring activities. | 745 | |
| 740 | | 3. Potential for alteration in fluid volume related to NPO status. | 1. Obtain pre-op vital signs on the day of surgery. 2. Obtain IV access and check for IV patency. 3. Review lab values as ordered. 4. Verify duration of NPO status. | 745 | |
| | | 4. Other (Please list). | 1. Other (Please list). | | |

Signature: _____ RN    Signature _____ RN

PRINTED BY: 100116
DATE  8/22/2007

KMC 580 8997 1711 (4/02) (Front)

**KERN MEDICAL CENTER**
Owned and Operated by the County of Kern
1830 Flower Street
Bakersfield, CA 93305     (661) 326-2000

ACCT#0718000403     MED REC 00___78074     Date
BIOCINI, BEATRIZ ANA
ADS DATE:   06/29/07   DOB: 06/30/54 SEX F

Pg 1 of 4

CAL RECORD #

| Cardiac Rhythm | | | PRE-PROCEDURE | | PROCEDURE |
|---|---|---|---|---|---|

Hemodynamic Status/Vital Signs

| Temp | HR | | | | | |
|---|---|---|---|---|---|---|
| 105 | 180 | | | | | |
| 104 | 180 | | | | | |
| 103 | 170 | | | | | |
| 102 | 160 | | | | | |
| 101 | 150 | | | | | |
| 100 | 140 | | | | | |
| 99 | 130 | | | | | |
| 98 | 120 | | | | | |
| 97 | 110 | | | | | |
| 96 | 100 | | | | | |
| | 90 | | | | | |
| | 80 | | | | | |
| | 70 | | | | | |
| | 60 | | | | | |
| | 50 | | | | | |
| | 40 | | | | | |
| | 30 | | | | | |
| | 20 | | | | | |
| | 10 | | | | | |

Legend: ● HR  O Resp  T  X BP  ∧ MAP

**PAIN INTENSITY** (scale 10 to 0)

| | | | |
|---|---|---|---|
| Relief Acceptable (Y/N) | | | |
| Pain Intervention | | | |
| Pulse Ox SaO₂ | | | |
| FIO₂ L/M or % O | | | |

INTAKE
| | | | |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| Meds | | | |
| Blood/blood prod | | | |
| PO Total | | | |
| NG/GG/Total | | | |

OUTPUT
| | | | |
|---|---|---|---|
| Urine Amt cc/Total | | | |
| Drain/Aspirate | | | |
| Drain | | | |
| Stool SM/L or or type | | | |
| Other | | | |

**PAIN INTERVENTION KEY:**  A - Analgesic  N - Narcotic  R - Reposition  T - Titrate  C - Compress  ' - Other(See Flowsheet Notes)

**ATTACH EKG STRIP (IF APPLICABLE)**

INTERPRETATION: _____

DATE:     8/2//2007

14-1358 (02/01)

Pg 2 of 4

TIME IN _____ ALLERGIE__ _____

TIME OUT _____ NPO SINCE _____

ACC #0718000403     MECHEC 0001178074
BIOCINI,BEATRIZ ANA
SDS DATE   06/29/07 . DOB 06/30/54 SEX F

RECOVERY

ENDOSCOPE _____

EQUIPMENT / ACCESSORIES USED _____

☐ Forceps   ☐ Snare   ☐ Heater Probe   ☐ Hot Box

CAUTERY SETTING CUT _____   COAG _____

PAD SITE _____

Dilatation Type: L, NA  Type _____  Sizes _____

Fluoro Time _____ min  Contrast Type / Amt _____   ☐ NA

Pathology:
☐ None                          ☐ Biopsy _____
☐ H. pylori                     ☐ Biopsy _____
☐ Time _____              ☐ Polyp _____
                                ☐ Other _____
Specimens to Lab: ☐ Yes  ☐ NA

STANDARDS OF CARE  6/29/01

Outcome Standards:                 MET BY: _____

The patient will demonstrate physiologic stability in hemodynamic status and physical comfort during procedure

| NURSING DIAGNOSIS | INTERVENTION |
|---|---|
| 1. Potential for alteration of level of comfort related to procedure. | 1. Advise physician of pain or of increased level of physiological response. |
|  | 2. Administer medications as ordered. |
| 2. Potential for reaction related to drugs. | 1. Implement EKG, SpO₂, & V/S. per standard. |
| 3. Potential for ineffective coping related to fear of unknown. | 1. Explain procedures. |
|  | 2. Encourage to express feelings. |
|  | 3. Provide verbal/non verbal reassurance. |

