

KERN MEDICAL CENTER
Owned And Operated by the County of Kern
Bakersfield, CA 93305

ACCT # 07166003 2
PATIENT BIOCINI BEATRIZ ANA
ADMIT DATE 06/15/07

MEDREC# 0001178074
DOB 06/30/54

SECTION 1 INTERDISCIPLINARY PATIENT/FAMILY HEALTH EDUCATION RECORD

*Readiness to Learn: (Circle appropriate letter)*
*Poor=P Average=A Good=G*

| | Patient | Other |
|---|---|---|
| Ability to understand verbal instructions | P A G | P A G |
| Ability to understand written instructions | P A G | P A G |
| Knowledge of educational needs/treatment plan | P A G | P A G |

**Initial Assessment:**
Date ______ Unable to Assess
Reason ______
Reassess patient every 24 hrs until Section I completed. Document reassessment in Section II

*Specific Barriers to Learning Circle Y (Yes) or N (No) If yes, please specify.*

| | | | | | |
|---|---|---|---|---|---|
| PHYSICAL ____ | Y N | SENSORY (VISUAL) ____ | Y N | CULTURAL ____ | Y N |
| READING ____ | Y N | SENSORY (AUDITORY) ____ | Y N | RELIGIOUS ____ | Y N |
| LANGUAGE ____ | Y N | MOTIVATION ____ | Y N | COGNITIVE ____ | Y N |
| AGE RELATED ISSUES ____ | Y N | EMOTIONAL ____ | Y N | FINANCIAL CONCERNS ____ | Y N |

HOW DO YOU LEARN BEST? VIDEO ☐ VERBAL ☑ WRITTEN ☑ OTHER ☐

| REFERRED TO PATIENT ADVOCATE/ETHICS COMMITTEE | REFERRED TO HEALTH LIBRARY | REFERRED TO CASE MANAGEMENT | REFERRED TO OTHER |
|---|---|---|---|
| Y N | Y N | Y N | Y N |

ASSESSMENT DATE: 6/15/07 SIGNATURE/TITLE [signature] DTC

SECTION II

| EDUCATION NEEDS CODE | | WHO CODE | | HOW CODE | | RESPONSE CODE | |
|---|---|---|---|---|---|---|---|
| MED | SAFE & EFFECTIVE USE OF MEDICATIONS | PT | PATIENT | D | DEMONSTRATION | Q | ASKED QUESTIONS |
| EQ | SAFE & EFFECTIVE USE OF EQUIPMENT | F | FAMILY | P | PAMPHLET | VR | VERBALIZED RECALL/ UNDERSTANDING |
| F/D | POTENTIAL FOOD/ DRUG/HERB INTERACTION | O | OTHER | TV | VIDEO/ TV | R | RESTLESS, DIFFICULTY LISTENING |
| DIET | MODIFIED DIET/ NUTRITION | | | V | VERBAL INSTRUCTIONS | DI | SEEMS DISINTERESTED |
| REHAB | REHABILITATION TECHNIQUES | | | W | WRITTEN INSTRUCTIONS | DR | DENIAL/ RESISTANCE |
| CR | COMMUNITY RESOURCES | | | VT | TRANSLATOR | DA | DEMONSTRATED ABILITY |
| POC/ DC | PLAN OF CARE/ TREATMENT SERVICES | | | MED | MEDICATION INSTRUCTION SHEET | NR | NEEDS REINFORCEMENT |
| USC | UNIVERSAL STANDARD CARE | | | GR | GROUP WORK | A | ATTENTIVE VERBAL RESPONSE |
| PM | PAIN MANAGEMENT PROGRAM | | | O | OTHER | NA | NOT APPLICABLE |
| HC | BASIC HEALTH PRACTICES | | | I | INITIATE TEACHING EDUCATION PROTOCOL | NC | NO CHANGE |
| RS | REASSESSMENT OF SECTION I | | | CN | CARE NOTES | NER | NEW EDUCATION RECORD REQUIRED |
| RFRS | RESTRAINT/FALL RISK/ SAFETY | | | | | | |
| O | OTHER | | | | | | |

| DATE | TIME | ED NEEDS | INFORMATION TAUGHT | WHO | HOW | RESPONSE | SIGNATURE/ TITLE |
|---|---|---|---|---|---|---|---|
| 6/15/07 | 0815 | USC | UNIVERSAL STANDARD CARE | Pt | V | VR | [signature] |
| 6/15/07 | 0815 | RFRS | PATIENT SAFETY | Pt | V | VR | [signature] |
| | | NA | PRIMARY DIAGNOSIS/NEW DX | | | | |
| 6/15/07 | 0815 | MED | MEDICATIONS | Pt | V | VR | [signature] |
| | | N/A | SMOKING CESSATION | | | | |
| | | | MAINTAINING HEALTHY WT | | | | |

KMC 580 8997 1853 (3/07) Owner: Nursing Approved by Medical Records Committee 4/24/07

ACCT#0718000403 MEDREC 0001178074
BIOCINI,BEATRIZ ANA
SDS DATE: 06/29/07 DOB: 06/30/54 SEX F



**KERN MEDICAL CENTER**
**MEDICINE**

Owned and Operated by the County of Kern
☐ 1830 Flower St. ☐ 1111 Columbus Ave
Bakersfield CA 93305
Ph (661) 326-2789/326-5200
Fax: (661) 326-2790/326-5212

ACCT#0716800392 MLUREC 00011/8074
BIOCINI,BEATRIZ ANA
SDS DATE 06/15/07 DOB: 06/30/54 SEXF

Name:
ID#:
DOB:

| Diagnosis: | | Allergies: | Patient Weight: |
|---|---|---|---|

| Drug, Strength, & Quantity | Quantity | Directions | Refills |
|---|---|---|---|
| Rx Golytely 4 liters | ☐ 1-24 ☐ 25-49 ☐ 50-74 ☐ 75-100 ☐ 101-150 ☐ 151 & over | Take as directed | ∅ |
| Rx Magnesium citrate 1 bottle | ☐ 1-24 ☐ 25-49 ☐ 50-74 ☐ 75-100 ☐ 101-150 ☐ 151 & over | Take as directed | ∅ |
| Rx VOID | ☐ 1-24 ☐ 25-49 ☐ 50-74 ☐ 75-100 ☐ 101-150 ☐ 151 & over | VOID | |

Total Number of Rx's (circle one) 1 (2) 3

KMC Pharmacies may dispense closest package size or therapeutic equivalent as approved by the Pharmacy and Therapeutics Committee.

**Unused prescription spaces must be voided.**

☐ Jennifer J. Abraham, MD BA1624661/G063721
☐ Hia Cha, MD BC8613300/A84894
☐ Royce H. Johnson, MD AJ7653430/G21369
☐ Michael Liebling, MD AL6637548/G028393
☐ Alan S. Ragland, DO BR2173615/20A5843
☐ Irene Spinello, MD BS6591710/A066730
☐ Supratim Banerjee, MD BB4777655/A54064
☐ Victor G. Ettinger, MD AE3519937/G023420
☐ David E. Kanamori, MD BK6500715/A069648
☐ Augustine D. Munoz, MD AM7286897/G31330
☐ Saman N. Ratnayake, MD BR5173074/A056363
☐ Shane Tu, MD AT7866205/A030749
☐ Shehla Baqi, MD BB6015300/C50415
☐ William E. Gill, MD AG2722191/G53033
☐ ARSR Karunakar, MD AK7338634/A29799
☐ Jose A. Perez, MD BP7619856/A45328
☐ Katayou Saberian, MD BS3395159/G074923
☐ ____________

Hiep Tran Cao — [signature] 9774 — 06/15/07

Prescriber Name-Printed/Stamp/ID# Prescriber Signature Date

White: Original
9774
Duplicate: Chart Copy

DEA/ State License Number HIS#

Label: English ☐ Spanish ☐

**Physician must sign and enter date or Rx is void.**

PRINTED BY: 10.1.16
DATE: 8/2?/2007



KERN MEDICAL CENTER
Owned & Operated by County of Kern
Bakersfield, CA

ACCT# 071660( )2 MEDREC# 0001178074
PATIENT BIOCINI, BEATRIZ ANA
ADMIT DT: 06/15/07 DOB 6/30/1954

## PRE-PROCEDURE "TIME OUT" VALIDATION
**(This section MUST be completed for ALL invasive procedures performed outside the OR)**

| | |
|---|---|
| ☐ Emergency procedure | ☒ Patient identification verified |
| ☒ "Risks, Benefits, Alternatives" on chart | ☐ Radiologic and/or pathology reports present |
| ☒ Consent Validation | ☐ Correct equipment/supplies available |
| ☐ Site marking present | ☐ Correct site/side |
| **Procedure:** Colonoscopy | **Procedure performed by: (Name)** |
| **Signature:** | **Date:** 6/15/07 **Time:** |

## PROCEDURE FORM Service:

☐ Central Line: ☐ Right ☐ Left ☐ Ultrasound guided
☐ Internal Jugular (anterior, middle, posterior) ☐ Subclavian ☐ Femoral
☐ Intubation ☐ elective ☐ emergent ☐ fiberoptic ☐ Rapid Sequence Intubation
☐ Lumbar Puncture ☐ sitting ☐ lying Opening pressure ______ Closing Pressure ______
☐ Thoracestesis: ☐ Right ☐ Left ☐ diagnostic ☐ therapeutic ☐ ultrasound guided
☐ Paracentesis: ☐ Right ☐ Left ☐ diagnostic ☐ therapeutic ☐ ultrasound guided
☐ Other Procedure:

**Indication for Procedure:**

Sterile technique observed: ☐ No ☐ Yes (☐ gown ☐ gloves ☐ mask ☐ hat)
Analgesia: ☐ None ☐ Local ☐ Spinal ☐ Epidural ☐ Regional ☐ Procedural Sedation
Outcome: ☐ successful ☐ unsuccessful

**Problems/Complications:**

**Supervising Attending:** **Department:**
**Type of Supervision:** ☐ **Direct** ☐ **Indirect (authorized & aware)**
**Teaching Assistant:**

**Signature of person completing form:** **ID#:**

KMC 319 Owner: Joint ICU (Approved by Medical Records Committee 11/22/2005)

PRINTED BY: 10[illegible]
DATE 6/22/2007





KERN MEDICAL CENTER
Owned & Operated by County of Kern
Bakersfield, CA

ACCT # 07166000032
PATIENT BIOCINI,BEATRIZ ANA
ADMIT DATE: 06/15/07

MEDREC# 0001178074
DOB 06/30/54

# PHYSICIAN PROCEDURAL SEDATION EVALUATION

Patient ID

Age: 53 yrs Sex ☐ Male ☑ Female Height ______ Weight 135 lbs

**A. Proposed Procedure:** Colonoscopy

**B. Present Illness** (diagnosis)

**C. Current H&P** ○ In chart. **Note:** If current H&P (30 days) is on chart, complete E. - J. ONLY.
If no H & P in chart complete entire form.

| D. Past Medical History | Y | N | Comments/Interval Note |
|---|---|---|---|
| Cardiac Events | | | |
| Arrhythmia | | | |
| Pulmonary Disease | | | |
| Liver disease | | | |
| Renal insufficiency | | | |
| Diabetes/Metabolic Disease | | | |
| Seizures/CNS events | | | |
| Bleeding disorder | | | |
| Previous surgery | | | |
| Possible Pregnancy | | | |
| Pt./Family hx anesth problem | | | |
| Alcohol use | | | |
| Tobacco use | | | |
| IV Drug abuse | | | |

| E. Allergies & Sensitivities ☑ NKDA | Current Medications |
|---|---|
| | |
| | |
| | |
| | |
| | |

**F. Pertinent Physical Exam:** (Check all responses that apply)

| Normal? Yes | No | | Describe any "Abnormal" responses |
|---|---|---|---|
| ☐ | ☐ | Cardiac | |
| ☐ | ☐ | Respiratory | |
| ☐ | ☐ | Neuro | |
| ☐ | ☐ | System Involved | |

**G. Pertinent Investigations:** (Check all responses that apply. Circle WNL as appropriate)
**Lab/Diagnostic Tests**

○ Hgb/Hct - WNL ○ Other Labs - WNL ○ EKG - WNL ○ CXR - WNL ○ Other Imaging - WNL

Comments

**H. Assessment** ***ASA Scoring System*** (circle appropriate one)

1 ..... Normal patient: elective surgery/procedure
2 ..... Mild systemic disease: not activity-limiting
3 ..... Severe systemic disease
4 ..... Severe systemic disease; constant threat to life
5 ..... Moribund patient; not expected to survive without surgery
6 ..... Brain dead, organ donation
E ..... Emergency

**I. Plan of Care:** Patient is an appropriate candidate for ○ Procedure Sedation

**Informed Consent:**
☐ Risks, benefits, alternatives, potential complications including but not limited to: tooth damage, nerve damage, life threatening events (i.e., MI, CVA, Death) and patient's understanding of and agreement to treatment.

