# EXHIBIT
# B-1



U.S. Department of Homeland Security
Bureau of Citizenship and Immigration Services

U.S. Department of Justice
Executive Office for Immigration Review

OMB No. 1615-0067; Expires 9/30/03

## Application for Asylum and for Withholding of Removal

*Start Here - Please Type or Print.* USE BLACK INK. SEE THE SEPARATE INSTRUCTION PAMPHLET FOR INFORMATION ABOUT ELIGIBILITY AND HOW TO COMPLETE AND FILE THIS APPLICATION. (Note: There is NO filing fee for this application.)

*Please* check the box if you also want to apply for withholding of removal under the Convention Against Torture.  ☒

### PART A. I.   INFORMATION ABOUT YOU

| 1. Alien Registration Number(s)(A#'s)(if any) 91182333 | | 2. Social Security No. (if any) 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 |
|---|---|---|
| 3. Complete Last Name **Biocini** | 4. First Name **Ana** | 5. Middle Name **Beatriz** |

6. What other names have you used? (Include maiden name and aliases.)    **Ana Jaramillo Racines-Jaramillo de Rivera Ana**

| 7. Residence in the U.S. C/O    **Heman Jaramillo** | | Telephone Number **(510) 233-4957** |
|---|---|---|
| Street Number and Name    **669 37th Street** | | Apt. No. **N/A** |
| City    **Richmond** | State    **California** | ZIP Code    **94805** |

| 8. Mailing Address in the U.S., if other than above   **FCI Dublin** | | Telephone Number **N/A** |
|---|---|---|
| Street Number and Name    **5701 8th Street, Camp Parks** | | Apt. No. **N/A** |
| City    **Dublin** | State    **California** | ZIP Code    **94568** |

| 9. Sex ☐ Male  ☒ Female | 10. Marital Status: ☐ Single  ☐ Married  ☒ Divorced  ☐ Widowed |
|---|---|

| 11. Date of Birth (Mo/Day/Yr) **06/30/1954** | 12. City and Country of Birth    **Valle de Cauca, Cali Columbia** |
|---|---|

| 13. Present Nationality (Citizenship) **Colombian ID#31271796** | 14. Nationality at Birth **Colombian** | 15. Race, Ethnic or Tribal Group **White-Spanish** | 16. Religion **Catholic** |
|---|---|---|---|

17.    Check the box, a through c that applies:    a. ☐ I have never been in immigration court proceedings.

b. ☒ I am now in immigration court proceedings.    c. ☐ I am not now in immigration court proceedings, but I have been in the past.

18. Complete 18 a through c.

a.  When did you last leave your country? (Mo/Day/Yr) **02/11/1981**    b. What is your current I-94 Number, if any? **7371324**

c.  Please list each entry into the U.S. beginning with your most recent entry.
List date (Mo/Day/Yr), place, and your status for each entry. (Attach additional sheets as needed.)

| Date **02/22/1992** | Place **Miami, Florida** | Status **Perm.Res** | Date Status Expires **Unknown** |
|---|---|---|---|
| Date **09/10/1991** | Place **Miami, Florida** | Status **Perm.Res** | |
| Date **01/31/1990** | Place **Miami, Florida** | Status **Perm.Res** | |
| Date **02/11/1981** | Place **Miami, Florida** | Status **B-2** | |

| 19. What country issued your last passport or travel document? **USA-Colombian Consolate** | 20. Passport # **009523** Travel Document # **Unknown/None** | 21. Expiration Date (Mo/Day/Yr) **Expired\*** |
|---|---|---|

| 22. What is your native language? **Spanish** | 23. Are you fluent in English? ☒ Yes ☐ No | 24. What other languages do you speak fluently? **None** |
|---|---|---|

| **FOR EOIR USE ONLY** | Action: Interview Date: _____ Decision: __ Approval Date: _____ __ Denial Date: _____ __ Referral Date: _____ Asylum Officer ID# _____ | **FOR BCIS USE** |
|---|---|---|

\* Date Unknown, Passport is in FBI possession

Form I-589 (Rev. 07/03/03)Y



**PART A. II.    INFORMATION ABOUT YOUR SPOUSE AND CHILDREN**
Your Spouse.  ☒ I am not married. (Skip to Your Children, below.)

| 1. Alien Registration Number (A#) (If any) | 2. Passport/ID Card No. (If any) | 3. Date of Birth (Mo/Day/Yr) | 4. Social Security No. (If any) |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Maiden Name |
| 9. Date of Marriage (Mo/Day/Yr) | 10. Place of Marriage | 11. City and Country of Birth | |
| 12. Nationality (Citizenship) | 13. Race, Ethnic or Tribal Group | | 14. Sex ☐ Male ☐ Female |
| 15. Is this person in the U.S.? ☐ Yes (Complete blocks 16 to 24.) ☐ No (Specify location) | | | |
| 16. Place of last entry in the U.S.? | 17. Date of last entry in the U.S. (Mo/Day/Yr) | 18. I-94 No. (If any) | 19. Status when last admitted (Visa type, if any) |
| 20. What is your spouse's current status? | 21. What is the expiration date of his/her authorized stay, if any? (Mo/Day/Yr) | 22. Is your spouse in immigration court proceedings? ☐ Yes ☐ No | 23. If previously in the U.S., date of previous arrival (Mo/Day/Yr) |
| 24. If in the U.S., is your spouse to be included in this application? (Check the appropriate box.) ☐ Yes (Attach one (1) photograph of your spouse in the upper right hand corner of page 9 on the extra copy of the application submitted for this person.) ☐ No | | | |

**Your Children.** Please list ALL of your children, regardless of age, location, or marital status.

☐ I do not have any children. (Skip to Part A. III., Information about Your Background.)
☒ I do have children. Total number of children ___1___

