**EXHIBIT G**

000359

# State of California

# High School Equivalency Certificate

This is to certify that

## ANA B. BIOCINI

has met the standards established by the California State Board of Education for successful completion of the tests of General Educational Development and is therefore entitled to this High School Equivalency Certificate.



_State Superintendent of Public Instruction_

_President of the California State Board of Education_

15-Dec-2004

This Certificate is printed on secure paper that has a large California State Seal watermark and a gold foil seal in the lower left corner.

000360

**EXHIBIT H**



## SAN MATEO COUNTY OFFICE OF EDUCATION
### REGIONAL OCCUPATIONAL PROGRAM

# CERTIFICATE OF COMPLETION

## *Ana Biocini*

Has successfully completed the course of instruction as approved by the State of California in

## *Computerized Accounting*

and has demonstrated competence in this field.  This Certificate of Completion is hereby awarded as a testimony to the student's skills and abilities.

County Superintendent of Schools

Floyd Gonella, Ed.D.

ROP Administrator

Diane Centoni

Date

JUNE 10, 1997

ROP Instructor

# Certificate of Achievement

awarded to:

## Ana Biocini

for completion of the 500 Hour Residential Drug Abuse Program
at FCI-Dublin on December 10, 2004

Heather Martin, B.A., DTS

Sue Feder, Psy.D., DAPC

# Certificate of Completion

Presented to

## Ana Biocini

For Successfully completing
the ACE Course:

## Pre-Employment Competencies

_____
Ms L. Gran, ACE Coordinator

_____
Mr. D. Willcox, SCE

_____
Date

# Certificate of Completion

Presented to

## Ana Biocini

For Successfully completing the ACE Course:

## Job and Life Skills

_____
Date

_____
Mr. D. Wilcox. SOL

_____
Ms. L. Bean. ACE Coordinator

000365



# Certificate of Completion

Awarded to

## Ana Biocini

Congratulations on Completing
The Stress Management Group

January 10th, 2005

Ms. Hookstra

000366



# Meditation Certificate

**AWARDED TO:**

Ana Biocini

For ongoing participation in weekly meditation class

Chaplain Hoch

Hazen Al Sal

Mary Maxine    8/25/04
DATE

000367

# AR <u>368-70</u> have been deleted.

# Please see AR 240-42

**EXHIBIT J**

```
    DUBK3   540*23  *              SENTENCE MONITORING                *    01-24-2005
    PAGE 001            *            COMPUTATION DATA                  *    12:32:35
                                    AS OF 01-24-2005

 REGNO..: 93061-011 NAME: BIOCINI, ANA BEATRIZ


 FBI NO...........: 773905RA6          DATE OF BIRTH: 06-30-1954
 ARS1.............: DUB/A-DES
 UNIT.............: D                  QUARTERS.....: D04-091L
 DETAINERS........: YES                NOTIFICATIONS: NO

 PRE-RELEASE PREPARATION DATE: 01-19-2005

 THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
 THE INMATE IS PROJECTED FOR RELEASE:  03-02-2005 VIA 3621E CMPL

 --------------------CURRENT JUDGMENT/WARRANT NO: 010 --------------------

 COURT OF JURISDICTION...........: CALIFORNIA, NORTHERN DISTRICT
 DOCKET NUMBER...................: CR-95-0187-01 CRB
 JUDGE...........................: BREYER
 DATE SENTENCED/PROBATION IMPOSED: 04-28-2003
 DATE COMMITTED..................: 01-16-2004
 HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
 PROBATION IMPOSED...............: NO

                FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
 NON-COMMITTED.: $100.00        $00.00         $00.00       $00.00

 RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO     AMOUNT:  $00.00

 --------------------CURRENT OBLIGATION NO: 010 --------------------
 OFFENSE CODE...:  391
 OFF/CHG: T 21 USC 846: CONSP TO DIST COCAINE

  SENTENCE PROCEDURE.............: 3559 VCCLEA NON VIOLENT SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    30 MONTHS
  TERM OF SUPERVISION............:     5 YEARS
  DATE OF OFFENSE................: 05-08-1995




 G0002      MORE PAGES TO FOLLOW . . .
```

000372

**EXHIBIT K**

1 | ROBERT WAGGENER - SBN: 118450
  | Law Office of Robert Waggener
2 | 214 Duboce Avenue
  | San Francisco, California 94103
3 | (415) 431-4500

4 | Attorney for Defendant
  | ANA BIOCINI



FILED

JUL 1 5 2002

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | No. CR 95 00187 CRB |
| Plaintiff, | **STIPULATION AND ORDER RE MODIFICATION OF RELEASE CONDITIONS** |
| v. | |
| ANA BIOCINI, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** between the parties that the following modifications can be made to the conditions of release and appearance for defendant Ana Biocini in the above-entitled case: (1) George Biocini is no longer to be the custodian for Ana Biocini; (2) Hernan Jaramillo, who is already a surety for Ms. Biocini's release, is to be substituted in as the new custodian for Ana Biocini;

\\\\

STIPULATION AND ORDER RE MODIFICATION OF RELEASE CONDITIONS

000374

JUL-02-2002  18:33                                                          P.02

(3)  Ms. Biocini will be residing with her brother Hernan Jaramillo at 397 Imperial Way,

Apartment 145, Daly City, CA 94015, home telephone number is (650) 588-2315; and  (4) all

other conditions remain the same.

Dated:    July 1, 2002

_____
ROBERT WAGGENER
Attorney for Defendant
ANA BIOCINI

Dated:    July ____, 2002

_____
STEVEN GRUEL
Assistant United States Attorney

Dated:    July  2, 2002

_____
JAIME CARRANZA
United States PreTrial Services Officer

        IT IS SO ORDERED.

Dated:    July 15, 2002

_____
United States District Court Judge/Magistrate

C:\User\FDS\Stip & Order Re Modification of Release Conditions ab .wpd

STIPULATION AND ORDER RE MODIFICATION OF RELEASE CONDITIONS                    2

TOTAL P.02

000375

1   (3) Ms. Biocini will be residing with her brother Hernan Jaramillo at 397 Imperial Way,

2   Apartment 145, Daly City, CA 94015, home telephone number is (650) 588-2315; and (4) all

3   other conditions remain the same.

