

OMB#1125-0005

U.S. Department of Justice
Executive Office for Immigration Review
*Board of Immigration Appeals*

**Notice of Entry of Appearance as Attorney or Representative Before the Board of Immigration Appeals**

I hereby enter my appearance as attorney or representative for, and at the request of, the following named person(s):

NAME: _Ana_ _Biccini_
(First)            (Middle Initial)            (Last)

ID # 1709304

ADDRESS: _17695   Ind. Farm Rd._
(Number and Street)                          (Apt. No.)

_Bakersfield, CA      93308._
(City)            (State)            (Zip Code)

DATE (mm/dd/yy): 7/10/06

ALIEN NUMBER(S) (List lead alien number and all family member alien numbers, if applicable.)

A - 091 - 182 - 333

Please check one of the following:

☐ 1.   I am a member in good standing of the bar of the highest court(s) of the following state(s), possession(s), territory(ies), commonwealth(s), or the District of Columbia:

**Full Name of Court**

_____    Bar No. (if applicable)

_____

_____

(Please use space on reverse side to list additional jurisdictions.)

I ☑ am not (or ☐ am - explain fully on reverse side) subject to any order of any court or administrative agency disbarring, suspending, enjoining, restraining, or otherwise restricting me in the practice of law and the courts listed above comprise all of the jurisdictions (other than federal courts) where I am licensed to practice law.

☐ 2.   I am an accredited representative of the following qualified non-profit religious, charitable, social service, or similar organization established in the United States, so recognized by the Executive Office for Immigration Review pursuant to 8 C.F.R. § 1292.2 (provide name of organization):

_____

☒ 3.   I am a law student or law graduate, reputable individual, accredited official, or other person authorized to represent individuals pursuant to 8 C.F.R. § 1292.1 (explain fully on reverse side).

*I have read and understand the statements provided on the reverse side of this form that set forth the regulations and conditions governing appearances and representation before the Board of Immigration Appeals. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

SIGNATURE OF ATTORNEY OR REPRESENTATIVE

X _Tanya P. Beserra_

EOIR ID#

PHONE NUMBER (with area code): 530-754-4833

DATE (mm/dd/yy): 7/10/06

NAME OF ATTORNEY OR REPRESENTATIVE (type or print)

Tanya P. Beserra

ADDRESS                      ☐ Check here if new address

U.C. Davis Immigration Clinic
One Shields Ave., TB-30
Davis, CA 95616

Form EOIR - 27
Rev. June 2005

 

**Certificate of Service**

I _Tanya Beserra_ mailed or delivered a copy of the foregoing on _7/10/06._ to the DHS
      (Name)                                    (Date-mm/dd/yy)

(U.S. Immigration and Customs Enforcement - ICE) at _550 Kearney St., Ste 1070   SF, CA 97941_.
                                                    (Number and Street, City, State, Zip Code)

X _Tanya Beserra._
      Signature of Attorney or Representative
**(Note: Alien may be required to sign Acknowledgement and Consent below.)**

---

*The Privacy Act of 1974 requires that if the person being represented is or claims to be a citizen of the United States or an alien lawfully admitted for permanent residence, he/she must sign the portion below.*

**I HEREBY ACKNOWLEDGE THAT THE ABOVE-NAMED ATTORNEY OR REPRESENTATIVE REPRESENTS ME IN THESE PROCEEDINGS AND I CONSENT TO THE DISCLOSURE TO HIM/HER OF ANY RECORDS PERTAINING TO ME WHICH APPEAR IN ANY EOIR SYSTEM OF RECORDS.**

| NAME OF PERSON CONSENTING | SIGNATURE OF PERSON CONSENTING | DATE (mm/dd/yy) |
|---|---|---|
| ANA B BIOCINI | X Ana B Biocini | 7-14-2006 |

**APPEARANCES** - An appearance shall be filed on a Form EOIR-27 by the attorney or representative appearing in each appeal or motion to reopen or motion to reconsider before the Board of Immigration Appeals (see 8 C.F.R. § 1003.38(g)), even though the attorney or representative may have appeared in the case before the Immigration Judge or the U.S. Citizenship and Immigration Services. When an appearance is made by a person acting in a representative capacity, his/her personal appearance or signature constitutes a representation that, under the provisions of 8 C.F.R. part 1003, he/she is authorized and qualified to represent individuals. Thereafter, substitution or withdrawal may be permitted upon the approval of the Board of a request by the attorney or representative of record in accordance with *Matter of Rosales*, 19 I&N Dec. 655 (1988). Please note that appearances for limited purposes are not permitted. *See Matter of Velasquez*, 19 I&N Dec. 377, 384 (BIA 1986). Further proof of authority to act in a representative capacity may be required.

**REPRESENTATION** - A person entitled to representation may be represented by any of the following:

(1) Attorneys in the United States as defined in 8 C.F.R. § 1001.1(f).

(2) Law students and law graduates not yet admitted to the bar as defined in 8 C.F.R. § 1292.1(a)(2).

(3) Reputable individuals as defined in 8 C.F.R. § 1292.1(a)(3).

(4) Accredited representatives as defined in 8 C.F.R. § 1292.1(a)(4).

(5) Accredited officials as defined in 8 C.F.R. § 1292.1(a)(5).

**ADDITIONAL INFORMATION:**

Tanya Beserra is a law student at U.C. Davis working under the supervision of Holly Cooper, attorney at law.

(Please attach additional sheets of paper if necessary.)

**NOTE: THIS FORM MAY NOT BE USED TO REQUEST RECORDS UNDER THE FREEDOM OF INFORMATION ACT OR THE PRIVACY ACT. THE MANNER OF REQUESTING SUCH RECORDS IS CONTAINED IN 28 C.F.R. §§ 16.1-16.11 AND APPENDICES.**

Under the Paperwork Reduction Act, a person is not required to respond to a collection of information unless it displays a valid OMB control number. We try to create forms and instructions that are accurate, can be easily understood, and which impose the least possible burden on you to provide us with information. The estimated average time to complete this form is six (6) minutes. If you have comments regarding the accuracy of this estimate, or suggestions for making this form simpler, you can write to the Executive Office for Immigration Review, Office of General Counsel, 5107 Leesburg Pike, Suite 2600, Falls Church, Virginia 22041.



U.S. Department of Justice
Executive Office for Immigration Review
*Board of Immigration Appeals*

OMB#1125-0005

**Notice of Entry of Appearance as Attorney or Representative Before the Board of Immigration Appeals**

---

I hereby enter my appearance as attorney or representative for, and at the request of, the following named person(s):

**NAME:** Ana    B    Biocini
     (First)      (Middle Initial)      (Last)

ID # 1709304

**ADDRESS:** 17695   Ind. Farm Rd
     (Number and Street)        (Apt. No.)

Bakersfield,   CA   93308
     (City)      (State)      (Zip Code)

**DATE (mm/dd/yy):** 7/10/06

**ALIEN NUMBER(S)** (List lead alien number and all family member alien numbers, if applicable.)

A - 094 - 182 - 333.

