IRS Use Only -- Do not write or staple in this space.

Form **8453**

Department of the Treasury Internal Revenue Service

# U.S. Individual Income Tax Declaration for an IRS e-file Return

For the year January 1 - December 31, 2000

▶ See separate instructions.

OMB No. 1545-0936

**2000**

Use the IRS label. Otherwise, please print or type.

LABEL HERE

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| ANA B | JARAMILLO | 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 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security no. |
| Home address (number and street). If you have a P.O. box, see instructions. 1161 HUDSON ST | Apt. no. | ▲ IMPORTANT! ▲ You must enter your SSN(s) above. |
| City, town or post office, state, and ZIP code REDWOOD CITY CA 94061 | | Daytime phone number (650) 329-8100 |

**Part I** Tax Return Information (Whole dollars only)

| | | | |
|---|---|---|---|
| 1 | Adjusted gross income (Form 1040, line 33; Form 1040A, line 19; Form 1040EZ, line 4) | 1 | 35,600 |
| 2 | Total tax (Form 1040, line 57; Form 1040A, line 35; Form 1040EZ, line 10) | 2 | 4,367 |
| 3 | Federal income tax withheld (Form 1040, line 58; Form 1040A, line 36; Form 1040EZ, line 7) | 3 | 5,790 |
| 4 | Refund (Form 1040, line 67a; Form 1040A, line 42a; Form 1040EZ, line 11a) | 4 | 1,423 |
| 5 | Amount you owe (Form 1040, line 69; Form 1040A, line 44; Form 1040EZ, line 12) | 5 | |

**Part II** Declaration of Taxpayer (Sign only after Part I is completed.)

6a [X] I consent that my refund be directly deposited as designated in the electronic portion of my 2000 Federal income tax return. If I have filed a joint return, this is an irrevocable appointment of the other spouse as an agent to receive the refund.

b [ ] I do not want direct deposit of my refund or I am not receiving a refund.

c [ ] I authorize the U.S. Treasury and its designated Financial Agent to initiate an ACH debit (electronic withdrawal) entry to the financial institution account indicated in the tax preparation software for payment of my Federal taxes owed on this return and/or a payment of estimated tax. I further understand that this authorization may apply to subsequent Federal tax payments that I direct to be debited through the Electronic Federal Tax Payment System (EFTPS). In order for me to initiate subsequent payments, I request that the IRS send me a personal identification number (PIN) to access EFTPS. This authorization is to remain in full force and effect until I notify the U.S. Treasury Financial Agent to terminate the authorization. To revoke a payment, I must contact the U.S. Treasury Financial Agent at 1-888-353-4537 no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of my electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to my payment.

If I have filed a balance due return, I understand that if the IRS does not receive full and timely payment of my tax liability, I will remain liable for the tax liability and all applicable interest and penalties. If I have filed a joint Federal and state tax return and there is an error on my state return, I understand my Federal return will be rejected.

Under penalties of perjury, I declare that the information I have given my ERO and the amounts in Part I above agree with the amounts on the corresponding lines of the electronic portion of my 2000 Federal income tax return. To the best of my knowledge and belief, my return is true, correct, and complete. I consent to my ERO sending my return, this declaration, and accompanying schedules and statements to the IRS. I also consent to the IRS sending my ERO and/or transmitter an acknowledgment of receipt of transmission and an indication of whether or not my return is accepted, and, if rejected, the reason(s) for the rejection, and, if I am applying for a refund anticipation loan or similar product, an indication of a refund offset. If the processing of my return or refund is delayed, I authorize the IRS to disclose to my ERO and/or transmitter the reason(s) for the delay, or when the refund was sent.

Sign Here ▶ COPY ONLY — Your signature — Date ▶ COPY ONLY — Spouse's signature. If a joint return, BOTH must sign. — Date

**Part III** Declaration of Electronic Return Originator (ERO) and Paid Preparer (See instructions.)

I declare that I have reviewed the above taxpayer's return and that the entries on Form 8453 are complete and correct to the best of my knowledge. If I am only a collector, I am not responsible for reviewing the return and only declare that this form accurately reflects the data on the return. The taxpayer will have signed this form before I submit the return. I will give the taxpayer a copy of all forms and information to be filed with the IRS, and have followed all other requirements in Pub. 1345, Handbook for Authorized IRS e-file Providers of Individual Income Tax Returns. If I am also the Paid Preparer, under penalties of perjury I declare that I have examined the above taxpayer's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. This Paid Preparer declaration is based on all information of which I have any knowledge.

| ERO's Use Only | | | | | |
|---|---|---|---|---|---|
| ERO's signature ▶ | | Date 03/15/2001 | Check if also paid preparer [X] | Check if self-employed [ ] | ERO's SSN or PTIN |
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | H AND R BLOCK SUNNYVALE, CA 94087-0000 | | | EIN 43-1632899 | |
| | | | | Phone no. (408) 739-2294 | |

Under penalties of perjury, I declare that I have examined the above taxpayer's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. This declaration is based on all information of which I have any knowledge.

| Paid Preparer's Use Only | | | | |
|---|---|---|---|---|
| Preparer's signature ▶ | | Date | Check if self-employed [ ] | Preparer's SSN or PTIN |
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | | | EIN | |
| | | | Phone no. | |

KBA For Paperwork Reduction Act Notice, see separate instructions.

Form Software Copyright 1996 - 2001 H&R Block Tax Services, Inc.
FD8453D-1V1.91

Form **1040A** Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return** **2000** IRS Use Only - Do not write or staple in this space.

OMB No. 1545-0085

**Label** (See page 20.)
Use the IRS label. Otherwise, please print or type.
LABEL HERE

ANA B JARAMILLO
1161 HUDSON ST
REDWOOD CITY, CA 94061

Your social security number: 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
Spouse's social security number

**Important!** You must enter your SSN(s) above.

**Presidential Election Campaign** (See page 21.)
Note. Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? ▶ You: [ ] Yes [X] No Spouse: [ ] Yes [ ] No

**Filing status**
1 [X] Single
2 [ ] Married filing joint return (even if only one had income)
3 [ ] Married filing separate return. Enter spouse's social security number above and full name here. ▶
Check only one box.
4 [ ] Head of household (with qualifying person). (See page 22.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 [ ] Qualifying widow(er) with dependent child (year spouse died ▶ ). (See page 23.)

COPY ONLY DO NOT FILE

**Exemptions**
6a [X] Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a.
b [ ] Spouse
No. of boxes checked on 6a and 6b: 1
c Dependents:

| (1) First name Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qual. child for child tax credit (see page 24) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If more than seven dependents, see page 23.

No. of your children on 6c who:
● lived with you
● did not live with you due to divorce or separation (see page 25)
Dependents on 6c not entered above

d Total number of exemptions claimed. Add numbers entered on lines above: 1

**Income**
Attach Form(s) W-2 here. Also attach Form(s) 1099-R if tax was withheld.
If you did not get a W-2, see page 26.
Enclose, but do not attach, any payment.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2. | 35,600. |
| 8a | Taxable interest. Attach Schedule 1 if required. | |
| 8b | Tax-exempt interest. Do not include on line 8a. 8b | |
| 9 | Ordinary dividends. Attach Schedule 1 if required. | |
| 10 | Capital gain distributions (see page 26). | |
| 11a / 11b | Total IRA distributions. 11a — Taxable amount (see page 26). | |
| 12a / 12b | Total pensions and annuities. 12a — Taxable amount (see page 27). | |
| 13 | Unemployment compensation, qualified state tuition program earnings, and Alaska Permanent Fund dividends. | |
| 14a / 14b | Social security benefits. 14a — Taxable amount (see page 29). | |
| 15 | Add lines 7 through 14b (far right column). This is your **total income**. ▶ | 35,600. |

**Adjusted gross income**

| Line | Description | Amount |
|---|---|---|
| 16 | IRA deduction (see page 31). 16 | |
| 17 | Student loan interest deduction (see page 31). 17 | |
| 18 | Add lines 16 and 17. These are your **total adjustments**. | |
| 19 | Subtract line 18 from line 15. This is your **adjusted gross income**. ▶ | 35,600. |

KBA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 55. Form **1040A** (2000)

Form 1040A (2000) ANA B JARAM[illegible] 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 Page 2

**Taxable income**

20 Enter the amount from line 19. — 20 — 35,600.

21a Check if: You were 65 or older / Blind; Spouse was 65 or older / Blind. Enter number of boxes checked ▶ 21a

b If you are married filing separately and your spouse itemizes deductions, see page 33 and check here ▶ 21b

22 Enter the standard deduction for your filing status. But see page 33 if you checked any box on line 21a or 21b or if someone can claim you as a dependent.
- Single- $4,400
- Married filing jointly or Qualifying widow(er)- $7,350
- Head of household- $6,450
- Married filing separately- $3,675

— 22 — 4,400.

23 Subtract line 22 from line 20. If line 22 is more than line 20, enter -0- — 23 — 31,200.

24 Multiply $2,800 by the total number of exemptions claimed on line 6d. — 24 — 2,800.

25 Subtract line 24 from line 23. If line 24 is more than line 23, enter -0-. This is your taxable income. ▶ 25 — 28,400.

**Tax, credits, and payments**

26 Tax (see page 34) — 26 — 4,547.

27 Credit for child and dependent care expenses. Attach Schedule 2. — 27

28 Credit for the elderly or the disabled. Attach Schedule 3. — 28

29 Education credits. Attach Form 8863. — 29 — 180.

30 Child tax credit (see page 37) — 30

31 Adoption credit. Attach Form 8839. — 31

32 Add lines 27 through 31. These are your total credits. — 32 — 180.

33 Subtract line 32 from line 26. If line 32 is more than line 26, enter -0- — 33 — 4,367.

34 Advance earned income credit payments from Form(s) W-2 — 34

35 Add lines 33 and 34. This is your total tax. ▶ 35 — 4,367.

36 Federal income tax withheld from Forms W-2 and 1099. — 36 — 5,790.

37 2000 estimated tax payments and amount applied from 1999 return. — 37

If you have a qualifying child, attach Schedule EIC.

38a Earned income credit (EIC). — 38a

b Nontaxable earned income: amount ▶ and type ▶

39 Additional child tax credit. Attach Form 8812. — 39

40 Add lines 36, 37, 38a, and 39. These are your total payments. ▶ 40 — 5,790.

**Refund**

41 If line 40 is more than line 35, subtract line 35 from line 40. This is the amount you overpaid. — 41 — 1,423.

Have it directly deposited! See page 48 and fill in 42b, 42c, and 42d.

42a Amount of line 41 you want refunded to you. — 42a — 1,423.

▶ b Routing number 121042882 ▶ c Type: [X] Checking [ ] Savings

▶ d Account number 0047929864

43 Amount of line 41 you want applied to your 2001 estimated tax. — 43

**Amount you owe**

44 If line 35 is more than line 40, subtract line 40 from line 35. This is the amount you owe. For details on how to pay, see page 49. — 44

45 Estimated tax penalty (see page 49) — 45

**Sign here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge.

Joint return? See page 21. Keep a copy for your records.

Your signature: For Info Only-Do not File — Date — Your occupation: ACCOUNT PAYABLE — Daytime phone number

Spouse's signature. If a joint return, both must sign. For Info Only-Do not File — Date — Spouse's occupation

May the IRS discuss this return with the preparer shown below (see page 50)? Yes No

**Paid preparer's use only**

Preparer's signature — Date 3/15/01 — Check if self-employed — Preparer's SSN or PTIN

Firm's name (or yours if self-employed), address, and ZIP code: H AND R BLOCK, SUNNYVALE, CA 94087-0000 — EIN 13 1632899 — Phone no. (408) 739-2944

Form 1040A (2000)

Department of the Treasury Internal Revenue Service

# Hope and Lifetime Learning Credits

▶ See instructions on pages 2 and 3. ▶ Attach to Form 1040 or Form 1040A.

OMB No. 1545-1618

2000

Attachment Sequence No. 51

Name(s) shown on return: ANA B JARAMILLO

Your social security number: 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

## Part I Hope Credit.

**Caution:** The Hope credit may be claimed for no more than 2 tax years for the same student.

1

| (a) Student's name (as shown on page 1 of your tax return) First, Last | (b) Student's social security number (as shown on page 1 of your tax return) | (c) Qualified expenses (but do not enter more than $2,000 for each student). See instructions | (d) Enter the smaller of the amount in column (c) or $1,000 | (e) Subtract column (d) from column (c) | (f) Enter one-half of the amount in column (e) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

2 Add the amounts in columns (d) and (f) . . . 2

3 Tentative Hope credit. Add the amounts on line 2, columns (d) and (f) . . . ▶ 3

COPY

## Part II Lifetime Learning Credit

4

Caution: You cannot take the Hope credit and the lifetime learning credit for the same student.

| (a) Student's name (as shown on page 1 of your tax return) First / Last | (b) Student's social security number (as shown on page 1 of your tax return) | (c) Qualified expenses. See instructions |
|---|---|---|
| ANA BICCINI | 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 | 900. |
| | | |
| | | |

5 Add the amounts on line 4, column (c), and enter the total . . . 5 900.

6 Enter the smaller of line 5 or $5,000 . . . 6 900.

7 Tentative lifetime learning credit. Multiply line 6 by 20% (.20) . . . ▶ 7 180.

## Part III Allowable Education Credits

8 Tentative education credits. Add lines 3 and 7 . . . 8 180.

9 Enter: $100,000 if married filing jointly; $50,000 if single, head of household, or qualifying widow(er) . . . 9 50,000.

10 Enter the amount from Form 1040, line 34 (or Form 1040A, line 20)* . . . 10 35,600.

11 Subtract line 10 from line 9. If line 10 is equal to or more than line 9, stop; you cannot take any education credits . . . 11 14,400.