INTAKE
IV Fluids
HAL
Lipids
Blood/Blood Products

PO Intake
Total Intake

OUTPUT
Urine
Stool
NG/OG

Total Output

_____ RN

_____ Endoscopy Tech

_____ Radiology Tech

_____ Physician



**PRE-PROCEDURE**

RECOVERY    Pg 3 of

ACC180718000403    MCORE 0001176074
BIOCINI, BEATRIZ ANA
SDS DATE  06/29/07   DOB 06:30/54 SEXF

**NEUROLOGICAL**
- Oriented X 3
- Behavior appropriate
- PERLA
- Active ROM X 4 symmetrical strength
- Speech clear, appropriate

**CARDIOVASCULAR**
- RR Reg
- Extrem warm, pink
- Capillary refill < 3 sec
- Peripheral pulses palpable

**RESPIRATORY**
- Equal symmetrical chest expansion
- Resp quiet & reg in rate/depth
- Clear breath sounds all fields
- Nailbeds, membranes pink

**GASTROINTESTINAL**
- Abdomen soft/flat/non-tender
- Active bowel sounds
- Tol diet w/o nausea/vomiting
- BM within usual pattern/consistency
- Normal appetite, chewing
- Swallows without difficulty

**GENITO-URINARY**
- Voids without pain, frequency or incontinence
- Normal urine color, odor

**MUSCULO-SKELETAL**
- Full ROM strength equal bilateral
- Steady gait, coordination

**SKIN**
- Skin color/turgor normal
- Skin warm, dry, intact
- Mucous membranes moist
- IV site R/S/T

**PSYCHOSOCIAL**
- Stable living situation
- Stable support system
- Mood/affect appropriate

**PAIN**
- Location
- Duration
- Characteristic: Stabbing, dull

| Int | Signature | Title | Shift | Int |
|---|---|---|---|---|

ACCT#0718000403     MR REC 00011/8074
BIOCINI,BEATRIZ ANA
SDS DATE:   08/29/07   DOB: 06/30/64  SEX:

| Time | Discipline |
|---|---|

### FLOWSHEET NOTES (Record pt events, tasks, procedures)

### OUT-PATIENT CALL BACK

Date of Procedure: _____

Physician _____

Procedure: _____

Comments: _____

Current Phone # _____

Nurse's Signature _____     R.N./L.V.N     Date:

| | YES | NO | N/A | COMMENTS |
|---|---|---|---|---|
| Tolerating Fluids/Nourishment | | | | |
| Nausea/Vomiting | | | | |
| Dressings: Any Drainage | | | | |
| Headache, nasal/oral Pain/Sore Throat | | | | |
| Pain Medication Taken | | | | |
| Voided | | | | |
| Blood Tinged Urine | | | | |
| Extremity Circulation | | | | |
| Refer to Anesthesia | | | | |
| Refer to Attending Physician | | | | |
| ABD Discomfort | | | | |
| Rectal Bleeding | | | | |
| Coughing up Blood | | | | |

Comments: _____

PRINTED BY: _____

DATE: _____

Nurse's Signature _____     R.N./L.V.N     Date



**KERN MEDICAL CENTER**
OWNED AND OPERATED BY THE COUNTY OF KERN
1830 Flower Street
Bakersfield, CA 93305
(661) 326-2000

ACCT #0718000403      MEDREC 0001178074
BIOCINI,BEATRIZ ANA
SRD DATE: 06-29-07    DOB 06/30/54 SEXF

## POST-PROCEDURE DISCHARGE INSTRUCTIONS

Your procedure ___Colonoscopy___

Your Doctor ___Dr. Wong___

### ☐ Diet:
- ☐ Nothing to eat or drink for _____ hour
- ☐ _____ diet for _____ hours
- ☑ Resume regular diet after __1__ hours
- ☑ No alcoholic beverages for 24 hours
- ☐ Increase fluid intake for next 24 hours