**J. Completed by:** ID # **Date:** **Time:**

Original - Medical Record Copy - Quality Resource Center

PRINTED BY: [illegible]
DATE: 3/22/2007

AN G:\MYFILES\MEDFORMS\WordPhys Procedure Sedation 1/1/01

medforms\ [illegible] KCB 50 11/15/2001





KERN MEDICAL CENTER
Owned & Operated by County of Kern
Bakersfield, CA

ACCT # 07166003_2
PATIENT BIOCINI BEATRIZ ANA
ADMIT DATE 06/15/07

MEDREC# 0001178074
DOB 06/30/54

## NURSING PROCEDURAL SEDATION RECORD

Patient ID

**PRE PROCEDURAL ASSESSMENT**

Date: 6/15/07 Time: 0815 Procedure: Colonoscopy

Location: ATC Person Performing Procedure: Thomas, Nicola

☐ Inpatient ☑ Outpatient ☑ ID band on

Weight Kg 144 lbs Age: 53 Primary Language: Translator needed: ☑ No ☐ Yes

Belongings: ☐ Glasses ☐ Contacts ☐ Dentures ☐ Hearing aid(s) ☐ Other:

**Allergies:** ☑ None

Date/time last solid intake: 6/15/07 0200
Date/time last fluid intake: 0300
Notify MD if below not met: Cl. liq. > 2 hrs; Food > 4 hrs

Current Medications: Aspirin ☑ No ☐ Yes Anticoagulants ☑ No ☐ Yes NSAID ☑ No ☐ Yes Anticonvulsants ☑ No ☐ Yes
List:

Previous sedation: ☑ No ☐ Yes, Drug:
Previous problems with sedation/anesthesia: ☑ No ☐ Yes (specify): NONE Date:

**Medical History:** ☐ None ☐ Attention Deficit Disorder ☐ Asthma/other lung disease ☐ Apnea ☐ Congenital Cardiac Disease ☐ Cold, flu, or fever in the last 3 days ☐ Developmental delay ☐ Diabetes ☐ Heart Disease ☐ Hypertension ☐ Prematurity ☐ Seizures ☐ Skin rashes ☐ Stroke ☐ Uses Apnea monitor at home ☐ Liver disease
Other:

Lab tests done: ☑ None ☐ CBC ☐ PT/PTT ☐ UA ☐ Pregnancy test Other:
☑ Evidence of informed consent documented Validation of consent signed ☑ Yes
☐ Pre-procedural H & P done

Transportation arranged with: (name & tel. no.) inmate
☑ Pre-procedure teaching done and ☑ patient, ☐ responsible adult ______ understand instructions and information given.

**Physical Assessment:** Neurological: ☑ Alert, age appropriate orientation OR ☐ Usual Waking State (describe):
Respiratory: ☑ Lungs clear bilaterally ☑ No nasal congestion/cough/URI symptoms Other:
Cardiovascular: ☑ Heart rate regular ☑ Extremities warm Other:
Pain (specify location and rating according to established scales): Rectal pain 3/10
Pediatric Developmental Tasks: ☐ Walks independently ☐ Age appropriate speech ☐ Good head control ☐ Sits unassisted
Other findings: ☑ Cap refill < 3 sec (< 2 sec Peds) Other:

☑ Pre-sedation vital signs and Aldrete scores documented on page 2 ☑ No abnormal findings/no change from pre-procedural MD assessment

☐ Abnormal findings reported to (MD):
Assessment completed and reviewed by: [signature] RN

☑ IV Started @ 850 gauge: 22g site: RH Init: JG

**INTAKE & OUTPUT**

| INTAKE Time | PO/IV/Fluid type/rate | Amount | Total | OUTPUT Time | Type | Amount | Total |
|---|---|---|---|---|---|---|---|
| | Normal Saline | 500 | | | | | |
| | | | | | | | |
| | | | | | | | |

**MEDICATIONS**

| Time | Medication and Dose | Route | Given by | Reason (PRNs) | Effect (+/-) |
|---|---|---|---|---|---|
| | Demerol | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Assessment reviewed and will proceed as planned: ______ MD
Physician's signature constitutes order for above medications ______

Original – Medical Record

PRINTED BY: 101116
DATE: 8/22/2007

AN: ...KMCFORMS\NURS_PROCEDURAL SEDATION2_LON.DOC 5/24/04
medforms# 7/minimized1 5040 60 6/8/2004

ACCT # 0718800392
PATIENT BIOCINI,BEATRIZ ANA
MEDREC# 0001178074
DOB 06/30/54

**VITAL SIGNS**

| | Pre Procedure | Pre Sedation | Intra Procedure | | | Post Procedure | | | | Discharge Home |
|---|---|---|---|---|---|---|---|---|---|---|
| TIME: | 0815 | | | | | | | | | |
| Blood Pressure | 105/79 | | | | | | | | | |
| Temperature* | 97.9 | | | | | | | | | |
| Heart Rate | 92 | | | | | | | | | |
| Resp. Rate | 18 | | | | | | | | | |
| SpO2 | 97% | | | | | | | | | |
| Suppl. O2 | RA | | | | | | | | | |
| L.O.C. | AO | | | | | | | | | |
| Pain (0 - 10) | 3 | | | | | | | | | |
| Responsiveness | A | | | | | | | | | |
| Anxiety | C | | | | | | | | | |

**ALDRETE SCORING CRITERIA**

| | | TIME | ADM | DSC |
|---|---|---|---|---|
| ACTIVITY | Able to move 4 extremities voluntarily or on command | 2 | 2 | |
| | Able to move 2 extremities voluntarily or on command | 1 | | |
| | Able to move 0 extremities voluntarily or on command | 0 | | |
| RESPIRATION | Able to breathe deeply and cough freely | 2 | 2 | |
| | Dyspnea or limited breathing | 1 | | |
| | Apneic (needs ventilator or assistance) | 0 | | |
| CIRCULATION | BP ± 20% of pre-anesthetic level | 2 | 2 | |
| | BP ± 20–49% of pre-anesthetic level | 1 | | |
| | BP ± 50% of pre-anesthetic level | 0 | | |
| CONSCIOUSNESS | Fully awake | 2 | 2 | |
| | Arousable on calling | 1 | | |
| | Not responding | 0 | | |
| $O_2$ SATURATION | Able to maintain $O_2$ saturation > 92% on room air | 2 | 2 | |
| | Needs $O_2$ inhalation to maintain $O_2$ saturation > 90% | 1 | | |
| | $O_2$ saturation < 90% even with $O_2$ supplement | 0 | | |
| | | TOTAL | 10 | |

**KEY**

*with Initial set of Vital Signs

Level of Consciousness (L.O.C.):
AW = Awake
E = Easy to Arouse
NR = Not Responding

Responsiveness:
A = Appropriate
N = Not appropriate

Anxiety: R = Restless, agitated
C = Calm, relaxed

**INTRA PROC**

DX TESTS

| TIME | TYPE | TIME | TYPE | TIME | TYPE |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

START TIME: END TIME: ☐ Continuous cardiac monitor ☐ Refer to Monitor Strip Record

Scope # cf Electrosurgical Unit: Number ______ Settings: Cut (doc. range) ______ Coag: ______ Grounding pad: Site: ______

Assessed by: ______ RN Patient Response: ☐ No untoward reaction ☐ See "Additional Comments"

**RECOVERY**

RELEASE FROM OBSERVATION CRITERIA:
☐ Aldrete score 10 or same as pre-proce. score
☐ Vital signs stable
☐ Return to pre-procedure alertness
☐ Peds-Return to pre-procedure developmental tasks

Time Recovery Completed: ______

Assessed by: ______ RN

**POST PROCEDURE**

Discharge Assessment

| Yes | No | N/A | |
|---|---|---|---|
| ☐ | ☐ | ☐ | Able to void/pass flatus |
| ☐ | ☐ | ☐ | Ambulates without dizziness/nausea |
| ☐ | ☐ | ☐ | IV removed |
| ☐ | ☐ | ☐ | No evidence of active bleeding |
| ☐ | ☐ | ☐ | Comfortable (free of excessive pain) |
| ☐ | ☐ | ☐ | Able to tolerate and retain liquids |
| ☐ | ☐ | ☐ | Vital signs stable |
| ☐ | ☐ | ☐ | Return to pre-procedure alertness |

Discharge Instructions
☐ Written discharge instructions given to and understood by. ☐ Patient ☐ Responsible adult ______
☐ Belongings returned to patient ☐ N/A
Discharge assessment done by: ______ RN
☐ Assessment reviewed and concur with findings
☐ Other ______
Signature/title ______

☐ Discharged to home @: ______ with (name/relationship) ______
☐ Transferred to: ______ @: ______ accompanied by ______ with (equip) ______
Report to ______

**COMMENTS**

______

**SIG**

| Time | Signature/Title | Init | Printed Name | Time | Signature/Title | Init | Printed Name |
|---|---|---|---|---|---|---|---|
| 0815 | [signature] | MA | [signature] | | | | |
| | | | | | | | |

PRINTED BY: 101116
DATE: 8/22/2007

medforms & 2/endo/nursing2 BC 8/5/2004

KERN MEDICAL CENTER
Owned and Operated by the County of Kern
1830 Flower Street
Bakersfield, CA 93305 (661) 326-2000

PT NAME ______ Date ______ Pg 1 of 4

DIAGNOSTIC TR. CTR. MEDICAL RECORD # ______

Cardiac Rhythm

PRE PROCEDURE | PROCEDURE

Hemodynamic Status/Vital Signs

● HR
O Resp
□ T
X BP
Δ MAP

| Temp F° | B.P. H.R. |
|---|---|
| | 200 |
| 105 | 190 |
| 104 | 180 |
| 103 | 170 |
| 102 | 160 |
| 101 | 150 |
| 100 | 140 |
| 99 | 130 |
| 98 | 120 |
| 97 | 110 |
| 96 | 100 |
| 95 | 90 |
| | 80 |
| | 70 |
| | 60 |
| | 50 |
| | 40 |
| | 30 |
| | 20 |
| | 10 |
| | 0 |

PAIN INTENSITY (10 / 5 / 0)