*(Use Supplement A Form I-589 or attach additional pages and documentation if you have more than four (4) children.)*

| 1. Alien Registration Number (A#) (If any) | 2. Passport/ID Card No. (If any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. Social Security No. (If any) |
|---|---|---|---|
| None | 052501553 | Single | 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 |
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (Mo/Day/Yr) |
| Biocini | Peter | Alexander | 06/14/1988 |
| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic or Tribal Group | 12. Sex ☒ Male ☐ Female |
| Greenbrae, CA. USA | United States Citizen | White | |
| 13. Is this child in the U.S.? ☒ Yes (Complete blocks 14 to 21.) ☐ No (Specify Location) | | | |
| 14. Place of last entry in the U.S.? | 15. Date of last entry in the U.S.? (Mo/Day/Yr) | 16. I-94 No. (If any) | 17. Status when last admitted (Visa type, if any) |
| Miami | Feb. 1992 | N/A | United States Citizen |
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (Mo/Day/Yr) | 20. Is your child in immigration court proceedings? ☐ Yes ☒ No | |
| United States Citizen | N/A | | |
| 21. If in the U.S., is this child to be included in this application? (Check the appropriate box.) ☐ Yes (Attach one (1) photograph of your child in the upper right hand corner of page 9 on the extra copy of the application submitted for this person.) ☒ No | | | |

Form I-589 (Rev. 07/03/03)Y Page 2

 

**PART A. II.   INFORMATION ABOUT YOUR SPOUSE AND CHILDREN Continued**

| 1. Alien Registration Number (A#) (if any) | 2. Passport/ID Card No. (If any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. Social Security No. (if any) |
|---|---|---|---|

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (Mo/Day/Yr) |
|---|---|---|---|

| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic or Tribal Group | 12. Sex ☐ Male ☐ Female |
|---|---|---|---|

| 13. Is this child in the U.S.? ☐ Yes (Complete blocks 14 to 21.) ☐ No (Specify Location) |
|---|

| 14. Place of last entry in the U.S.? | 15. Date of last entry in the U.S.? (Mo/Day/Yr) | 16. I-94 No. (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (Mo/Day/Yr) | 20. Is your child in immigration court proceedings? ☐ Yes ☐ No |
|---|---|---|

21. If in the U.S., is this child to be included in this application?  (Check the appropriate box.)
  ☐ Yes (Attach one (1) photograph of your child in the upper right hand corner of page 9 on the extra copy of the application submitted for this person.)
  ☐ No

| 1. Alien Registration Number (A#) (if any) | 2. Passport/ID Card No. (If any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. Social Security No. (If any) |
|---|---|---|---|

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (Mo/Day/Yr) |
|---|---|---|---|

| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic or Tribal Group | 12. Sex ☐ Male ☐ Female |
|---|---|---|---|

| 13. Is this child in the U.S.? ☐ Yes (Complete blocks 14 to 21.) ☐ No (Specify Location) |
|---|

| 14. Place of last entry in the U.S.? | 15. Date of last entry in the U.S.? (Mo/Day/Yr) | 16. I-94 No. (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (Mo/Day/Yr) | 20. Is your child in immigration court proceedings? ☐ Yes ☐ No |
|---|---|---|

21. If in the U.S., is this child to be included in this application?  (Check the appropriate box.)
  ☐ Yes (Attach one (1) photograph of your child in the upper right hand corner of page 9 on the extra copy of the application submitted for this person.)
  ☐ No

| 1. Alien Registration Number (A#) (if any) | 2. Passport/ID Card No. (If any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. Social Security No. (if any) |
|---|---|---|---|

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (Mo/Day/Yr) |
|---|---|---|---|

| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic or Tribal Group | 12. Sex ☐ Male ☐ Female |
|---|---|---|---|

| 13. Is this child in the U.S.? ☐ Yes (Complete blocks 14 to 21.) ☐ No (Specify Location) |
|---|

| 14. Place of last entry in the U.S.? | 15. Date of last entry in the U.S.? (Mo/Day/Yr) | 16. I-94 No. (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (Mo/Day/Yr) | 20. Is your child in immigration court proceedings? ☐ Yes ☐ No |
|---|---|---|

21. If in the U.S., is this child to be included in this application?  (Check the appropriate box.)
  ☐ Yes (Attach one (1) photograph of your child in the upper right hand corner of page 9 on the extra copy of the application submitted for this person.)
  ☐ No

Form I-589 (Rev. 07/03/03)Y Page 3




**PART A. III.    INFORMATION ABOUT YOUR BACKGROUND**

1. Please list your last address where you lived before coming to the U.S. If this is not the country where you fear persecution, also list the last address in the country where you fear persecution. (List Address, City/Town, Department, Province, or State, and Country.) (Use Supplement B Form I-589 or additional sheets of paper if necessary.)

| Number and Street (Provide if available) | City/Town | Department, Province or State | Country | Dates From (Mo/Yr) | To (Mo/Yr) |
|---|---|---|---|---|---|
| Avenida 5R #22N-40 | Cali | Valle | Columbia | Unknown | 02/11/1981 |

2. Provide the following information about your residences during the last five years. List your present address first. (Use Supplement Form B or additional sheets of paper if necessary.)

| Number and Street | City/Town | Department, Province or State | Country | Dates From (Mo/Yr) | To (Mo/Yr) |
|---|---|---|---|---|---|
| 5701 8th St., Camp Parks | Dublin | California | USA | 01/16/04 | Present |
| 19250 Cayenne Drive | Morgan Hill | California | USA | 11/2003 | 01/16/04 |
| 100 N Whisman Rd #3114 | Mountain | California | USA | 07/2002 | 11/ 2003 |
| 1161 Hudson Street | Redwood City | California | USA | 1998 | 06/ 2002 |
| 810 Redwood Avenue | Redwood | California | USA | 05/1995 | 1998 |

3. Provide the following information about your education, beginning with the most recent. (Use Supplement B Form I-589 or additional sheets of paper if necessary.)

| Name of School | Type of School | Location (Address) | Attended From (Mo/Yr) | To (Mo/Yr) |
|---|---|---|---|---|
| GED | Inmate Program | 5701 8th St., Camp Parks Dublin, CA 94568 | 04/01/04 | 10/10/04 |
| Canada | College/Accounting | Redwood City | 01/10/99 | 01/10/01 |
| Regional Occupation Prog. | Vocational Education | Redwood City | 01/1997 | 11/1992 |
| Please See Resume | Please See Resume | Please See Resume | | |

4. Provide the following information about your employment during the last five years. List your present employment first. (Use Supplement Form B or additional sheets of paper if necessary.)