4

5   Dated:    July 8, 2002

6                             ROBERT WAGGENER

7                             Attorney for Defendant
                              ANA BIOCINI

8

9   Dated:    July 11th, 2002

10                             STEVEN GRUEL
                            Assistant United States Attorney

11

12   Dated:    July ___, 2002

13                             JAIME CARRANZA
                            United States PreTrial Services Officer

14

15      **IT IS SO ORDERED.**

16

17   Dated:   _____

18                           United States District Court Judge/Magistrate

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER RE MODIFICATION OF RELEASE CONDITIONS

000376

**EXHIBIT L**

000377

11/20/2003   14:57   LA... NO. CA CRIMINALIS 436 7663   DUBLIN FCI   P.01/01
214 DUBOCE SF → 5223605
NO. 233   D006

73001-C11

1  ROBERT WAGGENER - SBN: 118450
   Law Office of Robert Waggener
2  214 Duboce Avenue
   San Francisco, California 94103
3  (415) 431-4500

4  Attorney for Defendant ANA BIOCINI

**FILED**

NOV 2 0 2003

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10

11  UNITED STATES OF AMERICA              No. CR 95 00187 CRB

12              Plaintiff,              [PROPOSED] ORDER EXTENDING
                                        SELF-SURRENDER DATE
13          v.

14  ANA BIOCINI,

15              Defendant.

16  _____

17      **GOOD CAUSE APPEARING THEREFOR,**

18      **IT IS HEREBY ORDERED** that the current date of self-surrender, November 25, 2003,

19  for the defendant Ana Biocini be extended to _January 16, 2004_

20

21  Dated: _Nov. 20, 2003_

22                                      CHARLES R. BREYER
                                        United States District Judge
23

24

25

26

27

28

C:\Data\FD\Order for Extension of Surrender Date3 ab.wpd

** TOTAL PAGE.01 **

000378



**EXHIBIT M**



LAW OFFICE OF
# ROBERT
# WAGGENER

214 Dubore Avenue, San Francisco, CA 94103-1099    (415) 431-4500    FAX (415) 255-8631    rwlaw@mindswpring.com

June 10, 2004

Barbara Silano
Assistant United States Attorney
Office of the United States Attorney
450 Golden Gate Avenue - 11th Floor
San Francisco, CA 94102

      **Re:**    **U.S. v. Biocini**
              **Case No. CR95 0187 CRB**

Dear Barbara:

      Quite a while ago, I sent you a letter regarding Ana Biocini's immigration status. I enclosed a copy of a letter from Ms. Biocini's immigration lawyer in terms of the overall predicament and immigrations possibilities and options. Part of the previous letter was a request for to reconsider the issue of granting Ms. Biocini an "S" Visa and I am hoping that you are persuaded to grant the visa. Should you not be willing to grant the "S" Visa, then can you please give me a letter that can be presented to the immigration authorities in terms of Ms. Biocini's cooperation, particularly against people that are in Colombia who were involved in high level drug trafficking. This letter could then be presented to an immigration judge to give an indication of the potential danger Ms. Biocini faces if she is sent back to Colombia. The deportation of Ana Biocini would not only be a terrible trauma for her son, but I think that she would realistically be in a significant amount of danger because of the cooperation that she has provided against major suppliers.

      Thank you for your attention to this matter and please get back to me as soon as you can.

                    Sincerely,

                    Robert Waggener

RW\kl
cc:    Ana Biocini

C:\Data\RW\Biocini\Silano Ltr.wpd

000380





**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

*11th Floor, Federal Building*                    *(415) 436-7200*
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California  94102*               *FAX (415) 436-7234*

June 17, 2004

Mr. Robert Waggener
214 Duboce Street
San Francisco, Ca. 94103

Re: <u>United States v. Ana Biocini</u> CR 85-0187

Dear Mr. Waggener,

    Thank you for your letter regarding Ana Biocini.  I am not prepared to apply for an "S" Visa for Ms. Biocini.  I attach for your use a copy of the sentencing memorandum which outlined the cooperation offered by Ms. Biocini and the benefits she received.  The original was filed under seal for Ms. Biocini's protection, but if you determine that it would be of greater help to her to disclose its contents to the immigration judge, I have no objection.

    If you have any questions or concerns, please contact me directly at (415)436-7223.