---

Please check one of the following:

[X] **1.** I am a member in good standing of the bar of the highest court(s) of the following state(s), possession(s), territory(ies), commonwealth(s), or the District of Columbia:

**Full Name of Court**

California Supreme Ct.

State Bar No. (if applicable)

(Please use space on reverse side to list additional jurisdictions)

I [✓] am not (or [ ] am - explain fully on reverse side) subject to any order of any court or administrative agency disbarring, suspending, enjoining, restraining, or otherwise restricting me in the practice of law and the courts listed above comprise all of the jurisdictions (other than federal courts) where I am licensed to practice law.

[ ] **2.** I am an accredited representative of the following qualified non-profit religious, charitable, social service, or similar organization established in the United States, so recognized by the Executive Office for Immigration Review pursuant to 8 C.F.R. § 1292.2 (provide name of organization):

[ ] **3.** I am a law student or law graduate, reputable individual, accredited official, or other person authorized to represent individuals pursuant to 8 C.F.R. § 1292.1 (explain fully on reverse side).

---

*I have read and understand the statements provided on the reverse side of this form that set forth the regulations and conditions governing appearances and representation before the Board of Immigration Appeals. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

**SIGNATURE OF ATTORNEY OR REPRESENTATIVE**
X _[signature]_

**EOIR ID#**

**PHONE NUMBER (with area code)**
530 - 754 - 4833

**DATE (mm/dd/yy)**
7/10/06

**NAME OF ATTORNEY OR REPRESENTATIVE (type or print)**
Holly Cooper, Esq.

**ADDRESS**    [ ] Check here if new address
U.C. Davis Immigration Clinic
One Shields Ave., TB-30
Davis, CA 95616.

Form EOIR - 27
Rev. June 2005

 

## Certificate of Service

I _Holly Cooper_ _____ mailed or delivered a copy of the foregoing on _7/10/06_ to the DHS
(Name)                                                                          (Date-mm/dd/yy)

(U.S. Immigration and Customs Enforcement - ICE) at _550 Kearney St. Ste. 1000 SF CA 94941_
(Number and Street, City, State, Zip Code)

X _____
Signature of Attorney or Representative
**(Note: Alien may be required to sign Acknowledgement and Consent below.)**

---

*The Privacy Act of 1974 requires that if the person being represented is or claims to be a citizen of the United States or an alien lawfully admitted for permanent residence, he/she must sign the portion below.*

**I HEREBY ACKNOWLEDGE THAT THE ABOVE-NAMED ATTORNEY OR REPRESENTATIVE REPRESENTS ME IN THESE PROCEEDINGS AND I CONSENT TO THE DISCLOSURE TO HIM/HER OF ANY RECORDS PERTAINING TO ME WHICH APPEAR IN ANY EOIR SYSTEM OF RECORDS.**

| NAME OF PERSON CONSENTING | SIGNATURE OF PERSON CONSENTING | DATE (mm/dd/yy) |
|---|---|---|
| ANA B BIDCINI | X  Ana B Biocini | 7-14-2006 |

**APPEARANCES** - An appearance shall be filed on a Form EOIR-27 by the attorney or representative appearing in each appeal or motion to reopen or motion to reconsider before the Board of Immigration Appeals (see 8 C.F.R. § 1003.38(g)), even though the attorney or representative may have appeared in the case before the Immigration Judge or the U.S. Citizenship and Immigration Services. When an appearance is made by a person acting in a representative capacity, his/her personal appearance or signature constitutes a representation that, under the provisions of 8 C.F.R. part 1003, he/she is authorized and qualified to represent individuals. Thereafter, substitution or withdrawal may be permitted upon the approval of the Board of a request by the attorney or representative of record in accordance with *Matter of Rosales*, 19 I&N Dec. 655 (1988). Please note that appearances for limited purposes are not permitted. *See Matter of Velasquez*, 19 I&N Dec. 377, 384 (BIA 1986). Further proof of authority to act in a representative capacity may be required.

**REPRESENTATION** - A person entitled to representation may be represented by any of the following:

(1) Attorneys in the United States as defined in 8 C.F.R. § 1001.1(f).

(2) Law students and law graduates not yet admitted to the bar as defined in 8 C.F.R. § 1292.1(a)(2).

(3) Reputable individuals as defined in 8 C.F.R. § 1292.1(a)(3).

(4) Accredited representatives as defined in 8 C.F.R. § 1292.1(a)(4).

(5) Accredited officials as defined in 8 C.F.R. § 1292.1(a)(5).

**ADDITIONAL INFORMATION:**

(Please attach additional sheets of paper if necessary.)

**NOTE: THIS FORM MAY NOT BE USED TO REQUEST RECORDS UNDER THE FREEDOM OF INFORMATION ACT OR THE PRIVACY ACT. THE MANNER OF REQUESTING SUCH RECORDS IS CONTAINED IN 28 C.F.R. §§ 16.1-16.11 AND APPENDICES.**

Under the Paperwork Reduction Act, a person is not required to respond to a collection of information unless it displays a valid OMB control number. We try to create forms and instructions that are accurate, can be easily understood, and which impose the least possible burden on you to provide us with information. The estimated average time to complete this form is six (6) minutes. If you have comments regarding the accuracy of this estimate, or suggestions for making this form simpler, you can write to the Executive Office for Immigration Review, Office of General Counsel, 5107 Leesburg Pike, Suite 2600, Falls Church, Virginia 22041.



**U.S. Department of Justice**

Executive Office for Immigration Review

*Board of Immigration Appeals*
*Office of the Clerk*

---

*5107 Leesburg Pike, Suite 2000*
*Falls Church, Virginia 22041*

Christopher J. Todd
1 Shields Avenue, TB-30
Davis, CA  95616

**Office of the District Counsel/SFR**
**P.O. Box 26449**
**San Francisco, CA  94126-6449**

Name: *F-BIOCINI, ANA BEATRIZ                      A91-182-333

Type of Proceeding: Removal                        Date of this notice: 07/06/2006

Type of Appeal: Appeal of IJ MTR                   Appeal filed by:  Alien

Date of Appeal:  06/07/2006

### NOTICE -- BRIEFING SCHEDULE

o     Appealing party is granted until 07/27/2006 to submit a brief to the Board of
      Immigration Appeals.  The brief must be **RECEIVED** at the Board on or before this
      date.

o     Opposing party is granted until 07/27/2006 to submit a reply brief to the Board of
      Immigration Appeals .  The brief must be **RECEIVED** at the Board on or before this
      date.

    **WARNING:**    If you indicated on the Notice of Appeal (Form EOIR-26) that you will file a
brief or statement, you are expected to file a brief or statement in support of your appeal.  If you fail
to file the brief or statement within the time set for filing in this briefing schedule, the Board may
summarily dismiss your appeal.  *See* 8 C.F.R. § 1003.1(d)(2)(i)(E).