12 Enter: $20,000 if married filing jointly; $10,000 if single, head of household, or qualifying widow(er) . . . 12 10,000.

13 If line 11 is equal to or more than line 12, enter the amount from line 8 on line 14 and go to line 15. If line 11 is less than line 12, divide line 11 by line 12. Enter the result as a decimal (rounded to at least three places) . . . 13 x

14 Multiply line 8 by line 13 . . . ▶ 14 180.

15 Enter the amount from Form 1040, line 42 (or Form 1040A, line 26) . . . 15 4,547.

16 Enter the total, if any, of your credits from Form 1040, lines 43 through 45 (or from Form 1040A, lines 27 and 28) . . . 16

17 Subtract line 16 from line 15. If line 16 is equal to or more than line 15, stop; you cannot take any education credits . . . 17 4,547.

18 **Education credits.** Enter the smaller of line 14 or line 17 here and on Form 1040, line 46 (or Form 1040A, line 29) . . . ▶ 18 180.

*See Pub. 970 for the amount to enter if you are filing Form 2555, 2555-EZ, or 4563 or you are excluding income from Puerto Rico.

KBA For Paperwork Reduction Act Notice, see page 4.

Form 8863 (2000)

Form Software Copyright 1996 - 2001 H&R Block Tax Services, Inc. FD8863-1V 1.0

Form 8863 (2000)

HRB

Declaration Control Number (DCN)

0 0 | 7 7 3 5 6 0 | | 1

DO NOT MAIL THIS FORM TO FTB

TAXABLE YEAR

# 2000 California Individual Income Tax Declaration for e-file

FORM 8453

Your first name and initial: ANA B JARAMILLO — Last name

Your social security number: 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

If joint return, also give spouse's name and initial — Last name

Spouse's social security number

Present home address - number and street including PO Box or rural route: 1161 HUDSON ST — Apt. no. — PMB no

Daytime telephone number: (650) 329-8100

City, town or post office, state and ZIP Code: REDWOOD CITY, CA 94061

## Part I Tax Return Information

1 Refund (Form 540, line 85; Form 540A, line 38; Form 540 2EZ, line 21 or Form 540NR, line 74) ........ 1 219.

2 Amount you owe (Form 540, line 89; Form 540A, line 39 plus line 40; Form 540 2EZ, line 22; or Form 540NR, line 78) ........ 2 0.

2a Amount to be withdrawn by electronic debit ........ 2a

2b Date of the electronic debit ........ (MM / DD / YY) 2b

## Part II Direct Deposit or Electronic Debit

3 Routing number: 121042882

4 Account number: 0047929864

5 Type of account: [X] Checking [ ] Savings

## Part III Declaration of Taxpayer

I consent that my refund be directly deposited or my payment due be withdrawn by electronic debit as designated in Part II. If I have filed a joint return, this is an irrevocable appointment of the other spouse as an agent to receive the refund or authorize an electronic debit.

Under penalties of perjury, I declare that the information I provided to my electronic return originator (ERO), Transmitter, or Intermediate Service Provider, including my address and social security number, and the amounts shown in Part I above agree with the information and amounts shown on the corresponding lines of my 2000 California income tax return. To the best of my knowledge and belief, my return is true, correct, and complete. [illegible]

[illegible]

Spouse's signature — Date

## Part IV Declaration of Electronic Return Originator (ERO) and Paid Preparer

[illegible] ... Intermediate Service Provider ... are complete and correct to the best of my knowledge ... I declare, however, that form FTB 8453 ... and information to be filed with the FTB ... California Individual Income Tax Returns ... of perjury, I declare that I have ... available to the FTB upon request ... true, correct, and complete. ... schedules and statements, and to the best of my knowledge and ...

ERO's Use Only — ERO's signature — Date 03/15/2001 — Check if also paid preparer — Check if self-employed — ERO's SSN or PTIN

Firm's name (or yours if self-employed) and address: H & R BLOCK, SUNNYVALE CA — FEIN 33-1632839 — ZIP Code 94087-0000

Under penalties of perjury, I declare that [illegible] ... knowledge and belief, they are true, correct and complete. [illegible] ... which the preparer has any knowledge.

Paid Preparer's Use Only — Paid preparer's signature — Date — Check if self-employed — Paid Preparer's SSN/PTIN

Firm's name (or yours if self-employed) and address — FEIN — ZIP Code

[illegible]

FTB 8453 C2 (REV. 11-2000)

**California Resident Income Tax Return 2000**

APE

For Information Only
Do Not File
**540**

FEDERAL RETURN ATTACHMENT REQUIRED: [ ] YES [X] NO

P | AC | A | R | RP

DO NOT ATTACH LABEL

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 JARA ** 00
ANA B JARAMILLO

**Step 1**
Name and Address

1161 HUDSON ST
REDWOOD CITY CA 94061

COPY ONLY

FOR COMPUTERIZED USE ONLY

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 01 | 1 | 37 | 1260 | 56 | 0 | APE | 0 |
| 06 | 0 | 38 | 1479 | 57 | 0 | 3800 | 0 |
| 09 | 0 | 39 | 0 | 58 | 0 | 3803 | 0 |
| 11 | 0 | 41 | 0 | 59 | 0 | SCHG1 | 0 |
| 12 | 35600 | 42 | 0 | 60 | 0 | 5870A | 0 |
| 14 | 0 | 43 | 0 | 61 | 0 | 5805 5805F | 0 |
| 16 | 0 | 44 | 0 | 62 | 0 | | 431632899 |
| 17 | 35600 | 45 | 0 | 63 | 0 | | |
| 18 | 2811 | 47 | 2[illegible] | 64 | 0 | | |
| 20 | 1335 | 48 | [illegible]0 | 65 | 219 | | |
| 23 | 0 | 49 | [illegible]9 | 66 | 0 | | |
| 28 | 0 | 50 | 0 | 68 | 0 | | |
| 29 | 0 | 51 | 0 | | | | |
| 30 | 0 | 52 | 0 | | | | |
| 31 | 0 | 53 | 0 | | | | |
| 35 | 0 | 54 | 0 | | | | |
| 36 | 0 | 55 | 0 | | | | |

**Step 2** Filing Status. Check only one.

1 [X] Single 2 [ ] Married filing joint return (even if only one spouse had income)

3 [ ] Married filing separate return [illegible]

4 [ ] [illegible]

5 [ ] [illegible]

**Step 3** Exemptions

6 [illegible]

7 [illegible]

8 Blind: If you (or if married, you and your spouse) are visually impaired, enter 1; if both, enter 2 [illegible]

9 Senior: If 65 or older (if married, you and/or your spouse are 65 or older), enter 1; if both, enter 2 [illegible]

10 Add line 7 through line 9. This is your total exemption credit [illegible]

11 Dependents: Enter name [illegible]

Total dependent exemptions [illegible]

**Step 4** Taxable Income

12 [illegible]

13 [illegible] . . . 13 35,600.

14 California adjustments – subtractions. Enter the amount from Schedule CA (540), line 33, column B . . . 14 [illegible]

15 Subtract line 14 from line 13. If less than zero, enter the result in parentheses. See instructions . . . 15 [illegible]

16 California adjustments – additions. Enter the amount from Schedule CA (540), line 33, column C . . . 16 [illegible]

17 California adjusted gross income. Combine line 15 and line 16 . . . 17 [illegible]

18 Enter the larger of your CA standard deduction OR your CA itemized deductions [illegible] . . . 18 [illegible]

19 Subtract line 18 from line 17. This is your taxable income [illegible] . . . 19 [illegible]

**Step 5** Tax

20 Tax. Check if from [X] Tax Table [ ] [illegible] [ ] [illegible] . . . 20 [illegible]

21 Exemption credits [illegible] . . . 21 [illegible]

22 Subtract line 21 from line 20. If less than zero, enter -0- . . . 22 1,260.

23 Tax. Check if from [ ] Schedule G-1 and [ ] form FTB 5870A . . . 23

24 Add line 22 and line 23. Continue to Side 2 . . . 24 1,260.

For Privacy Act Notice, get form FTB 1131.

54000106046

Form 540 C1 2000 Side 1

**Step 6**

Special Credits and Nonrefundable Renter's Credit

| | | |
|---|---|---|
| 26 | Amount from Side 1, line 24 ......................................................... | 26 | 1,260. |
| 28 | Enter credit name _____ code no ____ and amount ▶ | 28 | |
| 29 | Enter credit name _____ code no ____ and amount ▶ | 29 | |
| 30 | To claim more than two credits, see instructions ............... • | 30 | |
| 31 | Nonrefundable renter's credit. See instructions for "Step 6". • | 31 | |
| 33 | Add line 28 through line 31. These are your total credits .......................... | 33 | |
| 34 | Subtract line 33 from line 26. If less than zero, enter -0- ........................ | 34 | 1,260. |

**Step 7**

Other Taxes

| | | |
|---|---|---|
| 35 | Alternative minimum tax. Attach Schedule P (540) ............................... • | 35 | |
| 36 | Other taxes and credit recapture. See instructions ............................. • | 36 | |
| 37 | Add line 34 through line 36. These are your total taxes ........................... • | 37 | 1,260. |

**Step 8**

Payments

| | | |
|---|---|---|
| 38 | California income tax withheld. See instructions ............. | 38 | 1,479. |
| 39 | 2000 CA estimated tax and amount applied from 1999 ... • | 39 | |
| 41 | Excess SDI. See instructions ............................. ■ | 41 | |
| | Child and Dependent Care Expenses Credit. See instructions. | | |
| 42 | • _____ | 43 | _____ |
| 44 | ■ _____ | 45 | _____ |
| 46 | Add line 38, line 39, line 41 and line 45. These are your total payments ............ | 46 | 1,479. |

**Step 9**

Overpaid Tax or Tax Due

| | | |
|---|---|---|
| 47 | Overpaid tax. If line 46 is more than line 37, subtract line 37 from line 46 .......... | 47 | 219. |
| 48 | Amount of line 47 you want applied to your 2001 estimated tax .................. • | 48 | |
| 49 | Overpaid tax available this year. Subtract line 48 from line 47 ................... • | 49 | 219. |
| 50 | Tax due. If line 46 is less than line 37, subtract line 46 from line 37 .............. | 50 | 0. |

**Step 10**

Contributions

| | | | |
|---|---|---|---|
| CA Seniors Special Fund. See instructions ...... • 51 | | Firefighters' Memorial Fund ........ • 57 | |
| Alzheimer's Disease/Related Disorders Fund .......... • | | Mexican American Veterans' Memorial ... • 58 | |
| | | Emergency Food Assistance | |
| CA Fund for Senior Citizens ...... • 63 | | Program Fund ................ • 59 | |
| Rare and Endangered Species Preservation Program ........ • 64 | | CA Peace Officer Memorial Foundation Fund • 60 | |
| | | Birth Defects Research Fund ....... • 61 | |
| State Children's Trust Fund for the | | National World War II Veterans | |
| Prevention of Child Abuse ..... • 55 | | Memorial Trust Fund ............. • 62 | |
| CA Breast Cancer Research Fund .. • 56 | | CA Lung Disease and Asthma Research Fund ................ • 63 | |
| 64 Add line 51 through line 63. These are your total contributions ..... | | | • 64 | 0. |

**Step 11**

Refund or Amount You Owe

| | | |
|---|---|---|
| 65 | REFUND OR NO AMOUNT DUE. Subtract line 64 from line 49. Mail to: FRANCHISE TAX BOARD, PO BOX 942840, SACRAMENTO CA 94240-0002 ...... | • 65 | 0. |
| 66 | AMOUNT YOU OWE. Add line 50 and line 64. Mail to: FRANCHISE TAX BOARD, PO BOX 942867, SACRAMENTO CA 94267-0001 ........... | ■ 66 | 219. |

**Step 12**

Interest and Penalties

| | | |
|---|---|---|
| 67 | Interest, late return penalties, and late payment penalties ....................... | ■ 66 | 0. |
| 68 | Underpayment of estimated tax. Check the box. ☐ FTB 5805 attached ☐ FTB 5805F attached • | 67 | |
| 69 | Total amount due. See instructions ......................................... | 68 | 0. |
| | | 69 | 0. |

**Step 13**

Direct Deposit Information

Do not attach a voided check or a deposit slip.

Complete this section to have your refund directly deposited. Routing number ............ • _____   • 70  4

Account Type:   Checking ● ☐   Savings ● ☐   Account number _____

IMPORTANT: See "Sign Your Return" in the Form 540 instructions to find out if you should attach a copy of your complete federal return.

**Sign Here**

If you want to forge a signature

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct and complete.

Your signature

X    For Information Only                                    Daytime phone number  (650) 329-8100

Spouse's signature (if filing joint, both must sign)

X    For Information Only

Joint return? See instructions

Paid preparer's signature (declaration of preparer is based on all information of which preparer has any knowledge)   Date   Paid preparer's SSN/PTIN
•

Firm's name (or yours if self-employed)         Firm's address                                    FEIN
H AND R BLOCK        SUNNYVALE, CA 94087-0000                                    43-1632899

Side 2 Form 540 C1 2000                    54000206046

Your name: ██A B JARAMILLO    Your SSN: 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

COPY ONLY DO NOT

Declaration Control Number (DCN) 00 - 686239 - 03272 - 4

IRS Use Only - Do not write or staple in this space.

Form **8453**

Department of the Treasury Internal Revenue Service

# U.S. Individual Income Tax Declaration for an IRS e-file Return

For the year January 1-December 31, 2003

▶ See instructions.