### ☐ Activity:
- ☐ Bedrest for 24 hours (may use bathroom)
- ☑ Limit activity for 24 hours
- ☐ Elevate head for _____ hours
- ☑ Do not make important personal or business decisions for 24 hours
- ☑ Do not drive or operate hazardous equipment for 24 hours
- ☑ Do not bend, strain, or lift heavy objects for 24 hours
- ☑ Resume regular activities on _6/30/07_

### ☐ Hygiene:
- ☐ Sponge bath until _6/30/07_ then resume regular bathing routine
- ☐ Resume regular bathing routine
- ☐ Good oral hygiene routine

### ☐ Wound Care:
- ☐ Leave dressing in place until _____
- ☐ Leave open to air
- ☐ Keep site clean and dry

### ☐ Precautions:
- ☐ Monitor incision/puncture site for possible bleeding
- ☐ Hold pressure on puncture site when you cough, sneeze, or stand up
- ☑ Dizziness is not unusual, be careful when walking, climbing stairs, or driving

### ☐ Medications:
- ☐ None
- ☐ Prescriptions sent with patient
- ☐ Do not take any medications that have not been specifically prescribed for you
- ☑ Continue previous medications
- ☐ Hold _____ for _____ days

Medication _Metamucil_ Dose _____ How often _daily_ X 30 days  Purpose _constipation_

Medication _____ Dose _____ How often _____ Purpose _____

Medication _____ Dose _____ How often _____ Purpose _____

PREPARED BY: _____

Owner · OTC
Approved by Medical Records Committee 1/27/04
KMC.101 (Rev. 2/119 (1/04))

☐ **Safe and Effective Use of Medical Equipment:**
  ☐ PICC line care
  ☐ Other (specify) _____

ACC #0718000403    MEDREC 0001178074
BIOCINI,BEATRIZ ANA
SDS DATE    06/29/07   DOB 06/30/64 SEXF

☐ **Special Instructions:**
  Call 326-2667 or come to the Emergency Room Immediately if any complications develop
  ☐ Chills or fever over 101°
  ☐ Signs of infection: increasing pain, redness around the incision, foul odor or drainage from the incision
  ☐ Bleeding from the incision, frank red blood or oozing that saturates the dressing
  ☐ Persistent nausea or vomiting
  ☐ Persistent abdominal pain
  ☐ Coughing up more than 1-2 teaspoons of blood
  ☐ Difficulty breathing persistent dizziness
  ☐ Sever headache not relieved by your usual medications
  ☐ Chest pain or pressure in your chest
  ☐ Difficulty in arousing

☐ **Community Resources:**
  ☐ If you have any questions call 326-2807 Monday thru Friday, 8:00am to 4:00 pm

☑ **Next Appointment:**

Clinic _Red Surgery_ Date _7/12/07_ Time _1:00p_ Phone number _____

Clinic _____ Date _____ Time _____ Phone number _____

Clinic _____ Date _____ Time _____ Phone number _____

☐ **I have received as well as demonstrated my understanding of the discharge instructions given**

X _____ IEA      _M Muhunchan RN 785_      _6/29/07 1028_
Patient/Guardian's signature          Nurse's signature          Date/Time

**Care Notes:**

☐ _____

Original – Chart    Copy – Patient
Owner: OTC
Approved by Medical Records Committee 7/27/04

KERN MEDICAL CENTER
1830 FLOWER ST.
BAKERSFIELD, CA. 93305

**CLINIC RECORD NOTES**

| ACCESSION NO | DATE ARRIVED | TIME | ARRIVAL MODE | | PT CLASS | LOCATION | MEDICAL RECORD NO |
|---|---|---|---|---|---|---|---|
| 0716600392 | 06/15/07 | 06:37 | | | | END | 0001178074 |

| PATIENT NAME | BIOCINI, BEATRIZ ANA | | | | | BIRTHDATE | 06/30/54 | AGE | 52Y | SEX | F |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STREET ADDRESS | 17635 INDUSTRIAL FARM RD | | CITY BAKERSFIELD | | | STATE CA | ZIP 00003 |
| PHONE (000)391 7913 | | SOC SEC NO 000-00 0001 | MARITAL STATUS | | FINANCIAL CLASS J COUNTY CORRECTIONA |
| INN NO | BK#1709304 | | | | |

CHIEF COMPLAINT PROBLEM
COLONOSCOPY @ 800A

TIME SEEN: 06/15/07 - 09.00

S. Pt seen ~~today~~ Admitted to having eaten 1/2 cup of oatmeal this
AM & had a BM  She's scheduled for a colonoscopy today
A/P. We will have to re schedule Mrs Biocini's colonoscopy in
order to have the optimal result & visualization
- Pt re instructed on what she needs to do
- Will re order bowel prep
- Will re schedule colonoscopy.