Relief Acceptable (Y/N)
Pain Intervention
Pulse Ox $SaO_2$
$FIO_2$ L/M or % $O_2$

INTAKE
1
2
Meds
Blood/blood prod.
PO/Total
NG/OG/Total

OUTPUT
Urine, Amt cc/Total
Drain/Aspirate
Drain
Stool SML/Color type
Other

PAIN INTERVENTION KEY: A - Analgesic N - Narcotic R - Reposition T - Titrate C - Compress * Other (See Flowsheet Notes)

## ATTACH EKG STRIP (IF APPLICABLE)

INTERPRETATION: ______

PRINTED BY: 101...
DATE 8/2?/2007

14-1858 (02/04)

TIME IN ______ ALLERGIES ______

TIME OUT ______ NPO SINCE ______

Pg 2 of 4

ACCT#0716600392 MED.REC 0001178074
BIOCINI,BEATRIZ ANA
SDS DATE 06/15/07 DOB 06/30/54 SEX F

Addressograph

RECOVERY

Temp F° | BP | 200 | 190 | 180 | 170 | 160 | 150 | 140 | 130 | 120 | 110 | 100 | 90 | 80 | 70 | 60 | 50 | 40 | 30 | 20 | 10 | 0

106 | 104 | 102 | 100 | 101 | 100 | 99 | 98 | 97 | 96 | 95

| INVASIVE SITE / TYPE | Drug Δ | Empatch Y/N | Insert Date | Tubing Δ | I/V |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

ENDOSCOPE ______

EQUIPMENT / ACCESSORIES USED ______

☐ Forceps ☐ Snare ☐ Heater Probe ☐ Hot Box

CAUTERY SETTING CUT ______ COAG ______

PAD SITE ______

Dilatation Type: ☐ NA Type ______ Sizes ______

Fluoro Time ______ min. Contrast: Type/Amt. ______ ☐ NA

Pathology:

☐ None ☐ Biopsy ______
☐ H. pylori ______ ☐ Biopsy ______
☐ Time ______ ☐ Polyp ______
☐ Other

Specimens to Lab: ☐ Yes ☐ NA

**STANDARDS OF CARE** 6/15/07

Outcome Standards: **MET BY:** [signature]

The patient will demonstrate physiologic stability in hemodynamic status and physical comfort during procedure.

| NURSING DIAGNOSIS | INTERVENTION |
|---|---|
| 1. Potential for alteration of level of comfort related to procedure. MA | 1. Advise physician of pain or of increased level of physiological response. 2. Administer medications as ordered. MA |
| 2. Potential for reaction related to drugs. MA | 1. Implement EKG, $SpO_2$, & V/S, per standard. MA |
| 3. Potential for ineffective coping related to fear of unknown. MA | 1. Explain procedures. 2. Encourage to express feelings. 3. Provide verbal/non verbal reassurance. MA |
| 4. | 4. |

| INTAKE | |
|---|---|
| IV Fluids | |
| HAL | |
| Lipids | |
| Blood/Blood Products | |
| | |
| | |
| PO Intake | |
| Total Intake | |

| OUTPUT | |
|---|---|
| Urine | |
| Stool | |
| NG/OG | |
| | |
| | |
| | |
| Total Output | |

BY: [illegible]
DATE 08/22/2007

RN ______

Endoscopy Tech ______

Radiology Tech ______

Physician ______



PRE-PROCEDURE RECOVERY Pg 3 of

NEUROLOGICAL — Time: / Initials:
Oriented X 3
Behavior appropriate
PERLA
Active ROM X 4 symmetrical strength
Speech clear, appropriate

CARDIOVASCULAR — Time: / Initials:
HR Reg.
Extrem. warm, pink
Capillary refill < 3.5 sec
Peripheral pulses palpable

RESPIRATORY — Time: / Initials:
Equal symmetrical chest expansion
Resp. quiet & reg. in rate/depth
Clear breath sounds all fields
Nailbeds, membranes pink

GASTROINTESTINAL — Time: / Initials:
Abdomen soft/flat/non-tender
Active bowel sounds
Tol diet w/o nausea/vomiting
BM within usual pattern/consistency
Normal appetite, chewing
Swallows without difficulty

GENITO-URINARY — Time: / Initials:
Voids without pain, frequency or incontinence
Normal urine color, odor

MUSCULO-SKELETAL — Time: / Initials:
Full ROM, strength equal bilateral
Steady gait, coordination

SKIN — Time: / Initials:
Skin color/turgor normal
Skin warm, dry, intact
Mucous membranes moist
IV site Ø R/S/T

PSYCHOSOCIAL — Time: / Initials:
Stable living situation
Stable support system
Mood/affect appropriate

PAIN — Time: / Initials:
Location
Duration
Characteristic (Stabbing, dull)

See Care Card

ACCT 0716600392 MEDREC 0001178074
BIOCINI, BEATRIZ ANA
SDS 06/13/07 DOB: 08/30/64 SEX F

Pg 4 of

| Int | Signature | Title | Shift | Int | Signature | Title | Shift |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| MMA | MMA [illegible] M78948 | RN | Day | | | | |

| Time | Discipline | FLOWSHEET NOTES (Record pt events, tasks, procedures) |
|---|---|---|
| | | |

**OUT-PATIENT CALL BACK**

ACCT#0716600392 MLDREC 0001178074
BIOCINI,BEATRIZ ANA
SDS DATE: 06/15/07 DOB: 08/30/54 SEX:F

Date of Procedure: 6/15/07
Physician: Dr.
Procedure: Colonoscopy
Comments:

Current Phone #:

Nurse's Signature MMA [illegible] M78948 (RN) / L.V.N. Date 6/15/07

| | YES | NO | N/A | COMMENTS |
|---|---|---|---|---|
| Tolerating Fluids/Nourishment | | | | |
| Nausea/Vomiting | | | | |
| Dressings: Any Drainage | | | | |
| Headache/Incisional Pain/Sore Throat | | | | |
| Pain Medication Taken | | | | |
| Voided | | | | |
| Blood Tinged Urine | | | | |
| Extremity Circulation | | | | |
| Refer to Anesthesia | | | | |
| Refer to Attending Physician | | | | |
| ABD Discomfort | | | | |
| Rectal Bleeding | | | | |
| Coughing up Blood | | | | |

Comments:

PRINTED BY: 101116
DATE 08/22/2007

Nurse's Signature ________ R.N./L.V.N. Date: ________

K[illegible] MEDICAL CENTER
1830 FLOWER ST.
BAKERSFIELD, CA. 93305

Owned & Operated by County of Kern

## CLINIC RECORD NOTES

STAT ACCOUNT NO 0715800368 | DATE ARRIVED 06/07/07 | TIME 13:00 | ARRIVAL MODE SHERIFF KERN CTY | PATIENT TYPE SUR | MEDICAL RECORD NO 0001178074

PATIENT NAME: BIOCINI,BEATRIZ ANA

STREET ADDRESS: 17636 INDUSTRIAL FARM RD | CITY BAKERSFIELD | BIRTHDATE 06/30/54 | AGE 52Y | SEX F

PHONE (000)391 7913 | SOC SEC NO 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 | STATE CA | ZIP 93308

NS / PC NO: BK#1709304 | J COUNTY CORRECTIONA

MANAGED CARE/HMO ☐ Yes ☐ No | AUTHORIZED ☐ Yes ☐ No | WALK IN ☐ APPOINTMENT

CHIEF COMPLAINT/PROBLEM: 1P SURGERY RED

PRIMARY CARE PHYSICIAN

ALLERGIES: NKA

PAIN: Acute ☐ Chronic ☐ | Location | Duration | Character (throbbing, stabbing, dull)

Pain Level: 6 | Rectum bleeding

| WEIGHT | TEMP | PULSE | RESPIRATION | BLOOD PRESSURE | TIME | NURSE |
|---|---|---|---|---|---|---|
| 144 | 96.3 | 82 | 18 | ~~[illegible]~~ 129/75 | 1:25 | [signature] |

Are you having any problems with your activities of daily living Yes No Problems ambulating? Yes No

Safe in the home? Yes No Harmed/Threatened Yes No IF yes current or past

Reported To: By:

~~[illegible]~~

52 yo F w/ History of recurrent Rectal Prolapse for 6-7 months. Prolapse has been manually reduced by pt whenever the pt has a BM. Pt has been taking laxatives to [illegible] [illegible] softer stools. Pt is also experiencing Incontinence & Bleeding from the rectum. Pt [illegible] experience urinary retention for "the rectum [illegible] [illegible]"
- Pt has never had a colonoscopy
- Pt has not smoked in 10 yrs but before had 20 pack year Hx
- Pt has Ø surgery Hx
- Pt reports the blood per rectum began before the Prolapse

ASSESSMENT: DIAGNOSIS ICD 9CM:

1. Recurrent Rectal Prolapse
2. Rectal Bleeding / Blood Per Rectum
3.
4.

PLANS/ORDERS:

1. Colonoscopy for June 15, 2007
2. F/U in R.d Surgery Clinic after Colonoscopy on June 21st 2007
3.
4.
5.

[signature] noted 6/7/07 1400pm [signature] 44543

DISPOSITION OTHER THAN HOME

DOCTOR'S SIGNATURE [signature] 488

PLACE ONLY ATTACH AFTER THE [illegible]

ENTERED BY: 10[illegible] 1[illegible] 6[illegible]/2007

MEDICAL RECORDS

ATTENDING NOTE

HX

PE

LAB/XRAY

IMPRESSION

PLAN

PATIENT BIOCINI,BEATRIZ ANA ACCT # 0716800368 MEDREC# 0001178074

SIGNATURE

ADMIT DATE: 06/07/07 ADMIT TIME 13:00

VS. [illegible handwriting]

ATTENDING NOTE/ATTESTATION:

6/7/07

☒ I have examined and evaluated the patient. I have reviewed the resident's note and agree with the plan of care. I have discussed this with the resident.

☐ I have examined and evaluated the patient. I have reviewed the resident's note and agree with the plan of care **except as noted below**. I have discussed this with the resident.