| Name and Address of Employer | Your Occupation | Dates From (Mo/Yr) | To (Mo/Yr) |
|---|---|---|---|
| FCI Dublin 5701 8th St., Camp Parks Dublin, CA 94568 | Inmate labor | | Present |
| Psychology Pacific Graduate School | Accounts Payable | 09/2003 | 12/2003 |
| School | Silicon Artist | | 2002 |
| Account Temps | Accounts Payable | 1997 | 2001 |
| Kolweiss Auto Parts | Customer Service | 1995 | 1997 |

5. Provide the following information about your parents and siblings (brother and sisters). Check box if the person is deceased. (Use Supplement B Form I-589 or additional sheets of paper if necessary.)

| | Name | City/Town and Country of Birth | Deceased | Current Location |
|---|---|---|---|---|
| Mother | Stella Racines | Manizales Colombia | ☒ Deceased | |
| Father | Alberto Jaramillo | Manizales Colombia | ☒ Deceased | |
| Sibling | Rafael Jaramillo | Cali Colombia | ☐ Deceased | Bogota Colombia |
| | Clara Jaramillo | Cali Colombia | ☒ Deceased | |

Please see Attached Resume of Ana Biocini;
Please see Supplement B, Form I-589

Form I-589 (Rev. 07/03/03)Y Page 4



---

**PART B.    INFORMATION ABOUT YOUR APPLICATION**

---

*(Use Supplement B Form I-589 or attach additional sheets of paper as needed to complete your responses to the questions contained in PART B.)*

When answering the following questions about your asylum or other protection claim (withholding of removal under 241(b)(3) of the Act or withholding of removal under the Convention Against Torture) you should provide a detailed and specific account of the basis of your claim to asylum or other protection. To the best of your ability, provide specific dates, places, and descriptions about each event or action described. You should attach documents evidencing the general conditions in the country from which you are seeking asylum or other protection and the specific facts on which you are relying to support your claim. If this documentation is unavailable or you are not providing this documentation with your application, please explain why in your responses to the following questions. Refer to Instructions, Part I: Filing Instructions, Section II, "Basis of Eligibility," Parts A - D, Section V, "Completing the Form," Part B, and Section VII, "Additional Documents that You Should Submit" for more information on completing this section of the form.

1.  Why are you applying for asylum or withholding of removal under section 241(b)(3) of the Act, or for withholding of removal under the Convention Against Torture? Check the appropriate box (es) below and then provide detailed answers to questions A and B below:

    I am seeking asylum or withholding of removal based on

    ☐ Race
    ☐ Religion
    ☐ Nationality
    ☐ Political opinion
    ☐ Membership in a particular social group
    ☒ Torture Convention

A.  Have you, your family, or close friends or colleagues ever experienced harm or mistreatment or threats in the past by anyone?

    ☐ No  ☒ Yes  If your answer is "Yes," explain in detail:

    1) What happened;  Hernando Velazco was murdered
    2) When the harm or mistreatment or threats occurred;  July, 2004
    3) Who caused the harm or mistreatment or threats; and  Colombian drug cartel
    4) Why you believe the harm or mistreatment or threats occurred.  Hernandez Velazco was an informant in my case

B.  Do you fear harm or mistreatment if you return to your home country?

    ☐ No  ☒ Yes  If your answer is "Yes," explain in detail:

    1) What harm or mistreatment you fear;  Death
    2) Who you believe would harm or mistreat you; and  Colombian Drug Cartel
    3) Why you believe you would or could be harmed or mistreated.  I debriefed to the United States government

    against the Colombian drug cartel.  The information I provided included information about

    Velazco and his associates and the operation of the Colombian drug cartel.



---

**PART B.   INFORMATION ABOUT YOUR APPLICATION Continued**

2. Have you or your family members ever been accused, charged, arrested, detained, interrogated, convicted and sentenced, or imprisoned in any country other than the United States?

   ☒ No    ☐ Yes  If "Yes," explain the circumstances and reasons for the action.

3. A. Have you or your family members ever belonged to or been associated with any organizations or groups in your home country, such as, but not limited to, a political party, student group, labor union, religious organization, military or paramilitary group, civil patrol, guerrilla organization, ethnic group, human rights group, or the press or media?

   ☐ No    ☒ Yes  If "Yes," describe for each person the level of participation, any leadership or other positions held, and the length of time you or your family members were involved in each organization or activity.

   **My Uncle, Octavio Jaramillo assisted political parties in obtaining campaign donations.**

   B. Do you or your family members continue to participate in any way in these organizations or groups?

   ☐ No    ☐ Yes  If "Yes," describe for each person, your or your family members' current level of participation, any leadership or other positions currently held, and the length of time you or your family members have been involved in each organization or group.

   **I do not know if my Uncle continues to participate.**

4. Are you afraid of being subjected to torture in your home country or any other country to which you may be returned?

   ☐ No    ☒ Yes  If "Yes," explain why you are afraid and describe the nature of the torture you fear, by whom, and why it would be inflicted.

   **I fear that the Colombian drug cartel and/or members of Colombian organized crime will murder me because of the substantial assistance I provided to the Government of the United States.**



---

**PART C.   ADDITIONAL INFORMATION ABOUT YOUR APPLICATION**

*(Use Supplement B Form I-589 or attach additional sheets of paper as needed to complete your responses to the questions contained in Part C.)*

1.    Have you, your spouse, your child(ren), your parents, or your siblings ever applied to the United States Government for refugee status, asylum, or withholding of removal?    ☒ No  ☐ Yes

If "Yes" explain the decision and what happened to any status you, your spouse, your child(ren), your parents, or your siblings received as a result of that decision.  Please indicate whether or not you were included in a parent or spouse's application.  If so, please include your parent or spouse's A- number in your response.  If you have been denied asylum by an Immigration Judge or the Board of Immigration Appeals, please describe any change(s) in conditions in your country or your own personal circumstances since the date of the denial that may affect your eligibility for asylum.