        Sincerely,

        KEVIN V. RYAN
        United States Attorney

        BARBARA BRENNAN SILANO
        Assistant U.S. Attorney

**EXHIBIT N**

1   HER.   I THINK I HAVE TO SET THE SENTENCE, AND THEN EITHER SHE

2   QUALIFIES OR DOESN'T BASED UPON THAT CRITERIA.

3          I THINK MS. LOPEZ IS RIGHT, I THINK, ACTUALLY, I

4   COULD SENTENCE HER TO MORE THAN 30 MONTHS, AND THE BUREAU OF

5   PRISONS COULD THEN TRANSFER HER WHEN SHE COMES WITHIN 24 MONTHS

6   OF HER PROJECTED RELEASE DATE.

7          ONE OF THE ELIGIBLE -- IS THAT IF THE BUREAU OF

8   PRISONS TRANSFERS HER WITHIN 24 MONTHS OF THE PROJECTED RELEASE

9   DATE AS LONG AS SHE'S SENTENCED TO 60 MONTHS OR LESS, THAT'S

10  HOW THAT WORKS.

11         SO BUT I DON'T THINK THAT'S THE CRITERIA.  I THINK

12  THE CRITERIA, I THINK, HAS TO BE WHERE -- IN LIGHT OF THE

13  5(K)(1) DEPARTURE, WHERE DOES ONE SET THE VALUE OF HER

14  SUBSTANTIAL ASSISTANCE?  IN THAT REGARD, I THINK I CAN VIEW

15  WHAT HAS HAPPENED TO WHETHER SHE WAS OF SUBSTANTIAL ASSISTANCE,

16  WHICH THE GOVERNMENT HAS CANDIDLY AND FORTHRIGHTLY ARGUED THAT

17  SHE WAS.

18         I THINK I CAN LOOK AT THE SENTENCES GIVEN TO OTHER

19  CO-DEFENDANTS, ESPECIALLY THE SENTENCE THAT IS GIVEN TO THE

20  INDIVIDUAL WHO THIS DEFENDANT PROVIDED SUBSTANTIAL ASSISTANCE

21  IN THE PROSECUTION, NORBERTO DUARTE, 26 MONTHS IN CUSTODY FOR

22  HIS INVOLVEMENT.  OF COURSE, INVOLVEMENTS ARE DIFFERENT, AND I

23  UNDERSTAND THAT, BUT IN TRYING TO INTERPRET THE VALUE OF

24  SUBSTANTIAL ASSISTANCE, I THINK I WOULD TAKE THAT INTO

25  CONSIDERATION.

28

1    MR. WAGGENER:  ONE FURTHER FACTOR TO TAKE INTO

2    CONSIDERATION IS THE DANGER TO HER, WHICH I TOUCHED UPON IN MY

3    MEMO.  THE FACT OF THE MATTER IS, HAVING READ COPIES OF THE

4    DEBRIEFINGS, AND THE INFORMATION THAT SHE HAS PROVIDED RELATES

5    TO SOME PEOPLE THAT ARE VERY HIGH UP AND ARE VERY POTENTIALLY

6    DANGEROUS, WHETHER THEY'RE CARTEL MEMBERS, CARTEL CONNECTED,

7    WHATEVER IT MAY BE.  AND THAT, YOU KNOW, THAT FACING THAT RISK,

8    I HAVE IT RIGHT HERE IN FRONT OF ME, JUDGE, 5(K) AND THE

9    CONSIDERATIONS, THAT IS SOMETHING THAT CAN BE TAKEN IN ACCOUNT

10   AND WEIGHED BY THE COURT BECAUSE, YOU KNOW, AS I UNDERSTAND IT,

11   SHE -- IF IT EVER CAME OUT IN TERMS OF WHAT SHE HAS HAD TO SAY

12   AND WHAT SHE HAS EXPOSED, BE IT INTELLIGENCE INFORMATION, OR

13   OTHERWISE, SHE HAS FAMILY MEMBERS IN COLOMBIA, SHE OBVIOUSLY

14   HAS FAMILY MEMBERS THAT ARE HERE, THAT IS A VERY REAL DANGER TO

15   HER.

16        THE COURT:  YEAH.  AND I AGREE WITH THAT.  AND

17   THAT'S 5(K)(1) PAREN (A), PAREN, PAREN (4) PAREN.  AND I DO

18   FIND THAT THERE IS A SIGNIFICANT DANGER TO THE DEFENDANT AND TO

19   HER FAMILY IN CONNECTION WITH COOPERATION THAT HAS BEEN

20   PROVIDED.

21        ANYTHING FURTHER?

22        MR. WAGGENER:  JUST IF I COULD CLARIFY SOMETHING FOR

23   MS. BIOCINI.  OBVIOUSLY, HER AND I SPENT A LOT OF TIME

24   TOGETHER, IN TERMS OF THOSE FACTUAL PORTIONS THAT ARE WITHIN

25   THE REPORT.  I JUST WANT TO MAKE IT CLEAR TO MS. BIOCINI, IN

000384

31

1    THE PROBATION OFFICER:  I'M SORRY; HOW IS THAT?

2    MR. WAGGENER:  IN TERMS OF THE WEIGHT, THE
3    CONNECTIONS THE SEVERITY OF SOME -- THE NATURE OF THE SOME OF
4    THE ALLEGATIONS.

5    THE PROBATION OFFICER:  THERE IS NO ROLE ENHANCEMENT
6    OR WEAPONS MENTIONED.  I CAN'T THINK OF ANYTHING THAT WOULD
7    PROHIBIT HER PARTICIPATING IN PROGRAMS OR HOLD HER BACK IN ANY
8    WAY.

9    MR. WAGGENER:  WELL --

10    THE COURT:  I THINK SHE MIGHT RATHER HAVE IT IN THE
11    FORM I'M SUGGESTING, TO HAVE A HEARING WHERE IF I THINK THAT
12    THE EVIDENCE IS -- WARRANTS SPECIFIC FINDINGS -- I DON'T KNOW,
13    SOMETIMES IT'S HARD TO GO BACK AND RECREATE WHAT HAPPENED
14    EIGHT, TEN, NINE YEARS AGO.

15    MR. WAGGENER:  WELL, SOME OF THE THINGS --

16    THE COURT:  I MEAN, THE FACT OF THE MATTER IS,
17    MR. WAGGENER, SHE'S BEEN OUT OF CUSTODY NOW FOR HOW MANY YEARS?

18    MR. WAGGENER:  EIGHT.

19    THE COURT:  EIGHT YEARS.  SHE HASN'T GOTTEN INTO ANY
20    TROUBLE.  SHE IS NOT GOING TO WALK AROUND LIKE SHE'S A DANGER
21    TO THE COMMUNITY.  SHE HAS STAYED WHAT I WOULD SAY "CLEAN,"
22    OTHER THAN THERE HAVE BEEN SOME MARIJUANA ISSUES, SMALL ISSUES.
23    AND, YOU KNOW, I'LL MAKE MY RECOMMENDATIONS ACCORDINGLY.  AND I
24    JUST THINK THIS IS ABOUT AS GOOD AS IT GETS.