**FILING INSTRUCTIONS -- In General.**

**IMPORTANT:  The Board of Immigration Appeals has included two copies of this notice.**
**Please attach one copy of this notice to the front of your brief when you mail or deliver it to**
**the Board, and keep one for records. Thank you for your cooperation.**

    A fee is not required for the filing of a brief.  Your brief must be RECEIVED at the Clerk's
Office at the Board of Immigration Appeals within the prescribed time limits.  It is NOT
sufficient simply to mail the brief and assume your brief will arrive on time.  We strongly
urge the use of an overnight courier service to ensure the timely filing of your brief.

Use of an over-night courier service is strongly encouraged to ensure tir...

000964


91-182-333

If the alien is represented by counsel at the appeal level, a Notice of Entry of Appearance as Attorney or Representative before the Board of Immigration Appeals (Form EOIR-27) must be filed with the Board.

If you have any questions about how to file something at the Board, you should review the Board's Practice Manual and Questions and Answers at www.usdoj.gov/eoir.

Proof of service on the opposing party at the address above is required for ALL submissions to the Board of Immigration Appeals -- including correspondence, forms, briefs, motions, and other documents. If you are the Respondent or Applicant, the "Opposing Party" is the District Counsel for the DHS at the address shown above. Your certificate of service must clearly identify the document sent to the opposing party, the opposing party's name and address, and the date it was sent to them. Any submission filed with the Board without a certificate of service on the opposing party will be rejected.

Filing Address:

To send by courier or overnight delivery service, or to deliver in person:
    Board of Immigration Appeals,
    Clerk's Office,
    5107 Leesburg Pike, Suite 2000,
    Falls Church, VA 22041

    Business hours:  Monday through Friday, 8:00 a.m. to 4:30 p.m.

To mail by regular first class mail:
    Board of Immigration Appeals
    Clerk's Office
    P.O. Box 8530
    Falls Church, VA 22041.


**FILING INSTRUCTIONS -- Extension Request.**

Unless you receive a Board Notice granting your extension request, your brief will remain due on the date stated above.

Extensions of briefing time will only be granted for good cause. All extension requests must be in writing. Telephonic or fax requests will not be accepted.

Extension requests must be **RECEIVED** at the Board on or before the expiration of the initial briefing schedule. Requests for extension of briefing time received after expiration of the initial briefing period, will not be granted.

The Board does not grant extensions for more than 21 days. If your request is granted, the brief will generally be due 21 days from the date the initial briefing schedule expires, not 21 days from the date of the request for an extension or the date of the Board response to the request. The new due date will be stated on the notice granting the extension.

The policy of the Board is that no additional extensions will be granted.

000965



**U.S. Department of Justice**

Executive Office for Immigration Review

*Board of Immigration Appeals*
*Office of the Clerk*

*5107 Leesburg Pike, Suite 2000*
*Falls Church, Virginia 22041*

Christopher J. Todd
1 Shields Avenue, TB-30
Davis, CA 95616

Office of the District Counsel/SFR
P.O. Box 26449
San Francisco, CA 94126-6449

Name: *F-BIOCINI, ANA BEATRIZ                    A91-182-333

Type of Proceeding: Removal                    Date of this notice: 06/08/2006

Type of Appeal: Appeal of IJ MTR                Filed by:  Alien

### FILING RECEIPT FOR APPEAL

The Board of Immigration Appeals acknowledges receipt of your appeal and fee or fee waiver request (where applicable) on 06/07/2006 in the above-referenced case.

### PLEASE NOTE:

In all future correspondence or filings with the Board, please list the name and alien registration number ("A" number) of the case (as indicated above), as well as all of the names and "A" numbers for every family member who is included in this appeal.

If you have any questions about how to file something at the Board, you should review the Board's Practice Manual and Questions and Answers at www.usdoj.gov/eoir.

Proof of service on the opposing party at the address above is required for ALL submissions to the Board of Immigration Appeals -- including correspondence, forms, briefs, motions, and other documents.  If you are the Respondent or Applicant, the "Opposing Party" is the District Counsel for the DHS at the address shown above.  Your certificate of service must clearly identify the document sent to the opposing party, the opposing party's name and address, and the date it was sent to them.  Any submission filed with the Board without a certificate of service on the opposing party will be rejected.

**WARNING:**  If you leave the United States after filing this appeal but before the Board isssues a decision, your appeal will be considered withdrawn and the Immigration Judge's decision will become final as if no appeal had been taken (unless you are an "arriving alien" as defined in the regulations under 8 C.F.R. section 1001.1(q)).

U.S. Department of Justice
Executive Office for Immigration Review
*Board of Immigration Appeals*

OMB# 1125-0002
**Notice of Appeal from a Decision of an
Immigration Judge**

---

**1.** | List Name(s) and "A" Number(s) of all Respondent(s)/Applicant(s): | **For Official Use Only**

ANA B. BIOCINI
A# 91 182 333

*(left margin, vertical text)* Staple Check or Money Order Here. Include Name(s) and "A" Number(s) on the face of the check or money order.

**!** **WARNING:** Names and "A" Numbers of everyone appealing the Immigration Judge's decision must be written in item #1.

**2.** I am ☑ the Respondent/Applicant    ☐ DHS-ICE    *(Mark only one box.)*

**3.** I am ☑ DETAINED    ☐ NOT DETAINED    *(Mark only one box.)*

**4.** My last hearing was at ___SF, CA___    *(Location, City, State)*

**5.** | **What decision are you appealing?**

*Mark only one box below. If you want to appeal more than one decision, you must use more than one Notice of Appeal (Form EOIR-26).*

☐ I am filing an appeal from the Immigration Judge's decision *in merits* proceedings (example: removal, deportation, exclusion, asylum, etc.) dated _____ .

☐ I am filing an appeal from the Immigration Judge's decision *in bond* proceedings dated _____ . (For DHS use only: Did DHS invoke the automatic stay provision before the Immigration Court? ☐ Yes. ☐ No.)

☑ I am filing an appeal from the Immigration Judge's decision *denying a motion to reopen or a motion to reconsider* dated  MAY 9, 2006  (attached)
*(Please attach a copy of the Immigration Judge's decision that you are appealing.)*

Form EOIR-26
Revised Dec. 2005

**Page 1 of 3**

000967



6.  **State in detail the reason(s) for this appeal. Please refer to the General Instructions at item F for further guidance. You are not limited to the space provided below; use more sheets of paper if necessary. Write your name(s) and "A" number(s) on every sheet.**

I. The IJ abused his discretion in denying the Respondent's Motion to Reconsider. He made errors of fact, and incorrectly applied the CAT standard to the facts of this case.

*(Attach additional sheets if necessary)*

> **!  WARNING:** You must clearly explain the specific facts and law on which you base your appeal of the Immigration Judge's decision. The Board may summarily dismiss your appeal if it cannot tell from this Notice of Appeal, or any statements attached to this Notice of Appeal, why you are appealing.