OMB No. 1545-0936

**2003**

**Use the IRS label.** Otherwise, please print or type.

LABEL HERE

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| Ana B | Jaramillo | 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 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security no. |
| Home address (number and street). If you have a P.O. box, see instructions. 19250 Cayenne Dr | Apt. no. | **Important!** You must ente your SSN(s) above. |
| City, town or post office, state, and ZIP code Morgan Hill CA 95037- | | Daytime phone number 408-779-9022 |

**Part I** Tax Return Information (Whole dollars only)

| | | | |
|---|---|---|---|
| 1 | Adjusted gross income (Form 1040, line 35; Form 1040A, line 22; Form 1040EZ, line 4) | 1 | 9,053. |
| 2 | Total tax (Form 1040, line 60; Form 1040A, line 38; Form 1040EZ, line 10) | 2 | 698. |
| 3 | Federal income tax withheld (Form 1040, line 61; Form 1040A, line 39; Form 1040EZ, line 7) | 3 | 186. |
| 4 | Refund (Form 1040, line 70a; Form 1040A, line 45a; Form 1040EZ, line 11a) | 4 | 2,013. |
| 5 | Amount you owe (Form 1040, line 72; Form 1040A, line 47; Form 1040EZ, line 12) | 5 | |

**Part II** Declaration of Taxpayer (Sign only after Part I is completed.) **Be sure to keep a copy of your tax return.**

6 a ☐ I consent that my refund be directly deposited as designated in the electronic portion of my 2003 Federal income tax return. If I have filed a joint return, this is an irrevocable appointment of the other spouse as an agent to receive the refund.

b ☒ I do not want direct deposit of my refundor I am not receiving a refund

c ☐ I authorize the U.S. Treasury and its designated Financial Agent to initiate an ACH electronic funds withdrawal entry to the financial institution account indicated in the tax preparation software for payment of my Federal taxes owed on this return and/or a payment of estimated tax. I further understand that this authorization may apply to subsequent Federal tax payments that I direct to be debited through the Electronic Federal Tax Payment System (EFTPS). In order for me to initiate subsequent payments, I request that the IRS send me a personal identification number (PIN) to access EFTPS. This authorization is to remain in full force and effect until I notify the U.S. Treasury Financial Agent to terminate the authorization. To revoke a payment, I must contact the U.S. Treasury Financial Agent at 1-888-353-4537no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involve in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment.

If I have filed a balance due return, I understand that if the IRS does not receive full and timely payment of my tax liability, I will remain liable for the tax liability and all applicable interest and penalties. If I have filed a joint Federal and state tax return and there is an error on my state return, I understand my Federal return will be rejected.

Under penalties of perjury, I declare that the information I have given my ERO and the amounts in Part I above agree with the amounts on the corresponding lines of the electronic portion of my 2003 Federal income tax return. To the best of my knowledge and belief, my return is true, correct, and complete. I consent to my ERO sending my return, this declaration, and accompanying schedules and statements to the IRS. I also consent to the IRS sending my ERO and/or transmitter an acknowledgment of receipt of transmission and an indication of whether or not my return is accepted, any indication of a refund offset, and, if rejected, the reason(s) for the rejection. If the processing of my return or refund is delayed, I authorize the IRS to disclose to my ERO and/or transmitter the reason(s) for the delay, or when the refund was sent.

**Sign Here** ▶ [signature] Your signature | 9-25-2004 Date ▶ Spouse's signature. If a joint return, both must sign | Date

**Part III** Declaration of Electronic Return Originator (ERO) and Paid Preparer (See instructions.)

I declare that I have reviewed the above taxpayer's return and that the entries on Form 8453 are complete and correct to the best of my knowledge. If I am only a collector, I am not responsible for reviewing the return and only declare that this form accurately reflects the data on the return. The taxpayer will have signed this form before I submit the return. I will give the taxpayer a copy of all forms and information to be filed with the IRS, and have followed all other requirements inPub. 1345, Handbook for Authorized IRS e-file Providers. If I am also the Paid Preparer, under penalitie of perjury I declare that I have examined the above taxpayer's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. This Paid Preparer declaration is based on all information of which I have any knowledge.

**ERO's Use Only**

| ERO's signature ▶ | Date | Check if also paid preparer | Check if self-employed | ERO's SSN or PTIN |
|---|---|---|---|---|
| [signature] | 03/03/2004 | ☒ | ☒ | P00152277 |
| Firm's name (or yours if self-employed): address, and ZIP code ▶ Grupo Canas, 610 Third St Ste 4-A, San Rafael CA 94901- | | | | EIN 68-0486220 |
| | | | | Phone no. 415-459-5214 |

Under penalties of perjury, I declare that I have examined the above taxpayer's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. This declaration is based on all information of which I have any knowledge.

**Paid Preparer's Use Only**

| Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | | | EIN |
| | | | Phone no. |

098
Declaration Control Number (DCN)

00-686239-03272-4

**DO NOT MAIL THIS FORM TO FTB**

Date Accepted

TAXABLE YEAR **2003** — **California e-file Return Authorization** — FORM **8453**

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| ANA B JARAMILLO | | 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 |
| If joint return, spouse's first name and initial | Last name | Spouse's social security number |
| | | |

| Present home address - number and street, PO Box, or rural route | Apt. no. | PMB no. | Daytime telephone number |
|---|---|---|---|
| 19250 CAYENNE DR | | | 408-779-9022 |

City, town or post office, state, and ZIP Code
MORGAN HILL CA 95037-

**Part I Tax Return Information** (whole dollars only)

1 Refund. (Form 540, line 65; Form 540A, line 39; Form 540 2EZ, line 24; Long Form 540NR, line 74; or Short Form 540NR, line 74) . . . . . 1

2 Amount you owe (Form 540, line 69; Form 540A, line 40 plus line 41; Form 540 2EZ, line 25; Long Form 540NR, line 78; or Short Form 540NR, line 75) . . . . . 2

**Part II Settle Your Account Electronically**

3 ☐ Direct Deposit of Refund

4 ☐ Electronic Funds Withdrawal 4a Amount 4b Withdrawal Date (MM/DD/YYYY)

**Part III Make Estimated Tax Payments for Taxable Year 2004**

| | First Payment Due 4/15/04 | Second Payment Due 6/15/04 | Third Payment Due 9/15/04 | Fourth Payment Due 1/18/05 |
|---|---|---|---|---|
| 5 Amount | | | | |
| 6 Withdrawal date | | | | |

**Part IV Banking Information** (Caution: Have you verified your banking information? Incorrect information causes delays, which may cause penalties and interest.)

7 Routing number

8 Account number 9 Type of account: ☐ Checking ☐ Savings

**Part V Declaration of Taxpayer(s)**

I authorize my account to be settled as designated in Part II. I further authorize my estimated tax payments be withdrawn by electronic funds withdrawal as designated in Part III. I understand that the banking information I provided in Part IV will be used to complete any transactions designated in Part II or Part III. If I have filed a joint return, this is an irrevocable appointment of the other spouse as an agent to receive the refund or authorize an electronic funds withdrawal.

Under penalties of perjury, I declare that the information I provided to my Electronic Return Originator (ERO), Transmitter, or Intermediate Service Provider, including my name, address and social security number, the amounts shown in Part I above, and the banking information shown in Parts II-IV above, agrees with the information and amounts shown on the corresponding lines of my 2003 California income tax return. To the best of my knowledge and belief, my return is true, correct, and complete. If I am filing a balance due return, I understand that if the FTB does not receive full and timely payment of my tax liability, I remain liable for the tax liability and all applicable interest and penalties. I authorize my return and accompanying schedules and statements to be transmitted to the FTB by my ERO, Transmitter, or Intermediate Service Provider. If the processing of my return or refund is delayed, I authorize the FTB to disclose to my ERO and/or the Transmitter the reason(s) for the delay or the date when the refund was sent.

Sign Here ▶ [signature] Your signature | 3-25-2004 Date ▶ Spouse's signature. If filing jointly, both must sign. | Date

For Privacy Act Notice, get form FTB 1131 — It is unlawful to forge a spouse's signature.

**Part VI Declaration of Electronic Return Originator (ERO) and Paid Preparer. See instructions.**

I declare that I have reviewed the above taxpayer's return and that the entries on form FTB 8453 are complete and correct to the best of my knowledge. (If I am only an intermediate Service Provider, I understand that I am not responsible for reviewing the taxpayer's return. I declare, however, that form FTB 8453 accurately reflects the data on the return.) I have obtained the taxpayer's signature on form FTB 8453 before transmitting this return to the FTB; I have provided the taxpayer with a copy of all forms and information that I will file with the FTB, and I have followed all other requirements described in FTB Pub. 1345, 2003 e-file Handbook for Authorized e-file Providers and in FTB Pub. 1345A, 2003 e-file Handbook Supplement. I will keep form FTB 8453 on file for four years from the due date of the return or four years from the date the return is filed, whichever is later, and I will make a copy available to the FTB upon request. If I am also the paid preparer, under penalties of perjury, I declare that I have examined the above taxpayer's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. I make this declaration based on all information of which I have knowledge.

**ERO Must Sign**

| ERO's signature ▶ | Date | Check if also paid preparer | Check if self-employed | ERO's SSN/PTIN |
|---|---|---|---|---|
| [signature] | 03/03/2004 | ☒ | ☒ | P00152277 |

Firm's name (or yours if self-employed) and address ▶ GRUPO CANAS, 610 THIRD ST STE 4-A, SAN RAFAEL CA — FEIN 68-0486220 — ZIP Code 94901-

Under penalties of perjury, I declare that I have examined the above taxpayer's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. I make this declaration based on all information of which I have any knowledge.

**Paid Preparer Must Sign**

| Paid preparer's signature ▶ | Date | Check if self-employed | Paid preparer's SSN/PTIN |
|---|---|---|---|
| | | ☐ | P00152277 |

Firm's name (or yours if self-employed) and address ▶ GRUPO CANAS, 610 THIRD ST STE 4-A, SAN RAFAEL CA — FEIN 68-0486220 — ZIP Code 94901-

Form 1040 (2003) Ana B Jaramillo 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 Page 2

**Tax and Credits**

Standard Deduction for -
• People who checked any box on line 36a or 36b or who can be claimed as a dependent, see instr.
• All others:
Single, or Married filing separately, $4,750
Married filing jointly or Qualifying widow(er), $9,500
Head of household, $7,000

| Line | Description | Sub-line | Amount | Line | Amount |
|---|---|---|---|---|---|
| 35 | Amount from line 34 (adjusted gross income) | | | 35 | 9,053. |
| 36a | Check if: ☐ You were born before January 2, 1939, ☐ Blind. ☐ Spouse was born before January 2, 1939, ☐ Blind. Total boxes checked ▶ 36a | | | | |
| b | If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see instructions and check here ▶ 36b ☐ | | | | |
| 37 | Itemized deductions (from Schedule A) or your standard deduction (see left margin | | | 37 | 7,000. |
| 38 | Subtract line 37 from line 35 | | | 38 | 2,053. |
| 39 | If line 35 is $104,625 or less, multiply $3,050 by the total number of exemptions claimed on line 6d. If line 35 is over $104,625, see instructions. | | | 39 | 6,100. |
| 40 | Taxable income. Subtract line 39 from line 38. If line 39 is more than line 38, enter -0 | | | 40 | 0 |
| 41 | Tax (see instr.) Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 | | | 41 | |
| 42 | Alternative minimum tax (see instructions). Attach Form 625 | | | 42 | |
| 43 | Add lines 41 and 42 ▶ | | | 43 | |
| 44 | Foreign tax credit. Attach Form 1116 if required | 44 | | | |
| 45 | Credit for child and dependent care expenses. Attach Form 2441 | 45 | | | |
| 46 | Credit for the elderly or the disabled. Attach Schedule R | 46 | | | |
| 47 | Education credits. Attach Form 8863 | 47 | | | |
| 48 | Retirement savings contributions credit. Attach Form 8880 | 48 | | | |
| 49 | Child tax credit (see instructions) | 49 | | | |
| 50 | Adoption credit. Attach Form 8839 | 50 | | | |
| 51 | Credits from: a ☐ Form 8396 b ☐ Form 8859 | 51 | | | |
| 52 | Other credits. Check applicable box(es): a ☐ Form 3800 b ☐ Form 8801 c ☐ Specify | 52 | | | |
| 53 | Add lines 44 through 52. These are your total credits | | | 53 | |
| 54 | Subtract line 53 from line 43. If line 53 is more than line 43, enter -0- ▶ | | | 54 | |

**Other Taxes**

| Line | Description | Sub-line | Amount | Line | Amount |
|---|---|---|---|---|---|
| 55 | Self-employed tax. Attach Schedule SE | | | 55 | 698. |
| 56 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | | | 56 | |
| 57 | Tax on qualified plans, including IRAs, and other tax-favored accounts. Attach Form 5329 if required | | | 57 | |
| 58 | Advance earned income credit payments from Form(s) W-2 | | | 58 | |
| 59 | Household employment taxes. Attach Schedule H | | | 59 | |
| 60 | Add lines 54 through 59. This is your total tax ▶ | | | 60 | 698. |

**Payments**

If you have a qualifying child, attach Schedule EIC

| Line | Description | Sub-line | Amount | Line | Amount |
|---|---|---|---|---|---|
| 61 | Federal income tax withheld from Forms W-2 and 1099 | 61 | 186. | | FORM 1099 |
| 62 | 2003 estimated tax payments and amount applied from 2002 return | 62 | | | |
| 63 | Earned income credit (EIC) | 63 | 2,525. | | |
| 64 | Excess social security and tier 1 RRTA tax withheld (see instructions) | 64 | | | |
| 65 | Additional child tax credit. Attach Form 8812 | 65 | | | |
| 66 | Amount paid with request for extension to file (see instructions) | 66 | | | |
| 67 | Other pymts. from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | 67 | | | |
| 68 | Add lines 61 through 67. These are your total payments ▶ | | | 68 | 2,711. |

**Refund**

Direct deposit? See instructions and fill in 70b, 70c, and 70d.

| Line | Description | Sub-line | Amount | Line | Amount |
|---|---|---|---|---|---|
| 69 | If line 68 is more than line 60, subtract line 60 from line 68. This is the amount you overpaid | | | 69 | 2,013. |
| 70a | Amount of line 69 you want refunded to you ▶ | | | 70a | 2,013. |
| b | Routing number XXXXXXXXXXXXXXXXXXXX ▶ c Type: ☐ Checking ☐ Savings | | | | |
| d | Account number XXXXXXXXXXXXXXXXXXXXXXXXX | | | | |
| 71 | Amount of line 69 you want applied to your 2004 est. tax ▶ | 71 | | | |

**Amount You Owe**

| Line | Description | Sub-line | Amount | Line | Amount |
|---|---|---|---|---|---|
| 72 | Amount you owe. Subtract line 68 from line 60. For details on how to pay, see instruction ▶ | | | 72 | |
| 73 | Estimated tax penalty (see instructions) | 73 | | | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete the following ☒ No

Designee's name ▶ Phone no. ▶ Personal identification number (PIN) ▶

**Sign Here**

Joint return? See instr. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature: Ana B Bianni Date: 3-25-2004 Your occupation: Housecleaner Daytime phone number: 408-779-9022

Spouse's signature. If a joint return, both must sign Date Spouse's occupation

**Paid Preparer's Use Only**

Preparer's signature ▶ [signature] Date [illegible] Check if self-employed ☒ Preparer's SSN or PTIN: P00152277

Firm's name (or yours if self-employed), address, and ZIP code ▶ Grupo Canas, 610 Third St Ste 4-A, San Rafael CA 94901 EIN 68-0486220

Form 1040 Department of the Treasury- Internal Revenue Service
**U.S. Individual Income Tax Return 2003** (99) IRS Use Only- Do not write or staple in this space

Label — For the year Jan. 1- Dec. 31, 2003, or other tax year beginning , 2003, ending , 20 — OMB No. 1545-0074

(See instructions) Use the IRS label. Otherwise, please print or type.