C.Hg 9774



KERN MEDICAL CENTER
Owned and Operated by the County of Kern
Bakersfield, CA 93305

ACCT # 0716600 52
PATIENT BIOCINI, BEATRIZ ANA

MEDREC # 0001178074

DOB 06/30/54

ADMIT DATE 06/18/07    ADMIT TIME 06:37

## PHYSICIAN ORDERS – MEDICATION RECONCILIATION - ALLERGIES

Date: 6/15/07

***Scan to Pharmacy **prior** to patient orders***

**All applicable areas, including height and weight, must be completed.**

Height 5' 4" ☐ Inches ☐ Centimeters  Weight 144 ☐ Lb ☐ Kg ☐ Bed scale ☐ Standing ☑ Other Stated

Women only  Are you pregnant? ☐ Yes ☑ No          Are you Breast Feeding? ☐ Yes ☑ No

ALLERGIES (such as medicine, latex, food, tape, soap, perfumes
☑ No Known Allergies ☐ Unable to obtain from patient/family    ☐ Patient banded with Allergy band and chart labeled

| ALLERGEN | TYPE OF REACTION (write all reactions) |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

Are you taking your medicine as prescribed? ☑ Yes ☐ No  If No, explain
☐ Med List Incomplete because: ☐ Poor historian or lack capability  ☐ Meds unavailable  ☐ Takes no medications

| NURSING RESPONSIBILITY (may be completed by Physician or Pharmacist) MEDICATIONS: List ALL medications on admission (Prescriptions, OTC, Herbals, Patches, Inhalers, Eye Drops, Supplements) | | | | PHYSICIAN RESPONSIBILITY PHYSICIAN MEDICATION ORDERS on ADMISSION (check only one) | | |
|---|---|---|---|---|---|---|
| NAME OF MEDICINE (print legibly) | DOSE (mg, mcg) | ROUTE | FREQUENCY (daily, twice daily, four times daily, etc) | Order UNCHANGED | CHANGE (Use Order Sheet) | DO NOT ORDER |
| Lactulose | liquid | po | dly | ☐ | ☐ | ☐ |
| Colace | 2 tabs | po | pm | ☐ | ☐ | ☐ |
| Benadryl | 1 tab | po | pm | ☐ | ☐ | ☐ |
| Sleeping pill | 1 tab | po | hs | ☐ | ☐ | ☐ |
|  |  |  |  | ☐ | ☐ | ☐ |
|  |  |  |  | ☐ | ☐ | ☐ |
|  |  |  |  | ☐ | ☐ | ☐ |
|  |  |  |  | ☐ | ☐ | ☐ |
|  |  |  |  | ☐ | ☐ | ☐ |
|  |  |  |  | ☐ | ☐ | ☐ |
|  |  |  |  | ☐ | ☐ | ☐ |

Medication history collected and verified with ☑ patient ☐ family by
Signature (RN, LVN, MD, RPh) [signature] MLS 30  6/15/07  0815  Date  Time

I have reviewed this list. [signature]  06/29/07 1015
Physician Signature  Date  Time

Disposition of Meds: ☐ Pharmacy ☐ Patient ☐ Family ☐ Police
Name of Receiving Party:

Original To Chart  Scanned to Pharmacy
Date:  Time:  By

Original To Chart  Scanned to Pharmacy
Date:

KMC 5092  Owner: Pharmacy  (Approved by Medical Records Committee 9/23/2005)

ACCT#0718000403    MEDREC 0001178074
BIOCINI, BEATRIZ ANA
SDS DATE: 06/29/07  DOB 06/30/54  SEX F