[signature]

PRINTED BY: 101116
DATE: 8/22/2007



ACC #0715800368 MEDREC 00011/8074
BIOCINI BEATRIZ ANA
DATE 08/07/07 DOB 06/30/54 SEX F

**KERN MEDICAL CENTER**
**SURGERY CLINIC**

Owned and Operated by the County of Kern
1830 Flower St.
Bakersfield, CA 93305
Ph: (661) 326-2170
Fax: (661) 326-2176

Name:
ID#:
DOB:

| Diagnosis: | | Allergies: | Patient Weight: |
|---|---|---|---|
| **Drug, Strength, & Quantity** | **Quantity** | **Directions** | **Refills** |
| Rx Golytely 4 liters | ☒ 1-24 ☐ 25-49 ☐ 50-74 ☐ 75-100 ☐ 101-150 ☐ 151 & over | Take As Directed | Ø |
| Rx Mag Citrate 1 bottle | ☒ 1-24 ☐ 25-49 ☐ 50-74 ☐ 75-100 ☐ 101-150 ☐ 151 & over | Take As Directed | Ø |
| Rx | ☐ 1-24 ☐ 25-49 ☐ 50-74 ☐ 75-100 ☐ 101-150 ☐ 151 & over | | |

**Total Number of Rx's (circle one)** 1 (2) 3

KMC Pharmacies may dispense closest package size or therapeutic equivalent as approved by the Pharmacy and Therapeutics Committee

**Unused prescription spaces must be voided.**

☐ Valsalayan Amirpour, MD BA1309788/A44475
☐ Ray Chung, MD BC2638116/G084969
☐ Maureen Martin, MD BM8124935/A81341
☐ George Murr, MD AM7635622/G86875
☐ Charles Wrobel, MD BW4389727/G49725
☐ Jack Bloch, MD AB7055379/A18112
☐ Daniel D'Amico, MD DB8934514/A018825
☐ Albert McBride, MD AM5023065/G014791
☐ Fernando Perales, MD AP9188970/A030176
☐ Gary Zolman, MD BZ3736509/G76473
☐ Richard F. Busch, MD AB2316978/C052715
☐ Donald Jagger, MD AH0584028/C025449
☐ William Meyer, MD BM2035295/C0-1950
☒ William Taylor, MD BT1652103/G64214
☐

B M Taylor — B M Taylor — 6/7/07

Prescriber Name-Printed/Stamp/ID# Prescriber Signature Date

White: Original
Duplicate: Chart Copy

DEA/ State License Number HIS#

Label: English ☐ Spanish ☐

**Physician must sign and enter date or Rx is void.**

PRINTED BY: 101.16
DATE 8/22/2007



KERN MEDICAL CENTER

Patient/Family Health Education Record

| Patient learning Questionnaire: P=Poor A=Average G=Good (circle appropriate) | Patient | Other |
|---|---|---|
| How would you rate your ability to understand verbal instructions? | P A G | P A G |
| How would you rate your ability to understand written instructions? | P A G | P A G |
| How would you rate your knowledge of your treatment plan and educational needs? | P A G | P A G |
| How would you rate your willingness to learn and follow through with treatment? | P A G | P A G |

**Specific Barriers to learning**

Do any of the following interfere with your ability to learn? Circle y (yes) n (no)

| | | | | | |
|---|---|---|---|---|---|
| Chronic Illness | Y N | Trouble Remembering | Y N | Cultural Beliefs | Y N |
| Hearing problems | Y N | Trouble understanding | Y N | Religious Beliefs | Y N |
| Difficulty Reading | Y N | Financial Concerns | Y N | Pain | Y N |
| Speaking Problem | Y N | Emotional Concerns | Y N | Visual Problems | Y N |

How do you learn best? Video Verbal Written

Date________ Signature/Title__________________ 6/7/07

Because violence is common in many lives, we are asking about it routinely.

Do you feel safe in your home? Y N

Have you ever been harmed or threatened by someone you live with or are close to? Y N

If yes, is it occurring currently or in the past?* Currently Past

*If currently please complete the next section

Reported to __________________ By____________

Date/Time________

Date_______ Signature/Title__________________

PRINTED BY: [illegible]

DATE 8/2?/2007

SECTION II

| EDUCATION NEEDS | | WHO | | HOW | | RESPONSE | |
|---|---|---|---|---|---|---|---|
| CODE | | CODE | | CODE | | CODE | |
| MED | Safe & effective use of medications | PT | Patient | D | Demonstration | Q | Asked Questions |
| EQ | Safe & effective use of equipment | F | Family | P | Pamphlet | VR | Verbalized recall/understanding |
| F/D | Potential food/drug/herb interaction | O | Other | TV | Video/TV | R | Restless/difficulty listening |
| DIET | Modified diet/nutrition | | | V | Verbal instructions | DI | Seems disinterested |
| REHAB | Rehabilitation techniques | | | W | Written instructions | DR | Denial/resistance |
| CR | Community resources | | | VT | Translator | DA | Demonstrated ability |
| POC/DC | Plan of care/treatment services | | | MED | Medication instruction sheet | NR | Needs reinforcement |
| PM | Pain management | | | GR | Group Work | A | Attentive verbal response |
| HC | Basic health practices | | | O | Other | NA | Not applicable |
| O | Other | | | I | Initiate teaching education protocol | NC | No change |
| | | | | | | NER | New education record required |
| | | | | CN | Care notes | | |

| DATE | TIME | ED NEEDS | INFORMATION TAUGHT | WHO | HOW | RESPONSE | SIGNATURE/TITLE |
|---|---|---|---|---|---|---|---|
| 6-7-07 | [illegible] | [illegible] | Doc/[illegible] | | [illegible] | [illegible] | [illegible] |
| | | | | | | | |
| | | | | | | | |

PRINTED BY: [illegible]
DATE: 8/22/2007

  

KERN MEDICAL CENTER
Owned and Operated by the County of Kern
Bakersfield CA 93305

ACCT#0715800368
BIOCIN: BEATRIZ ANA
SUR DATE 06/07/07

## OUTPATIENT AFTERCARE INSTRUCTIONS

It's important that you follow up as directed and please report to your doctor if symptoms persist or worsen. When clinic is closed please seek emergency care. Please bring all medications with you to every clinic visit. Medication refills: Please call at least 7 days before running out.

**CLEAR LIQUID DIET**

___ Until the problem for which you are using this diet stops.
EAT ONLY
___ Clear Soups
___ Pedialyte, Lytren
DO NOT DILUTE PEDIALYTE
Soft diet after liquid diet for 8 hours. No raw vegetables or fruits

**VOMITING**

___ Clear liquid diet (see above) but in frequent small amounts only
___ Watch for signs of dehydration (see below)
___ Call your doctor if you notice blood in the vomitus

**DIARRHEA**

___ Clear liquid diet (see above)
___ If not vomiting and keeps clear liquids down you may try fresh ripe bananas that have been mashed. Also dried toast may be tried
___ Call the MD if you see blood in the diarrhea
___ Watch for signs of dehydration (see below)
___ Return to Clinic sooner or ___ to ER ___ call us if
___ Fever or ___________ not better in 3 days
___ Chest pains

**WOUND CARE**

___ Keep wound covered until rechecked
___ If dressings get wet or dirty you should
___ change them ___ call your MD or the ER
___ Leave wound open to the air
___ You may wash the wound after ___ days
___ Return for wound check in ___ days
___ Sutures to be removed in ___ days
___ Limit movement of the affected part
___ Elevate the injured part higher than your heart, to decrease swelling and improve healing for ___ hours
___ Cool packs to the area to prevent swelling and pain for ___ hours

DESPITE THE GREATEST CARE, ANY WOUND CAN BE INFECTED. RETURN IMMEDIATELY OR SEE YOUR DOCTOR IF SIGNS OF REDNESS, SWELLING, PUS OR RED STREAKS OCCUR, OR IF THE WOUND FEELS MORE SORE INSTEAD OF LESS SORE AS THE DAYS GO BY.

**DEHYDRATION:** Signs to look for
___ Decreased urine flow
___ Very sleepy, hard to wake up
___ Dizziness when standing up
___ Very dry mouth
___ No tears seen when patient cries

**DISPOSITION**
___ You may return to work
___ You may not return to work Until ___
___ You may return to light work
___ immediately
___ on ___
___ No school until ___
___ No physical education Until ___

**OTHER INSTRUCTION SHEETS**
___ English ___ Spanish

___ Anemia
___ Angina/Heart Diseases
___ Asthma
___ Back/Neck Injury
___ Bowel Prep for Endoscopy
___ Bronchitis
___ Cancer Pamphlets
___ Care of Foreskin
___ Cast Care
___ Cholesterol diet
___ Breast Cancer
___ Breast Self Exam
___ Chest Injury
___ Chest Wall Pain
___ Chicken Pox
___ Child Proofing
___ Cold/Flu
___ Congestion
___ Conjunctivitis
___ Constipation
___ Contraception
___ Contusions
___ Croup
___ Diabetes
___ Diet/Nutrition
___ Ear Infections
___ Endometrial Curettage
___ Enuresis
___ Epididymitis
___ Febrile Seizures
___ Fetal Movement Count
___ Flex Sigmoidoscopy
___ Gallbladder Disease
___ Gastritis
___ Gastroscopy Instructions
___ GI Reflux diet
___ Head Injury
___ Hepatitis
___ Hypertension
___ Impetigo
___ Inhaler
___ Kidney Stones
___ Lice
___ Low back pain exercise
___ NST Biophysical Profile
___ Pneumonia
___ Pregnancy
___ Pyelonephritis
___ Reflux Esophagitis
___ SBE Prophylaxis
___ Scabies
___ Sinusitis
___ Smoking Cessation
___ Sprain/Fracture Care
___ STD's/PID
___ Threatened Abortion
___ Tobacco Preventions
___ UTI's
___ Vaginitis

Bowel Prep instruction

Tests Ordered: Colonoscopy 6/15/07

Golytely

Follow up / Additional Instructions: Mag citrate — Use as needed

Return to Red Surgery Clinic after Colonoscopy on 6/21/07
Call 326-2800 for appt

Patient Education
Learning needs/abilities assessed
Specify:
Barriers to learning
Specify:

I have received as well as demonstrated my understanding of the discharge instructions given

Patient Signature: Pt left without discharge

Exit Interviewer Signature: [signature] PRINTED BY: [illegible] DATE
Time: 12:40 pm
Physician Signature: [signature]

KMC 580 8097 (REV 11/01)
KMC Stock # 140170

KERN MEDICAL CENTER
1830 FLOWER ST., BAKERSFIELD, CA 93305

**EMERGENCY MEDICINE RECORD**

ACCOUNT NO: 0714901130 DATE ARRIVED: 05/29/07 TIME: 23:09 ARRIVAL MODE: SHERIFF KERN CTY

MEDICAL RECORD NO: 0001178074

PATIENT NAME: BIOCINI,BEATRIZ ANA
STREET ADDRESS: 17635 INDUSTRIAL FARM RD CITY: BAKERSFIELD BIRTH DATE: 06/30/54 AGE: 52Y SEX: F
PHONE: (661)391 7913 SOC SEC NO: 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 STATE: CA ZIP: 93308
BK#1709304 J COUNTY CORRECTIONA

CHIEF COMPLAINT / PROBLEM: MEDICAL EVALUATION

OBJECTIVE FINDINGS: See Triage Note

T 98° BP 123/76 HR 85 RR 18 O2 sat 98%. 2309 GR

TIME RECEIVED: 23 04 TIME SEEN BY MD: 24 00:00

CHIEF COMPLAINT: Something came out from my a**

☒ VITAL SIGNS REVIEWED FROM TRIAGE
☐ NURSING NOTES REVIEWED
☐ EMS NOTES REVIEWED

ALLERGIES: X none ___ see nurse's notes

HISTORIAN: (Patient) / Friend / Family / EMS
HX LIMITED BY: Acuity / ALOC / Intoxication
ARRIVED BY: EMS / Walk-in / Private Auto — custody

CHECK BOX(✓) FOR NORMALS, CIRCLE POSITIVES, SLASH NEGATIVES, NOTE FINDINGS — ONLY USE CHART AREAS THAT ARE CLINICALLY INDICATED

## HISTORY OF PRESENT ILLNESS

52 yo F c̄ sensation of something coming out of her rectum. ~~[illegible]~~ For 6-7 m has sensation of this. Everytime had BM, could push back in. On 4/29/07, for 5h, had pain, couldn't have BM, could not to prolapse. Since then, ~~[illegible]~~ back, ab, & rectal pain. Today, @ 17:00, during BM; couldn't reduce.

ONSET: gradual / (sudden) / insidious
TIMING: (constant) / intermittent
DURATION: ___ mins / 7 hrs / ___ days
QUALITY: aching / burning / cramping / pressure / (sharp) / stabbing / squeezing / tearing
SEVERITY: mild / moderate / (severe) 10/10
CONTEXT: h/o prolapse,
ASSOC. SIGNS/SXS: ☐ none
- can't walk; can't bend
MODIFYING FACTORS: ☐ nothing
- worse c̄ valsalva.