2.    A.  After leaving the country from which you are claiming asylum, did you or your spouse or child(ren), who are now in the United States, travel through or reside in any other country before entering the United States?    ☒ No  ☐ Yes

B.  Have you, your spouse, your child(ren), or other family members such as your parents or siblings ever applied for or received any lawful status in any country other than the one from which you are now claiming asylum?    ☒ No  ☐ Yes

If "Yes" to either or both questions (2A and/or 2B), provide for each person the following: the name of each country and the length of stay; the person's status while there; the reasons for leaving; whether the person is entitled to return for lawful residence purposes; and whether the person applied for refugee status or for asylum while there, and, if not, why he or she did not do so.

3.    Have you, your spouse, or child(ren) ever ordered, incited, assisted, or otherwise participated in causing harm or suffering to any person because of his or her race, religion, nationality, membership in a particular social group or belief in a particular political opinion?

☒ No   ☐ Yes  If "Yes," describe in detail each such incident and your own or your spouse's or child(ren)'s involvement.

000330

 

---

**PART C.   ADDITIONAL INFORMATION ABOUT YOUR APPLICATION Continued**

4.   After you left the country where you were harmed or fear harm, did you return to that country?

**X** No    ☐ Yes   If "Yes," describe in detail the circumstances of your visit (for example, the date(s) of the trip(s), the purpose(s) of the trip(s), and the length of time you remained in that country for the visit(s)).

5.   Are you filing the application more than one year after your last arrival in the United States?

☐No    ☒Yes   If "Yes," explain why you did not file within the first year after you arrived.  You should be prepared to explain at your interview or hearing why you did not file your asylum application within the first year after you arrived.  For guidance in answering this question, see Instructions, Part 1: Filing Instructions, Section V. "Completing the Form," Part C.

**I applied for, and was granted, an extension of temporary stay.  During that time I became an informant for the United States Government.**

6.   Have you or any member of your family included in the application ever committed any crime and/or been arrested, charged, convicted and sentenced for any crimes in the United States?

☐ No   ☒ Yes   If "Yes," for each instance, specify in your response what occurred and the circumstances; dates; length of sentence received; location; the duration of the detention or imprisonment; the reason(s) for the detention or conviction; any formal charges that were lodged against you or your relatives included in your application; the reason(s) for release.  Attach documents referring to these incidents, if they are available, or an explanation of why documents are not available.

**1992  Brother Hernan Jaramillo received 7 months sentence in State Drug Case;**
**1995  I was indicted by the federal government; I pleaded guilty in 1998; I was sentenced April 28, 2003 and subsequently self surrendered to the Federal Bureau of Prisons in 2004**

Form I-589 (Rev. 07/03/03)Y Page 8

## PART D.   YOUR SIGNATURE

*After reading the information regarding penalties in the instructions, complete and sign below. If someone helped you prepare this application, he or she must complete Part E.*

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it are all true and correct. Title 18, United States Code, Section 1546, provides in part: "Whoever knowingly makes under oath, or as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, knowingly subscribes as true, any false statement with respect to a material fact in any application, affidavit, or knowingly presents any such application, affidavit, or other document required by the immigration laws or regulations prescribed thereunder, or knowingly presents any such application, affidavit, or other document containing any such false statement or which fails to contain any reasonable basis in law or fact - shall be fined in accordance with this title or imprisoned not more than five years, or both." I authorize the release of any information from my record which the Bureau of Citizenship and Immigration Services needs to determine eligibility for the benefit I am seeking.



**WARNING:** Applicants who are in the United States illegally are subject to removal if their asylum or withholding claims are not granted by an Asylum Officer or an Immigration Judge. Any information provided in completing this application may be used as a basis for the institution of, or as evidence in, removal proceedings even if the application is later withdrawn. Applicants determined to have knowingly made a frivolous application for asylum will be permanently ineligible for any benefits under the Immigration and Nationality Act. See 208(d)(6) of the Act and 8 CFR 208.28.

| Print Complete Name | Write your name in your native alphabet |
|---|---|
| Ana Beatriz Blocini | |

Did your spouse, parent, or children assist you in completing this application?    ☒ No  ☐ Yes (If "Yes," list the name and relationship.)

_____          _____          _____          _____
(Name)                           (Relationship)                   (Name)                           (Relationship)

Did someone other than your spouse, parent, or children prepare this application?    ☐ No  ☒ Yes (If "Yes," complete Part E.)

Asylum applicants may be represented by counsel. Have you been provided with a list of persons who may be available to assist you, at little or no cost, with your asylum claim?    ☐ No  ☒ Yes

Signature of Applicant (The person in Part D.)

[ *Ana B. Blocini* ]                                          5 - 18 - 2005
Sign your name so it all appears within the brackets                    Date (Mo/Day/Yr)

## PART E.   DECLARATION OF PERSON PREPARING FORM IF OTHER THAN APPLICANT, SPOUSE, PARENT OR CHILD

I declare that I have prepared this application at the request of the person named in Part D, that the responses provided are based on all information of which I have knowledge, or which was provided to me by the applicant and that the completed application was read to the applicant in his or her native language or a language he or she understands for verification before he or she signed the application in my presence. I am aware that the knowing placement of false information on the Form I-589 may also subject me to civil penalties under 8 U.S.C. 1324(c).

| Signature | Print Complete Name |
|---|---|
| | Edward W. Blum |
| Daytime Telephone Number ( 602 )  264-2904 | Address of Preparer: Street Number and Name  P.O. Box 45469 |

| Apt. No. | City | State | ZIP Code |
|---|---|---|---|
| N/A | Phoenix | AZ | 85064 |

## PART F.   TO BE COMPLETED AT INTERVIEW OR HEARING

You will be asked to complete this Part when you appear before an Asylum Officer of the U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services (BCIS), or an Immigration Judge of the U.S. Department of Justice, Executive Office for Immigration Review (EOIR) for examination.

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are all true to the best of my knowledge taking into account correction(s) numbered _____ to _____ that were made by me or at my request.