25    I DON'T KNOW THAT -- YOU'RE CERTAINLY NOT ENTITLED

Sahar McVickar, RPR - Official Court Reporter, U.S.D.C.
(415) 626-6060

1    ALL OF YOUR CO-DEFENDANTS HAVE GOTTEN IT BEHIND

2  THEM.  HOW THEY'VE ENDED UP, WHAT THEY ARE, HOW THEY'RE DOING,

3  I DON'T KNOW.  BUT IT'S BEEN A LONG TIME IN COMING, AND I THINK

4  THAT YOU HAVE TO COME TO TERMS WITH IT.

5        THEREFORE, THE SENTENCE IS AS FOLLOWS:  PURSUANT TO

6  THE SENTENCING REFORM ACT OF 1984 -- OH, WELL, I THINK I HAVE

7  TO SAY THIS:  THE REQUEST GRANTED, THE 5(K)(1) DEPARTURE, THE

8  COURT FINDS THAT THE ADJUSTED OFFENSE LEVEL PREVIOUSLY SET AT

9  28 --

10        THE PROBATION OFFICER:  UH-HHH, CORRECT.

11        THE COURT:  -- IS REDUCED TO 19.

12        PURSUANT TO THE SENTENCING REFORM ACT OF 1984, IT IS

13  THE JUDGMENT OF THE COURT THAT THE DEFENDANT, ANA BIOCINI, IS

14  HEREBY SENTENCED TO THE CUSTODY OF THE BUREAU OF PRISONS FOR A

15  TERM OF 30 MONTHS.  IT IS RECOMMENDED THAT THE DEFENDANT

16  PARTICIPATE IN THE INTENSIVE CONFINEMENT CENTER PROGRAM, AND IT

17  WILL BE THE RECOMMENDATION OF THE COURT THAT YOU DO SO.

18        UPON THE RELEASE FROM CUSTODY, THE DEFENDANT SHALL

19  BE PLACED ON SUPERVISED RELEASE FOR A TERM OF FIVE YEARS.

20  WHILE ON SUPERVISED RELEASE, YOU SHALL NOT COMMIT ANOTHER

21  FEDERAL, STATE, OR LOCAL CRIME AND SHALL NOT UNLAWFULLY POSSESS

22  A CONTROLLED SUBSTANCE, AND SHALL ABIDE BY THE STANDARD

23  CONDITIONS THAT HAVE BEEN ADOPTED BY THIS COURT.

24        YOU SHALL COMPLY WITH THE FOLLOWING SPECIAL

25  CONDITIONS:

*Sahar McVickar, RPR - Official Court Reporter, U.S.D.C.*
*(415) 626-6060*



1   MAY MAKE IT -- I'LL TELL YOU WHAT I THINK WOULD BE THE THING

2   THAT WOULD CONVINCE ME WHEN TO DO IT MORE THAN ANYTHING ELSE,

3   IS TO CHECK WITH THE BUREAU OF PRISONS AND FIND OUT ABOUT THE

4   AVAILABILITY OF THE ICC.  THEY HAVE A PROGRAM.  MAYBE MS. LOPEZ

5   CAN --

6          WHY DON'T YOU FIND OUT WHEN SHE WOULD BE AVAILABLE?

7   EXPLAIN, JUST SORT OF ADVISORY, AND SO FORTH, AND SEE WHEN SHE

8   CAN GO INTO A PROGRAM THAT -- WHETHER IT MAY BE SOMEWHAT OF A

9   LONG WAIT OR NOT.  THAT MAY HAVE SOME BEARING.

10         **THE PROBATION OFFICER:**  THE ONE QUESTION THAT THEY

11  MAY ASK IS IS SHE A LEGAL RESIDENT.  I THOUGHT IT WAS

12  UNDERSTOOD FROM THE AGENT THAT THERE WAS SOME ISSUE THAT THIS

13  DEFENDANT MAY QUALIFY AS A DEPORTABLE OFFENSE.

14         IS THAT RIGHT?

15         **AGENT IVERSON:**  I HAVE TO LOOK INTO THAT ANSWER,

16  BECAUSE THEY MAY WANT TO KNOW.

17         **THE DEFENDANT:**  I HAVE MY PERMANENT RESIDENCE IN

18  THIS COUNTRY, SO I NO ILLEGAL.

19         **MR. WAGGENER:**  NO, SHE SAID LEGAL RESIDENT.

20         IMMIGRATION AND DEPORTATION IS CERTAINLY AN ISSUE.

21  AND THERE WERE NO PROMISES AS PART OF THE PLEA AGREEMENT.  AND

22  THAT IS SOMETHING THAT MS. SILANO AND I WILL TALK ABOUT.  AND

23  THAT HAS TO DO WITH THE 5(K) ISSUE.

24         **THE COURT:**  WELL, YOU MIGHT BE ABLE TO SAY THAT IN

25  LIGHT OF HER COOPERATION -- IT DOESN'T SEEM -- NO ONE IS GOING

1    TO PRESS ON THE ISSUE OF HER DEPORTATION, LET THE BUREAU OF

2    PRISONS ASSUME THAT SHE IS GOING TO BE HERE.  LET'S GIVE HER

3    EVERY POSSIBLE BREAK IN THAT REGARD, WHATEVER HAPPENS DOWN THE

4    ROAD, OKAY?

5           SO I'LL SEE YOU BACK HERE -- HOW LONG YOU THINK IT

6    WILL TAKE, MS. LOPEZ?

7           *THE PROBATION OFFICER:*  I COULD JUST MAKE THE PHONE

8    CALL AND PROBABLY HAVE THE INFORMATION AFTER THE --

9           *MR. WAGGENER:*  I'M IN THIS MURDER CASE, JUDGE.

10          *THE COURT:*  CAN I SEE YOU BACK HERE MAY -- I THINK

11   YOU PROBABLY SHOULD TALK TO YOUR CLIENT SOONER THAN -- WELL,

12   LET'S DO IT BEFORE MAY 30TH.

13          *MR. WAGGENER:*  MAY 21ST, YOUR REGULAR CALENDAR, IS

14   ON WEDNESDAYS.

15          *THE COURT:*  YEAH.

16          *MR. WAGGENER:*  MAYBE AT THE END OF THE CALENDAR.  I

17   JUST DON'T WANT ANY 5(K) ISSUES TO --

18          *THE COURT:*  WELL, THERE'S NOTHING MORE TO SAY, IS

19   THERE?

20          *MR. WAGGENER:*  IF THERE IS SOMETHING TO SAY AS A

21   RESULT OF THAT, I'LL LET THE CLERK KNOW.

22          *THE COURT:*  YEAH, MAY 21ST.