7.  Do you desire oral argument before the Board of Immigration Appeals?    ☐ Yes    ☒ No

8.  Do you intend to file a separate written brief or statement after filing this Notice of Appeal?    ☒ Yes    ☐ No

> **!  WARNING:** If you mark "Yes" in item #8, you will be expected to file a written brief or statement after you receive a briefing schedule from the Board. The Board may summarily dismiss your appeal if you do not file a brief or statement within the time set in the briefing schedule.

9.      X _____    6/6/06
    Signature of Person Appealing                          Date
    *(or attorney or representative)*

Form EOIR-26
Revised Dec. 2005

**Page 2 of 3**

000968



**10.**

| Mailing Address of Respondent(s)/Applicant(s) |
|---|

Ana Biouni
*(Name)*

ICE Custody - Yuba County Jail
*(Street Address)*

_____
*(Apartment or Room Number)*

_____
*(City, State, Zip Code)*

_____
*(Telephone Number)*

**11.**

| Mailing Address of Attorney or Representative for the Respondent(s)/Applicant(s) |
|---|

Christopher Todd / Jane Smith
*(Name)*

1 Shields Ave. TB-30
*(Street Address)*

UC Davis Immigration Law Clinic
*(Suite or Room Number)*

Davis, CA 95616
*(City, State, Zip Code)*

(530) 752-6942
*(Telephone Number)*

**NOTE:** You must notify the Board within five (5) working days if you move to a new address. You must use an alien's Change of Address Form (Form EOIR-33/BIA).

**NOTE:** If an attorney or representative signs this appeal for you, he or she must file *with this appeal*, a Notice of Entry of Appearance as Attorney or Representative Before the Board of Immigration Appeals (Form EOIR-27).

**12.**

### PROOF OF SERVICE
### (You Must Complete This)

I _____C Todd_____ mailed or delivered a copy of this Notice of Appeal
*(Name)*

on ___6/6/06___ to ___ICE Ofc. of Chief Counsel___
*(Date)*               *(Opposing Party)*

at ___550 Kearny St., Ste 1000, SF CA___
*(Number and Street, City, State, Zip Code)*

☞ SIGN HERE → X _____
                        Signature

**NOTE:** If you are the Respondent or Applicant, the "Opposing Party" is the Assistant Chief Counsel of DHS - ICE.

**WARNING:** If you do not complete this section properly, your appeal will be rejected or dismissed.

**WARNING:** If you do not attach the fee or a completed Fee Waiver Request (Form EOIR-26A) to this appeal, your appeal will be rejected or dismissed.

☐ Read all of the General Instructions
☐ Provided all of the requested information
☐ Completed this form in English
☐ Provided a certified English translation for all non-English attachments

**HAVE YOU?**
☐ Signed the form
☐ Served a copy of this form and all attachments on the opposing party
☐ Completed and signed the Proof of Service
☐ Attached the required fee or Fee Waiver Request

**Page 3 of 3**

Form EOIR-26
Revised Dec. 2005

U.S. Department of Justice
Executive Office for Immigration Review
*Board of Immigration Appeals*

OMB# 1125-0003
**Fee Waiver Request**

---

Name: ANA B. BIOCINI

Alien Number ("A" Number:) 91 182 333

> *If more than one alien is included in your appeal or motion, only the lead alien need file this form.*

I, ANA BIOCINI , declare under penalty of perjury, pursuant to 28 U.S.C. section 1746, that I am the person above and that I am unable to pay the fee. I believe that my appeal/motion is valid, and I declare that the following information is true and correct to the best of my knowledge:

**Assets**

| | |
|---|---|
| Wages, Salary | $ 0 /month |
| Other Income (business, profession, (self-employed, rent payments, interest, etc.) | 0 /month |
| Cash | 0 |
| Checking or Savings Account | $ 200 |
| Property (real estate, automobile, stocks, bonds, etc.) | 0 |
| Other Financial Support (public assistance, alimony, child support, gift, parent, spouse, other family members, etc. | 0 /month |

**Expenses** (including dependents):

| | |
|---|---|
| Housing (rent, mortgage, etc.) | $ /month |
| Food | /month |
| Clothing | 0 /month |
| Utilities (phone, electric, gas, water, etc.) | 0 /month |
| Transportation | 0 /month |
| Debts, Liabilities | 0 /month |
| Other _____ (specify) | $ 0 /month |

*Received JUN 2006 BIA Clerk's Office*

Under the Paperwork Reduction Act, a person is not required to respond to a collection of information unless it displays a valid OMB control number. We try to create forms and instructions that are accurate, can be easily understood, and which impose the least possible burden on you to provide us with information. The estimated average time to complete this form is one (1) hour. If you have comments regarding the accuracy of this estimate, or suggestions for making this form simpler, you can write to the Executive Office for Immigration Review, Office of the General Counsel, 5107 Leesburg Pike, Suite 2600, Falls Church, Virginia 22041.

Signature *Ana Biocini*

Date 6/6/06

Form EOIR-26A
October 2005

U.S. Department of Justice
Executive Office for Immigration Review
*Board of Immigration Appeals*

OMB#1125-0005

**Notice of Entry of Appearance as Attorney or Representative Before the Board of Immigration Appeals**

| I hereby enter my appearance as attorney or representative for, and at the request of, the following named person(s): | DATE (mm/dd/yy): 6/6/06 |
|---|---|

NAME: ANA   BEATRIZ   BIOCINI

(First)          (Middle Initial)          (Last)

ADDRESS: ICE CUSTODY - Yubo County J. 1

(Number and Street)                                 (Apt. No.)

MARYSVILLE CA

(City)          (State)          (Zip Code)

ALIEN NUMBER(S) (List lead alien number and all family member alien numbers, if applicable.)

A91 182 333

**Please check one of the following:**

☑ 1. I am a member in good standing of the bar of the highest court(s) of the following state(s), possession(s), territory(ies), commonwealth(s), or the District of Columbia:

| Full Name of Court | State Bar No. (If applicable) |
|---|---|
| CJT — NY | (n/a) |
| JFS — CA | 41980 |

(Please use space on reverse side to list additional jurisdictions.)

I ☑ am not (or ☐ am - explain fully on reverse side) subject to any order of any court or administrative agency disbarring, suspending, enjoining, restraining, or otherwise restricting me in the practice of law and the courts listed above comprise all of the jurisdictions (other than federal courts) where I am licensed to practice law.

☐ 2. I am an accredited representative of the following qualified non-profit religious, charitable, social service, or similar organization established in the United States, so recognized by the Executive Office for Immigration Review pursuant to 8 C.F.R. § 1292.2 (provide name of organization):

☐ 3. I am a law student or law graduate, reputable individual, accredited official, or other person authorized to represent individuals pursuant to 8 C.F.R. § 1292.1 (explain fully on reverse side).