Ana B Jaramillo

19250 Cayenne Dr
Morgan Hill CA 95037-

Your social security number: 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
Spouse's soc. sec. number:

Important! You must enter your SSN(s) above.

Presidential Election Campaign (See instructions) — Note. Checking "Yes" will not change your tax or reduce your refund. Do you, or your spouse if filing a joint return, want $3 to go to this fund? You [ ] Yes [ ] No Spouse [ ] Yes [ ] No

**Filing Status** Check only one box.

1. [ ] Single
2. [ ] Married filing jointly (even if only one had income)
3. [ ] Married filing separately. Enter spouse's SSN above and full name here.
4. [X] Head of Household (with qualifying person). (See instructions). If the qualifying person is a child but not your dependent, enter this child's name here
5. [ ] Qualifying widow(er) with dependent child (see instructions)

**Exemptions**

6a [X] Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a
b [ ] Spouse

No. of boxes checked on 6a and 6b: 1

c Dependents:

| (1) First name Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit |
|---|---|---|---|
| Peter Biocini | 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 | Son | X |
| | | | |
| | | | |
| | | | |
| | | | |

If more than five dependents, see instr.

No. of children on 6c who: lived with you: 1; did not live with you due to divorce or separation (see instr.): 0
Dependents on 6c not entered above: 0

d Total number of exemptions claimed — Add numbers on lines above ▶ 2

**Income**

Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 2,811. |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. Do not include on line 8a — 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends (see instructions) — 9b | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | 4,941. |
| 13a | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | 13a | |
| b | If box on 13a is checked, enter post-May 5 capital gain distributions — 13b | | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions 15a — b Taxable amount (see instructions) | 15b | |
| 16a | Pensions and annuities 16a — b Taxable amount (see instructions) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | 1,650. |
| 20a | Social security benefits 20a — b Taxable amount (see instructions) | 20b | |
| 21 | Other income. List type and amount (see instr.) | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 9,402. |

**Adjusted Gross Income**

| Line | Description | | Amount |
|---|---|---|---|
| 23 | Educator expenses (see instructions) | 23 | |
| 24 | IRA deduction (see instructions) | 24 | |
| 25 | Student loan interest deduction (see instructions) | 25 | |
| 26 | Tuition and fees deduction (see instructions) | 26 | |
| 27 | Moving expenses. Attach Form 3903 | 27 | |
| 28 | One-half of self-employment tax. Attach Schedule SE | 28 | 349. |
| 29 | Self-employed health insurance deduction (see instr.) | 29 | |
| 30 | Self-employed SEP, SIMPLE, and qualified plans | 30 | |
| 31 | Penalty on early withdrawal of savings | 31 | |
| 32a | Alimony paid b Recipient's SSN ▶ | 32a | |
| 33 | Add lines 23 through 32a | 33 | 349. |
| 34 | Subtract line 33 from line 22. This is your adjusted gross income ▶ | 34 | 9,053. |

**Schedule C (Form 1040)**

Department of the Treasury Internal Revenue Service (99)

**Profit or Loss From Business**
(Sole Proprietorship)
▶ Partnerships, joint ventures, etc., must file Form 1065 or 1065-B.
▶ Attach to Form 1040 or 1041. ▶ See instructions for Schedule C (Form 1040).

OMB No. 1545-007
**2003**
Attachment Sequence No. 09

Name of proprietor: Ana B Jaramillo
Social security number (SSN): 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

A Principal business or profession, including product or service (see instructions): Housecleaning
B Enter code from instructions: 561790
C Business name. If no separate business name, leave blank.
D Employer ID number (EIN), if any

E Business address (including suite or room no.) ▶ 100N Whisman Rd Apt 3114
City, town or post office, state, and ZIP code: Mountain View CA 94043

F Accounting method: (1) [X] Cash (2) [ ] Accrual (3) [ ] Other (specify) ▶

G Did you "materially participate" in the operation of this business during 2003? If "No," see instr. for limit on losses ... [X] Yes [ ] No

H If you started or acquired this business during 2003, check here ... ▶ [ ]

## Part I Income

| | | Line | Amount |
|---|---|---|---|
| 1 | Gross receipts or sales. Caution. If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see instructions and check here ▶ [ ] | 1 | 1,122. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 1,122. |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | |
| 5 | Gross profit. Subtract line 4 from line | 5 | 1,122. |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | 4,200. |
| 7 | Gross income. Add lines 5 and ▶ | 7 | 5,322. |

## Part II Expenses. Enter expenses for business use of your homeonly on line 30

| | | Line | Amount | | | Line | Amount |
|---|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 19 | Pension and profit-sharing plans | 19 | |
| 9 | Car and truck expenses (see instructions) | 9 | 306. | 20 | Rent or lease (see instructions): | | |
| | | | | a | Vehicles, machinery, and equipment | 20a | |
| 10 | Commissions and fees | 10 | | b | Other business property | 20b | |
| 11 | Contract labor (see instructions) | 11 | | 21 | Repairs and maintenance | 21 | |
| 12 | Depletion | 12 | | 22 | Supplies (not included in Part III) | 22 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | | 23 | Taxes and licenses | 23 | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | 24 | Travel, meals, and entertainment: | | |
| 15 | Insurance (other than health) | 15 | | a | Travel | 24a | |
| 16 | Interest: | | | b | Meals and entertainment | | |
| a | Mortgage (paid to banks, etc.) | 16a | | c | Enter nondeductible amount included on line 24b (see instr.) | | |
| b | Other | 16b | | d | Subtract line 24c from line 24b | 24d | |
| 17 | Legal and professional services | 17 | 75. | 25 | Utilities | 25 | |
| 18 | Office expense | 18 | | 26 | Wages (less employment credits) | 26 | |
| | | | | 27 | Other expenses (from line 48 on page 2) | 27 | |

| | | Line | Amount |
|---|---|---|---|
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 in column ▶ | 28 | 381. |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | 29 | 4,941. |
| 30 | Expenses for business use of your home. Attach Form 8829 | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29. • If a profit, enter on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees see instructions). Estates and trusts, enter on Form 1041, line 3. • If a loss, you must go to line 32 | 31 | 4,941. |

32 If you have a loss, check the box that describes your investment in this activity (see instructions).
• If you checked 32a, enter the loss on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see the instructions). Estates and trusts, enter on Form 1041, line 3.
• If you checked 32b, you must attach Form 6198

32a [ ] All investment is at risk
32b [ ] Some investment is not at risk.

*For Paperwork Reduction Act Notice, see Form 1040 instructions.* Schedule C (Form 1040) 2

Schedule C (Form 1040) 2003 A[illegible] Jaramillc 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 Page 2

**Part III** **Cost of Goods Sold** (see instructions)

33 Method(s) used to value closing inventory: a ☐ Cost b ☐ Lower of cost or market c ☐ Other (attach explanation)

34 Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation ☐ Yes ☐ No

| | | |
|---|---|---|
| 35 Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 | |
| 36 Purchases less cost of items withdrawn for personal use | 36 | |
| 37 Cost of labor. Do not include any amounts paid to yourself | 37 | |
| 38 Materials and supplies | 38 | |
| 39 Other costs | 39 | |
| 40 Add lines 35 through 39 | 40 | |
| 41 Inventory at end of year | 41 | |
| 42 **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line | 42 | |

**Part IV** **Information on Your Vehicle.** Complete this part only if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43 When did you place your vehicle in service for business purposes? (month, day, year) ▶ 01/01/2002

44 Of the total number of miles you drove your vehicle during 2003, enter the number of miles you used your vehicle for:

a Business 851 b Commuting ______ c Other ______

45 Do you (or your spouse) have another vehicle available for personal use? ☒ Yes ☐ No

46 Was your vehicle available for personal use during off-duty hours? ☒ Yes ☐ No

47a Do you have evidence to support your deduction? ☒ Yes ☐ No

b If "Yes," is the evidence written? ☒ Yes ☐ No

**Part V** **Other Expenses.** List below business expenses not included on lines 8-26 or line 30.

| | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| | | |
|---|---|---|
| 48 **Total other expenses.** Enter here and on page 1, line 2 | 48 | |

Schedule EIC (Form 1040A or 1040)

Department of the Treasury Internal Revenue Service (99)

# Earned Income Credit

Qualifying Child Information

1040A ........ 1040 → EIC

Complete and attach to Form 1040A or 1040 only if you have a qualifying child.

OMB No. 1545-0074

2003

Attachment Sequence No. 43

Name(s) shown on return: Ana B Jaramillo

Your social security number: 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

**Before you begin:** See the instructions for Form 1040A, line 41, or Form 1040, line 63 to make sure that (a) you can take the EIC and (b) you have a qualifying child

- If you take the EIC even though you are not eligible, you may not be allowed to take the credit for up to 10 years. See instructions for details.
- It will take us longer to process your return and issue your refund if you do not fill in all lines that apply for each qualifying child.
- Be sure the child's name on line 1 and social security number (SSN) on line 2a agree with the child's social security card. Otherwise, at the time we process your return, we may reduce or disallow your EIC. If the name or SSN on the child's social security card is not correct, call the Social Security Administration at 1-800-772-1213.

## Qualifying Child Information

| Qualifying Child Information | Child 1 | Child 2 |
|---|---|---|
| **1 Child's name** *If you have more than two qualifying children, you only have to list two to get the maximum credit.* | First name: Peter — Last name: Biocini | First name — Last name |
| **2a Child's SSN** The child must have an SSN as defined in the instructions unless the child was born and died in 2003. If your child was born and died in 2003 and did not have an SSN, enter "Died" on this line and attach a copy of the child's birth certificate. | 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 | |
| **b Child's year of birth** | Year 1988. If born after 1984, skip lines 3a and 3b; go to line 4. | Year ____. If born after 1984, skip lines 3a and 3b; go to line 4. |
| ***3 If the child was born before 1985 -*** a Was the child under age 24 at the end of 2003 and a student? | ☐ Yes. Go to line 4. ☐ No. Continue | ☐ Yes. Go to line 4. ☐ No. Continue |
| b Was the child permanently and totally disabled during any part of 2003? | ☐ Yes. Continue ☐ No. This child is not a qualifying child. | ☐ Yes. Continue ☐ No. This child is not a qualifying child. |
| **4 Child's relationship to you** (for example, son, daughter, grandchild, niece, nephew, foster child, etc.) | Son | |
| **5 Number of months child lived with you in the United States during 2003** • If the child lived with you for more than half of 2003 but less than 7 months, enter "7". • If the child was born or died in 2003 and your home was the child's home for the entire time he or she was alive during 2003, enter "12". | 12 months. Do not enter more than 12 months. | ____ months. Do not enter more than 12 months. |

You may also be able to take the additional child tax credit if your child(a) was under age 17 at the end of 2003,(b) is claimed as your dependent on line 6c of Form 1040A or Form 1040and (c) is a U.S. citizen or resident alien. For mor details, see the instructions for line 42 of Form 1040A or line 65 of Form 1040.

For Paperwork Reduction Act Notice, see Form 1040A or 1040 instructions.