LOCATION/RADIATION:
- rectum,
- starts B/L

## REVIEW OF SYSTEMS

☐ CONSTITUTIONAL: fever / chills / wt loss / weakness
☐ EYE: blurred or double vision / pain / photophobia
☐ ENT: congestion / epistaxis / pain / discharge
☐ CVS: chest pain / palpitations / orthopnea / edema / DOE
☐ RESP: cough / dyspnea / sputum / wheezing / hemoptysis
☐ GI: (pain) / heartburn / melena / distension / vomiting / (nausea) / diarrhea — constipation x 4 — dark red blood in stool x 6-7 m
☐ GU: dysuria / urgency / hesitation / hematuria / discharge / bleeding
☐ MUSKEL: pain ___ /swelling/stiffness / weakness
☐ SKIN: rash / discolorations / jaundice/pruritus
☐ NEURO: headache / LOC / numbness / confusion / memory loss
☐ HEME/ENDO: bruising / bleeding / polyuria / polydipsia / adenopathy
☐ ALLER/IMMUNE: rash / itching / swelling
☐ PSYCH: anxiety / depression / sleep appetite disruption / mood change
☒ ALL OTHER SYSTEMS REVIEWED AND ARE NEGATIVE

## PAST MEDICAL, FAMILY AND SOCIAL HISTORY

PMH ___ unknown X none
CAD / HTN / CHF / MI / DOM / NIDDM / COPD / ASTHMA / CVA / PUD / GERD / BILIARY DZ / PANCREATITIS / CRF / RENAL STONES / HEPATITIS

SURGICAL HX X none

IMMUNIZATIONS UTD ___ Y ___ N

FAMILY HX ___ none ___ unknown
DM / (CAD) / HTN / (CA) / CVA — [illegible]

GYN HX: G ___ P ___ TAB ___ SAB ___
LMP none x 3m

MEDS: ___ none ___ see nurse's notes
atenolol, colace, Metamucil

SOCIAL HX:
Tobacco ∅
Etoh ∅
Drugs ∅ → since '95
in jail x 1.5y

MEDICAL RECORDS REVIEWED from KMC / outside facility
DATES ___ FINDINGS ___

RECENT PRIOR AND SIMILAR EPISODES ☐ NONE
WORKUP
DIAGNOSIS
TREATMENT

PRINTED BY: CLEMENT
DATE 6/1?/2007



KERN MEDICAL CENTER
1830 Flower Street
Bakersfield CA 93305

ACCT # 071490 30
PATIENT BIOCINI BEATRIZ ANA
ADMIT DATE 05/29/07

MEDREC # 0001178074
DOB 06/30/54

CHECK BOX/ FOR NORMALS. CIRCLE POSITIVES. SLASH NEGATIVES. NOTE FINDINGS

**PHYSICAL EXAM** — Only use chart areas that are clinically indicated

GEN: Distress no (mild) mod / severe Hydration (nl) dehydrated
VS reviewed from nurses notes (nl) abn YALE
P OX 98 % on (RA) nl hypoxic
Exam limited by: urgency of pt's condition altered mental status
Alert and O x 3 Nutrition status (nl) cachectic / obese
Orthostatic vitals

EYE: PERRLA Lids, Sclerae, Conj, Cornea Fundi EOM's intact

ENT: Nasal Exam Canals, Hearing, TM's Tonsils, Pharynx
MMM

NECK: No JVD Trachea No Meningeal Signs Thyroid nl

CV: RRR No abn sounds, murmurs No edema
Pulses Carotid nl Abd Aorta nl Femoral nl Periph nl
2+ radial

RESP: Effort Chest Wall Palpation
Lungs clear Bilat BS

GI/ABD/BACK: Soft (N) w/o masses BS nl
Liver/Spleen nl No CVAT
Rectal nl HEME pos neg
soft diffuse mild tenderness
Rebound / Guarding
rectum prolapsed ~ 4cm

GU:
MALE: Ext Gent nl Testes nl Prostate nl
FEMALE: Ext Gent. Cx nl
No vaginal discharge
Uterus nl size, Non tender
Adnexa nl No CMT

NEURO: Cr Nerves intact DTR'S equal Motor intact No abn reflexes
Sensation intact O x 3

PSYCH: SAD SCORE: MME:
insight/judgement Recent/Remote Memory Social Support
Halluc/Delusion Mood/Affect Suicidal/Homicidal ideation

SKIN: Warm Dry Well hydrated No Rash No Nodules

MUSC-SKEL EXTREMITIES Strength & Tone Joints w/o effusion or tenderness
nl ROM nl Digits/Nails BACK nl gait nl ROM nl SLR

**MEDICAL DECISION MAKING**

DIAGNOSTIC CONSIDERATIONS: rectal prolapse

DIAGNOSTIC TESTS ✓ if ordered and normal; circle and note abnormals
LAB
CBC nl nl except BMP nl nl except
WBC Na Cl
H/H K CO2 AG
SEGS BANDS LYMP BUN CR

UA nl nl except uHCG neg pos Quant
WBC RBC BACT uTox neg pos
Other: [illegible] PT / PTT LFT's
CARDIAC ENZ nl abn LIP/AMYL
MISC
EKG
Read by ED MD Compared to unchanged / changed
NSR nl intervals nl QRS nl ST T waves

MONITOR/RHYTHM STRIP
NSR ectopy

ABG
on RA / L via NC / MASK / ET pH pCO2 PO2 HCO
Interpreted by ED MD as NL / Hypoxic / Hypercarbic / Resp Acid / Met Acid

X-RAYS
Read by ED MD
CXR 2V / 1V nl Abn
Abd Series nl Abn
Ext nl Abn
nl Abn

TREATMENT / ED COURSE
O2 via NC / MASK / ETT Critical Care mins
IV Fluids
IV Meds Reglan, Vonza Sugar
Pain Meds Morphine
Foley NG tube Charcoal HHN x with Proventil / Atrovent

RESPONSE TO TREATMENT / RE-EXAM:
Time 0130 same/better/worse rectum reduced by Gen Surg
Time same/better/worse

PROCEDURES BY ED MD: CIRCLE AND DESCRIBE
ACLS CENTRAL LINE CARDIOVERT INTUBATION THROMBOLYSIS
EXT PACER CHEST TUBE NGT FOLEY LP SLIT LAMP CON-SED
EPISTAXIS-CON IVP DYE DIGITAL BLOCK FRACT / DISLOC REDUC SPLINT
LACERATION: WOUND PREP IRRIGATED & DEBRIDED LOCAL ANESTH INJECTED
LAYERS CLOSED LENGTH cm
Risk, Benefits & Alternatives Discussed with Patient

CLINICAL IMPRESSION(S) 1. Rectal Prolapse

CONSULTATIONS: IM / FP TIME SURG TIME 0100
PEDS TIME OB/GYN TIME
DISPOSITION: Home Admit: ICU / Tele / OR / Med / Surg / Ped / ObGyn / Trauma
Transferred to
FOLLOWUP: PMD KMC Gen Surg in 1 wk days / om / as sched
CONDITION: Stable Unstable Expired AMA
DISCH INSTR Reg/ter / handout D/C dx & Tx discussed w/ Pt / Consult / PMD
DICTATION: YES NO TRAUMA PT YES NO
RX given Senna; Dulcolax; Lactulose

PLAN d/c home to custody [illegible]

SIG [signature] E. Pham 9704 R / MD-DO / PA / NP

I agree with and participated in determining the final impression, treatment and disposition as recorded by the physician. See Faculty Teaching Addendum for further details.

SIG [signature] Faculty MD/DO Review

CERTIFIED BY CLEMENT
07/15/2007

0210
gen surg



KERN MEDICAL C[illegible]R
1830 Flower Street
Bakersfield CA 93305

ACCT # 0714901
PATIENT BIOCINI,BEATRIZ ANA
ADMIT DATE 05/29/07

MEDREC# 0001178074
DOB 06/30/54

Date: 5/29/07

# EMERGENCY: Nursing Initial/ Continuing Assessment Form

Allergies ☑ No ☐ Yes Identify & Describe Reaction

Pediatric
All patients under the age of 14 years
Height 5'5" Weight 141 lbs
If patient is under the age of 2 years, include
Head Circumference

Pain Assessment
☑ No ☐ Yes, If yes describe below

Pregnant
☐ No ☐ Yes ☐ Unk ☐ NA LMP:

Tetanus
☐ UTD ☑ NUTD ☐ UNK

Immunizations:
☐ UTD ☐ NUTD ☐ UNK

Nursing Initial/ Continuing Reassessment

| Section | Time / Initials | Notes |
|---|---|---|
| NEUROLOGICAL — Oriented x3, Behavior appropriate, Speech clear, appropriate | 2330 | awake, alert, oriented x3 |
| CARDIOVASCULAR — WR Key, Extremities warm, pink | 2330 | good capillary refill |
| RESPIRATORY — Resp. even & regular, even depth, Nailbeds, mucous membranes pink | 2330 | lung sounds clear |
| PAIN — Absence of | 2330 | c/o 10/10 pain in the rectal prolapse |
| GASTROINTESTINAL — BS, ... 3M without ... Normal appetite ... Swallows without difficulty, No Bleeding | 2330 | Bowel sounds ... with rectal prolapse ... |

PRINTED BY: CLEMENT
DATE 6/15/2007

ACCT # 0714901130
PATIENT BIOCINI,BEATRIZ ANA
MEDREC# 0001178074
DOB 06/30/64

Emergency KMC Nursing Initial/Continuing Assessment Form

| GENITOURINARY | Time / Initials | CM |
|---|---|---|
| | Voids without pain, frequency or incontinence. Normal urine color, odor. No bleeding | c/o urgency & frequency of urination |
| MUSCULOSKELETAL | Time / Initials | CM |
| | Full ROM. Steady gait, coordination. No Deformities | |
| SKIN | Time / Initials | CM |
| | Skin color/turgor normal. Skin warm, dry, intact. Mucous membranes moist | afebrile |
| PSYCHOSOCIAL | Time / Initials | CM |
| | Stable living situation. Stable support system. Mood, affect appropriate | |

**This section is to be completed, if after assessment there is a change in Priority.**

Initial Assessment Completed @ Date: 5/19/07 Time 1?? by [illegible] RN
Priority Change: ☐ No ☐ Yes, RED:____ ORANGE:____ GREEN: ✓ WHITE:____

Reassessment Completed @ Date: ____ Time: ____ by ____ RN
Priority Change: ☐ No ☐ Yes, RED:____ ORANGE:____ GREEN:____ WHITE:____

Reassessment Completed @ Date: ____ Time: ____ by ____ RN
Priority Change: ☐ No ☐ Yes, RED:____ ORANGE:____ GREEN:____ WHITE:____

ACCT # 0714901130
PATIENT BIOCINI,BEATRIZ ANA

MEDREC# 00011/8074
DOB:08/30/64

Emergency KMC Nursing Initial/Continuing Assessment Form

| On Going Vital Signs | | | | | |
|---|---|---|---|---|---|
| Time | Temp | B/P | Pulse | Resp | SAO2 |
| 0100 | 123/78 97.8 | 123/78 | 70 | 18 | 98% |
| 0200 | 97.2 | 123/80 | 80 | 16 | 98% |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Time | Procedure/Treatment | Nurse |
|---|---|---|
| | Xrays Done ☐ EKG Done ☐ | |
| | Specimens sent to Lab ☐ Yes ☐ No | |
| | SL ✓ Gauge 18 Site R AC | [illegible] |
| | ☐ Cardiac Monitor ☐ BP Monitor | |
| | Oxygen @ ____ LPM via ____ | |
| | Catheter ☐ Indwelling size ____ ☐ In/Out amount ____ | |
| | ☐ Ice ☐ Dressing ☐ C-Collar | |
| | ☐ Support/ Splint | |
| | Wounds Cleansed ☐ Dressed ☐ | |
| | Crutch Training ☐ Patient Demo ☐ | |
| | Pelvic Assist: Patient tolerated: ☐ Well ☐ Fair ☐ Poor | |