Signed and sworn to before me by the above named applicant on:

_____                                    _____
Signature of Applicant                                     Date (Mo/Day/Yr)

_____                                    _____
Write Your Name in Your Native Alphabet                    Signature of Asylum Officer or Immigration Judge

Form I-589 (Rev. 07/03/03) Y Page 9

000332

 

SUPPLEMENT B FORM I-589

**ADDITIONAL INFORMATION ABOUT YOUR CLAIM TO ASYLUM.**

| A # (if available) A91182333 | Date |
|---|---|
| Applicant's Name  Ana Beatriz Biocini | Applicant's Signature |

*Use this as a continuation page for any information requested. Please copy and complete as needed.*

PART  **A. III.**

QUESTION  **5**

| Name | Place of Birth | Current Location |
|---|---|---|
| Patricia Kloockhom | Cali Colombia | Cali Columbia |
| Clemencia Jaramillo | Cali Colombia | Unknown |
| Piego Jaramillo | Cali Colombia | Cali Colombia |
| Hernan Jaramillo | Cali Colombia | United States |
| Felipe Jaramillo | Cali Colombia | Cali Colombia |

Form I-589 Supplement B (Rev. 07/03/03)Y

**LIST OF ATTACHMENTS AND EXHIBITS**

**RESUME OF ANA BIOCINI**

**EXHIBIT "A"**  Copy of Social Security Card and Driver License

**EXHIBIT "B"**  Copies of Passport Documentation

**EXHIBIT "C"**  Copy of Application to Extend Time of Temporary Stay

**EXHIBIT "D"**  Copy of Peter Biocini Certificate of Birth

**EXHIBIT "E"**  Copy of Peter Biocini Passport Information

**EXHIBIT "F"**  Copies of Psychiatric Evaluations of Peter Biocini

**EXHIBIT "G"**  Copy of Ana Biocini GED Certificate

**EXHIBIT "H"**  Copies of Achievement Awards for Ana Biocini

**EXHIBIT "I"**  Copy of Judgment and Commitment Order in Criminal Case #CR-95- 0181-01(Ana Beatriz Biocini)

**EXHIBIT "J"**  Copy of Bureau of Prisons Computation Data

**EXHIBIT "K"**  Copy of Stipulation and order re Modification of Release Conditions

**EXHIBIT "L"**  Copy of Order Extending Self Surrender Date

**EXHIBIT "M"**  Copies of Correspondence between Assistant United States Attorney and Defense Counsel re potential danger to Ana Biocini due to her governmental assistance

**EXHIBIT "N"**  Copies of Transcripts evidencing; Ana Biocini's substantial assistance; potential danger to her and her family; Court's determination that she is not a threat or danger to society; Court's statement that "...in light of her cooperation...no one is going to press the issue of her deportation"

**EXHIBIT "O"**  Copy of Judgment and Commitment Order in Criminal Case #95-769-CR-GRAHAM(01)(Salomon Hernandez Valsco-Alhey)

**EXHIBIT "P"**  News Article re murder of Salomon Hernandez Valsco-Alhey in Cali Colombia



**RESUME OF ANA BIOCINI**

000335

 

**Ana B Biocini**
abetyna2003@yahoo.com

| | |
|---|---|
| **OBJECTIVE** | To obtain a challenging Accounting position in a team oriented environment with an opportunity for career growth and advancement |

## WORK EXPERIENCE

**9/03 to 12/03**  **Pacific Graduate School of Psychology, Palo Alto**
**Accounts payable Junior Accountant**

- Full Cycle A/P, Assigned PO's #s for Purchase orders, routes invoices for approval, Match documents for processing Posted Vendors Invoices using ACCPAC software system, code transactions to appropriate G/L accounts. Print out check in a daily basis, Process Monthly check runs for critical Vendors, allocating Insurance expenses in Excel. Generate financial statements, process &posted check request for employee expenses, assist with other projects as assigned
- Processing Amortanization schedule for leases accounts. Input TIAA cref data into TIAA Internet web-site homepage. Doc filing

**3/97 – 10/01**  **Accountemps/ Accounts Payable, Accountant**

- Working for Accountemps as a contract employee gave me an opportunity to work for few companies in the Silicon Valley. I was able to gain a broad accounting experience where I applied my accounting skills with many different accounting software applications. Below are some of the companies I worked for.

**Accountemps/ SAP MARKETS, Palo Alto**
- Full Cycle A/P. Posting vendors invoices using SAP Software through workflow process, check run
- Reconciled Vendors existing accounts. Processing employee expense reports and reconciling America Express travel activities
- Assisting month accruals and month –end closing

**Accountemps/ MICROCHIPS, MT View**
- Full cycle A/P matched coded and voucher vendor invoices for all company expenses, using INFO system database Software
- Verified accuracy of purchase orders and invoice
- Reconciled AP Reports weekly, generated month-end statements
- Perform Bi-weekly check run and assisted month-end accruals and month-end closing.
- Logged daily A/P transactions onto spreadsheet log (Excel)

**Accountemps/ PACIFIC GATEWAY EXCHANGE, Burlingame**
- Perform a full range of invoices and voucher examination functions for European subsidiaries
- Calculate appropriated conversion rates and payments
- Utilized Great Plains Dynamics for recording Accounts Payable activities and preparing related A/P aging and Financial reports
- Prepared complex reconciliation's of vendors accounts

**Accountemps /EDER MARKETING GROUP, MT View**
- Resolved Vendor inquires about outstanding invoices and processed payments as required
- Posted vendor invoices using AST Database software - Reconcile vendor Accounts - Perform weekly check run

**Romac International, Inc / CONSULTING PSYCHOLOGIST PRESS, Palo Alto**
- Reconciled accounts receivable and performed collections of past due accounts
- Processed credit card sales using a modular electronic terminal, and obtained approval directly from the bank
- Posted daily sales transactions in "Lawson Insight " software Reconcile daily receivables activity

**EDUCATION**

- **Real Estate Principles    Foothill College**
  Fundamental Principles, Economics Law, working concepts forms and terminology. Processing loans/ closing cost using Point software.
- **Integrated Circuit Mask Design course--------------------Silicon Artists-----Certificate**    **02/02 - 09/02**
  Experience working in Cadence Virtuoso tool, CMOS mixed signal layout experience such as PLL and Standard cell. Layout verification Process such as DRC, LRC and LVS.
- **Computerized Accounting------------------------------- Canada College ---- Certificate**    **01/97 - 11/99**
- Web Design -------------------------------------Canada College    01/01 - 03/01
- Networking Essentials----------------------------Canada College    01/01 - 03/01
- Stock and Bond Investment---------------------Canada College    09/00   12/00
- Computerized Accounting----------------- Canada College    01/00 - 05/00
- Fashion Industry Marketing------------------Canada College    01/00 – 05/00
- Payroll and Business taxes------------------Canada College    08/00 – 10/99
- Computerized Accounting------------------"ROP" Certificate    01/97 - 11/97