23          *THE PROBATION OFFICER:*  ONE SUGGESTION I HAD IS THE

24   NORMAL TIME TO SURRENDER IS 60, AND IN SOME CIRCUMSTANCES IT'S

25   BEEN 90 DAYS; I WOULD JUST RECOMMEND THE COURT SET A DATE 90

1  JUNE OR JULY.

2          **THE DEFENDANT:**  CAN I ADDRESS SOMETHING TO THE

3  COURT?  HE'S GOING TO TAKE GEOMETRY FOR THE SAME SCHOOL IN THE

4  SUMMER.

5          **THE COURT:**  WELL, YOU MAY HAVE TO HAVE SOMEBODY LIVE

6  IN THE HOUSE, LIVE WITH HIM, UNDERSTAND?  YOU'RE GOING TO BE

7  GONE FOR TWO AND A HALF YEARS, SO YOU MAY HAVE TO HAVE SOMEBODY

8  LIVE WITH HIM, ALL RIGHT?

9          **THE PROBATION OFFICER:**  YOUR HONOR, I THINK THE WAY

10  IT WORKS IS THAT I CALL UP THE BUREAU OF PRISONS, AND THEY SAY,

11  FINE, THAT SHE IS ELIGIBLE FOR THE PROGRAM.  AND THEN IT'S KIND

12  OF AN ONGOING "NOW A BED IS AVAILABLE."  SO I THINK THAT THEY

13  NEED KIND OF A DATE.

14          **THE COURT:**  WELL, WE'VE GIVEN THEM THE DATE THAT SHE

15  BE -- THE DATE I WILL TELL THEM IS FROM JUNE 14TH ON.

16          **THE PROBATION OFFICER:**  OKAY.

17          **THE COURT:**  SHE IS AVAILABLE JUNE 14TH ON -- JUST

18  SAY HER SON'S IN SCHOOL, AND THE JUDGE WANTS HER TO TAKE CARE

19  OF HER SON TILL JUNE 14TH.  AND SHE IS ON -- AND SHE'LL

20  VOLUNTARILY SURRENDER.

21          **THE PROBATION OFFICER:**  SO THE DATE SHOULD BE

22  JUNE 14TH.

23          **THE COURT:**  I DON'T WANT HER TO HAVE TO SURRENDER,

24  IF SHE'S NOT GOING TO GO INTO THE PROGRAM.  THEY'LL SAY, "WELL,

25  HAVE HER COME INTO TO JAIL, AND THEN WE'LL GIVE HER THE FIRST

000389

**EXHIBIT O**

AO 245 S (Rev. 4/90)(S.D.Fla. rev.) S       Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Southern District of Florida

UNITED STATES OF AMERICA

v.

SALOMON HERNANDO VALSCO-ALHEY,
a/k/a Miguel J. Asseff
Reg. No. 17683-004
Defendant.

Case Number:  95-769-CR-GRAHAM(01)
Ivonne Rodriguez-Schack, Assistant U. S. Attorney



### JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

FILED by ___ D.C.

FEB 2 1 1996

C___ MADO JURHAE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

The defendant, SALOMON HERNANDO VALSCO-ALHEY, a/k/a Miguel J. Asseff, was representeLouis Casuso, Esq., 200 S. Biscayne Boulevard Suite 3420 Miami, FL 33131d by .

The defendant pleaded guilty to count(s) 1 of the Indictment. Accordingiy, the defendant is adjudged guilty of such count(s), involving the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 8 U.S.C. §§ 1326(a) and (b)(2) | Reentry of Deported Alien | 8/17/95 | 1 |

As pronounced on February 9, 1996, the defendant is sentenced as provided in pages 2 through 3 this Judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $ 50.00, for count(s) 1 of the Indictment, which shall be due immediately.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Signed this the  21st  day of  February  , 1996



DONALD L. GRAHAM
United States District Judge

Defendant's SSAN: 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
Defendant's Date of Birth: 5/31/48
Defendant's address:  Federal Detention Center, Miami, Florida

FEB 2 5 1996

SOUTHERN DISTRICT
MIAMI

AO 245 S (Rev. 4/90)(S.D.Fla. rev.) S ___ - Imprisonment

Judgment--Page 2 of 3

Defendant:  SALOMON HERNANDO VALSCO-ALHEY, a/k/a Miguel J. Asseff
    Case Number:  95-769-CR-GRAHAM(01)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of (52) months as to the on Count Indictment.

The defendant shall receive credit for time served as applicable by statute.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal

v. 4/90)(S.D.Fla. rev.) S'        - Supervised Release

Defendant: SALOMON HERNANDO VALSCO-ALHEY, a/k/a Miguel J. Asseff
Case Number: 95-769-CR-GRAHAM(01)

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of Three (3) years as to Count 1 of the Indictment.

While on supervised release, the defendant shall not commit another federal, state, or local crime; shall not illegally possess a controlled substance; shall comply with the standard conditions that have been adopted by this court (set forth below); and shall comply with the following additional conditions:

1.  If ordered to the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

2.  If this judgment imposes a fine, special assessment, costs, or restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine, assessments, costs, and restitution that remain unpaid at the commencement of the term of supervised release.

3.  The defendant shall not own or possess a firearm or destructive device.

4.  If deported, this term of supervised release shall be non-reporting and the defendant shall not re-enter the United States without the permission of the Attorney General.

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this Judgment:

1)  The defendant shall not leave the judicial district without the permission of the court or probation officer.
2)  The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month.
3)  The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4)  The defendant shall support his or her dependents and meet other family responsibilities.
5)  The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
6)  The defendant shall notify the probation officer within seventy-two hours of any change in residence or employment.
7)  The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances.
8)  The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.
9)  The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.
10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.
11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.
13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

**EXHIBIT P**

000394

Santiago de Cali  Viernes 9 de Julio de

## Lo esperaban para matarlo

# ¡SICARIADO SIN

*La víctima era comerciante en bienes raíces, según se indicó en medios judiciales.*

Quizás lo estaban esperando. Y no era propiamente para saludarlo.