*I have read and understand the statements provided on the reverse side of this form that set forth the regulations and conditions governing appearances and representation before the Board of Immigration Appeals. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

| SIGNATURE OF ATTORNEY OR REPRESENTATIVE | EOIR ID# | PHONE NUMBER (with area code) | DATE (mm/dd/yy) |
|---|---|---|---|
| X | | 530 752 6942 | 6/6/06 |

| NAME OF ATTORNEY OR REPRESENTATIVE (type or print) | ADDRESS ☐ Check here if new address |
|---|---|
| Christopher Todd / James Smith | UCD Immigration Law Clinic 1 Shields Ave. TB-30 Davis CA 95616 |

Form EOIR - 27
Rev. June 2005

000971



**Certificate of Service**

I _____GTGDD_____ mailed or delivered a copy of the foregoing on __6/6/06__ to the DHS
(Name)                                                                    (Date-mm/dd/yy)

(U.S. Immigration and Customs Enforcement - ICE) at ___55. Kerry St, Ste 1000 SFCA___
(Number and Street, City, State, Zip Code)

X _____
Signature of Attorney or Representative

**(Note: Alien may be required to sign Acknowledgement and Consent below.)**

---

*The Privacy Act of 1974 requires that if the person being represented is or claims to be a citizen of the United States or an alien lawfully admitted for permanent residence, he/she must sign the portion below.*

**I HEREBY ACKNOWLEDGE THAT THE ABOVE-NAMED ATTORNEY OR REPRESENTATIVE REPRESENTS ME IN THESE PROCEEDINGS AND I CONSENT TO THE DISCLOSURE TO HIM/HER OF ANY RECORDS PERTAINING TO ME WHICH APPEAR IN ANY EOIR SYSTEM OF RECORDS.**

| NAME OF PERSON CONSENTING | SIGNATURE OF PERSON CONSENTING | DATE (mm/dd/yy) |
|---|---|---|
| ANA BIOCINI | X Ana Biocini | 6/1/06 |

**APPEARANCES** - An appearance shall be filed on a Form EOIR-27 by the attorney or representative appearing in each appeal or motion to reopen or motion to reconsider before the Board of Immigration Appeals (see 8 C.F.R. § 1003.38(g)), even though the attorney or representative may have appeared in the case before the Immigration Judge or the U.S. Citizenship and Immigration Services. When an appearance is made by a person acting in a representative capacity, his/her personal appearance or signature constitutes a representation that, under the provisions of 8 C.F.R. part 1003, he/she is authorized and qualified to represent individuals. Thereafter, substitution or withdrawal may be permitted upon the approval of the Board of a request by the attorney or representative of record in accordance with *Matter of Rosales*, 19 I&N Dec. 655 (1988). Please note that appearances for limited purposes are not permitted. *See Matter of Velasquez*, 19 I&N Dec. 377, 384 (BIA 1986). Further proof of authority to act in a representative capacity may be required.

**REPRESENTATION** - A person entitled to representation may be represented by any of the following:

    (1) Attorneys in the United States as defined in 8 C.F.R. § 1001.1(f).

    (2) Law students and law graduates not yet admitted to the bar as defined in 8 C.F.R. § 1292.1(a)(2).

    (3) Reputable individuals as defined in 8 C.F.R. § 1292.1(a)(3).

    (4) Accredited representatives as defined in 8 C.F.R. § 1292.1(a)(4).

    (5) Accredited officials as defined in 8 C.F.R. § 1292.1(a)(5).

**ADDITIONAL INFORMATION:**

(Please attach additional sheets of paper if necessary.)

**NOTE: THIS FORM MAY NOT BE USED TO REQUEST RECORDS UNDER THE FREEDOM OF INFORMATION ACT OR THE PRIVACY ACT. THE MANNER OF REQUESTING SUCH RECORDS IS CONTAINED IN 28 C.F.R. §§ 16.1- 16.11 AND APPENDICES.**

Under the Paperwork Reduction Act, a person is not required to respond to a collection of information unless it displays a valid OMB control number. We try to create forms and instructions that are accurate, can be easily understood, and which impose the least possible burden on you to provide us with information. The estimated average time to complete this form is six (6) minutes. If you have comments regarding the accuracy of this estimate, or suggestions for making this form simpler, you can write to the Executive Office for Immigration Review, Office of General Counsel, 5107 Leesburg Pike, Suite 2600, Falls Church, Virginia 22041.



UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
SAN FRANCISCO, CALIFORNIA


CHRISTOPHER TODD
IMMIGRATION LAW CLINIC- UC DAVIS SCHOOL OF LAW
ONE SHIELDS AVENUE TB-30
DAVIS          CA 95616-8821


IN THE MATTER OF            FILE A 91-182-333        DATE: May 9, 2006
*F-BIOCINI, ANA BEATRIZ
93061-011


__ UNABLE TO FORWARD - NO ADDRESS PROVIDED

X  ATTACHED IS A COPY OF THE DECISION OF THE IMMIGRATION JUDGE.  THIS DECISION
IS FINAL UNLESS AN APPEAL IS FILED WITH THE BOARD OF IMMIGRATION APPEALS
WITHIN 30 CALENDAR DAYS OF THE DATE OF THE MAILING OF THIS WRITTEN DECISION.
SEE THE ENCLOSED FORMS AND INSTRUCTIONS FOR PROPERLY PREPARING YOUR APPEAL.
YOUR NOTICE OF APPEAL, ATTACHED DOCUMENTS, AND FEE OR FEE WAIVER REQUEST
MUST BE MAILED TO:    BOARD OF IMMIGRATION APPEALS
                      OFFICE OF THE CLERK
                      P.O. BOX 8530
                      FALLS CHURCH, VA  22041


__ ATTACHED IS A COPY OF THE DECISION OF THE IMMIGRATION JUDGE AS THE RESULT
OF YOUR FAILURE TO APPEAR AT YOUR SCHEDULED DEPORTATION OR REMOVAL HEARING.
THIS DECISION IS FINAL UNLESS A MOTION TO REOPEN IS FILED IN ACCORDANCE
WITH SECTION 242B(c)(3) OF THE IMMIGRATION AND NATIONALITY ACT, 8 U.S.C.
SECTION 1252B(c)(3) IN DEPORTATION PROCEEDINGS OR SECTION 240(c)(6),
8 U.S.C. SECTION 1229a(c)(6) IN REMOVAL PROCEEDINGS.  IF YOU FILE A MOTION
TO REOPEN, YOUR MOTION MUST BE FILED WITH THIS COURT:

                      IMMIGRATION COURT
                      550 KEARNY ST., SUITE 800
                      SAN FRANCISCO, CA  94108


__ OTHER: _____
          _____

                              _____ NmC _____
                              COURT CLERK
                              IMMIGRATION COURT                    FF

        CC: AGUILAR, JASON B.
            550 KEARNY STREET, SUITE 1000
            SAN FRANCISCO, CA,  94108
NMC

000973



## UNITED STATES DEPARTMENT OF JUSTICE
## EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
## IMMIGRATION COURT
## SAN FRANCISCO, CALIFORNIA

In Re                       )

                          )

     **Ana Biocini**         )     **File Number: A 91 182 333**

                          )

                          )     **In Removal Proceedings**

                          )

     **Respondent.**       )

                          )

## ORDER

The respondent's motion to reconsider is **DENIED**.