Schedule SE (Form 1040) 2003 | Attachment Sequence No. 17 | Page 2

Name of person with self-employment income (as shown on Form 1040): Ana B Jaramillo

Social security number of person with self-employment income ▶ 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

## Section B - Long Schedule SE

### Part I Self-Employment Tax

**Note.** If your only income subject to self-employment tax is **church employee income**, skip lines 1 through 4b. Enter -0- on line 4c and go to line 5a. Income from services you performed as a minister or a member of a religious order is **not** church employee income. See instructions

A If you are a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361, but you had $400 or more of **other** net earnings from self-employment, check here and continue with Part I ▶ ☐

| Line | Description | | | Box | Amount |
|---|---|---|---|---|---|
| 1 | Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), line 15a. **Note.** Skip this line if you use the farm optional method. See instruction | | | 1 | |
| 2 | Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), line 15a (other than farming); and Schedule K-1 (Form 1065-B), box 9. Ministers and members of religious orders, see instructions for amounts to report on this line. See instructions for other income to report. **Note.** Skip this line if you use the nonfarm optional method. See instructions | | | 2 | 4,941. |
| 3 | Combine lines 1 and 2 | | | 3 | 4,941. |
| 4a | If line 3 is more than zero, multiply line 3 by 92.35% (.9235). Otherwise, enter amount from line 3 | | | 4a | 4,563. |
| b | If you elect one or both of the optional methods, enter the total of lines 15 and 17 here | | | 4b | |
| c | Combine lines 4a and 4b. If less than $400, **do not** file this schedule; you do not owe self-employment tax. **Exception.** If less than $400 and you had **church employee income**, enter -0- and continue ▶ | | | 4c | 4,563. |
| 5a | Enter your church employee income from Form W-2. See instruction for definition of church employee income | 5a | | | |
| b | Multiply line 5a by 92.35% (.9235). If less than $100, enter -0- | | | 5b | |
| 6 | **Net earnings from self-employment.** Add lines 4c and 5b | | | 6 | 4,563. |
| 7 | Maximum amount of combined wages and self-employment earnings subject to social security tax or the 6.2% portion of the 7.65% railroad retirement (tier 1) tax for 2003 | | | 7 | 87,000.00 |
| 8a | Total social security wages and tips (total of boxes 3 and 7 on Form(s) W-2) and railroad retirement (tier 1) compensation. If $87,000 or more, skip lines 8b through 10, and go to line 11 | 8a | 2,811. | | |
| b | Unreported tips subject to social security tax (from Form 4137, line 9) | 8b | | | |
| c | Add lines 8a and 8b | | | 8c | 2,811. |
| 9 | Subtract line 8c from line 7. If zero or less, enter -0- here and on line 10 and go to line 11 ▶ | | | 9 | 84,189. |
| 10 | Multiply the **smaller** of line 6 or line 9 by 12.4% (.124) | | | 10 | 566. |
| 11 | Multiply line 6 by 2.9% (.029) | | | 11 | 132. |
| 12 | **Self-employment tax.** Add lines 10 and 11. Enter here and on **Form 1040, line 55** | | | 12 | 698. |
| 13 | **Deduction for one-half of self-employment tax.** Multiply line 12 by 50% (.5). Enter the result here and on **Form 1040, line 28** | 13 | 349. | | |

### Part II Optional Methods To Figure Net Earnings (See instructions)

**Farm Optional Method.** You may use this method **only** if

- Your gross farm income[1] was not more than $2,400 or
- Your net farm profits[2] were less than $1,733.

| Line | Description | Box | Amount |
|---|---|---|---|
| 14 | Maximum income for optional methods | 14 | 1,600.00 |
| 15 | Enter the **smaller** of: two thirds (2/3) of gross farm income[1] (not less than zero) **or** $1,600. Also include this amount on line 4b above | 15 | |

**Nonfarm Optional Method.** You may use this method **only** if

- Your net nonfarm profits[3] were less than $1,733 and also less than 72.189% of your gross nonfarm income[4] and
- You had net earnings from self-employment of at least $400 in 2 of the prior 3 years.

**Caution.** You may use this method no more than five times

| Line | Description | Box | Amount |
|---|---|---|---|
| 16 | Subtract line 15 from line 14 | 16 | |
| 17 | Enter the **smaller** of: two thirds (2/3) of gross nonfarm income[4] (not less than zero) **or** the amount on line 16. Also include this amount on line 4b above | 17 | |

[1] From Sch. F, line 11, and Sch. K-1 (Form 1065), line 15b.
[2] From Sch. F, line 36, and Sch. K-1 (Form 1065), line 15a.
[3] From Sch. C, line 31; Sch. C-EZ, line 3; Sch. K-1 (Form 1065), line 15a; and Sch. K-1 (Form 1065-B), box 9.
[4] From Sch. C, line 7; Sch. C-EZ, line 1; Sch. K-1 (Form 1065), line 15c; and Sch. K-1 (Form 1065-B), box 9.

For Privacy Act Notice, get form FTB 1131.

# California Resident Income Tax Return 2003

Copyright form software only, 2003 Universal Tax Systems, Inc. All rights reserved. CA540SS1 Rev. 1

540 C1 Side 1

APE
DO NOT ATTACH LABEL

FEDERAL RETURN ATTACHMENT REQUIRED: [X] YES [ ] NO

P

AC
A
R
RP

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 JARA **
ANA B JARAMILLO

03 PBA 561790

**Step 1** Name and Address

19250 CAYENNE DR
MORGAN HILL CA 95037

FOR COMPUTERIZED USE ONLY

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 01 | 4 | 37 | 0 | 55 | 0 | APE | 0 |
| 06 | 0 | 38 | 0 | 56 | 0 | 3800 | 0 |
| 09 | 0 | 39 | 0 | 57 | 0 | 3803 | 0 |
| 10 | 1 | 40 | 0 | 58 | 0 | SCHG1 | 0 |
| 12 | 2811 | 41 | 0 | 59 | 0 | 5870A | 0 |
| 14 | 1650 | 42 | 0 | 60 | 0 | 5805 5805F | 0 |
| 16 | 0 | 43 | 0 | 61 | 0 | P | 00152277 |
| 17 | 7403 | 44 | 0 | 62 | 0 | FN | 680486220 |
| 18 | 6140 | 45 | 0 | 64 | 0 | | |
| 20 | 13 | 47 | 0 | 65 | 0 | | |
| 23 | 0 | 48 | 0 | 66 | 0 | | |
| 28 | 0 | 49 | 0 | 68 | 0 | | |
| 29 | 0 | 50 | 0 | | | | |
| 30 | 0 | 51 | 0 | | | | |
| 31 | 0 | 52 | 0 | | | | |
| 35 | 0 | 53 | 0 | | | | |
| 36 | 0 | 54 | 0 | | | | |

**Step 2** Filing Status — Check only one.

1 [ ] Single
2 [ ] Married filing jointly (even if only one spouse had income)
3 [ ] Married filing separately. Enter spouse's social security number above and full name here
4 [X] Head of household (with qualifying person). STOP. See instr.
5 [ ] Qualifying widow(er) with dependent child. Enter year spouse died

**Step 3** Exemptions

Enclose, but do not staple, any payment.

6 If someone can claim you (or your spouse, if married) as a dependent on their tax return, check the box here • 6 [ ]

7 Personal: If you checked box 1, 3, or 4 above, enter 1 in the box. If you checked box 2 or 5, enter 2 in the box. If you checked the box on line 6, see instructions ..... 7 [1] X $82 = $ 82.

8 Blind: If you (or if married, your spouse) are visually impaired, enter 1; if both, enter ... 8 [ ] X $82 = $

9 Senior: If you (or if married, your spouse) are 65 or older, enter 1; if both, enter .... • 9 [ ] X $82 = $

10 Dependents: Enter name and relationship. **Do not include yourself or your spouse.**

Dependent Exemptions

PETER BIOCIN

Total dependent exemptions... • 10 [1] X $257= $ 257.

11 Exemption amount: Add line 7 through line 10. Transfer this amount to line 21 ......... 11 $ 339.

**Step 4** Taxable Income

Do not attach any withholding forms here. Use Schedule W, CA W-2 Attachment.

12 State wages from your Form(s) W-2, box 16 ............ • 12 2,811.

13 Enter adjusted gross income from your 2003 federal return ............ 13 9,053.

14 California adjustments - subtractions. Enter the amount from Schedule CA (540), line 34, column B • 14 1,650.

15 Subtract line 14 from line 13. If less than zero, enter the result in parentheses. See instructions ....... 15 7,403.

16 California adjustments - additions. Enter the amount from Schedule CA (540), line 34, column C ... • 16

17 California adjusted gross income. Combine line 15 and line 16 ............ • 17 7,403.

18 Enter the larger of your CA **standard deduction OR** your CA **itemized deductions** ............ • 18 6,140.

19 Subtract line 18 from line 17. This is your taxable income. If less than zero, enter -0- ............ 19 1,263.

**Step 5** Tax

20 Tax. Check if from: [X] Tax Table [ ] Tax Rate Schedule [ ] FTB 3800 or [ ] FTB 3803 ...... • 20 13.

21 Exemption credits. If line 13 is over $135,714, see instructions. Otherwise, enter amount from line 11.. 21 339.

22 Subtract line 21 from line 20. If less than zero, enter -0- ............ 22 0.

23 Other Taxes. Check if from [ ] Schedule G-1 and [ ] form FTB 5870A............ • 23

24 Add line 22 and line 23. Continue to Side 2 ............ 24

Your name: ANA B JARAMILLO Your SSN: 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

**Step 6** Special Credits and Nonrefundable Renter's Credit

25 Amount from Side 1, line 24 ........ 25

28 Enter credit name ______ code no ______ and amount... ▶ 28

29 Enter credit name ______ code no ______ and amount... ▶ 29

30 To claim more than two credits, see instructions ........ • 30

31 Nonrefundable renter's credit. See instructions for "Step 6" ........ • 31

33 Add line 28 through line 31. These are your total credits ........ 33

34 Subtract line 33 from line 25. If less than zero, enter -0- ........ 34 0.

**Step 7** Other Taxes

35 Alternative minimum tax. Attach Schedule P (540) ........ • 35

36 Other taxes and credit recapture. See instructions ........ • 36

37 Add line 34 through line 36. This is your total tax ........ • 37

**Step 8** Payments

To view your 2003 estimated payments, go to www.ftb.ca.gov

38 California income tax withheld. See instructions ........ ■ 38

39 2003 CA estimated tax and other payments. See instructions ........ ■ 39

40 Real estate withholding. (Form(s) 592-B, 594, and 597) See instructions... ■ 40

41 Excess SDI. See instructions ........ ■ 41

Child and Dependent Care Expenses Credit. See instructions; attach form FTB 3506

• 42 ______ • 43 ______

■ 44 ______ ........ ■ 45

46 Add line 38, line 39, line 40, line 41, and line 45. These are your total payments ........ 46

**Step 9** Overpaid Tax/ Tax Due/ Use Tax

47 Overpaid tax. If line 46 is more than line 37, subtract line 37 from line 46 ........ 47

48 Amount of line 47 you want applied to your 2004 estimated ta ........ ■ 48

49 Overpaid tax available this year. Subtract line 48 from line 47 ........ ■ 49

50 Tax due. If line 46 is less than line 37, subtract line 46 from line 37. See instructions ........ 50

51 Use Tax. See instructions ........ • 51

**Step 10** Contributions

CA Seniors Special Fund. See instructions ........ • 52

Alzheimer's Disease/Related Disorders Fund ........ • 53

CA Fund for Senior Citizens .. • 54

Rare and Endangered Species Preservation Program ...... • 55

State Children's Trust Fund for the Prevention of Child Abuse .. • 56

CA Breast Cancer Research Fund . • 57

CA Firefighters' Memorial Fund .. • 58

Emergency Food Assistance Program Fund ........ • 59

CA Peace Officer Memorial Foundation Fund ........ • 60

Asthma and Lung Disease Research Fund ........ • 61

CA Missions Foundation Fund .... • 62

64 Add line 52 through line 62. These are your total contributions ........ • 64

**Step 11** Refund or Amount You Owe

65 **REFUND OR NO AMOUNT DUE.** See instructions. Mail to: **FRANCHISE TAX BOARD, PO BOX 942840, SACRAMENTO CA 94240-0009** ........ ■ 65

66 **AMOUNT YOU OWE.** See instructions. Mail to **FRANCHISE TAX BOARD, PO BOX 942867, SACRAMENTO CA 94267-0009** ........ ■ 66

**Step 12** Interest and Penalties

67 Interest, late return penalties, and late payment penalties ........ 67

68 Underpayment of estimated tax. Check box: .... ☐ FTB 5805 attached ☐ FTB 5805F attached.. ■ 68

69 Total amount due. See instructions. Enclose, but do not staple, any payment ........ 69

• 70 4

**Step 13** Direct Deposit (Refund Only)

Do not attach a voided check or a deposit slip. See instructions.

Complete this section to have your refund directly deposited. Routing number ........ •

Account Type: Checking • ☐ Savings • ☐ Account number ........ •

**Sign Here**

It is unlawful to forge a spouse's signature.

**IMPORTANT:** See the instructions to find out if you should attach a copy of your complete federal return. Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

Your signature X [signature] Spouse's signature (if filing jointly, both must sign) X Daytime phone no. (optional) 408-779-9022

Date 8-25-2004

Joint return? See instructions.

Paid preparer's signature (declaration of preparer is based on all information of which preparer has any knowledge)

Paid preparer's SSN/PTIN • P00152277

Firm's name (or yours if self-employed) GRUPO CANAS

Firm's address 610 THIRD ST STE 4-A SAN RAFAEL CA 94901-

FEIN • 68-0486220

Copyright form software only, 2003

CALIFORNIA AMOU[illegible]S

**Schedule C (Form 1040)**

Department of the Treasury Internal Revenue Service (99)

**Profit or Loss From Business**
(Sole Proprietorship)

▶ Partnerships, joint ventures, etc., must file Form 1065 or 1065-B.
▶ Attach to Form 1040 or 1041. ▶ See instructions for Schedule C (Form 1040).