Medications

| Time | Med Dose Route/Site | RN/LVN or Dr | Response to Med |
|---|---|---|---|
| 00 [illegible] | Reglan 10 mg IV x1 | [illegible] | [illegible] |
| 0[illegible] | Morphine 4 mg IV x1 | [illegible] | [illegible] |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Intravenous Fluids | | | | | | | | | Intake | | | Output | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Time | IV# | Site | Gauge | Soln | Amount | Rate/Pump | Nurse | Amt In | Time | Type | Amt | Time | Type | Amt |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

PRINTED BY: CLEMENT
DATE 6/15/2007

ACCT # 0714901130
PATIENT BIOCINI BEATRIZ ANA

MED REC # 0001178074
DOB 08/30/54

Emergency KMC Nursing Initial Continuing Assessment Form

| Date | Time | FLOWSHEET NOTES (Record pt events, tasks, procedures) |
|---|---|---|
| [illegible] | 2350 | [illegible] |
| | 2356 | [illegible] |
| | 0030 | [illegible] |
| | 0035 | [illegible] |
| | 0130 | [illegible] |
| | 0150 | [illegible] |
| | 0240 | [illegible] |

Staff Signatures/ Initials

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | | | | | | |

Referrals or Reporting
☑ N/A ☐ Law Enforcement ☐ CPS/APS ☐ Mental Health
☐ Social Services ☐ Animal Control ☐ Public Health
☐ Clergy ☐ Infection Control ☐ Coroner ☐ Other

Primary Language:
☑ English ☐ Spanish ☐ Other: ______
Interpreter Used:
☐ Yes ☐ No
Name: ______

Condition on Discharge ☑ Stable ☐ Unstable ☐ Expired

Admission: Date ______ Time ______ ☑ N/A
Admit to ______
Time report called/Faxed ______
Belongings List Completed: ☐
Mode: ☐ W/C ☐ Gurney ☐ Ambulatory ☐ Other: ______
Transported by ☐ RN ☐ LVN ☐ Other ______

Discharge: Date [illegible] Time 0240 ☐ N/A
Aftercare Instructions ☑ Verbalized understanding
☐ AMA ☐ AWOL ☑ Home
With: ☐ Self ☐ Family ☑ Law Enforcement ☐ Other
Mode ☑ Ambulatory ☐ W/C ☐ Ambulance ☐ Other jail

Transfer Date ______ Time ______ ☑ N/A
☐ Transfer to ______
Transfer ☐ Forms Completed

Discharge By: [illegible]

PRINTED BY: CLEMENT
DATE 6/15/2007
Page 4 of 4

Patient Label

ACCT #0714901130 MEDREC 0001178074
BIOCINI,BEATRIZ ANA
ERU DATE 05/29.07 DOB 06/30/54 SEX F

**Kern Medical Center**
**Emergency Department Triage/Medical Screening Record**

Name: BIOCINI Date 5/29/7
Check in Time 23 09 Triage Time 23 09
Age 51 DOB 5/29/7 Gender M (F)

**How Arrived:** (Walk) Auto Carried WC
**Brought In By:** EMS (Police in Custody) Crime Victim Juvenile Hall

(Complete check boxes or circle appropriate response)
May be completed by RN, LVN or MHT

Private Health Provider: ______ Called Y N
Language ENGLISH Interpreter ______

**Chief Complaint:** Hemorrhoids (from ~~skin~~) On observation Rectal Prolapse
**Medications:** Lactulose Colace

Vitals Signs: BP L/R 123/76 HR 85 RR 18 Temp 98 O2 Sat 98 RA ______ w/O2
2nd BP L/R ____/____ Comments

PMH HTN Asthma Diabetes Cardiac Pacemaker COPD Cancer GI/GU Renal Seizures Arthritis Drug/ETOH Psych None Unknown Surgeries
Other/Details ______

Current pain level ______ Tool used: □ 0-10 □ Faces □ FLACC

Last Tetanus: <5yrs ____ >5yrs ____ Immunization UTD None Unk
Communicable Disease Exposure □ Chicken Pox □ TB

ALLERGIES: (NKA) Allergic to Meds Y N Hosp Products Y N Food Y N Latex Y N
If allergic explain symptoms

Weight: 140 lb (Kg) Height: 5'5"

**Pediatrics:** Cry Strong/Normal Whimpering Moaning High Pitched **Activity Level:** Playful Fussy Quiet
**Fontanels:** Flat Bulging Sunken

| SKIN COLOR | SKIN TEMP | MENTAL STATUS | SPEECH |
|---|---|---|---|
| ☒ NORMAL | ☒ NORMAL | ☒ Alert & oriented | ☒ Coherent |
| □ PALE | □ COOL | □ Uncooperative | □ Slurred |
| □ CYANOTIC | □ DIAPHORETIC | □ Confused | □ Incoherent |
| □ JAUNDICED | | □ Lethargic | □ Non-verbal |
| □ RASH | | □ Agitated | |
| | | □ Unconscious | |

COLLECTED BY: ______ □ RN □ LVN □ MHT

COMPLETED BY RN

**Triage Category:** □ RED □ ORANGE □ GREEN □ WHITE

Definitions: RED= Priority 1 (Life Threatening) ORANGE= Priority 2 (Emergent) GREEN= Priority 3 (Urgent) WHITE= Priority 4 (Routine)

**TRIAGE DISPOSITION:** □ MAIN ED □ FAST TRACK □ L & D

TRIAGE RN [signature] MS164 TRANSLATOR ______

COMMENTS ______

**ADVANCED TRIAGE As per standardized procedure:** □ EKG □ LABS □ XRAY □ MEDS □ URINE □ OTHER ______
**MD FACULTY SIGNATURE:** ______

KMC 580 8997 3149 (3/04)

PRINTED BY: [illegible]
DATE 6/[illegible]/2007



ACCT#0714901130 MED# 0001178074
BIOCINI BEATRIZ ANA
ENJ DATE 05/29'07 DOB: 06/30/54 SEX F

Patient Name

Unit #

Date/Time: 5/29/07 @ 1350

Performed by

Ordering Phys.

Bayer HealthCare LLC
Clinitek Status®

Patient ID

**URINE DIP**

| | | | |
|---|---|---|---|
| Mode of Collection | Multistix® 10 SG | | ormal |
| | Test date | 05-30-2007 | egative |
| | Time | 11:46AM | egative |
| VOID | Operator | 96 6 | egative |
| CC | Test number | 0323 | 0.000-1.030 |
| CATH | Color | Yellow | |
| | Clarity | Clear | gative |
| Specimen Clarity | GLU Negative | | 5-8.0 |
| | BIL Negative | | |
| CLEAR | KET Negative | | 10 |
| HAZY | SG 1.015 | | 1.0 |
| TURBID | BLO Trace-intact | | gative |
| | pH 8.5 | | gative |
| | PRO Negative | | |
| | URO 0.2 E.U./dL | | |
| | NIT Negative | | |
| | LEU Negative | | |

**HCG QUALITATIVE** POS NEG

**RAPID STREP A** POS NEG*
*IF NEG. SEND 2ND SWAB FOR CULTURE AND INITIAL HERE

**FECAL OCCULT BLOOD** POS NEG
INITIAL HERE INDICATING PERFORMANCE MONITORS OK

**WHOLE BLOOD GLUCOSE**

TIME

GLU

**HEMOGLOBIN** ______g/dL

Philip M. Dutt, M.D., Laboratory Director
1830 Flower Street, Bakersfield, CA 93305

PRINTED BY: CLEMENT
DATE: 6/15/2007

WHITE: CHART COPY
CANARY: LAB COPY



KERN MEDICAL CENTER
Bakersfield, CA 93305

ACCT # 0714901 0
PATIENT BIOCINI BEATRIZ ANA
ADMIT DATE 05/29/07

MEDREC# 0001178074
DOB 06/30/54

# EMERGENCY AFTERCARE INSTRUCTIONS

The examination and treatment which you received has been rendered on an emergency basis only and is not intended to be substituted for complete medical care. It is important that you follow up with your clinic or private physician and report any new or remaining problem to him or her.

☐ **WOUND CARE**
Keep wound covered until rechecked
__ If dressings get wet or dirty you should: change them; call your MD or the ER
__ Leave wound open to the air
__ You may wash the wound after ____ days
__ Return for wound recheck in ____ days
__ Sutures to be removed in ____ days
__ Limit movement of the affected part
__ Elevate the injured part higher than your heart, to decrease swelling and improve healing for ____ hours
__ Cool packs to the area to prevent swelling and pain for ____ hours

DESPITE THE GREATEST CARE, ANY WOUND CAN BE INFECTED. RETURN IMMEDIATELY OR SEE YOUR DOCTOR IF SIGNS OF REDNESS, SWELLING, PUS, OR RED STREAKS OCCUR, OR IF THE WOUND FEELS MORE SORE INSTEAD OF LESS SORE AS THE DAYS GO BY.

☐ **HEAD INJURY:**
REPORT TO YOUR DOCTOR OR RETURN HERE IMMEDIATELY IF ANY OF THE SIGNS LISTED BELOW OCCUR, EVEN IF SEVERAL WEEKS AFTER THE INJURY
__ Persistent vomiting, stiff neck or fever
__ Severe, persistent or worsening headache
__ Confusion or unusual drowsiness
__ Convulsions or unconsciousness
__ Pupils are unequal (one larger than the other)
__ Stumbling or other problems with normal use of arms or legs or other areas of numbness
__ Blood or clear fluid from ears or nose
__ Clear liquid diet for the first 24 hours
__ Awake every ____ hours for the first 24 hours to make sure that patient is arousable and to check the above signs

☐ **BACK AND NECK INJURIES:**
__ Read the included Back or Neck injury material
__ Return if severe pain down arms or legs or weakness or numbness of arms or legs develops
__ Bed rest as much as possible on a firm mattress until you are improved, or for ____ days
__ Avoid any lifting or positions that cause pain for at least ____ days

☐ **DISPOSITION:**
__ You may return to work
__ You may not return to work until ____
__ You may return to light work
__ immediately
on ____
__ No school until ____
__ No physical education until ____
__ You were given __ Tetanus __ dt
__ DPT

☐ **SPRAINS OR FRACTURE CARE:**
__ Elevate the injured part for ____ hours to lessen swelling and pain
__ Do not put weight on the injured part
__ Ice packs (cool) to area for hours to decrease the swelling and pain
__ If you have an elastic bandage, rewrap it if tight or too loose
__ If you have a cast, keep dry at all times
__ Wait 48 hours for the cast to become strong before you put pressure or weight on the cast
__ Wiggle toes and fingers to prevent swelling in the injured part; this should be done often if it does not cause pain
__ If the injured part swells in any way or gets cold, blue, numb, or pain increases markedly, have it checked promptly
__ Follow whatever other instructions you have been given by the cast clinic

☐ **RESPIRATORY INFECTIONS:**
__ Treat fever if present with Tylenol® (see fever below)
__ Drink lots of fluids
__ Use vaporizer (cool)
__ Call MD or return if you have difficulty breathing
__ Take the prescriptions you have been given