**COMPUTER**
**SKILLS**    IBM PC and Macintosh, MSWord, Excel, 10 - Key by touch, Windows, Unix
**SOFTWARE**
**SKILLS**
Solomon IV, Quick Books, Great Plains, People Soft, MYOB, AST Database, Peachtree, Lawson Insight, SAP, Accpac, Cadence, Point R Estate Software to process closing cost. Win12

**EXHIBIT A**





**EXHIBIT B**

000339



Nombre / Name: ANA BEATRIZ _____
Fecha de nacimiento / Date of birth: JUNIO __ 1954
Esposo / Wife: __
Lugar / Place: CALI
Talla / Height: 1.60    Ojos / Colour of eyes: A____ES
Hijos / Children:
Nariz / Nose: R____A    Boca / Mouth: MEDIANA
Cabellos / Colour of hair: ____ST    Frente / Forehead: VERTICAL
Color / Complexion: ____R.I.E.    Estado Civil / Civil Status: SOLTERA
Cédula / Identity Card: 9.271.2__, CALI
Profesión / Trade: ESTUDIANTE



**EXHIBIT I**





REPUBLICA DE COLOMBIA

MINISTERIO DE RELACIONES EXTERIORES
MINISTRY OF FOREIGN AFFAIRS

PASAPORTE
PASSPORT

36 páginas

T 00953

El Gobierno de Colombia solicita a las autoridades extranjeras dar al titular del presente pasaporte, los facilidades para su normal movilización y prestarle, en caso de necesidad, la ayuda y cooperación que puedan serle útiles.

The Government of Colombia requests all whom it may concern to allow the bearer of this passport to move freely and in case of need to afford such help, and assistance as may be necessary.

Expedido en    CALI

El    22 DE ABRIL    92

Validez
Valid until    21 ABRIL 9    ...

IMPORTANTE
IMPORTANT

Este pasaporte no es válido sin la firma del titular
This passport is not valid unless signed by the bearer

Nombre    ANA BEATRIZ JARAMILLO
Name

Dirección
Address

CUANDO SETENTA Y NUEVE - 159
NUEVO PASAPORTE

Cuando este pasaporte caduque definitivamente o cuando sus hojas hayan sido utilizadas en su totalidad, el titular del mismo puede solicitar uno nuevo, para lo cual debe presentar el documento a la entidad expedidora competente. En caso de perdido es indispensable presentar una copia de la denuncia que haya sido presentada ante la autoridad correspondiente.

Léanse otras informaciones en la contraportada de este pasaporte.

NEW PASSPORT

On the expiry of this passport or when there is no further space for visas the bearer can request a replacement by applying to the competent issuing authority with the old passport. In the event of loss a copy of the certificate registering such loss with the relevant authorities must be presented

Have read the additional notes at the back of this passport.

000344



REVALIDACIONES
RENEWALS

FIRMA Y SELLO
SIGNATURE AND S

VALIDO HASTA
VALID UNTIL

FECHA DE LA REVALIDACION
DATE OF RENEWAL

VALIDO HASTA
VALID UNTIL

FECHA DE LA REVALIDACION
DATE OF RENEWAL

FIRMA Y SELLO
SIGNATURE AND S

CHILE

REVALIDACIONES
RENEWALS

VALIDO HASTA
VALID UNTIL
12 Abril 1982

FECHA DE LA REVALIDACION
DATE OF RENEWAL
27 MAYO 1980

VALIDO HASTA
VALID UNTIL
12 abril 1984

FECHA DE LA REVALIDACION
DATE OF RENEWAL
06 JUN. 1982

VALIDO HASTA
VALID UNTIL

FECHA DE LA REVALIDACION
DATE OF RENEWAL

FIRMA Y SELLO
SIGNATURE AND S

000345



VISAS

Leave to enter the United Kingdom, on condition that the holder does not enter or change employment paid or unpaid without the consent of the Secretary of State for Employment, and does not engage in any business or profession without the consent of the Home Department, is hereby given for/until

The holder is also required to register at once with the police.

This will apply, unless superseded, to any subsequent leave the holder may obtain after an absence from the United Kingdom within the period limited above.

Given leave to enter —

Todo alteración en este pasaporte implica su invalidez.

The holder is also required to register at once with the police.

REPUBLICA DE COLOMBIA
INMIGRACION
"CAS" CALI

"ENTRADA"
No. 4 OF. INMIGRACION

REPUBLICA DE COLOMBIA
"ELDORADO"

METROPOLITAN POLICE

Sea alteración en este pasaporte implica su invalidez.
Any alteration in this passport will render it invalid.



VISAS

VISAS

FRONTERAS
- 3 SET. 1977 -
ENTRADA
MALAGA

DIRECCION GENERAL
FRONTERAS
* DE *
SALIDA
MADRID (BARAJAS)

GIVEN LEAVE TO ENTER THE
UNITED KINGDOM FOR SIX MONTHS

IMMIGRATION OFFICER
(70) *
29 OCT 1978
DOVER (W)

CANCELLED
2 3 JAN 1978

Leave to remain in the United Kingdom, on
condition that the holder does not engage in
or change employment, paid or unpaid with-
out the consent of the Secretary of State for
Employment, and does not engage in any
business or profession without the consent
of the Secretary of State for the Home
Department is hereby given

until ....4TH..NOVEMBER. 1978........

............................................
on behalf of the Secretary of State
Home Office

Date ......................

HOME OFFICE
- 5 JUL '78
(GCD)
IMMIGRATION DEPT.

-4 OCT 1978

Toda alteración en este pasaporte implica su...

Toda alteración en este pasaporte implica su invalidez.
Any alteration to this passport will render it invalid.

000347

**EXHIBIT C**

PURSANT Please read attached instructions before filling out application

READ INSTRUCTIONS CAREFULLY
FEE WILL NOT BE REFUNDED

UNITED STATES DEPARTMENT OF JUSTICE

## APPLICATION TO EXTEND
## TIME OF TEMPORARY STAY

I HEREBY APPLY TO EXTEND MY
TEMPORARY STAY IN THE UNITED STATES

01-15-02

JARAMILLO   ANA   BEATRIZ

600 Grace Tree Drive Apt # 305

Key Biscayne    Florida    33145

June 30 1954         Cali, Colombia Colombia

B-2              7-15-81

Feb 11, 1981     Miami    Avianca # 064

To visit other cities in the
west of the U.S.