Sus intenciones, aunque nadie pare cía notarlo a simple vista, eran "ne gras": Lo iban a matar.

Y "la zona rosa de Cali" se tiñó de sangre y de muerte

Aparentemente "lo montaron guar día" por un tiempo prolongado, pero supuestamente no despertaron sospe chas entre las personas que poco antes del mediodía transitaban o cumplían sus labores en el sector de la Avenida Sexta de esta ciudad. O por lo menos, nadie reportó ante la Policía que había personas merodeando sospechosa mente por el lugar.

La muerte estaba rondando y nadie lo percibía. Sólo los dos sicarios sabían lo que iba a pasar antes del mediodía.



Era comerciante en bienes raíces.

Y mientras tanto, ajeno a lo que se estaba planeando en su contra, un hombre de aproximadamente 50 años de edad, piel blanca, 1.75 de estatura y contextura mediana, se aprestaba a salir de uno de los edificios de la "zona

acercarbu su fin, el hombre de piel ca salió de un edificio situado calle 15 número 6N-37, a la vue que estaba fuera el Teatro Bolívar vestido con camisa negra de m corta, pantalón jean de color correa negra y zapatos negros.

No alcanzó a dar muchos pasos fuera de la edificación. De repente sicarios se le acercaron y a quemar le dispararon en forma repetida. dieron en la cabeza" y en el rostro, zándola sin vida hacia el pis

Todo fue muy rápido y ca gente comenzó a correr asustada mientras les pistola aprovechando el caos, emprendi luga. Algunos dicen que se fuerc una moto y el caos, no hubo que del miedo y el caos, no hubo que fijara en esos detalles y eso favo las intenciones de los delincuen

Tendido en el piso, con la cara el cielo, quedó tendido el hombre la camisa negra De los orificios la en el rostro y el cráneo ya br

negocios. Pero de todos modos, ya los emisarios de la muerte estaban al tanto de sus movimientos y lo estaban espe rando.

Y eran casi las once y 45 minutos de la mañana, cuando "la peloma" llegó

personas merodeando sospechosamente por el lugar.

La muerte estaba rondando y nadie lo percibía. Sólo los dos sicarios sabían lo que iba a pasar antes del mediodía. Seguramente que ya lo tenían todo debidamente calculado, producto de un seguimiento arduo a la víctima, como es usual en este tipo de acciones delictivas.

Y mientras tanto, ajeno a lo que se estaba planteando en su contra, un hombre de aproximadamente 50 años de edad, piel blanca, 1.75 de estatura y contextura mediana, se aprestaba a salir de uno de los edificios de la 'zona rosa de Cali'.

No se ha precisado si habitaba en algún apartamento del mismo o se hallaba allí en alguna visita o gestión de negocios. Pero de todos modos, ya los emisarios de la muerte estaban al tanto de sus movimientos y lo estaban esperando.

Y eran casi las once y 45 minutos de la mañana, cuando "la pelona" llegó por su cuota al barrio Granada, considerado en un tiempo como uno de los focanos de Cali y que ahora trata de recuperar su imagen perdida.

Desprevenido, sin presentir que se

uci miedo y el caos, no hubo quien fijara en esos detalles y eso favoreció las intenciones de los delincuentes.

Tendido en el piso, con la cara hacia el cielo, quedó tendido el hombre de la camisa negra. De los orificios de bala en el rostro y el cráneo ya brotaba sangre que regaba la Avenida Sexta.

Las autoridades encargadas de las diligencias de inspección judicial al cadáver señalaron que el infortunado hombre respondía al nombre de



Le propinaron varios tiros en la cabeza.



Lo sorprendieron en plena "zona rosa de Cali".

000396

# PIEDAD!



*Su nombre era Salomón Hernando Velasco Haley.*

Salomón Hernando Velasco Haley, tenía 53 años de edad y, según lo señalaron personas allegadas a él, era comerciante en bienes raíces e inmuebles.

No se dieron a conocer en primer momento más detalles sobre la víctima o sobre sus actividades de negocios ni si estaba vinculado con alguna agencia inmobiliaria o trabajaba en forma independiente.

En cuanto a los posibles móviles del crimen, por el momento éstos permanecen en el misterio. La Policía asegura que trata de allegar algún dato sobre los sicarios interrogando a las personas que seguramente les debieron haber visto mientras aguardaban a que su víctima saliera del edificio.

Por ahora no se ha reportado sobre capturas en desarrollo de las pesquisas averiguatorias.

*-El crimen ocurrió en la "zona rosa" de Cali".*



---

... con el fin de ...
... funcionarios de derecho sobr...
en el que a ... del próximo año.

La actividad se llevó a cabo en el Cl... 
... seminario estará a cargo de ... Gobernacional y entre los confer... Mauricio ..., magistrado del Tribun... Rodríguez, Oscar ..., asesor ... entre otros.

El seminario está dirigido a profesional... con el propósito de ... y actualizar del nuevo sistema penal y ... el nuevo sistema penal que entrará a ... ... inscripciones e información sobre el ... del Colegio de Abogados Penalistas del Va... teléfonos 6830700 y 6594...

A partir del próximo año, merced a la ... sistema acusatorio en Colombia y los fu... investigativos, mientras que la instrucci... corresponderá a los jueces.

Por aquel evento es apoyado por la Pla... con docentes de la Facultad de Derecho d... de Abogados Penalistas.

## Asalto en e...
### serv...

Una estación de servicio del sur de la ciu... las últimas horas.

El caso se registró en la calle 36 con carr... sujetos de tez negra, llegaron armados, int... obligaron a entregar el dinero que se hallab...

Los asaltantes lograron huir.

## Asesinaro...

Por causas que las autoridades dijeron d... bala, en el oriente de esta ciudad.

Las autoridades identificaron a la víctim... años de edad, quien fue ... cuando ... hallaba en la carrera 26 con diagonal 71C... del Valle.