Dated: May 9, 2006

                           Anthony S. Murry
                           Immigration Judge

*A SM*
*Clsd 3-23-06*
*VW*

1   CHRISTOPHER TODD, Attorney at Law                                **DETAINED ALIEN**
    IMMIGRATION LAW CLINIC
2   University of California, Davis School of Law
    1 Shields Avenue TB-30
3   Davis, CA 95616-8821                           **RECEIVED**
    Tel.:   (530) 752-6942 or              **DEPARTMENT OF JUSTICE**
4           (415) 846-9311
    Fax:    (530) 752-0822                        APR  5 2006
5
    Attorneys for Respondent                    EXECUTIVE OFFICE
6   ANA BIOCINI                              IMMIGRATION REVIEW
                                              IMMIGRATION COURT
7   Assisted by: Dia Moua, Chad Greeson     SAN FRANCISCO, CALIFORNIA

8              **UNITED STATES DEPARTMENT OF JUSTICE**
               **EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
9                      **IMMIGRATION COURT**
               **SAN FRANCISCO, CALIFORNIA (DUBLIN FCI)**
10

11  IN THE MATTER OF:                      File No.  A 091-182-333

12  ANA BIOCINI                            **RESPONDENT'S MOTION**
                                           **TO REISSUE DECISION**
13  Respondent.

14
    _____/
15
16          Respondent, through her counsel, hereby moves this court to reissue the March 23, 2006
    order in this case. Respondent's counsel has not yet received a copy of the court's order. Counsel
17  only became aware of the decision after contact with the Respondent's deportation officer. The
    order did not contain counsel's complete mailing address, which may explain the fact that the order
18  appears not to have arrived at the UC Davis Immigration Law Clinic.

19  Dated: April 3, 2006                    Respectfully submitted,

20

21

22                                         CHRISTOPHER TODD
                                           Immigration Law Clinic, UC Davis School of Law
23                                         Attorney for the Respondent

24

25

26

27

28

000975

1

## DECLARATION OF DIA MOUA

2

I, Dia Moua, declare:

3

4   1.    I am a law student with the UC Davis School of Law's Immigration Law Clinic.

5   2.    On March 27, 2006 I contacted Ms. Biocini's deportation officer to check on the current
          status of her case since her departure from Dublin-FCI. During my conversation, the
6         deportation officer informed me that the court issued a decision of denial regarding Ms.
          Biocini's request for relief under Convention Against Torture.  The order was dated March
7         23, 2006.  He further informed that we have 30 days to fill an appeal.

8   3.    I was very surprised by this news since the Immigration Clinic did not receive a copy of the
          court decision. Therefore, the deportation officer faxed to me a copy at the clinic for my
9         review.

10  Executed under penalty of perjury on April 3, 2006 in Davis, CA, by

11

12

13                                                    Dia Moua
                                                      Student Advocate
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2  **CERTIFICATE OF SERVICE**

3      On April 3, 2006, I served the following document(s):**RESPONDENT'S MOTION
  TO REISSUE DECISION** upon the parties in said action by placing a true and correct copy in a sealed
4  envelope and each envelope addressed as follows:

5      Honorable Judge Murry
      Office of the Immigration Judge
6      Executive Office for Immigration Review
      550 Kearny Street, Suite 800 (8ᵗʰ Floor)
7      San Francisco, CA 94108

8  ___    *By Facsimile Machine (Fax)* .  By personally transmitting a true and correct copy thereof via an
      electronic facsimile machine during regular business hours.
9

10  _X_    *By Mail* .  I am readily familiar with the business practice for collection and processing of
      correspondence for mailing with the United States Postal Service and that this document, with
      postage fully prepaid, will be deposited with the United States Postal Service this date in the ordinary
11      course of business.

12  ___    *By Certified Mail.* I am readily familiar with the business practice for collection and processing of
      correspondence for certified mailing with the United States Postal Service and that this document,
13      with postage fully prepaid, will be deposited with the United States Postal Service on this date in the
      ordinary course of business.
14

15  _    *By Overnight/Express Mail.* I am familiar with the business practice for the collection and processing
      for Overnight/Express Mail with the United States Postal Service and/or Overnight service provider.
16      Such correspondence will be deposited with a facility regularly maintained by the United States
      Postal Service for receipt of express mail or other overnight service providers/entities (i.e., Federal
      Express, United States Parcel Service, etc.) For receipt of Overnight Mail on the same day in the
17      ordinary course of business.

18  ___    *By Personal Service* .  By personally delivering a true copy thereof to the office of the addressee
      above.
19

      I declare under penalty of perjury that the foregoing is true and correct.  Executed on April 3, 2006,
20  in Davis, CA.

21

22                        Justine Tobin
                        Office Manager
23                        UCD Immigration Law Clinic

24                                **RECEIVED**
                              **DEPARTMENT OF JUSTICE**
25

26                                APR  5 2006

27                                EXECUTIVE OFFICE
                                IMMIGRATION REVIEW
                                IMMIGRATION COURT
28                            SAN FRANCISCO, CALIFORNIA



UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
SAN FRANCISCO, CALIFORNIA


CHRISTOPHER TODD
IMMIGRATION LAW CLINIC- UC DAVIS SCHOOL OF LAW
ONE SHIELDS AVENUE
DAVIS          CA 95616


IN THE MATTER OF              FILE A 91-182-333      DATE: Mar 23, 2006
*F-BIOCINI, ANA BEATRIZ
93061-011

___ UNABLE TO FORWARD - NO ADDRESS PROVIDED

_X_ ATTACHED IS A COPY OF THE DECISION OF THE IMMIGRATION JUDGE.  THIS DECISION
IS FINAL UNLESS AN APPEAL IS FILED WITH THE BOARD OF IMMIGRATION APPEALS
WITHIN 30 CALENDAR DAYS OF THE DATE OF THE MAILING OF THIS WRITTEN DECISION.
SEE THE ENCLOSED FORMS AND INSTRUCTIONS FOR PROPERLY PREPARING YOUR APPEAL.
YOUR NOTICE OF APPEAL, ATTACHED DOCUMENTS, AND FEE OR FEE WAIVER REQUEST
MUST BE MAILED TO:      BOARD OF IMMIGRATION APPEALS
                        OFFICE OF THE CLERK
                        P.O. BOX 8530
                        FALLS CHURCH, VA  22041

___ ATTACHED IS A COPY OF THE DECISION OF THE IMMIGRATION JUDGE AS THE RESULT
OF YOUR FAILURE TO APPEAR AT YOUR SCHEDULED DEPORTATION OR REMOVAL HEARING.
THIS DECISION IS FINAL UNLESS A MOTION TO REOPEN IS FILED IN ACCORDANCE
WITH SECTION 242B(c)(3) OF THE IMMIGRATION AND NATIONALITY ACT, 8 U.S.C.
SECTION 1252B(c)(3) IN DEPORTATION PROCEEDINGS OR SECTION 240(c)(6),
8 U.S.C. SECTION 1229a(c)(6) IN REMOVAL PROCEEDINGS.  IF YOU FILE A MOTION
TO REOPEN, YOUR MOTION MUST BE FILED WITH THIS COURT:

                        IMMIGRATION COURT
                        550 KEARNY ST., SUITE 800
                        SAN FRANCISCO, CA  94108

___ OTHER: _____
          _____

                              _____ NmC _____
                              COURT CLERK
                              IMMIGRATION COURT              FF

     CC: AGUILAR, JASON B.
         550 KEARNY STREET, SUITE 1000
         SAN FRANCISCO, CA,  94108
GSR

          cc: Custody Officer

# AR <u>979-85</u> have been deleted.

# Please see AR 83-89

Ana Biocini
93061-011
FCI Dublin Unit D
5701 8TH Street. Camp Parks
Dublin. CA 94568

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-95-0187-01 CRB |
| Plaintiff-Respondent, | |
| vs | MOTION TO CHANGE CAPTION OF CHARGE. |
| ANA BEATRIZ BIOCINI, | |
| Defendant-Movant. | |

Comes now Defendant-Movant Ana Beatriz Biocini (Hereinafter, "Biocini") to move this Honorable Court to change the caption of her charge from a felony to a misdemeanor.

The Government and this Court have been most gracious in this case. However, the felony charge against Biocini will result in Biocini's deportation to Columbia whereas a misdemeanor will not.

The attached heretofore copies of a news article in the el Caleño dated July 9, 2004 depicts Biocini's fate if she is deported to Columbia. The man pictured in the news article was the informant in the case at bar. Upon his return to Columbia he was immediately murdered. This is just an example of what can be expected when individuals give information, or consider giving information, to the United States Government in regards to drug activity.

Ana Biocini, as the Court is aware, did "**agree to truthfully disclose all information with respect to herself and *others* concerning matters about which the United States**

*Ex 4*

000986

inquires...and agreed [] the defendant shall at all times gi[] co[] te, truthful and accurate information and testimony."

In exchange for her Biocini's information and cooperation, she received benefits at the time she was sentenced. Correspondence was exchanged between *Assistant United States Attorney Barbara Brennan Silano* and Biocini's attorney regarding the possibility of the government's application for an "S" Visa for Biocini. On June 17, 2004 Assistant United States Attorney Barbara Brennan Silano stated in her correspondence that she was "not prepared to apply for an "S" Visa for Ms. Biocini" due to the "benefits" Biocini received. However, since the letter was written, extenuating circumstances have occurred which gives rise to believe that Biocini will meet with the same demise as the informant in this case.

Not only is it probable that Ana Biocini will be executed upon her return to Columbia, it is possible that her minor child will also be murdered if he returns to Columbia to be with his mother.

United States Citizens are placed in witness protection programs for the information they give to the government. Even though Biocini is not a United States Citizen, her life is just as valuable as a United States Citizen.

In the alternative to changing Biocini's felony charge to a misdemeanor, Biocini requests that she and her minor child be placed in the witness protection program. It is evident that the gruesome change in events in this case call for reconsideration of the "S" Visa application previously sought.

One would be hard-pressed to object to keeping Ana Biocini and her young son alive and protected from the hostile Columbian Drug Cartel.

2

Although there is no case law to cite on this matter, this matter should be considered pursuant to the moral character of this Country which was founded on Christian principles and Godly behavior.

Respectfully submitted this 8th day of October 2004.

*Ana B. Biocini*
Ana B. Biocini, pro se

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing has been sent this 8th day of October 2004 by placing the same in the United States Mail, first class postage prepaid and addressed to:

Barbara Brennan Silano
Assistant United States Attorney
Organized Crime Strike Force
11th Floor, Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102

*Ana B. Biocini*
Ana B. Biocini

3

000988

# AR <u>989-1003</u> have been deleted.

For AR <u>989-91</u> see AR 395-97
For AR <u>992-95</u> see AR 355-58
For AR <u>996</u> see AR 380
For AR <u>997</u> see AR 336
For AR <u>998</u> see AR 360
For AR <u>999-1002</u> see AR 363-65
For AR <u>1003</u> see AR 893

Department of Justice
Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 1

| 1. PROGRAM CODE | 2. CROSS FILE | RELATED FILES | 3. FILE NO. | IDENTIFIER |
|---|---|---|---|---|

5. BY: Amie Stanton
Special Agent
AT: San Francisco FD
Group I

6. FILE TITLE

| 7. ☐ Closed ☐ Requested Action Completed |
| ☐ Action Requested By: |

8. DATE PREPARED
May 8, 1995

9. OTHER OFFICERS: S/A's William de Freitas, Bill Sicord, Sandee Tharp (DEA), Richard Carl (IRS/CID), Raul Guerra (MCNTF), Susan Alford, and Craig Walker (FBI).

10. REPORT RE:    Service of Federal Search Warrant at 54 Marin Ave., Sausalito, CA, and the Arrest of Ana BIOCINI (nee JARAMILLO)

### DETAILS:

1.  On May 8, 1995 at 7:05 a.m., a federal search warrant was executed at 54 Marin Ave., Sausalito, CA.  At the time of the execution the following persons were present within the residence:

a.  Ana Beatriz BIOCINI
b.  Peter BIOCINI (son)

2.  Ana BIOCINI was arrested pursuant to a warrant for violations of Title 21, as further listed in the indictment of Keith KARPINSKI, et al.

3.  DEA was responsible for seizing and processing controlled substances that met the requirements for a Class 3 violator or greater.  Pursuant to the execution of the search warrant, no drug exhibits were seized by DEA.

4.  Ana BIOCINI was transported to the San Francisco FBI office by S/A's Amie Stanton and Bill Sicord, and was processed pursuant to her arrest.

5.  The residence was secured at approximately 7:10 a.m., and an inventory of all exhibits was left at the residence.  (Refer to FBI report by S/A Susan Alford regarding the seizure of all non-drug evidence.)

| 11. DISTRIBUTION | 12. SIGNATURE (Agent) | 13. DATE |
|---|---|---|
| REGION | Amie Stanton, Special Agent | 5-8-95 |
| DISTRICT | 14. APPROVED (Name and Title) | 15. DATE |
| OTHER | Twila S. Young, Group Supervisor | 7/7/95 |

DEA Form - 6
May 1990

DEA SENSITIVE
DRUG ENFORCEMENT ADMINISTRATION
This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.
Previous edition may be used.

037125

IMPORTANT: Please read attached instructions before filling out application. Use typewriter or print in block letters with ball-point pen. Be sure this form and any attachment are legible and clearly answer each question. Do not leave any question unanswered. If an question does not apply, insert N/A. If the answer is "none" insert that word. Answer all question on the form use a separate sheet of paper and insert that number of the corresponding answer.