OMB No. 1545-0074
**2003**
Attachment Sequence No. 09

Name of proprietor: Ana B Jaramillo
Social security number (SSN): 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

A Principal business or profession, including product or service (see instructions): Housecleaning
B Enter code from instructions: 561790

C Business name. If no separate business name, leave blank.
D Employer ID number (EIN), if any

E Business address (including suite or room no.) ▶ 100N Whisman Rd Apt 3114
City, town or post office, state, and ZIP code: Mountain View CA 94043

F Accounting method: (1) [X] Cash (2) [ ] Accrual (3) [ ] Other (specify) ▶

G Did you "materially participate" in the operation of this business during 2003? If "No," see instr. for limit on losses [X] Yes [ ] No

H If you started or acquired this business during 2003, check here ▶ [ ]

## Part I Income

| Line | Description | No. | Amount |
|---|---|---|---|
| 1 | Gross receipts or sales. **Caution.** If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see instructions and check here ▶ [ ] | 1 | 1,122. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 1,122. |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line | 5 | 1,122. |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | 4,200. |
| 7 | **Gross income.** Add lines 5 and ▶ | 7 | 5,322. |

## Part II Expenses. Enter expenses for business use of your homeonly on line 30

| Line | Description | No. | Amount | Line | Description | No. | Amount |
|---|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 19 | Pension and profit-sharing plans | 19 | |
| 9 | Car and truck expenses (see instructions) | 9 | 306. | 20 | Rent or lease (see instructions): | | |
| 10 | Commissions and fees | 10 | | | a Vehicles, machinery, and equipment | 20a | |
| 11 | Contract labor (see instructions) | 11 | | | b Other business property | 20b | |
| 12 | Depletion | 12 | | 21 | Repairs and maintenance | 21 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | | 22 | Supplies (not included in Part III) | 22 | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | 23 | Taxes and licenses | 23 | |
| 15 | Insurance (other than health) | 15 | | 24 | Travel, meals, and entertainment: | | |
| 16 | Interest: | | | | a Travel | 24a | |
| | a Mortgage (paid to banks, etc.) | 16a | | | b Meals and entertainment | | |
| | b Other | 16b | | | c Enter nondeductible amount included on line 24b (see instr.) | | |
| 17 | Legal and professional services | 17 | 75. | | d Subtract line 24c from line 24b | 24d | |
| 18 | Office expense | 18 | | 25 | Utilities | 25 | |
| | | | | 26 | Wages (less employment credits) | 26 | |
| | | | | 27 | Other expenses (from line 48 on page 2) | 27 | |

| Line | Description | No. | Amount |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 in column ▶ | 28 | 381. |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | 29 | 4,941. |
| 30 | Expenses for business use of your home. Attach Form 8829 | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29 | 31 | 4,941. |

- If a profit, enter on **Form 1040, line 12,** and **also** on **Schedule SE, line 2** (statutory employees see instructions). Estates and trusts, enter on Form 1041, line 3.
- If a loss, you must go to line 32

32 If you have a loss, check the box that describes your investment in this activity (see instructions).

- If you checked 32a, enter the loss on **Form 1040, line 12,** and **also** on **Schedule SE, line 2** (statutory employees, see the instructions). Estates and trusts, enter on Form 1041, line 3.
- If you checked 32b, you **must** attach **Form 6198**

32a [ ] All investment is at risk
32b [ ] Some investment is not at risk.

*For Paperwork Reduction Act Notice, see Form 1040 instructions.*

TAXABLE YEAR **2003** **California Adjustments - Residents** SCHEDULE **CA (540)**

Important: Attach this schedule directly behind Form 540, Side 2.

Name(s) as shown on return: ANA B JARAMILLO

Social security number: 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

**Part I Income Adjustment Schedule**

**Section A - Income**

| Line | A Federal Amounts (taxable amounts from your federal return) | B Subtractions See instructions | C Additions See instructions |
|---|---|---|---|
| 7 Wages, salaries, tips, etc. See instructions before making an entry in column B or C | 2,811. | | |
| 8 Taxable interest income | | | |
| 9 Ordinary dividends. See instructions.(b) ____ (a) | | | |
| 10 Taxable refunds, credits, offsets of state and local income taxes | | | |
| 11 Alimony received | | | |
| 12 Business income or (loss) | 4,941. | | |
| 13 Capital gain or (loss). See instructions. (b) ____ (a) | | | |
| 14 Other gains or (losses) | | | |
| 15 Total IRA distributions. See instructions.(a) ____ (b) | | | |
| 16 Total pensions and annuities. See instructions(a) ____ (b) | | | |
| 17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. | | | |
| 18 Farm income or (loss) | | | |
| 19 Unemployment compensation. Enter the same amount in column A and column B | 1,650. | 1,650. | |
| 20 Social security benefits (a) ____ (b) | | | |
| 21 Other income. a California lottery winnings; b Disaster loss carryover from FTB 3805V; c Federal NOL (Form 1040, line 21); d NOL carryover from FTB 3805V; e NOL from FTB 3805D, 3805Z, 3806, 3807, or 3809; f Other (describe) | | a ___ b ___ c ___ d SUSPENDED e SUSPENDED f ___ | a ___ b ___ c ___ d ___ e ___ f ___ |
| 22 Total. Combine line 7 through line 21 in column A. Add line 7 through line 21f in column B and column C. Go to Section B | 9,402. | 1,650. | |

**Section B - Adjustments to Income**

| Line | A | B | C |
|---|---|---|---|
| 23 Educator expense | | | |
| 24 IRA deduction | | | |
| 25 Student loan interest deduction | | | |
| 26 Tuition and fees deduction | | | |
| 27 Moving expenses | | | |
| 28 One-half of self-employment tax | 349. | | |
| 29 Self-employed health insurance deduction | | | |
| 30 Self-employed SEP, SIMPLE, and qualified plans | | | |
| 31 Penalty on early withdrawal of savings | | | |
| 32a Alimony paid. (b) Recipient's: SSN ____ Last name ____ | | | |
| 33 Add line 23 through line 32a in columns A, B, and C | 349. | | |
| 34 Total. Subtract line 33 from line 22 in columns A, B, and C. See inst. | 9,053. | 1,650. | |

**Part II Adjustments To Federal Itemized Deductions**

| Line | Amount |
|---|---|
| 35 Federal itemized deductions. Add the amounts on federal Sch. A (Form 1040), lines 4, 9, 14, 18, 19, 26, and 27 | 25. |
| 36 Enter total of federal Sch. A (Form 1040), line 5 (state and local income taxand State Disability Insurance) and line (foreign taxes only) | 25. |
| 37 Subtract line 36 from line 35 | |
| 38 Other adjustments including California lottery losses. See instructions. Specify ____ | |
| 39 Combine line 37 and line 38 | |

40 **Is your federal AGI (Form 540, line 13) more than the amount shown below for your filing status?**

Single or married filing separately - $135,714 Head of Household - $203,574 Married filing jointly or qualifying widow(er) - $271,432

No. Transfer the amount on line 39 to line 40

Yes. Complete the Itemized Deductions Worksheet in the instructions for Schedule CA (540), line 40 ...... 40 ____

41 **Enter the larger of the amount on line 40 or your standard deduction listed below**

Single or married filing separately - $3,070 Married filing jointly, head of household, or qualifying widow(er) - $6,140

Transfer the amount on line 41 to Form 540, line 18 ...... 41 6,140.

CALIFORNIA AMOUNTS

Schedule C (Form 1040) 2003 Ana B Jaramillo 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 Page :

**Part III** **Cost of Goods Sold** (see instructions)

33 Method(s) used to value closing inventory: a ☐ Cost b ☐ Lower of cost or market c ☐ Other (attach explanation)

34 Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation ☐ Yes ☐ No

| Line | Description | | Amount |
|---|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 | |
| 36 | Purchases less cost of items withdrawn for personal use | 36 | |
| 37 | Cost of labor. Do not include any amounts paid to yourself | 37 | |
| 38 | Materials and supplies | 38 | |
| 39 | Other costs | 39 | |
| 40 | Add lines 35 through 39 | 40 | |
| 41 | Inventory at end of year | 41 | |
| 42 | Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on page 1, line | 42 | |

**Part IV** **Information on Your Vehicle.** Complete this part only if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43 When did you place your vehicle in service for business purposes? (month, day, year) ▶ 01/01/2002

44 Of the total number of miles you drove your vehicle during 2003, enter the number of miles you used your vehicle for:

a Business 851 b Commuting ______ c Other ______

45 Do you (or your spouse) have another vehicle available for personal use? ☒ Yes ☐ No

46 Was your vehicle available for personal use during off- duty hours? ☒ Yes ☐ No

47a Do you have evidence to support your deduction? ☒ Yes ☐ No

b If "Yes," is the evidence written? ☒ Yes ☐ No

**Part V** **Other Expenses.** List below business expenses not included on lines 8- 26 or line 30.

| Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

48 Total other expenses. Enter here and on page 1, line 2 .......... 48

Declaration Control Number (DCN) 00 – 684981 – 10038 – 2

IRS Use Only — Do not write or staple in this space.

Form **8453**

Department of the Treasury
Internal Revenue Service

# U.S. Individual Income Tax Declaration for an IRS *e-file* Return

For the year January 1 - December 31, 2001

► See instructions.

OMB No. 1545-0936

**2001**

Use the IRS label. Otherwise, please print or type.

LABEL HERE

| Your First Name and Initial | Last Name | Your Social Security Number |
|---|---|---|
| Ana B | Jaramillo | 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 |
| If a Joint Return, Spouse's First Name and Initial | Last Name | Spouse's Social Security Number |
| Home Address (number and street). If you have a P.O. box, see instructions. | Apartment Number | ▲ Important! ▲ You must enter your social security number(s) above. |
| 1161 Hudson St. | | |
| City, Town or Post Office | State ZIP Code | Daytime Phone Number |
| Redwood City | CA 94061 | (650) 299-9497 |

**Part I Tax Return Information** (whole dollars only)

| | | | |
|---|---|---|---|
| 1 | Adjusted gross income (Form 1040, line 33; Form 1040A, line 19; Form 1040EZ, line 4) | 1 | 38,369. |
| 2 | Total tax (Form 1040, line 58; Form 1040A, line 36; Form 1040EZ, line 11) | 2 | 4,124. |
| 3 | Federal income tax withheld (Form 1040, line 59; Form 1040A, line 37; Form 1040EZ, line 8) | 3 | 6,893. |
| 4 | Refund (Form 1040, line 68a; Form 1040A, line 43a; Form 1040EZ, line 12a) | 4 | 2,769. |
| 5 | Amount you owe (Form 1040, line 70; Form 1040A, line 45; Form 1040EZ, line 13) | 5 | |

**Part II Declaration of Taxpayer** (Sign only after Part I is completed.)

6a [X] I consent that my refund be directly deposited as designated in the electronic portion of my 2001 federal income tax return. If I have filed a joint return, this is an irrevocable appointment of the other spouse as an agent to receive the refund.

b [ ] I do not want direct deposit of my refund or I am not receiving a refund.

c [ ] I authorize the U.S. Treasury and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of my federal taxes owed on this return and/or a payment of estimated tax. I further understand that this authorization may apply to subsequent federal tax payments that I direct to be debited through the Electronic Federal Tax Payment System (EFTPS). In order for me to initiate subsequent payments, I request that the IRS send me a personal identification number (PIN) to access EFTPS. This authorization is to remain in full force and effect until I notify the U.S. Treasury Financial Agent to terminate the authorization. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment.

If I have filed a balance due return, I understand that if the IRS does not receive full and timely payment of my tax liability, I will remain liable for the tax liability and all applicable interest and penalties. If I have filed a joint federal and state tax return and there is an error on my state return, I understand my federal return will be rejected.

Under penalties of perjury, I declare that the information I have given my ERO and the amounts in Part I above agree with the amounts on the corresponding lines of the electronic portion of my 2001 federal income tax return. To the best of my knowledge and belief, my return is true, correct, and complete. I consent to my ERO sending my return, this declaration, and accompanying schedules and statements to the IRS. I also consent to the IRS sending my ERO and/or transmitter an acknowledgment of receipt of transmission and an indication of whether or not my return is accepted, any indication of a refund offset, and, if rejected, the reason(s) for the rejection. If the processing of my return or refund is delayed, I authorize the IRS to disclose to my ERO and/or transmitter the reason(s) for the delay, or when the refund was sent.

**Sign Here** ► [signature] Your Signature | 1-2-02 Date | ► Spouse's Signature. If a joint return, both must sign. | Date

**Part III Declaration of Electronic Return Originator (ERO) and Paid Preparer** (See instructions.)

I declare that I have reviewed the above taxpayer's return and that the entries on Form 8453 are complete and correct to the best of my knowledge. If I am only a collector, I am not responsible for reviewing the return and only declare that this form accurately reflects the data on the return. The taxpayer will have signed this form before I submit the return. I will give the taxpayer a copy of all forms and information to be filed with the IRS, and have followed all other requirements in **Pub 1345**, Handbook for Authorized IRS *e-file* Providers of Individual Income Tax Returns. If I am also the paid preparer, under penalties of perjury I declare that I have examined the above taxpayer's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. This paid preparer declaration is based on all information of which I have any knowledge.

**ERO's Use Only**

| | | | |
|---|---|---|---|
| ERO's Signature | [signature] | Date 1/26/02 | Check if also paid preparer [X] Check if self-employed [X] ERO's SSN or PTIN P00152277 |
| Firm's Name (or yours if self-employed), Address, and ZIP Code ► | GRUPO CANAS INC. | EIN | 68-0372499 |
| | 610 Third St. Ste. A-4 | | |
| | San Rafael CA 94901 | Phone No. | (415) 459-5214 |

Under penalties of perjury, I declare that I have examined the above taxpayer's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. This declaration is based on all information of which I have any knowledge.

**Paid Preparer's Use Only**

| | | | |
|---|---|---|---|
| Preparer's Signature | | Date | Check if self-employed [ ] Preparer's SSN or PTIN |
| Firm's Name (or yours if self-employed), Address, and ZIP Code ► | | EIN | |
| | | Phone No. | |

Form **1040** Department of the Treasury — Internal Revenue Service
# U.S. Individual Income Tax Return 2001

(99) IRS use only — Do not write or staple in this space.