☐ **FEVER:**
__ Dress in light clothes (don't bundle up)
__ Treat temperature if greater than ____ with Tylenol® ____ every four hours
__ If fever persists, patient should be placed in bath tub with lukewarm water. Massage the back and legs. DO NOT leave the patient unattended in the bath tub
__ Call MD if temperature (greater than 102°) persists, in spite of treatment listed, or if a seizure occurs

☐ **VOMITING:**
__ Clear liquid diet but in frequent small amounts only
__ Watch for signs of dehydration (see below)
__ Call your doctor if you notice blood in the vomitus

☐ **DIARRHEA:**
__ Clear liquid diet
__ If not vomiting and keeps clear liquids down you may try fresh ripe bananas that have been mashed. Also dried toast may be tried
__ Call the MD if you see blood in the diarrhea
__ Watch for signs of dehydration (see below)

☐ **DEHYDRATION:** Signs to look for:
__ Decreased urine flow
__ Very sleepy, hard to wake up
__ Dizziness when standing up
__ Very dry mouth
__ No tears seen when patient cries

☐ **OTHER INSTRUCTION SHEETS**
__ ENGLISH __ SPANISH

__ Anemia
__ Angina/Heart Diseases
__ Baby Care
__ Bronchitis/Asthma
__ Burns
__ Chest Injury
__ Chicken Pox
__ Clear Liquid
__ Congestion in infants
__ Constipation in infants
__ Croup
__ D & C
__ Diabetes
__ Ear Infections
__ Epididymitis
__ Febrile Seizures
__ Gallbladder Disease
__ Gastritis
__ Gonorrhea
__ Hypertension
__ Kidney Stones
__ PID
__ Pneumonia
__ Pregnancy
__ Pyelonephritis
__ Sinusitis
__ Syphilis
__ Threat Abort
__ Urethritis
__ UTI
__ Vaginitis

__ Other ____

ER RECHECK: ____

OTHER INSTRUCTIONS (INCLUDING PRESCRIPTIONS, DIAGNOSIS, AB AND X RAY) 1. Continue taking colace and lactulose 2. Take dulcolax as directed 3. follow up with general surgery clinic

Patient Education
☐ Learning needs/abilities assessed
Specify ____
☐ Barriers to learning
Specify ____

I have received as well as demonstrated my understanding of the discharge instructions given

Patient Signature [signature]
Exit Interviewer [signature]

Date and Time 5/31/07 ~ 0210
Physician Signature: [signature] E. Pham

PRINTED BY: 101116
DATE: 8/2?/2007

AN...[illegible]

  KERN MEDICAL CENTER
1830 Flower Street
Bakersfield, CA 93305

ACCT # 07149010
PATIENT BIOCINI BEATRIZ ANA
ADMIT DATE 05/29/07

MED REC # 0001178074
DOB 06/30/54

4

EMERGENCY MEDICINE RECORD
TEACHING PHYSICIAN ADDENDUM

HISTORY AND PHYSICAL
I have personally seen, evaluated and participated in this patient's services and find this patient's history and physical examination to be consistent with that documented by Dr Pham

Brief history is as follows: 52 y/o ... c/o pain in her rectum ... sensation after travel ... had previous prolapse that after 5 hrs was able to reduce. Today again had prolapse

On exam, I find as follows: Unable to reduce ... , abd pain

CONSTIT / VITALS ❑ nl ❑ abn VSS, obvious discomfort due to pain

HEENT ❑ nl ❑ abn

RESP ❑ nl ❑ abn

CVS ❑ nl ❑ abn

GI/GU ❑ nl ❑ abn BS (+), (-) CVA, prolapse rectum, no thrombosis

NEURO/PSYCH ❑ nl ❑ abn

MUSC/SKEL ❑ nl ❑ abn

OTHER ❑ nl ❑ abn

MEDICAL DECISION MAKING

❑ I personally interpreted the EKGs, diagnostic x-rays and laboratory studies documented by the resident

DIAGNOSTIC TESTS REVIEWED

❑ LAB

❑ X-RAY

❑ EKG

❑ OTHER

❑ I personally supervised the following medical treatment documented by the resident

❑ I personally participated in the decision making and was present for, and supervised the following procedures

PROCEDURES:

❑ CPR AND ACLS ❑ LUMBAR PUNCTURE ❑ FX or DISLOC REDUC

❑ INTUBATION ❑ CENTRAL LINE ❑ SPLINT / CAST

❑ CRITICAL CARE ____ Mins ❑ DPL ❑ LACER REPAIR / WOUND CARE

❑ CONSCIOUS SEDATION ❑ ARTHRO / PARA / THORACENTESIS ❑ DIGITAL / HEMATOMA BLOCK

❑ CHEST TUBE ❑ BURSA / JOINT / TRIG-POINT INJ ❑ OTHER

Procedure note: Rectal prolapse reduced

❑ I agree with and participated in determining the final impression, treatment and disposition documented by the resident. See resident's note for details. Patient ❑ Admitted Diagnosis Rectal prolapse

❑ I revised the resident's clinical impression(s) and/or care plan as follows:

Faculty Physician [signature]

❑ Dr. Arnaiz 7447 ❑ Dr. Acosta 7420 ❑ [illegible] ❑ [illegible] ❑ Dr. Kercher [illegible] ❑ Dr. McFarlane 1757

❑ Dr. Dunne 1106 ☒ Dr. Schmid 416 ❑ Dr. [illegible] ❑ Dr. [illegible] ❑ Dr. Wahn 7151 ❑ Dr. [illegible] 7112

DATE 5/29/2007

KERN MEDICAL CENTER
Bakersfield CA 93305

ACCT # 07149011
PATIENT BIOCINI, BEATRIZ ANA
MED REC # 0001178074
ADMIT DATE 05/29/07 ADMIT TIME: 23:09 DOB 06/30/54

| DO NOT write this | What you should write | DO NOT write this | What you should write |
|---|---|---|---|
| U | Unit | gtt | Drop or drip (IV infusions) |
| IU | International unit | cc | ml or mL |
| μg | Microgram or mcg | T3 | Tylenol with Codeine 30 mg |
| QD,QOD,QID | Daily, every other day, four times daily | MgSO$_4$ | Magnesium sulfate |
| AS,AD,AU | Left ear, right ear, both ears | MS, MSO$_4$ | Morphine Sulfate |
| OS,PD,OU | Left eye, right eye, both eyes | 1.0 (zero after decimal) | 1 mg |
| TIW or tiw | Three times a week | .1 (no zero before decimal) | 0.1 mg |
| SS | Sliding scale | | |

DATE AND TIME

5/30/07 00:20 Please give ① Morphine 2mg IV x1 ② Reglan 10mg IV x1 — [signature] K. Pham 9704 [illegible] 5/31/07

5/30/07 0130 Versed 2mg IV x1 — [signature] K. Pham 9704

[illegible] KP

FILLED BY: 121116
DATE 8/21/2007

PHYSICIAN'S ORDER FORM

MEDICAL CENTER
1830 FLOWER ST.
BAKERSFIELD, CA. 93305

Owned & Operated by County of Ker

CLINIC RECORD NOTES

STAR ACCOUNT NO: 0709500215
DATE ARRIVED: 04/05/07
TIME: 08:45
ARRIVAL MODE:
PATIENT TYPE: CLN
MEDICAL RECORD NO: 0001178074

PATIENT NAME: BIOCINI, BEATRIZ ANA
BIRTHDATE: 08/30/54
AGE: 52Y
SEX: F
STREET ADDRESS: 17635 INDUSTRIAL FARM RD
CITY: BAKERSFIELD
STATE: CA
ZIP: 93308
PHONE: (661)391-7913
SOC SEC NO: 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
MARITAL STATUS:
POL NO: BOOKING 1709304
FINANCIAL CLASS: J COUNTY CORRECTIONA
IN EMERGENCY NOTIFY:
HOME PHONE:
BUSINESS PHONE:

MANAGED CARE/HMO ☐ Yes ☐ No
AUTHORIZED ☐ Yes ☐ No
TIME
HMO PERSON AUTHORIZING
IMMUNIZATION ☐ UP TO DATE ☐ NOT UP TO DATE
LANGUAGE

CHIEF COMPLAINT/PROBLEM: MAMMO 845AM
PRIMARY CARE PHYSICIAN
ALLERGIES

PAIN: Acute ☐ Chronic ☐
Location
Duration
Characteristic: stabbing, dull
Pain Level:
TRIAGE CATEGORY: ☐ WALK IN ☐ APPOINTMENT

TIME SEEN

Are you having any problems with your activities of daily living ?

Are you having any problems ambulating ?

**ASSESSMENT:** DIAGNOSIS ICD-9CM:

1.
2.
3.
4.

**PLANS/ORDERS:**

1.
2.
3.
4.
5.

DOCTOR SIGNATURE

DISPOSITION OTHER THAN HOME

PAGE/LEAFLET AFTER CARE INSTRUCTIONS

FACULTY REVIEW

PRINTED BY:
DATE: 6/15/2007

MEDICAL RECORDS

ATTENDING NOTE:

HX.

PE

LAB/XRAY:

IMPRESSION:

PLAN:

SIGNATURE

PATIENT BIOCINI,BEATRIZ ANA ACCT # 0709500216 MEDREC# 0001178074 ADMIT DATE 04/06/07 ADMIT TIME 08:45

PRINTED BY: CLEMENT
DATE 6/15/2007

[illegible]

Name: [illegible]
DOB: [illegible] Age: [illegible]Y Sex: F
[illegible]#: [illegible]
Acct #: [illegible]
Location: [illegible]N

Ord Phys: [illegible], KATHE D
Adm Phys: [illegible], KATHE D
[illegible]

Exam # Order Exam
[illegible] 0001 [illegible] XR MAMMOGRAM SCREENING [illegible]

SCREENING MAMMOGRAM: [illegible]

HISTORY: This is a [illegible]2 year old female with no personal or family history of breast cancer. Screening follow up.

TECHNIQUE: Craniocaudal and mediolateral oblique views were obtained of both breasts using low dose film screen technique as per routine protocol.

No comparison.

FINDING: Breast parenchyma is composed of patchy scattered fibroglandular tissue. There is a lobulated nodular density in the outer mid left breast at 3 o'clock position. It has smooth outline and is probably benign. No suspicious microcalcification or architectural distortion is seen.

IMPRESSION:

1) Lobulated nodule in the left breast as discussed. Probable benign finding such as cyst or fibroadenoma.

2) BI-RAD Category 2 (Benign finding left breast)

3) Annual screening mammogram, annual clinical breast examination and monthly self-breast examination is recommended unless otherwise indicated clinically.

4) Comparison with the previous mammogram is strongly advised.

D: 4/5/07

Transcriptionist- THERESA CASARIO
Reading Radiologist- JAVED M SYED M.D., Radiologist
Releasing Radiologist- JAVED M SYED M.D., Radiologist
Released Date Time- 04/20/07 1017

FINAL

KERN MEDICAL CENTER
1830 FLOWER STREET
BAKERSFIELD, CA 93305-[illegible]
(661) 326-2520

PRINTED BY: CLEMENT
DATE [illegible] [illegible], KATHE D

DEPARTMENT OF RADIOLOGY

03/26/2007 07 46 FAX 381738 PRETRIAL X-Ray 002/002

KERN MEDICAL CENTER
OWNED AND OPERATED BY THE COUNTY OF KERN
BAKERSFIELD, CA 93305

**EXAM DATE** 4/5 @ 900

ACC #0709500215 MED REC 0001178074
BIOCINI BEATRIZ ANA
04/06/07 DOB 06/30/54 SEX F

APPT.