To see some of my family and
tourism.

FOR GOVERNMENT USE ONLY

EXTENSION GRANTED TO (DATE)

EXTENSION DENIED x D (REASON)

T009523    04-12-82    Cali

Avenida 5 A #22N-40                N/A              N/A

NAME OF CHILD AND DATA    DATE OF BIRTH    COUNTRY OF BIRTH    PASSPORT ISSUED BY (COUNTRY) AND EXPIRES ON (DATE)

N/A

I have not

I certify that the above is true and correct

7-14-81

SIGNATURE OF PERSON PREPARING FORM IF OTHER THAN APPLICANT

ATTACH YOUR FORM GR-I-444    DO NOT SEND YOUR PASSPORT

JARAMILLO  RACINES   AL  BEATRIZ   I-6541
COLOMBIA      T-009523  737  13  24
HOTEL  EVERGLADES  ATLANTA / NY
AVIANCA  # 064      CALI - COLOMBIA
AVENIDA  5   # 22N-40
JUNIO  30/1954
CALI - COLOMBIA

2 I - 94 ?

16

000349

**EXHIBIT D**

CERTIFICATION OF VITAL RECORD

# COUNTY OF MARIN
### CERTIFICATE OF LIVE BIRTH
### STATE OF CALIFORNIA

1 88-21-060771

| | 1A NAME OF CHILD-First | 1B MIDDLE | 1C LAST |
|---|---|---|---|
| THIS CHILD | PETER | ALEXANDER | BIOCINI |

| 2 SEX | 3A THIS BIRTH Single Twin Etc. | 3B IF TWIN This Child Was | 4A DATE OF BIRTH-Month Day Year | 4B HOUR |
|---|---|---|---|---|
| MALE | SINGLE | — | JUNE 14, 1988 | 0610 |

| PLACE OF BIRTH | 5A PLACE OF BIRTH-Name of Hospital or Facility | 5D STREET ADDRESS-Street Number or Location |
|---|---|---|
| | MARIN GENERAL HOSPITAL | 250 BON AIR RD. |

| | 5C CITY OR TOWN | 5D COUNTY |
|---|---|---|
| | GREENBRAE | MARIN |

| FATHER OF CHILD | 6A NAME OF FATHER-First | 6B MIDDLE | 6C LAST | 7 STATE OF BIRTH | 8 AGE OF FATHER |
|---|---|---|---|---|---|
| | GEORGE | PETER | BIOCINI | CA | 36 |

| MOTHER OF CHILD | 9A NAME OF MOTHER-First | 9B MIDDLE | 9C LAST (Birth Name) | 10 STATE OF BIRTH | 11 AGE OF MOTHER |
|---|---|---|---|---|---|
| | ANA | BEATRIS | JARAMILLO | COLOMBIA | 33 |

| PARENTS CERTIFICATION | I CERTIFY THAT I HAVE REVIEWED THE STATED INFORMATION AND THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE | 12A PARENT OR OTHER INFORMANT-SIGNATURE *Ana B Biocini* | 12B RELATIONSHIP TO CHILD MOTHER | 12C DATE SIGNED 6/15/88 |
|---|---|---|---|---|
| ATTEND-ANT'S CERTIFICATION | I CERTIFY THAT I ATTENDED THIS BIRTH AND THAT THE CHILD WAS BORN ALIVE AT THE HOUR, DATE AND PLACE STATED | 13A PHYSICIAN OR OTHER ATTENDANT-SIGNATURE AND DEGREE OR TITLE *MD* | 13B LICENSE NUMBER G021975 | 13C DATE SIGNED 6/15/88 |
| | 14. | 14D TYPED NAME AND ADDRESS MILTON N ESTES, MD, 333 MILLER AVE, MILL VALLEY | | |

| LOCAL REGISTRAR | 15 DEATH-ENTER DATE OF DEATH | 16 LOCAL REGISTRAR-SIGNATURE | 17 DATE ACCEPTED FOR REGISTRATION JUN 21 1988 |
|---|---|---|---|

CONFIDENTIAL INFORMATION FOR PUBLIC HEALTH USE ONLY



CERTIFIED COPY OF VITAL RECORDS
STATE OF CALIFORNIA COUNTY OF MARIN

JUL 10 89

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

**EXHIBIT E**

The Secretary of State
of the United States of America
hereby requests all whom it may concern to permit the citizen/
national of the United States named herein to pass
without delay or hindrance and in case of need to
give all lawful aid and protection.

Le Secrétaire d'État
des États-Unis d'Amérique
prie par les présentes toutes autorités compétentes de laisser passer
le citoyen ou ressortissant des États-Unis titulaire du présent passeport
sans délai ni difficulté et, en cas de besoin, de lui accorder
toute aide et protection légitimes.

_Peter Biocini (Father)_

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE

**NOT VALID UNTIL SIGNED**

UNITED STATES OF AMERICA

| PASSPORT PASSEPORT | Type/Card | Code of issuing/Code du pays | PASSPORT No / Nº DU PASSEPORT |
|---|---|---|---|
| | P | USA | 052501553 |

Surname / Nom

**BIOCINI**

Given names / Prénoms

**PETER ALEXANDER**

Nationality / Nationalité

UNITED STATES OF AMERICA

Date of birth / Date de naissance

**14 JUN/JUN 88**

Sex / Sexe    Place of birth / Lieu de naissance

**M          CALIFORNIA,**

Date of issue / Date de délivrance

**05 DEC/DEC**

Authority / Autorité

PASSPORT AGENCY

SAN FRANCISCO



P<USABIOCINI<<PETER<ALEXANDER<<<<<<<<<<
052501553 4USA8806146M0511944

000353

**EXHIBIT F**

1400 Veterans Blvd.
Redwood City, CA  94063

# Kaiser Department of Psychiatry

May 27, 2003

To Whom It May Concern:

Since March 14 of 2002, Peter Biocini has been receiving clinical treatment at Kaiser to target symptoms of depression and anxiety.  At this time, Peter meets criteria for Major Depression.  Peter's treatment at Kaiser consists of the Depression Class Family Treatment Group in addition to individual and family psychotherapy with Dr. Chase Spangler, Psy.D.  Cognitive Behavioral Therapy is utilized to explore and to assess Peters' underlying triggers related to his diagnosis.  As a result of Peter learning about Mother's possible time away, he began to present with an increase in depressive symptoms including decreased motivation with school attendance, increase in irritability, themes of being a failure, and passive suicidal ideation.  Currently, Peter is attempting to adjust to his familial stressors and to manage his depressive and anxiety based symptoms through individual, group, and family treatment frames.  Medication management is continuing to be considered as collateral treatment.