Giraldo recibió varios balazos en difere... dijo que carece de versiones en torno a las ci...

La Fiscalía 71 de turno en la URI adelan...

## Prestam...
### "liquidad...

De varios balazos en diferentes partes de... muerte a un prestamista, en el sur occidenta...

El ahora ... la movilización no motoci... que viajaban en la ... del cruce d...

El hecho se produjo a las ocho y ... barrio El Jordán, en la comuna 18 de esta... Amaya Bolaños, un hombre de 34 años d... que se ganaba la vida ... a...

Amaya Bolaños trabajaba por la men... Frembviad de color rojo y placas MSX 43... que ocupaban una motocicleta 125 de c... repetidamente, alcanzándolo en el tórax y... clínica del Valle del Lili, pero no sobreviv...

La Fiscalía 53 de la URI adelanta las dil...
En medios judiciales se cree que se trate...



# EXHIBIT
# B-2



U. S. Department of Justice

Immigration and Naturalization Service

# Notice to Appear

## In removal proceedings under section 240 of the Immigration and Nationality Act

File No: **A091 182 333**
Case No: SFR0501001621
BOP#: 93061-011
EPRD: 03/02/2006

In the Matter of:

Respondent: **Ana Beatriz BIOCINI AKA: JARAMILLO, ANA RACINES; JARAMILLO DE RIVERA, ANA** _____ currently residing at:

**IN I.C.E. CUSTODY**
**SAN FRANCISCO CALIFORNIA 94111**

(Number, street, city state and ZIP code)     (Area code and phone number)

☐ 1. You are an arriving alien.

☐ 2. You are an alien present in the United States who has not been admitted or paroled.

☒ 3. You have been admitted to the United States, but are deportable for the reasons stated below.

The Service alleges that you:

       **See Continuation Page Made a Part Hereof**

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

       **See Continuation Page Made a Part Hereof**

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

☐ Section 235(b)(1) order was vacated pursuant to: ☐ 8 CFR 208.30(f)(2) ☐ 8 CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at: _____

(Complete Address of Immigration Court, Including Room Number, if any)

**on a date to be set** _____ at **a time to be set** to show why you should not be removed from the United States based on the
(Date)       (Time)
charge(s) set forth above.

_____
(Signature and Title of Issuing Officer)

Date: _____      _____
(City and State)

See reverse for important information

Form I-862 (Rev 3/22/99)N

## Notice to Respondent

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 3.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this Notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents which you desire to have considered in connection with your case. If any document is in a foreign language, you must bring the original and a certified English translation of the document. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear and that you are inadmissible or deportable on the charges contained in the Notice to Appear. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge.

You will be advised by the immigration judge before whom you appear, of any relief from removal for which you may appear eligible including the privilege of departing voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the INS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the INS.

### Request for Prompt Hearing

To expedite a determination in my case, I request an immediate hearing. I waive my right to have a 10-day period prior to appearing before an immigration judge.

Before: _____ I LA    (Signature of Respondent) _____

Date: 02|04|05

_____
(Signature and Title of INS Officer)

### Certificate of Service

This Notice to Appear was served on the respondent by me on ___Feb. 04 05___, in the following manner and in
(Date)
compliance with section 239(a)(1)(F) of the Act:

☑ in person          ☐ by certified mail, return receipt requested          ☐ by regular mail
☐ Attached is a credible fear worksheet.
☑ Attached is a list of organizations and attorneys which provide free legal services.
The alien was provided oral notice in the ___Spanish/English___ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

_____ (Signature and Title of INS Officer)

*(Signature in Respondent is permanently discreet)*

Form I-862 (Rev. 3/22/99)N

000400

U.S. Department of Justice
Immigration and Naturalization Service

Continuation ___ or Form    I-862

| Alien's Name | File Number | Date |
|---|---|---|
| Ana Beatriz BIOCINI | Case No: SFR0501001621<br>A091 182 333 | |

**The Service alleges that you:**

1) You are not a citizen or national of the United States;

2) You are a native of COLOMBIA and a citizen of COLOMBIA;

3) You were admitted to the United States at Miami, Florida on or about February 11, 1981 as a NONIMMIGRANT VISITOR;

4) Your status was adjusted to that of lawful permanent resident on May 5, 1989, pursuant Section 245(A) of the Act;

5) You were, on April 28, 2003, convicted in the United States District Court, Northern District of California for the offense of CONSPIRACY TO DISTRIBUTE COCAINE, in violation of Title 21 United States Code, Section 846.

**On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:**

Section 237(a)(2)(A)(iii) of the Immigration and Nationality Act (Act), as amended, in that, at any time after admission, you have been convicted of an aggravated felony as defined in Section 101(a)(43)(B) of the Act, an offense relating to the illicit trafficking in a controlled substance, as described in section 102 of the Controlled Substances Act, including a drug trafficking crime, as defined in section 924(c) of Title 18, United States Code.

Section 237(a)(2)(A)(iii) of the Immigration and Nationality Act (Act), as amended, in that, at any time after admission, you have been convicted of an aggravated felony as defined in section 101(a)(43)(U) of the Act, a law relating to an attempt or conspiracy to commit an offense described in section 101(a)(43) of the Act.

| Signature | Title |
|---|---|
| | |

_____3_____ of _____3_____ Pages

Form I-831 Continuation Page (Rev. 6/12/92)

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Custody Determination**

Ana Beatriz BIOCINI  AKA: JARAMILLO, ANA RACINES; JARAMILLO DE RIVERA, ANA

IN I.C.E. CUSTODY
SAN FRANCISCO, CA 94111

Case No: **SFR0501001621**
File No: **A091 182 333**
Date: **01/28/2005**

Pursuant to the authority contained in section 236 of the Immigration and Nationality Act and part 236 of title 8, *Code of Federal Regulations,* I have determined that pending a final determination by the immigration judge in your case, and in the event you are ordered removed from the United States, until you are taken into custody for removal, you shall be:

      ☒ detained in the custody of this Service.
      ☐ released under bond in the amount of $_____.
      ☐ released on your own recognizance.