**UNITED STATES DEPARTMENT OF JUSTICE**
Immigration and Naturalization Service

**READ INSTRUCTIONS CAREFULLY**
**FEE WILL NOT BE REFUNDED.**

Form approved
OMB 43-R0368

## APPLICATION TO EXTEND TIME OF TEMPORARY STAY

**I HEREBY APPLY TO EXTEND MY TEMPORARY STAY IN THE UNITED STATES**

PRESS FIRMLY, LEGIBLY COPY REQUIRED. PRINT OR TYPE YOUR NAME EXACTLY AS IT APPEARS ON YOUR ARRIVAL–DEPARTURE RECORD FORM I-94. IF YOUR MAILING ADDRESS IN THE U.S. IS WITH SOMEONE WHOSE FAMILY NAME IS DIFFERENT FROM YOURS, INSERT THAT PERSON'S NAME IN THE C/O BLOCK

| FAMILY NAME | FIRST NAME | | |
|---|---|---|---|
| JARAMILLO | ANA | BEATRIZ | |

DATE TO WHICH EXTENSION IS REQUESTED: **01-15-82**

C/O

600 Grapetree Drive Apt # 305

Key Biscayne   Florida   33149

DATE OF BIRTH: June 30 1954    COUNTRY OF BIRTH: Cali, Colombia Colombia

REASON FOR EXTENSION:

To visit other cities in the west of the U.S.

To see some of my family and tourism.

PRESENT IMMIGRATION CLASSIFICATION: B-2    7-15-81

DATE AND PORT OF LAST ARRIVAL: Feb 11, 1981   Miami   Avianca # 064

**FOR GOVERNMENT USE ONLY**

EXTENSION GRANTED TO (DATE)

EXTENSION DENIED V.D. TO (DATE)

PASSPORT NO: T009523    06-12-82

Avenida 5 A #22N-40

ARE YOU MARRIED: N/A

**NAME OF SPOUSE AND CHILDREN** | **DATE OF BIRTH** | **COUNTRY OF BIRTH** | **PASSPORT ISSUED BY (COUNTRY) AND EXPIRES ON (DATE)**

N/A

I certify that the above is true and correct

SIGNATURE OF APPLICANT                  DATE: 7-14-81

**SIGNATURE OF PERSON PREPARING FORM, IF OTHER THAN APPLICANT**

I declare that this document was prepared by me at the request of the applicant and is based on all information on which I have any knowledge

ATTACH YOUR FORM OR I-444 — *DO NOT SEND YOUR PASSPORT

Form I-539 : Rev. 11-23-79: K

---

| APELLIDO(PATERNO) | APELLIDO(MATERNO) | NOMBRE | |
|---|---|---|---|
| JARAMILLO | RACINES | ANA BEATRIZ | II-654 |

CIUDADANO O PAISANO DE REGISTRO DE EXTRANJERO: COLOMBIA    7-009523    737  13 24

DOMICILIO EN LOS ESTADOS UNIDOS (NUMERO, CALLE, CIUDAD Y ESTADO): Hotel Everglades Atlanta / NY

LINEA AEREA Y No. DE VUELO O NAVIO EN QUE LLEGO: AVIANCA # 064    Cali - Colombia

NUMERO, CALLE, CIUDAD, PROVINCIA(ESTADO) Y PAIS EN QUE SE HA ESTABLECIDO: AVENIDA 5 A #22N-40

FECHA DE NACIMIENTO: JUNIO 30 1954

CIUDAD, PROVINCIA(ESTADO) Y PAIS DE NACIMIENTO: CALI - Colombia

B-2

7 - 94

16

```
DUBK3  540*23 *           SENTENCE MONITORING          *    12-07-2004
PAGE 001         *          COMPUTATION DATA           *    14:43:58
                            AS OF 12-07-2004
```

REGNO..: 93061-011 NAME: BIOCINI, ANA BEATRIZ


```
FBI NO...........: 773905RA6
ARS1.............: DUB/A-DES            DATE OF BIRTH: 06-30-1954
UNIT.............: D
DETAINERS........: NO                  QUARTERS.....: D02-092L
                                       NOTIFICATIONS: NO
```

PRE-RELEASE PREPARATION DATE: 01-19-2005


THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE: 03-02-2005 VIA 3621E CMPL


----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

```
COURT OF JURISDICTION...........: CALIFORNIA, NORTHERN DISTRICT
DOCKET NUMBER...................: CR-95-0187-01 CRB
JUDGE...........................: BREYER
DATE SENTENCED/PROBATION IMPOSED: 04-28-2003
DATE COMMITTED..................: 01-16-2004
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO
```

```
                  FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.:   $100.00        $00.00          $00.00       $00.00
```

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $00.00

----------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE...: 391
OFF/CHG: T 21 USC 846: CONSP TO DIST COCAINE.

```
SENTENCE PROCEDURE.............: 3559 VCCLEA NON-VIOLENT SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.:   30 MONTHS
TERM OF SUPERVISION............:    5 YEARS
DATE OF OFFENSE................: 05-08-1995
```


G0002       MORE PAGES TO FOLLOW . . .



1. LOOP

THE LINES BETWEEN CENTER OF
LOOP AND DELTA MUST SHOW

2. WHORL

DELTAS

THESE LINES RUNNING BETWEEN
DELTAS MUST BE CLEAR

3. ARCH

ARCHES HAVE NO DELTAS

FD 258 (REV 12 79 87)

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
WASHINGTON, D.C. 20537

## APPLICANT

LEAVE THIS SPACE BLANK

THIS CARD FOR USE BY:

INSTRUCTIONS:

74

**APPLICANT**

SIGNATURE OF PERSON FINGER PRINTED:

RESIDENCE OF PERSON FINGERPRINTED
520 Brickell Key Dr.
Miami Fl 33131

EMPLOYER AND ADDRESS

REASON FINGERPRINTED
Legalization

LAST NAME: Jac___  FIRST NAME: Hector

CITIZENSHIP: Colombian

FBI NO.

POB: Columbia



73

NOV 21 2003 11:29 FR US NO. CA CRIMINAL15 436 7669    DUBLIN FCI    P.01/01
11/20/2003   14:57         214 DUBOCE SF → 5223605              NO.233   P006

930161-011

1   ROBERT WAGGENER - SBN: 118450
    Law Office of Robert Waggener
2   214 Duboce Avenue
    San Francisco, California 94103
3   (415) 431-4500

4   Attorney for Defendant ANA BIOCINI

**FILED**

NOV 2 0 2003

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              No. CR 95 00187 CRB

12              Plaintiff,                   [PROPOSED] ORDER EXTENDING
                                             SELF-SURRENDER DATE
13        v.

14   ANA BIOCINI,

15              Defendant.

16   _____

17        **GOOD CAUSE APPEARING THEREFOR,**

18        **IT IS HEREBY ORDERED** that the current date of self-surrender, November 25, 2003,

19   for the defendant Ana Biocini be extended to _January 16, 2004_

20

21   Dated: _Nov. 20, 2003_

22                                           CHARLES R. BREYER
                                             United States District Judge
23

24

25

26

27

28

C:\Data\FD\Order for Extension of Surrender Date3.ab.wpd

001009