For the year Jan 1 - Dec 31, 2001, or other tax year beginning , 2001, ending , 20 OMB No. 1545-0074

**Label** (See instructions.)

Use the IRS label. Otherwise, please print or type.

| | | | |
|---|---|---|---|
| Your First Name: Ana | MI: B | Last Name: Jaramillo | Your Social Security Number: 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 |
| If a Joint Return, Spouse's First Name | MI | Last Name | Spouse's Social Security Number |
| Home Address (number and street). If You Have a P.O. Box, See Instructions.: 1161 Hudson St. | Apartment No. | | **Important!** You must enter your social security number(s) above. |
| City, Town or Post Office. If You Have a Foreign Address, See Instructions.: Redwood City | State: CA | ZIP Code: 94061 | |

**Presidential Election Campaign** (See instructions.)
Note: Checking 'Yes' will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? You: [ ] Yes [X] No Spouse: [ ] Yes [ ] No

## Filing Status

Check only one box.

1. [ ] Single
2. [ ] Married filing joint return (even if only one had income)
3. [ ] Married filing separate return. Enter spouse's SSN above & full name here
4. [X] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ► Peter A. Biocini
5. [ ] Qualifying widow(er) with dependent child (year spouse died ► ). (See instructions.)

## Exemptions

6a [X] **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a — No. of boxes checked on 6a and 6b: 1

b [ ] **Spouse**

c **Dependents:**

| (1) First name Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If more than six dependents, see instructions.

No. of your children on 6c who: • lived with you ____ • did not live with you due to divorce or separation (see instrs) ____ Dependents on 6c not entered above ____

d Total number of exemptions claimed — Add numbers entered on lines above ► 1

## Income

Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 36,130. |
| 8a | **Taxable** interest. Attach Schedule B if required | 8a | |
| b | **Tax-exempt** interest. **Do not** include on line 8a — 8b | | |
| 9 | Ordinary dividends. Attach Schedule B if required | 9 | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ► [ ] | 13 | -291. |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | *Total IRA distributions* 15a — b Taxable amount (see instrs) | 15b | |
| 16a | Total pensions & annuities 16a — b Taxable amount (see instrs) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | 2,530. |
| 20a | Social security benefits 20a — b *Taxable amount (see instrs)* | 20b | |
| 21 | Other income | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ► | 22 | 38,369. |

## Adjusted Gross Income

| Line | Description | | Amount |
|---|---|---|---|
| 23 | IRA deduction (see instructions) | 23 | |
| 24 | Student loan interest deduction (see instructions) | 24 | |
| 25 | Archer MSA deduction. Attach Form 8853 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed health insurance deduction (see instructions) | 28 | |
| 29 | Self-employed SEP, SIMPLE, and qualified plans | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid b Recipient's SSN ► | 31a | |
| 32 | Add lines 23 through 31a | 32 | |
| 33 | Subtract line 32 from line 22. This is your **adjusted gross income** ► | 33 | 38,369. |

**BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.** Form 1040 (2001)

FDIA0112 12/10/01

Form 1040 (2001) Ana B Jaramillo 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 Page 2

**Tax and Credits**

34 Amount from line 33 (adjusted gross income) ... 34 — 38,369.

35a Check if: [ ] You were 65/older, [ ] Blind; [ ] Spouse was 65/older, [ ] Blind. Add the number of boxes checked above and enter the total here ... ► 35a

b If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see instructions and check here ... ► 35b [ ]

**Standard Deduction for —**
- People who checked any box on line 35a or 35b or who can be claimed as a dependent, see instructions.
- All others:
  Single: $4,550
  Head of household, $6,650
  Married filing jointly or Qualifying widow(er), $7,600
  Married filing separately, $3,800

| Line | Description | Sub-box | Amount |
|---|---|---|---|
| 36 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | | 6,650. |
| 37 | Subtract line 36 from line 34 | | 31,719. |
| 38 | If line 34 is $99,725 or less, multiply $2,900 by the total number of exemptions claimed on line 6d. If line 34 is over $99,725, see the worksheet in the instructions | | 2,900. |
| 39 | Taxable income. Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | | 28,819. |
| 40 | Tax (see instrs). Check if any tax is from a [ ] Form(s) 8814 b [ ] Form 4972 | | 4,324. |
| 41 | Alternative minimum tax (see instructions). Attach Form 6251 | | |
| 42 | Add lines 40 and 41 ► | | 4,324. |
| 43 | Foreign tax credit. Attach Form 1116 if required | | |
| 44 | Credit for child and dependent care expenses. Attach Form 2441 | | |
| 45 | Credit for the elderly or the disabled. Attach Schedule R | | |
| 46 | Education credits. Attach Form 8863 | | |
| 47 | Rate reduction credit. See the worksheet | 200. | |
| 48 | Child tax credit (see instructions) | | |
| 49 | Adoption credit. Attach Form 8839 | | |
| 50 | Other credits from a [ ] Form 3800 b [ ] Form 8396 c [ ] Form 8801 d [ ] Form (specify) | | |
| 51 | Add lines 43 through 50. These are your total credits | | 200. |
| 52 | Subtract line 51 from line 42. If line 51 is more than line 42, enter -0- ► | | 4,124. |

**Other Taxes**

| Line | Description | Amount |
|---|---|---|
| 53 | Self-employment tax. Attach Schedule SE | |
| 54 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | |
| 55 | Tax on qualified plans, including IRAs, and other tax-favored accounts. Attach Form 5329 if required | |
| 56 | Advance earned income credit payments from Form(s) W-2 | |
| 57 | Household employment taxes. Attach Schedule H | |
| 58 | Add lines 52-57. This is your total tax ► | 4,124. |

**Payments**

If you have a qualifying child, attach Schedule EIC.

| Line | Description | Sub-box | Amount |
|---|---|---|---|
| 59 | Federal income tax withheld from Forms W-2 and 1099 | 6,893. | |
| 60 | 2001 estimated tax payments and amount applied from 2000 return | | |
| 61a | Earned income credit (EIC) | | |
| 61b | Nontaxable earned income | | |
| 62 | Excess social security and RRTA tax withheld (see instrs) | | |
| 63 | Additional child tax credit. Attach Form 8812 | | |
| 64 | Amount paid with request for extension to file (see instructions) | | |
| 65 | Other payments. Check if from a [ ] Form 2439 b [ ] Form 4136 | | |
| 66 | Add lines 59, 60, 61a, and 62 through 65. These are your total payments ► | | 6,893. |

FDIA0112 12/10/01

**Refund**

Direct deposit? See instructions and fill in 68b, 68c, and 68d.

67 If line 66 is more than line 58, subtract line 58 from line 66. This is the amount you overpaid — 67 — 2,769.

68a Amount of line 67 you want refunded to you ► 68a — 2,769.

► b Routing number 121000358 ► c Type: [X] Checking [ ] Savings

► d Account number 0931305434

69 Amount of line 67 you want applied to your 2002 estimated tax ► 69

**Amount You Owe**

70 Amount you owe. Subtract line 66 from line 58. For details on how to pay, see instructions ► 70

71 Estimated tax penalty. Also include on line 70 — 71

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see instructions)? [ ] Yes. Complete the following. [X] No

Designee's Name ► Phone No. ► Personal Identification Number (PIN) ►

**Sign Here**

Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your Signature ► | Date | Your Occupation: Accounting Clerk | Daytime Phone Number: (650) 299-9497

Spouse's Signature. If a Joint Return, Both Must Sign. | Date | Spouse's Occupation

**Paid Preparer's Use Only**

Preparer's Signature ► [signature] | Date 01/27/2002 | Check if self-employed [X] | Preparer's SSN or PTIN P00152277

Firm's Name (or yours if self-employed), Address, and ZIP Code ► GRUPO CANAS, INC. 610 Third St. Ste. A-4 San Rafael CA 94901 | EIN 68-0372499 | Phone No. (415) 459-5214

Form 1040 (2001)

Schedule D (Form 1040)

Department of the Treasury Internal Revenue Service (99)

# Capital Gains and Losses

► Attach to Form 1040. ► See Instructions for Schedule D (Form 1040).
► Use Schedule D-1 to list additional transactions for lines 1 and 8.

OMB No. 1545-0074

2001

12

Name(s) Shown on Form 1040: Ana B Jaramillo

Your Social Security Number: 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

## Part I Short-Term Capital Gains and Losses — Assets Held One Year or Less

| (a) Description of property (Example: 100 shares XYZ Co) | (b) Date acquired (Mo, day, yr) | (c) Date sold (Mo, day, yr) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) Gain or (loss) Subtract (e) from (d) |
|---|---|---|---|---|---|
| 1 Ameritrade | 05/30/00 | 04/16/01 | 111. | 402. | -291. |
| | | | | | |
| | | | | | |
| | | | | | |

| Line | Description | Line no. | Amount |
|---|---|---|---|
| 2 | Enter your short-term totals, if any, from Schedule D-1, line 2 | 2 | |
| 3 | **Total short-term sales price amounts.** Add lines 1 and 2 in column (d) | 3 | 111. |
| 4 | Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 | 4 | |
| 5 | Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | 5 | |
| 6 | Short-term capital loss carryover. Enter the amount, if any, from line 8 of your 2000 Capital Loss Carryover Worksheet | 6 | |
| 7 | **Net short-term capital gain or (loss).** Combine lines 1 through 6 in column (f) | 7 | -291. |

## Part II Long-Term Capital Gains and Losses — Assets Held More Than One Year

| (a) Description of property (Example: 100 shares XYZ Co) | (b) Date acquired (Mo, day, yr) | (c) Date sold (Mo, day, yr) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) Gain or (loss) Subtract (e) from (d) | (g) 28% rate gain or (loss) * (see instructions below) |
|---|---|---|---|---|---|---|
| 8 | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Line | Description | Line no. | (f) | (g) |
|---|---|---|---|---|
| 9 | Enter your long-term totals, if any, from Schedule D-1, line 9 | 9 | | |
| 10 | **Total long-term sales price amounts.** Add lines 8 and 9 in column (d) | 10 | | |
| 11 | Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 | 11 | | |
| 12 | Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | 12 | | |
| 13 | Capital gain distributions. See instrs | 13 | | |
| 14 | Long-term capital loss carryover. Enter in both columns (f) and (g) the amount, if any, from line 13 of your 2000 Capital Loss Carryover Worksheet | 14 | | |
| 15 | Combine lines 8 through 14 in column (g) | 15 | | |
| 16 | **Net long-term capital gain or (loss).** Combine lines 8 through 14 in column (f) | 16 | | |

Next: Go to Part III on page 2.

* **28% rate gain or loss** includes all 'collectibles gains and losses' (as defined in the instructions) and up to 50% of the eligible gain on qualified small business stock (see instructions).

Schedule D (Form 1040) 2001   Ana B Jaramillo                           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                    Page 2

## Part III    Taxable Gain or Deductible Loss

**17**  Combine lines 7 and 16 and enter the result. If a loss, go to line 18. If a gain, enter the gain on Form 1040, line 13, and complete Form 1040 through line 39 .................................................... | **17** | -291.

    **Next:** • If both lines 16 and 17 are gains and Form 1040, line 39, is more than zero, complete Part IV below.

        • Otherwise, skip the rest of Schedule D and complete Form 1040.

**18**  If line 17 is a loss, enter here and on Form 1040, line 13, the **smaller of (a)** that loss or **(b)** ($3,000) (or, if married filing separately, ($1,500)). Then complete Form 1040 through line 37 .......................... | **18** | -291.

    **Next:** • If the loss on line 17 is more than the loss on line 18 or if Form 1040, line 37, is less than zero, skip **Part IV** below and complete the **Capital Loss Carryover Worksheet** in the instructions before completing the rest of Form 1040.

        • Otherwise, skip **Part IV** below and complete the rest of Form 1040.