**RADIOLOGY/IMAGING SERVICE REFERRAL**
**OUTPATIENT ORDER FORM**
Phone: (661) 326-2520 • FAX (661) 326-2888
*This form must be complete in order to process requests!*

| Patient's Name 1709304 Beatriz Biocini-Ana | Birth Date 6-3-54 | Sex F | Medical Record No 1178074 |
|---|---|---|---|
| Physician Name and Identification Number | Clinic Lerdo | Phone Ext | Request Completed By: ☐ same Lundgo |

**Appointments please call (661) 326-2521 or go to "X-ray Reception," Room #1132**

Examination(s): No masses or lumps palpable — age appropriate screen

Appointment: Date ____ Time ____

Clinical History (i.e., trauma, surgery): ____

**ICD-9 Code is Not Required - Please Check Appropriate Indication for Exam (Unacceptable: r/o, suspected, evaluate, possible

**Pulmonary**
- ☐ Pain – Location ____
- ☐ Cough
- ☐ Cough Smokers
- ☐ SOB
- ☐ Hemoptysis (date of onset) ____
- ☐ Exposure Hazardous Mat. – Date ____
- ☐ History Heart Disease
- ☐ Fever

**Neurological**
- ☐ Pain-Location ____
- ☐ Headache
- ☐ Seizure
- ☐ Loss of Consciousness
- ☐ Blurred Vision
- ☐ Loss of Hearing
- ☐ Motor Sensory Deficit – When ____ Location ____

**Orthopedic**
- ☐ Pain-Location ____
- ☐ Swelling – Location ____
- ☐ Contusion – Location ____
- ☐ DJD
- ☐ Follow Up Fracture

**Abdominal/OBGYN**
- ☐ Infection
- ☐ Bleeding
- ☐ Dysphasia
- ☐ Weight Loss: Amount ____ Duration ____
- ☐ Other: ____
- ☐ Abdomen Distention Gas
- ☐ Abdomen Tenderness
- ☐ Pain – Location ____

**Mammography**
- ☒ Mammography Screening (asymptomatic)
- ☐ Pain – Location ____
- ☐ Nipple Discharge Right Left Both
- ☐ Breast Lump
- ☐ Family History of Breast Cancer

☐ Other (Patient's Chief Complaint): ____

☐ Angiography, Biopsy, Aspiration, & Other Interventional Procedures: Please Fill Out Interventional Form & Attach

| Physician's Signature | Date |
|---|---|
| Lundgo, NP | 3-24-07 |

**PLEASE BRING THIS FORM WITH YOU**
**WE CANNOT PROCESS YOUR TEST WITHOUT IT.**
*DEBE TRAER ESTA FORMA CON USTED!*
*NO PODEMOS PROCESAR SU EXAMEN SIN ELLA.*

ORIGINAL CHART COPY TO PATIENT
KMC 580 8987 2087 (1/08)
STOCK # 14C592

FAXED 3/26/2007

LERDO PRETRIAL CLINIC
17695 Industrial Farm Road
Bakersfield, CA 93308
Ph: 661-391-7... Fax 661-391-7386

STAR ACCOUNT NO. | DATE ARRIVED 3/24/07 | TIME 1948 | ARRIVAL MODE SELF | County of Kern

PATIENT NAME: Biocini-Ana Beatriz | BIRTHDATE 6/30/54 | AGE 52 | SEX F | MEDICAL REC

#1709304

## GYN CLINIC

☐ New Patient 1000 ☐ Established Patient

Date: 3-24-07 BP 124/78 Pulse: 58 Resp.: ____ Temp: ____ Weight: ____ Initial ____

Marital Status: ☐ S ☐ M ☐ W ☒ D ☐ SP

Referred By: ____

Menarche: 14 yrs old.

Last Pap Test: 3/2006 ☒ Normal ☐ Abnormal G 3 P 1 A 2 (?) L 1 LMP: 2/07

Mammogram: 3/2006 ☒ Normal ☐ Abnormal BCP Method: ____ Past: ____

Allergies: ☐ Yes ☒ No If yes, list ____

Medications: ____

**I. C.C. Hx of present illness:**

Constipation

Urinary freq, 8-9 times at night

**Lab results**

**Attending HPI**

**II. Past Medical, Surgical History:**

⊖ Surgeries

Arthritis

**III. Family History:**

⊖ Breast Ca

⊕ Stomach Ca - 2 aunts

⊖ Cervical/uterine Ca

**IV. Social History:** Last used 1995 THC, cocaine. None since 1995

⊖ Cig since 1995

**V. System Review** - = negative + = positive

| | |
|---|---|
| 1. Constitutional | |
| 2. Eyes | |
| 3. ENT | |
| 4. Cardiovascular | |
| 5. Respiratory | |
| 6. Gastrointestinal | |
| 7. Genitourinary | |
| 8. Musculo skeletal | |
| 9. Integumentary | |
| 10. Neurological | |
| 11. Psychiatric | |
| 12. Endocrine | |
| 13. Hematologic | |
| 14. Allergic | |

**VI. Residents Past Medical Hx, Family Hx, Social Hx and ROS reviewed by attending physician:** ☐ Yes



## VII. Physical Exam

Resident Findings

☐ Attending present and concur with Resident findings
☐ Other: please fill the box below

| | | N | A | | Attending Physician findings N | A | |
|---|---|---|---|---|---|---|---|
| 1 | Appearance | ✓ | | | | | |
| 2 | Skin | | | | | | |
| 3 | HEENT | | ✓ | [illegible handwriting] | | | |
| 4 | Thyroid | | ✓ | [illegible handwriting] | | | |
| 5 | Lymph nodes | ✓ | | | | | |
| 6 | Heart | ✓ | | | | | |
| 7 | Lungs | ✓ | | | | | |
| 8 | Breasts | ✓ | | | | | |
| 9 | Axillary nodes | ✓ | | | | | |
| 10 | Superclav nodes | ✓ | | | | | |
| 11 | Abdomen | ✓ | | | | | |
| 12 | M. Skeletal | | ✓ | [illegible handwriting] | | | |
| 13 | Extremities | ✓ | | [illegible handwriting] | | | |
| 14 | Neurological | ✓ | | | | | |

## VIII. Gynecological Exam

☐ Attending present and concur with Resident findings
☐ Other: please fill the box below

| | | N | A | | N | A | |
|---|---|---|---|---|---|---|---|
| 15 | External Genitalia | ✓ | | | | | |
| 16 | Urethra | ✓ | | | | | |
| 17 | Bladder | | | | | | |
| 18 | Vulva/vagina | | ✓ | OA | | | |
| 19 | Cervix | ✓ | | [illegible handwriting] | | | |
| 20 | Uterus | ✓ | | | | | |
| 21 | Adnexa | ✓ | | | | | |
| 22 | Anus/Perineum | ✓ | | no [illegible handwriting] | | | |

N = Normal A = Abnormal

## IX. Diagnosis, Assessment

Constipation
Arthritis by Hx

X. Investigations
☐ Pap
☒ Mammogram
☐ Ultrasound
☒ Others
GC
Chlamydia
[illegible] blood [illegible]

## XI. Treatment, Plan

[illegible handwriting]
[illegible handwriting]
[illegible handwriting]

Diagnosis Assessment

Treatment, Plan

Resident Signature

Faculty Review

Attending Physician Signature

[signature], NP

# Exhibit J



**U.S. Department of Homeland Security**
Immigration and Customs Enforcement

SFR DRO 50/10 52-03

*Office of the Field Director*

630 Sansome Street, Room 590
*San Francisco, CA 94111*

~~172251~~ 170930

**BIOCINI, Ana Beatriz**
C/O IN SERVICE CUSTODY

**A91 182 333**

# Notice to Alien of File Custody Review

You are detained in the custody of the Immigration and Customs Enforcement (ICE) and you are required to cooperate with the ICE in effecting your removal from the United States. If the ICE has not removed you from the United States within the removal period as set forth in INA 241(a) (normally 90-days) of either: 1) your entering ICE custody with a final order of removal, deportation or exclusion, or 2) the date of any final order you receive while you are in ICE custody, the ICE Field Office Director will review your case for consideration of release on an Order of Supervision. Release, however, is dependent on your demonstrating to the satisfaction of the Attorney General that you **will not** pose a danger to the community and **will not** present a flight risk.

Your custody status will be reviewed on or about: **(November 29, 2006)**. The Field Office Director may consider, but is not limited to considering the following:

1. Criminal convictions and criminal conduct;
2. Other criminal and immigration history;
3. Sentence(s) imposed and time actually served;
4. History of escapes, failures to appear for judicial or other proceedings, and other defaults;
5. Probation history;
6. Disciplinary problems while incarcerated;
7. Evidence of rehabilitative effort or recidivism;
8. Equities in the United States;
9. Cooperation in obtaining your travel document; and
10. Any available mental health reports.

You must submit any documentation you wish to be reviewed in support of your release, prior to **(October 30, 2006)**, to the attention of the Officer and address below. English translations must be provided pursuant to 8 CFR 103.2(b)(3). An attorney or other person may submit materials on your behalf. The Field Office Director will notify you of the decision in your case. Attached to this notice is a list of free or low cost legal representatives who may be able to provide assistance to you in preparing your case.

U.S. Department of Homeland Security
**Immigration and Customs Enforcement**
Attn: Custody Officer
630 Sansome St. 6th floor
San Francisco, CA 94111

METHOD OF SERVICE

I certify that this form was provided to the alien by: (Hand) (Institution Mail)
**(X)** CC: Attorney of Record or Designated Representative
(x) CC: A-file

[signature] Signature of Officer

[signature] Print Name of Officer

SEP 15 2006 Date

# Exhibit K



U.S. Department of Homeland Security
Immigration and Customs Enforcement

SFR DRO 50/10

Office of the Field Director

630 Sansome Street, Room 590
San Francisco, CA 94111

BIOCINI, Ana
C/O Lerdo Facility
17635 Industrial Farm Road
Bakersfield, CA

A91 182 333

# Decision to Continue Detention Following File Review

This letter is to inform you that your custody status has been reviewed and it has been determined that you will not be released from the custody of U.S. Immigration and Customs Enforcement (ICE) at this time. This decision has been made based on a review of your file and/or your personal interview and consideration of any information you submitted to ICE's reviewing officials.

*(1) Your removal has been delayed solely through your filing of your petition for Review with the US Court of Appeals for the Ninth Circuit, and resulting automatic stay or removal*

Based on the above, you are to remain in ICE custody pending your removal from the United States. You are advised that you must demonstrate that you are making reasonable efforts to comply with the order of removal, and that you are cooperating with ICE's efforts to remove you by taking whatever actions ICE requests to effect your removal. You are also advised that any willful failure or refusal on your part to make timely application in good faith for travel or other documents necessary for your departure, or any conspiracy or actions to prevent your removal or obstruct the issuance of a travel document, may subject you to criminal prosecution under 8 USC Section 1253(a).

Therefore, pursuant to the authority contained in Sections 236 and 241 of the Immigration and Nationality Act, and parts 236 and 241 of the Code of Federal Regulations, I have determined that you shall continue to be detained in the custody of this Agency pending further review.

Your custody will remain with this unit. **This unit will conduct further review of your case one year from now or, when the Ninth Circuit Court of Appeals has made a decision in your case.** You will be notified of this at the earliest possible convenience. It is in your best interest to maintain proper behavior while awaiting this review. If you have any questions please contact:

U.S. Department of Homeland Security
Immigration and Customs Enforcement
Attn: Custody Officer
630 Sansome St. 6th floor
San Francisco, CA 94111

Timothy Aitken Acting Field Office Director

2/7/05
Date