In review of treatment notes, Peter displays generalized anxiety and depressive symptoms including: 1) increased worrying with much negative self-talk, specific to attending school and thoughts of being "unsuccessful" and or "not good enough", 2) feelings of hopelessness increased at times related to family conflicts and probable transitions, and 3) decreased motivation with a marked decrease in energy level.

In order to assist Peter with the above challenges his home and school environments need to reflect consistent atmospheres where his depressive/anxiety symptoms are recognized, but not responded to with over concern.  Peter had much difficulty transitioning to a new school, but with supportive, consistent family was able to moderately adjust to his new setting of peers and teachers.  At times, Peter may need supportive, positive encouragement and re-assurance regarding his academic efforts related to how he is managing his depression and anxiety.

It is highly recommended that the above treatment structure be maintained with Peter's and Mother's participation in family psychotherapy and Parent-Child group psychotherapy.

If you have any questions and or comments, please contact me by phone at (650) 299-4773.  Please leave a detailed message and your contact number.

Sincerely,

*Dr. Chase Spangler*

Chase Spangler, Psy.D.

000355



1400 Veterans Blvd
Redwood City, CA 94063

# Kaiser Department of Psychiatry

September 9, 2003

To Whom It May Concern:

Since March 14 of 2002, Peter Biocini has been receiving clinical treatment at Kaiser to target symptoms of depression and anxiety. Peter meets criteria for Adjustment Disorder with Mixed Features of Anxiety and Depression. Peter's treatment at Kaiser consists of the Depression Class & Family Treatment Group with fall start date of September 18, 2003 in addition to individual and family psychotherapy with Dr. Chase Spangler, Psy.D.

Cognitive Behavioral Therapy is utilized to explore and to assess Peters' underlying triggers related to pending transitions within his family structure and past trauma. Peter continues to present with depressive and anxious symptoms including decreased motivation with school attendance, increase in irritability, themes of being a failure, and passive suicidal ideation. Although, Peter is attempting to adjust to his familial stressors and to manage his depression and anxiety based symptoms through individual, group, and family treatment frames. Medication management provides support in collateral treatment.

In review of treatment notes, Peter displays generalized anxiety and depressive symptoms including: 1) excessive worrying with much negative self-talk, specific to attending school and thoughts of being "successful" and of "not good enough", 2) feelings of hopelessness regarding family conflicts and probable transitions, and 3) decreased motivation with a marked decrease in energy level, and 4) marked increased in irritability anger re: possibility of having to stay with relatives.

As stated prior, in order to assist Peter with the above challenges his home and school environments need to reflect consistent atmospheres where his depression/anxiety symptoms are recognized, but not responded to with over concern. Peter had much difficulty transitioning to a new school, but with supportive, consistent family was able to moderately adjust to his new setting of peers and teachers. At times, Peter may need supportive, positive encouragement and re-assurance regarding his academic efforts related to how he is managing his depression and anxiety.

It is highly recommended that the above treatment structure be maintained with Peter's and Mother's participation in family psychotherapy and Parent-Child group psychotherapy.

If you have any questions and/or comments, please contact me by phone at (650) 299-4773. Please leave a detailed message and your contact number.

Sincerely,

Chase Spangler, Psy.D.

000356



Chase Spangler, Psy.D.
1400 Veterans Blvd.
Redwood City, CA 94063

# Kaiser Department of Psychiatry

November 14, 2003

To Whom It May Concern,

I am writing to inform you that Peter Biocini is receiving psychological treatment with Dr. Chase Spangler.

Clinical treatment has targeted anxiety and depression through individual and group treatment modalities. For the past 3 months, Peter has had much difficulty managing his symptoms of depression and anxiety with integrating the possibility of his mother having to be away from him. As a result of this acute stress, Peter has begun to experience (-) triggers, i.e., (intrusive ideation with at times difficulty in sleep and day to day functioning at school) related to a time period in May of 1995 in which his families home was (by report) investigated by the police. Peter experiences symptoms of Acute Stress Disorder, Depression, and Generalized Anxiety Disorder.

At this time, it is highly recommended that Peter and his mother be able to continue in psychotheray. If you have any questions, comments, or concerns please do not hesitate to call Dr. Spangler at (650)299-4773.

Sincerely,

Dr. Chase Spangler

Chase Spangler, Psy.D.
1400 Veterans Blvd.
Redwood City, CA 94063

# Kaiser Department of Psychiatry

August 31, 2004

To Whom It May Concern,

I am writing this letter to verify that Peter Biocini is in psychological treatment with Dr. Chase Spangler at Kaiser Permanente, Department of Psychiatry in Redwood City, California. I have seen Peter since April of 2002 and through additional sessions as needed during times of increased anxiety and depression in combination of individual, family, and group therapy.

It is my impression that Peter has both anxiety and depression primarily related to his family dynamics and pending stressors. His symptoms of anxiety include excessive worry at times of increased stress, difficulty sleeping, feeling fearful and hopeless with much nervous energy. His symptoms of depression consist of the lack of energy or motivation to do things, isolation from family and friends at times of increased stress within the family structure, and issues of negative self-esteem/hopelessness. Clinical treatment has targeted psychosocial stressors, academic challenges and management of anxiety and depressive symptoms. As needed with pending stressors, I plan to continue to work with Peter and his family.

If you have any questions, comments, or concerns please do not hesitate to call Dr. Spangler at (650)299-4773.

Sincerely,

Dr. Chase Spangler

000358