☐ You may request a review of this determination by an immigration judge.
☐ You may not request a review of this determination by an immigration judge because the Immigration and Nationality Act prohibits your release from custody.

_____
(Signature of authorized officer)

_____
(Title of authorized officer)

_____
(INS office location)

☐ I do  ☐ do not request a redetermination of this custody decision by an immigration judge.
☒ I acknowledge receipt of this notification.

_____          _____
(Signature of respondent)                                    (Date)

---

**RESULT OF CUSTODY REDETERMINATION**

On _____, custody status/conditions for release were reconsidered by:

☐ Immigration Judge        ☐ District Director        ☐ Board of Immigration Appeals

The results of the redetermination/reconsideration are:
☐ No change - Original determination upheld.          ☐ Release-Order of Recognizance
☐ Detain in custody of this Service.                         ☐ Release-Personal Recognizance
☐ Bond amount reset to _____.              ☐ Other: _____

_____
(Signature of officer)

Form I-286 (Rev. 4-1-97)N

U.S. Department of Justice
Immigration and Naturalization Service

## Notice of Rights and Request for Disposition

FIN #: _____

Case No: SFR0501001621
File No: __A091 182 333__

Name: __Ana Beatriz BIOCINI AKA: JARAMILLO, ANA RACINES; JARAMILLO DE RIVERA, ANA__

---

### NOTICE OF RIGHTS

You have been arrested because immigration officers believe that you are illegally in the United States. You have the right to a hearing before the Immigration Court to determine whether you may remain in the United States. If you request a hearing, you may be detained in custody or you may be eligible to be released on bond, until your hearing date. In the alternative, you may request to return to your country as soon as possible, without a hearing.

You have the right to contact an attorney or other legal representative to represent you at your hearing, or to answer any questions regarding your legal rights in the United States. Upon your request, the officer who gave you this notice will provide you with a list of legal organizations that may represent you for free or for a small fee. You have the right to communicate with the consular or diplomatic officers from your country. You may use a telephone to call a lawyer, other legal representative, or consular officer at any time prior to your departure from the United States.

---

### REQUEST FOR DISPOSITION

_____  ☐ I request a hearing before the Immigration Court to determine whether or not I may remain in the
Initials        United States.

_____  ☑ I believe I face harm if I return to my country. My case will be referred to the Immigration Court
Initials        for a hearing.

_____  I admit that I am in the United States illegally, and I believe I do not face harm if I return to my
Initials        country. I give up my right to a hearing before the Immigration Court. I wish to return to my
          country as soon as arrangements can be made to effect my departure. I understand that I may be
          held in detention until my departure.


_____          _____
        Signature of Subject                                  Date

---

### CERTIFICATION OF SERVICE

✓ Notice read by subject

☐ Notice read to subject by _____. in the _____ language.

_____          _____
Name of Service Officer (Print)              Name of Interpreter (Print)

_____          _____
Signature of Officer                          Date and Time of Service

Form I-826 (Rev. 9/26/98)N

000403

U.S. Department of Justice

Immigration and Naturalization Service

## Warrant for Arrest of Alien

Case No: SFR0501001621

File No. **A091 182 333**

Date: **January 28, 2005**

**To any officer of the Immigration and Naturalization Service delegated authority pursuant to section 287 of the Immigration and Nationality Act:**

From evidence submitted to me, it appears that:

**Ana Beatriz BIOCINI AKA: JARAMILLO, ANA RACINES; JARAMILLO DE RIVERA, ANA**
(Full name of alien)

an alien who entered the United States at or near **Miami, Florida**                on
(Port)

**February 11, 1981**                is within the country in violation of the immigration laws and is
(Date)

therefore liable to being taken into custody as authorized by section 236 of the Immigration and Nationality Act.

By virtue of the authority vested in me by the immigration laws of the United States and the regulations issued pursuant thereto, I command you to take the above-named alien into custody for proceedings in accordance with the applicable provisions of the immigration laws and regulations.

_____
(Signature of authorized INS official)

_____
(Print name of official)

_____
( Title)

---

### Certificate of Service

Served by me at _T.C. Dublin, CA_ on _02|04|05_ at _0750 hrs_.

I certify that following such service, the alien was advised concerning his or her right to counsel and was furnished a copy of this warrant.

_____
(Signature of officer serving warrant)

_____TEA_____
(Title of officer serving warrant)



# EXHIBIT
# C-1

```
   DUBK3   540*23 *              SENTENCE MONITORING         *     01-24-2005
   PAGE 001        *             COMPUTATION DATA            *     12:32:35
                                 AS OF 01-24-2005

REGNO..: 93061-011 NAME: BIOCINI, ANA BEATRIZ


FBI NO...........: 773905RA6            DATE OF BIRTH: 06-30-1954
ARS1.............: DUB/A-DES
UNIT.............: D                    QUARTERS.....: D04-091L
DETAINERS........: YES                  NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 01-19-2005

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  03-02-2005 VIA 3621E CMPL

---------------------CURRENT JUDGMENT/WARRANT NO: 010 ---------------------

COURT OF JURISDICTION...........: CALIFORNIA, NORTHERN DISTRICT
DOCKET NUMBER...................: CR-95-0187-01 CRB
JUDGE...........................: BREYER
DATE SENTENCED/PROBATION IMPOSED: 04-28-2003
DATE COMMITTED..................: 01-16-2004
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO


            FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $100.00     $00.00         $00.00       $00.00

RESTITUTION...: PROPERTY:  NO  SERVICES:  NO    AMOUNT:  $00.00

----------------------CURRENT OBLIGATION NO: 010 ------------------------
OFFENSE CODE....:  391
OFF/CHG: T 21 USC 846: CONSP TO DIST COCAINE.

  SENTENCE PROCEDURE.............: 3559 VCCLEA NON VIOLENT SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:   30 MONTHS
  TERM OF SUPERVISION............:    5 YEARS
  DATE OF OFFENSE................: 05-08-1995




G0002      MORE PAGES TO FOLLOW . . .
```