## Part IV    Tax Computation Using Maximum Capital Gains Rates

**19**  Enter your unrecaptured Section 1250 gain, if any, from line 17 of the worksheet in the instructions .... | 19 |

    **If line 15 or line 19 is more than zero, complete the worksheet in the instructions to figure the amount to enter on lines 22, 29, and 40 below, and skip all other lines below. Otherwise, go to line 20.**

**20**  Enter your taxable income from Form 1040, line 39 ...................... | 20 |

**21**  Enter the smaller of line 16 or line 17 of Schedule D ......... | 21 |

**22**  If you are deducting investment interest expense on Form 4952, enter the amount from Form 4952, line 4e. Otherwise, enter -0- ......................... | 22 |

**23**  Subtract line 22 from line 21. If zero or less, enter -0- ......................... | 23 |

**24**  Subtract line 23 from line 20. If zero or less, enter -0- ......................... | 24 |

**25**  Figure the tax on the amount on line 24. Use the Tax Table or Tax Rate Schedules, whichever applies ........ | 25 |

**26**  Enter the **smaller** of:
    • The amount on line 20 or
    • $45,200 if married filing jointly or qualifying widow(er);
      $27,050 if single;
      $36,250 if head of household; or
      $22,600 if married filing separately  .............. | 26 |

    **If line 26 is greater than line 24, go to line 27. Otherwise, skip lines 27 through 33 and go to line 34.**

**27**  Enter the amount from line 24 ............................................. | 27 |

**28**  Subtract line 27 from line 26. If zero or less, enter -0- and go to line 34 ........ | 28 |

**29**  Enter your qualified 5-year gain, if any, from line 7 of the worksheet in the instructions ............... | 29 |

**30**  Enter the **smaller** of line 28 or line 29 ........................................ | 30 |

**31**  Multiply line 30 by 8% (.08) ..................................................... | 31 |

**32**  Subtract line 30 from line 28 ......................... | 32 |

**33**  Multiply line 32 by 10% (.10) .................................................... | 33 |

    **If the amounts on lines 23 and 28 are the same, skip lines 34 through 37 and go to line 38.**

**34**  Enter the **smaller** of line 20 or line 23 ....................................... | 34 |

**35**  Enter the amount from line 28 (if line 28 is blank, enter -0-) ................... | 35 |

**36**  Subtract line 35 from line 34 .................................................... | 36 |

**37**  Multiply line 36 by 20% (.20) .................................................... | 37 |

**38**  Add lines 25, 31, 33, and 37 ..................................................... | 38 |

**39**  Figure the tax on the amount on line 20. Use the Tax Table or Tax Rate Schedules, whichever applies ........ | 39 |

**40**  **Tax on all taxable income (including capital gains). Enter the smaller of line 38 or line 39 here and on Form 1040, line 40** ................................................................. | 40 |

BAA                                                                     Schedule D (Form 1040) 2001

FDIA0612   10/29/01

001034

# California Resident Income Tax Return 2001

APE

540

FEDERAL RETURN ATTACHMENT REQUIRED: [X] YES [ ] NO

P | AC | A | R | RP

DO NOT ATTACH LABEL

**Step 1** Name and Address

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 JARA ** 01
ANA B JARAMILLO

1161 HUDSON ST
REDWOOD CITY CA 94061

FOR COMPUTERIZED USE ONLY

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 01 | 4 | 37 | 457 | 56 | 0 | APE | 0 |
| 06 | 0 | 38 | 1759 | 57 | 0 | 3800 | 0 |
| 09 | 0 | 39 | 0 | 58 | 0 | 3803 | 0 |
| 11 | 0 | 41 | 0 | 59 | 0 | SCHG1 | 0 |
| 12 | 36130 | 42 | 0 | 60 | 0 | 5870A | 0 |
| 14 | 2530 | 43 | 0 | 64 | 0 | 5805 5805F | 0 |
| 16 | 0 | 44 | 0 | 65 | 1302 | P | 00152277 |
| 17 | 35839 | 45 | 0 | 66 | 0 | | |
| 18 | 5920 | 47 | 1302 | 68 | 0 | | |
| 20 | 536 | 48 | 0 | | | | |
| 23 | 0 | 49 | 1302 | | | | |
| 28 | 0 | 50 | 0 | | | | |
| 29 | 0 | 51 | 0 | | | | |
| 30 | 0 | 52 | 0 | | | | |
| 31 | 0 | 53 | 0 | | | | 121000358 |
| 35 | 0 | 54 | 0 | | | | 0931305434 |
| 36 | 0 | 55 | 0 | | | | 1 |

**Step 2** Filing Status — Check only one.

1 [ ] Single
2 [ ] Married filing joint return (even if only one spouse had income)
3 [ ] Married filing separate return. Enter spouse's SSN above and full name here
4 [X] Head of household (with qualifying person). STOP. See instructions.
5 [ ] Qualifying widow(er) with dependent child. Enter year spouse died

**Step 3** Exemptions

6 If someone can claim you (or your spouse, if married) as a dependent on their tax return, check the box here ● 6 [ ]
7 Personal: If you checked box 1, 3, or 4 above, enter 1 in the box. If you checked box 2 or 5, enter 2 in the box. If you checked the box on line 6, see instructions — 7 [1] x $79 = $ 79.
8 Blind: If you (or if married, your spouse) are visually impaired, enter 1; if both, enter 2 — 8 [ ] x $79 = $
9 Senior: If you (or if married, your spouse) are 65 or older, enter 1; if both, enter 2 ● 9 [ ] x $79 = $
10 Add line 7 through line 9. This is your total exemption credit before the dependent exemption credit — 10 Total $ 79.

Dependent Exemptions

11 Dependents: Enter name and relationship. Do not include yourself or your spouse.

Total dependent exemption credit ● 11 [ ] x $247 = $

**Step 4** Taxable Income

| Line | Description | Amount |
|---|---|---|
| 12 | State wages from your Form(s) W-2, box 16 ● 12 | 36,130. |
| 13 | Enter adjusted gross income from your 2001 federal return | 38,369. |
| 14 | California adjustments — subtractions. Enter the amount from Schedule CA (540), line 33, column B ● | 2,530. |
| 15 | Subtract line 14 from line 13. If less than zero, enter the result in parentheses. See instructions | 35,839. |
| 16 | California adjustments — additions. Enter the amount from Schedule CA (540), line 33, column C ● | |
| 17 | California adjusted gross income. Combine line 15 and line 16 ● | 35,839. |
| 18 | Enter the larger of your CA standard deduction OR your CA itemized deductions ● | 5,920. |
| 19 | Subtract line 18 from line 17. This is your taxable income. If less than zero, enter -0- | 29,919. |

Attach check or money order here.

**Step 5** Tax

Attach copy of your Form(s) W-2, W-2G, and other Forms 1099 with California tax withheld.

| Line | Description | Amount |
|---|---|---|
| 20 | Tax. Check if from [X] Tax Table [ ] Tax Rate Schedule [ ] FTB 3800 or [ ] FTB 3803 ● | 536. |
| 21 | Exemption credits. If line 13 is over $130,831, see instructions. Otherwise, add line 10 and line 11 | 79. |
| 22 | Subtract line 21 from line 20. If less than zero, enter -0- | 457. |
| 23 | Other Taxes. Check if from [ ] Schedule G-1 and [ ] form FTB 5870A ● | |
| 24 | Add line 22 and line 23. Continue to Side 2 | 457. |

Your Name: ANA B. JARAMILLO Your SSN: 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

**Step 6** Special Credits and Nonrefundable Renter's Credit

25 Amount from Side 1, line 24 ... 25 457.

28 Enter credit name ____ code no. ____ & amount ▶ 28

29 Enter credit name ____ code no. ____ & amount ▶ 29

30 To claim more than two credits, see instructions ... ● 30

31 Nonrefundable renter's credit. See instructions for 'Step 6' ... ● 31

33 Add line 28 through line 31. These are your total credits ... 33

34 Subtract line 33 from line 25. If less than zero, enter -0- ... 34 457.

**Step 7** Other Taxes

35 Alternative minimum tax. Attach Schedule P (540) ... ● 35 0.

36 Other taxes and credit recapture. See instructions ... ● 36

37 Add line 34 through line 36. This is your total tax ... ● 37 457.

**Step 8** Payments

38 California income tax withheld. See instructions ... ■ 38 1,759.

39 2001 California estimated tax and other payments ... ■ 39

41 Excess SDI. See instructions ... ■ 41

**Child and Dependent Care Expenses Credit.** See instructions; attach form FTB 3506.

● 42 ____ ● 43 ____

■ 44 ____ ■ 45 ____

46 Add line 38, line 39, line 41, and line 45. These are your total payments ... 46 1,759.

**Step 9** Overpaid Tax or Tax Due

47 Overpaid tax. If line 46 is more than line 37, subtract line 37 from line 46 ... 47 1,302.

48 Amount of line 47 you want applied to your 2002 estimated tax ... ■ 48

49 Overpaid tax available this year. Subtract line 48 from line 47 ... ■ 49 1,302.

50 Tax due. If line 46 is less than line 37, subtract line 46 from line 37 ... 50

**Step 10** Contributions

CA Seniors Special Fund. See instructions ... ● 51

Alzheimer's Disease/Related Disorders Fund ... ● 52

CA Fund for Senior Citizens ... ● 53

Rare and Endangered Species Preservation Program ... ● 54

State Children's Trust Fund for the Prevention of Child Abuse ... ● 55

CA Breast Cancer Research Fund ... ● 56

CA Firefighters' Memorial Fund ... ● 57

Emergency Food Assistance Program Fund ... ● 58

CA Peace Officer Memorial Foundation Fund ... ● 59

Lupus Foundation of America, California Chapters Fund ... ● 60

64 Add line 51 through line 60. These are your total contributions ... ● 64 0.

**Step 11** Refund or Amount You Owe

65 **REFUND OR NO AMOUNT DUE.** Subtract line 64 from line 49. Mail to: **FRANCHISE TAX BOARD, PO BOX 942840, SACRAMENTO CA 94240-0009** ... ■ 65 1,302.

66 **AMOUNT YOU OWE.** Add line 50 and line 64. Mail to: **FRANCHISE TAX BOARD, PO BOX 942867, SACRAMENTO CA 94267-0001** ... ■ 66

**Step 12** Interest and Penalties

67 Interest, late return penalties, and late payment penalties ... 67

68 Underpayment of estimated tax. Check box: ☐ FTB 5805 attached ☐ FTB 5805F attached ... ■ 68

69 Total amount due. See instructions ... 69

● 70 4

**Step 13** Direct Deposit of Refund

Do not attach a voided check or a deposit slip.
Complete this section to have your refund directly deposited. Routing number ... ▶ ● 121000358

Account Type:

Checking ● ☒ Savings ● ☐ Account number ... ▶ ● 0931305434

**IMPORTANT:** See 'Sign Your Return' in the Form 540 instructions to find out if you should attach a copy of your complete federal return. Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

**Sign Here**

It is unlawful to forge a spouse's signature.

Joint return? See instructions.

Your signature X [signature] Daytime phone number (650) 299-9497

Spouse's signature (if filing joint, both must sign) X Date [handwritten]

Paid preparer's signature (declaration of preparer is based on all information of which preparer has any knowledge) [signature] 1/26/02 Paid preparer's SSN/PTIN ● P00152277

Firm's name (or yours if self-employed) GRUPO CANAS, INC.

Firm's address 610 Third St. Ste. A-4 San Rafael CA 94901

FEIN 68-0372499

54001206051

CAIA3912 11/29/01

TAXABLE YEAR **2001** **California Adjustments – Residents** SCHEDULE **CA (540)**

**Important:** Attach this schedule directly behind Form 540, Side 2.

Name(s) as shown on return: Ana B. Jaramillo

Social security number: 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

## Part I Income Adjustment Schedule

| Section A – Income | | A Federal Amounts (taxable amounts from your federal return) | B Subtractions See instructions | C Additions See instructions |
|---|---|---|---|---|
| 7 Wages, salaries, tips, etc. See instructions before making an entry in column B or C | 7 | 36,130. | | |
| 8 Taxable interest income | 8 | | | |
| 9 Ordinary dividends | 9 | | | |
| 10 State tax refund. Enter the same amount in column A and column B | 10 | | | |
| 11 Alimony received | 11 | | | |
| 12 Business income or (loss) | 12 | | | |
| 13 Capital gain or (loss) | 13 | -291. | | |
| 14 Other gains or (losses) | 14 | | | |
| 15 Total IRA distributions. See instructions (a) | (b) | | | |
| 16 Total pensions and annuities. See instructions (a) | (b) | | | |
| 17 Rental real estate, royalties, partnerships, S corporations, trusts, etc | 17 | | | |
| 18 Farm income or (loss) | 18 | | | |
| 19 Unemployment compensation. Enter the same amount in column A and column B | 19 | 2,530. | 2,530. | |
| 20 Social security benefits (a) | (b) | | | |
| 21 Other income. a California lottery winnings; b Disaster loss carryover from FTB 3805V; c Federal NOL (Form 1040, line 21); d NOL carryover from FTB 3805V; e NOL from FTB 3805D, 3805Z, 3806, 3807, or 3809; f Other (describe) | 21 | | a / b / c / d / e / f | a / b / c / d / e / f |
| 22 Total. Combine line 7 through line 21 in column A. Add line 7 through line 21f in column B and column C. Go to Section B | 22 | 38,369. | 2,530. | |

| Section B – Adjustments to Income | | A | B | C |
|---|---|---|---|---|
| 23 IRA deduction | 23 | | | |
| 24 Student loan interest deduction | 24 | | | |
| 25 Medical savings account deduction | 25 | | | |
| 26 Moving expenses | 26 | | | |
| 27 One-half of self-employment tax | 27 | | | |
| 28 Self-employed health insurance deduction | 28 | | | |
| 29 Keogh and self-employed SEP and SIMPLE plans | 29 | | | |
| 30 Penalty on early withdrawal of savings | 30 | | | |
| 31a Alimony paid. b Recipient's: SSN ___ Last name ___ | 31a | | | |
| 32 Add line 23 through line 31a in columns A, B, and C | 32 | | | |
| 33 Total. Subtract line 32 from line 22 in columns A, B, and C. See the instructions for how to transfer the total to Form 540 | 33 | 38,369. | 2,530. | |

## Part II Adjustments to Federal Itemized Deductions

| | | |
|---|---|---|
| 35 Federal itemized deductions. Add the amounts on federal Schedule A (Form 1040), lines 4, 9, 14, 18, 19, 26, and 27 | 35 | 2,084. |
| 36 Enter total of federal Schedule A, line 5 (state and local income tax and State Disability Insurance) and line 8 (foreign taxes only) | 36 | 2,084. |
| 37 Subtract line 36 from line 35 | 37 | 0. |
| 38 Other adjustments including California lottery losses. See instructions. Specify ... | 38 | |
| 39 Combine line 37 and line 38 | 39 | 0. |
| 40 (see below) | 40 | 0. |

40 Is the amount on Form 540, line 13 more than the amount shown below for your filing status?

Single or married filing separate ....... $130,831
Married filing joint or qualifying widow(er) ....... $261,664
Head of household ....... $196,248

NO. Transfer the amount on line 39 to line 40.
YES. Complete the Itemized Deductions Worksheet in the instructions for Schedule CA (540), line 40.

Is the amount you entered on line 40 more than your standard deduction below?

Single or married filing separate ....... $2,960
Married filing joint, head of household, or qualifying widow(er) ....... $5,920

YES. Transfer the amount on line 40 to Form 540, line 18.
NO. Enter your standard deduction on Form 540, line 18.