Form **1040**
Department of the Treasury — Internal Revenue Service
**U.S. Individual Income Tax Return** **2002** (99)   IRS use only — Do not write or staple in this space.

For the year Jan 1 - Dec 31, 2002, or other tax year beginning _____ , 2002, ending _____ , 20 __

OMB No. 1545-0074

**Label**
(See instructions)

**Use the IRS label. Otherwise, please print or type.**

Your first name: Ana   MI: B   Last name: Jaramillo

Your social security number: 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

If a joint return, spouse's first name   MI   Last name

Spouse's social security number

Home address (number and street). If you have a P.O.box, see instructions.
100N Whisman Rd

Apartment no. 3114

City, town or post office. If you have a foreign address, see instructions.
Mountain View   State CA   ZIP code 94043

▲ **Important!**
You must enter your social security number(s) above.

**Presidential Election Campaign**
(See instructions)
► Note: Checking 'Yes' will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? ► You [ ] Yes [X] No   Spouse [ ] Yes [ ] No

**Filing Status**

Check only one box.

1 [ ] Single
2 [ ] Married filing jointly (even if only one had income)
3 [ ] Married filing separately. Enter spouse's SSN above & full name here. ►
4 [X] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ►
5 [ ] Qualifying widow(er) with dependent child (year spouse died ► ). (See instructions.)

**Exemptions**

6a [X] Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a

b [ ] Spouse

No. of boxes checked on 6a and 6b: 1

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|
| Peter A Biocini | 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 | Son | [X] |
| | | | |
| | | | |
| | | | |

If more than five dependents, see instructions.

No. of children on 6c who:
• lived with you: 1
• did not live with you due to divorce or separation (see instrs)
Dependents on 6c not entered above

d Total number of exemptions claimed

Add numbers on lines above ► 2

**Income**

**Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.**

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

7 Wages, salaries, tips, etc. Attach Form(s) W-2 .......... | 7 |
8a Taxable interest. Attach Schedule B if required .......... | 8a |
b Tax-exempt interest. Do not include on line 8a ... | 8b | |
9 Ordinary dividends. Attach Schedule B if required .......... | 9 |
10 Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | 10 | 0. |
11 Alimony received .......... | 11 |
12 Business income or (loss). Attach Schedule C or C-EZ .......... | 12 | 2.582. |
13 Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here ► [ ] | 13 |
14 Other gains or (losses). Attach Form 4797 .......... | 14 |
15a IRA distributions .......... | 15a | b Taxable amount (see instrs) | 15b |
16a Pensions and annuities ... | 16a | b Taxable amount (see instrs) | 16b |
17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 |
18 Farm income or (loss). Attach Schedule F .......... | 18 |
19 Unemployment compensation .......... | 19 |
20a Social security benefits | 20a | b Taxable amount (see instrs) | 20b | 15,710. |
21 Other income .......... | 21 |
22 Add the amounts in the far right column for lines 7 through 21. This is your total income ► | 22 | 18,292. |

**Adjusted Gross Income**

23 Educator expenses (see instructions) .......... | 23 |
24 IRA deduction (see instructions) .......... | 24 |
25 Student loan interest deduction (see instructions) .......... | 25 |
26 Tuition and fees deduction (see instructions) .......... | 26 |
27 Archer MSA deduction. Attach Form 8853 .......... | 27 |
28 Moving expenses. Attach Form 3903 .......... | 28 |
29 One-half of self-employment tax. Attach Schedule SE .......... | 29 | 183. |
30 Self-employed health insurance deduction (see instructions) | 30 |
31 Self-employed SEP, SIMPLE, and qualified plans .......... | 31 |
32 Penalty on early withdrawal of savings .......... | 32 |
33a Alimony paid b Recipient's SSN ► | 33a |
34 Add lines 23 through 33a .......... | 34 | 183. |
35 Subtract line 34 from line 22. This is your adjusted gross income ► | 35 | 18,109. |

LA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.

FDIA0112   12/26/02   Form 1040 (2002)

001038

Form 1040 (2002)  Ana B Jarami                                              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    Page 2

| Tax and Credits | | | | |
|---|---|---|---|---|
| 36 | Amount from line 35 (adjusted gross income) | | 36 | 18,109. |
| 37a | Check if: ☐ You were 65/older, ☐ Blind; ☐ Spouse was 65/older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 37a | | | |
| b | If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see instructions and check here ▶ 37b | | | |
| 38 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | | 38 | 6,900. |
| 39 | Subtract line 38 from line 36 | | 39 | 11,209. |
| 40 | If line 36 is $103,000 or less, multiply $3,000 by the total number of exemptions claimed on line 6d. If line 36 is over $103,000, see the worksheet in the instructions | | 40 | 6,000. |
| 41 | Taxable income. Subtract line 40 from line 39. If line 40 is more than line 39, enter -0- | | 41 | 5,209. |
| 42 | Tax (see instrs). Check if any tax is from a ☐ Form(s) 8814 b ☐ Form 4972 | | 42 | 523. |
| 43 | Alternative minimum tax (see instructions). Attach Form 6251 | | 43 | |
| 44 | Add lines 42 and 43 | | 44 | 523. |
| 45 | Foreign tax credit. Attach Form 1116 if required | 45 | | |
| 46 | Credit for child and dependent care expenses. Attach Form 2441 | 46 | | |
| 47 | Credit for the elderly or the disabled. Attach Schedule R | 47 | | |
| 48 | Education credits. Attach Form 8863 | 48 | 523. | |
| 49 | Retirement savings contributions credit. Attach Form 8880 | 49 | | |
| 50 | Child tax credit (see instructions) | 50 | 0. | |
| 51 | Adoption credit. Attach Form 8839 | 51 | | |
| 52 | Credits from: a ☐ Form 8396 b ☐ Form 8859 | 52 | | |
| 53 | Other credits. Check applicable box(es): a ☐ Form 3800 b ☐ Form 8801 c ☐ Specify | 53 | | |
| 54 | Add lines 45 through 53. These are your total credits | | 54 | 523. |
| 55 | Subtract line 54 from line 44. If line 54 is more than line 44, enter -0- ▶ | | 55 | 0. |

| Other Taxes | | | |
|---|---|---|---|
| 56 | Self-employment tax. Attach Schedule SE | 56 | 365. |
| 57 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 57 | |
| 58 | Tax on qualified plans, including IRAs, and other tax-favored accounts. Attach Form 5329 if required | 58 | |
| 59 | Advance earned income credit payments from Form(s) W-2 | 59 | |
| 60 | Household employment taxes. Attach Schedule H | 60 | |
| 61 | Add lines 55-60. This is your total tax ▶ | 61 | 365. |

| Payments | | | | |
|---|---|---|---|---|
| If you have a qualifying child, attach Schedule EIC. | 62 | Federal income tax withheld from Forms W-2 and 1099 | 62 | 1,375. |
| | 63 | 2002 estimated tax payments and amount applied from 2001 return | 63 | |
| | 64 | Earned income credit (EIC) | 64 | 808. |
| | 65 | Excess social security and tier 1 RRTA tax withheld (see instructions) | 65 | |
| | 66 | Additional child tax credit. Attach Form 8812 | 66 | |
| | 67 | Amount paid with request for extension to file (see instructions) | 67 | |
| | 68 | Other pmts from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | 68 | |
| | 69 | Add lines 62 through 68. These are your total payments ▶ | 69 | 2,183. |

| Refund | | | | |
|---|---|---|---|---|
| Direct deposit? See instructions and fill in 71b, 71c, and 71d. | 70 | If line 69 is more than line 61, subtract line 61 from line 69. This is the amount you overpaid | 70 | 1,818. |
| | 71a | Amount of line 70 you want refunded to you ▶ | 71a | 1,818. |
| | b | Routing number ........ 121000358   ▶ c Type: ☒ Checking ☐ Savings | | |
| | d | Account number ...... 0931305434 | | |
| | 72 | Amount of line 70 you want applied to your 2003 estimated tax ▶ 72 | | |

| Amount You Owe | | | |
|---|---|---|---|
| 73 | Amount you owe. Subtract line 69 from line 61. For details on how to pay, see instructions ▶ | 73 | |
| 74 | Estimated tax penalty (see instructions) | 74 | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete the following. ☒ No

| Designee's name ▶ | Phone no. ▶ | Personal identification number (PIN) ▶ |
|---|---|---|

**Sign Here**

Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| ▶ | | Accounting Clerk | (650) 988-1484 |
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | |
| ▶ | | | |

**Preparer's Use Only**

| Preparer's signature ▶ | Date 2/13/23 | Check if self-employed ☐ | Preparer's SSN or PTIN P00152277 |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | GRUPO CANAS, INC. | | EIN 68-0486220 |
| | 610 thrd ST STE A-4 | | |
| | SAN RAFAEL        CA  94901 | | Phone no. (415) 459-5214 |

FDIA0112  12/26/02                                                    Form 1040 (2002)

**SCHEDULE C**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service    (99)

**Profit or Loss from Business**
(Sole Proprietorship)

▶ Partnerships, joint ventures, etc., must file Form 1065 or Form 1065-B.
▶ Attach to Form 1040 or 1041.   ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**2002**

09

e of proprietor
j Ana B Jaramillo

Social security number (SSN)
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

A  Principal business or profession, including product or service (see instructions)
Housecleaning

B  Enter code from instructions
▶ 561790

C  Business name. If no separate business name, leave blank.

D  Employer ID number (EIN), if any

E  Business address (including suite or room no.) ▶ 100N Whisman Rd. Apt. 3114
City, town or post office, state, and ZIP code   Mountain View, CA 94043

F  Accounting method:  (1) [X] Cash  (2) ☐ Accrual  (3) ☐ Other (specify) ▶

G  Did you 'materially participate' in the operation of this business during 2002? If 'No,' see instructions for limit on losses ....  [X] Yes ☐ No

H  If you started or acquired this business during 2002, check here ...................................... ▶ ☐

## Part I  Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. **Caution.** If this income was reported to you on Form W-2 and the 'Statutory employee' box on that form was checked, see the instructions and check here ............ ▶ ☐ | 1 | 2,600. |
| 2 | Returns and allowances ................................................................. | 2 | |
| 3 | Subtract line 2 from line 1 ............................................................. | 3 | 2,600. |
| 4 | Cost of goods sold (from line 42 on page 2) ............................................. | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 ............................................... | 5 | 2,600. |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund .................. | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 .................................................. ▶ | 7 | 2,600. |

## Part II  Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising .................. | 8 | | 19 | Pension and profit-sharing plans ......... | 19 | |
| 9 | Bad debts from sales or services (see instructions) ..... | 9 | | 20 | Rent or lease (see instructions): | | |
| | | | | a | Vehicles, machinery, and equipment .... | 20a | |
| | Car and truck expenses (see instructions) ............. | 10 | | b | Other business property ............. | 20b | |
| 11 | Commissions and fees ........ | 11 | | 21 | Repairs and maintenance ............. | 21 | |
| 12 | Depletion .................... | 12 | | 22 | Supplies (not included in Part III) ...... | 22 | 18. |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | | 23 | Taxes and licenses .................. | 23 | |
| | | | | 24 | Travel, meals, and entertainment: | | |
| | | | | a | Travel .............................. | 24a | |
| 14 | Employee benefit programs (other than on line 19) .... | 14 | | b | Meals and entertainment .... | | |
| 15 | Insurance (other than health) .... | 15 | | c | Enter nondeductible amount included on line 24b (see instrs) ... | | |
| 16 | Interest: | | | | | | |
| a | Mortgage (paid to banks, etc) ....... | 16a | | d | Subtract line 24c from line 24b | 24d | |
| b | Other ...................... | 16b | | 25 | Utilities ............................ | 25 | |
| 17 | Legal & professional services ... | 17 | | 26 | Wages (less employment credits) ....... | 26 | |
| 18 | Office expense ............... | 18 | | 27 | Other expenses (from line 48 on page 2) .... | 27 | |
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 in columns ........ ▶ | | | | | 28 | 18. |

| | | | |
|---|---|---|---|
| 29 | Tentative profit (loss). Subtract line 28 from line 7 ......................................... | 29 | 2,582. |
| 30 | Expenses for business use of your home. Attach Form 8829 ................................. | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. | | |
| | • If a profit, enter on **Form 1040, line 12,** and also on **Schedule SE, line 2** (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3. | 31 | 2,582. |
| | • If a loss, **you must** go to line 32. | | |

32  If you have a loss, check the box that describes your investment in this activity (see instructions).

• If you checked 32a, enter the loss on **Form 1040, line 12,** and also on **Schedule SE, line 2** (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3.

• If you checked 32b, you must attach Form 6198.

32a ☐ All investment is at risk.
32b ☐ Some investment is not at risk.

**AA  For Paperwork Reduction Act Notice, see Form 1040 instructions.**

FDIZ0112  08/13/02

Schedule C (Form 1040) 2002

**SCHEDULE SE**
(Form 1040)

Department of the Treasury
Internal Revenue Service    (99)

**Self-Employment Tax**

► Attach to Form 1040. ► See Instructions for Schedule SE (Form 1040).

OMB No. 1545-0074

**2002**

17

) e of person with self-employment income (as shown on Form 1040)

Ana B Jaramillo

Social security number of person
with self-employment income ►    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

## Who Must File Schedule SE

You must file Schedule SE if:

- You had net earnings from self-employment from **other than church employee income** (line 4 of Short Schedule SE or line 4c of Long Schedule SE) of $400 or more or

- You had church employee income of $108.28 or more. Income from services you performed as a minister or a member of a religious order is not church employee income. See instructions.

**Note.** Even if you had a loss or a small amount of income from self-employment, it may be to your benefit to file Schedule SE and use either 'optional method' in Part II of Long Schedule SE. See instructions.

**Exception.** If your only self-employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner and you filed Form 4361 and received IRS approval not to be taxed on those earnings, **do not file Schedule SE.** Instead, write 'Exempt – Form 4361' on Form 1040, line 56.

## May I Use Short Schedule SE or Must I Use Long Schedule SE?



**You May Use Short Schedule SE Below**        **You Must Use Long Schedule SE**

---

**Section A – Short Schedule SE.** Caution. Read above to see if you can use Short Schedule SE.

| | | |
|---|---|---|
| 1 Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), line 15a .................. | 1 | |
| 2 Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), line 15a (other than farming); and Schedule K-1 (Form 1065-B), box 9. Ministers and members of religious orders, see instructions for amounts to report on this line. See instructions for other income to report ............... | 2 | 2,582. |
| 3 Combine lines 1 and 2 ............................................................ | 3 | 2,582. |
| 4 **Net earnings from self-employment.** Multiply line 3 by 92.35% (.9235). If less than $400, **do not file** this schedule; you do not owe self-employment tax ► | 4 | 2,384. |
| 5 **Self-employment tax.** If the amount on line 4 is: | | |
| • $84,900 or less, multiply line 4 by 15.3% (.153). Enter the result here and on Form 1040, line 56. | 5 | 365. |
| • More than $84,900, multiply line 4 by 2.9% (.029). Then, add $10,527.60 to the result. Enter the total here and on **Form 1040, line 56.** | | |
| 6 **Deduction for one-half of self-employment tax.** Multiply line 5 by 50% (.5). Enter the result here and on **Form 1040, line 29** ........................ | 6 | 183. |

**BAA** For Paperwork Reduction Act Notice, see Form 1040 instructions.

Schedule SE (Form 1040) 2002

**SCHEDULE EIC**
(Form 1040A or 1040)

Department of the Treasury
Internal Revenue Service   (99)

(s) shown on return

**Earned Income Credit**
Qualifying Child Information

*Complete and attach to Form 1040A or 1040
only if you have a qualifying child.*

OMB No. 1545-0074

**2002**

43

Ana B Jaramillo

Your social security number
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

**Before you begin:**   See the instructions for Form 1040A, line 41, or Form 1040, line 64, to make sure that
(a) you can take the EIC and (b) you have a qualifying child.

**CAUTION:**
- If you take the EIC even though you are not eligible, you may not be allowed to take the credit for up to 10 years. See the instructions for details.
- It will take us longer to process your return and issue your refund if you do not fill in all lines that apply for each qualifying child.
- Be sure the child's name on line 1 and social security number (SSN) on line 2 agree with the child's social security card. Otherwise, at the time we process your return, we may reduce or disallow your EIC. If the name or SSN on the child's social security card is not correct, call the Social Security Administration at 1-800-772-1213.

## Qualifying Child Information

| | Child 1 | | Child 2 | |
|---|---|---|---|---|
| **1  Child's name** | First name | Last name | First name | Last name |
| If you have more than two qualifying children, you only have to list two to get the maximum credit ............. | Peter | A Biocini | | |
| **2  Child's SSN** | | | | |
| The child must have an SSN as defined in the Form 1040A or Form 1040 instructions unless the child was born and died in 2002. If your child was born and died in 2002 and did not have an SSN, enter 'Died' on this line and attach a copy of the child's birth certificate | 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 | | | |
| **3  Child's year of birth** ............................. | Year  1988 | | Year _____ | |
| | If born after January 1, 1984, skip lines 4a and 4b; go to line 5. | | If born after January 1, 1984, skip lines 4a and 4b; go to line 5. | |
| **4  If the child was born before January 2, 1984 —** | | | | |
| **a** Was the child under age 24 at the end of 2002 and a student? .................................. | ☐ Yes. *Go to line 5.* | ☐ No. *Continue* | ☐ Yes. *Go to line 5.* | ☐ No. *Continue* |
| **b** Was the child permanently and totally disabled during any part of 2002? ........................ | ☐ Yes. *Continue* | ☐ No. *The child is not a qualifying child.* | ☐ Yes. *Continue* | ☐ No. *The child is not a qualifying child.* |
| **5  Child's relationship to you** | | | | |
| (for example, son, daughter, grandchild, niece, nephew, foster child, etc) ............................. | Son | | | |
| **6  Number of months child lived with you in the United States during 2002** | | | | |
| - If the child lived with you for more than half of 2002 but less than 7 months, enter '7'. | | | | |
| - If the child was born or died in 2002 and your home was the child's home for the entire time he or she was alive during 2002, enter '12'. | 12  months *Do not enter more than 12 months.* | | ____ months *Do not enter more than 12 months.* | |

**TIP**   You may also be able to take the additional child tax credit if your child (a) was under age 17 at the end of 2002, (b) is claimed as your dependent on line 6c of Form 1040A or Form 1040, **and** (c) is a U.S. citizen or resident alien. For more details see the instructions for line 42 of Form 1040A or line 66 of Form 1040.

BAA  For Paperwork Reduction Act Notice, see Form 1040A or 1040 instructions.

Schedule EIC (Form 1040A or 1040) 2002

FDIA7401   10/29/02

001042

Schedule C (Form 1040) 2002 Ana B Jaramillo        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    Page **2**

## Part III   Cost of Goods Sold (see instructions)

**33** Method(s) used to value closing inventory   **a** ☐ Cost   **b** ☐ Lower of cost or market   **c** ☐ Other (attach explanation)

**34** Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
If 'Yes,' attach explanation .............................................................................................. ☐ Yes   ☐ No

| | | |
|---|---|---|
| **35** Inventory at beginning of year. If different from last year's closing inventory, attach explanation ............................................................ | **35** | |
| **36** Purchases less cost of items withdrawn for personal use ......................... | **36** | |
| **37** Cost of labor. Do not include any amounts paid to yourself ........................ | **37** | |
| **38** Materials and supplies ............................................................ | **38** | |
| **39** Other costs ...................................................................... | **39** | |
| **40** Add lines 35 through 39 .......................................................... | **40** | |
| **41** Inventory at end of year ......................................................... | **41** | |
| **42** **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 ............ | **42** | |

## Part IV   Information on Your Vehicle. Complete this part only if you are claiming car or truck expenses on line 10 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file.

**43** When did you place your vehicle in service for business purposes? (month, day, year)   ► _ _ _ _ _ _ _ _ _ _ .

**44** Of the total number of miles you drove your vehicle during 2002, enter the number of miles you used your vehicle for:
   **a** Business _ _ _ _ _ _ _ _ _ _    **b** Commuting _ _ _ _ _ _ _ _ _ _    **c** Other _ _ _ _ _ _ _ _ _ _

**45** Do you (or your spouse) have another vehicle available for personal use? ..................................... ☐ Yes   ☐ No

**46** Was your vehicle available for personal use during off-duty hours? ......................................... ☐ Yes   ☐ No

**47 a** Do you have evidence to support your deduction? ......................................................... ☐ Yes   ☐ No

   **b** If 'Yes,' is the evidence written? ...................................................................... ☐ Yes   ☐ No

## Part V   Other Expenses. List below business expenses not included on lines 8 – 26 or line 30.

| | |
|---|---|
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| **48** Total other expenses. Enter here and on page 1, line 27 .......................... **48** | |

Schedule C (Form 1040) 2002

001043

# California Resident
# Income Tax Return   **2002**
APE

**540**

FEDERAL RETURN ATTACHMENT REQUIRED:
[X] YES  [ ] NO

P

DO NOT
ATTACH
LABEL

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   JARA
ANA            B  JARAMILLO

02   PBA   561790

AC
A
R
RP

**Step 1**

Name and
Address

100N WHISMAN RD
MOUNTAIN VIEW      CA  94043     APT  3114

## FOR COMPUTERIZED USE ONLY

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 01 | 4 | 37 | | | | APE | | 0 |
| 06 | 0 | 38 | 0 | 56 | 0 | 3800 | | 0 |
| 09 | 0 | 39 | 0 | 57 | 0 | 3803 | | 0 |
| 10 | 1 | 41 | 0 | 58 | 0 | SCHG1 | | 0 |
| 12 | 0 | 42 | 0 | 59 | 0 | 5870A | | 0 |
| 14 | 15710 | 43 | 0 | 60 | 0 | 5805 5805F | | 0 |
| 16 | 0 | 44 | 0 | 61 | 0 | P | 00152277 |
| 17 | 2399 | 45 | 0 | 64 | 0 | FN | 680486220 |
| 18 | 6008 | 47 | 0 | 65 | 0 | | |
| 20 | 0 | 48 | 0 | 66 | 0 | | |
| 23 | 0 | 49 | 0 | 68 | 0 | | |
| 28 | 0 | 50 | 0 | | | | |
| 29 | 0 | 51 | 0 | | | | |
| 30 | 0 | 52 | 0 | | | | |
| 31 | 0 | 53 | 0 | | | | |
| 35 | 0 | 54 | 0 | | | | |
| 36 | 0 | 55 | 0 | | | | |

**Step 2**
Filing Status

Check only one.

1  [ ] Single
2  [ ] Married filing jointly (even if only one spouse had income)
3  [ ] Married filing separately. Enter spouse's SSN above and full name here ............
4  [X] Head of household (with qualifying person). STOP. See instructions.
5  [ ] Qualifying widow(er) with dependent child. Enter year spouse died .

**Step 3**
Exemptions

6  If someone can claim you (or your spouse, if married) as a dependent on their tax return, check the box here .... ● 6
7  **Personal:** If you checked box 1, 3, or 4 above, enter 1 in the box. If you checked box 2 or 5, enter 2 in the box. If you checked the box on line 6, see instructions ............................ 7 [1] x $80 = $   80.
8  **Blind:** If you (or if married, your spouse) are visually impaired, enter 1; if both, enter 2 ........... 8 [ ] x $80 = $
9  **Senior:** If you (or if married, your spouse) are 65 or older, enter 1; if both, enter 2 ........... 9 [ ] x $80 = $

Dependent
Exemptions

10 **Dependents:** Enter name and relationship. Do not include yourself or your spouse.
Peter A Biocini - Son

Total dependent exemptions ● 10 [1] x $251 = $   251.

11 Add line 7 through line 10. This is your total exemption amount ............ 11          $   331.

**Step 4**
Taxable
Income

Attach check
or money
order here.

12 State wages from your Form(s) W-2, box 16 .................. ● 12          18,109.
13 Enter adjusted gross income from your 2002 federal return ......................... 13          15,710.
14 California adjustments — subtractions. Enter the amount from Schedule CA (540), line 35, column B ..... ● 14          2,399.
15 Subtract line 14 from line 13. If less than zero, enter the result in parentheses. See instructions .......... 15
16 California adjustments — additions. Enter the amount from Schedule CA (540), line 35, column C ..... ● 16          2,399.
17 California adjusted gross income. Combine line 15 and line 16 .................... ● 17          6,008.
18 Enter the larger of your CA **standard deduction OR** your CA **itemized deductions** ........ ● 18
19 Subtract line 18 from line 17. This is your taxable income. If less than zero, enter -0- ........ 19

CAIA3912  12/09/02

**Step 5**
Tax

Attach copy of your
(s) W-2 and W-2G.
attach any
...(s) 1099 showing
California tax withheld.

20 Tax. Check if from: [X] Tax Table  [ ] Tax Rate Schedule  If line 13 is over $132,793, see instructions. Otherwise, enter amount from line 11 ● 20          0.
21 Exemption credits. [ ] FTB 3800 or [ ] FTB 3803 ........................ 21          0.
22 Subtract line 21 from line 20. If less than zero, enter -0- .................... 22          331.
23 Other Taxes. Check if from [ ] Schedule G-1 and [ ] form FTB 5870A ........... ● 23          0.
24 Add line 22 and line 23. Continue to Side 2 ......................... 24          0.

For Privacy Act Notice, get form FTB 1131.

54002106051

Form 540 C1 2002  Side 1

001044

Your Name: ANA B. JARAMILLO                                      Your SSN: 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

**Step 6**
Special Credits and Nonrefundable Renter's Credit

| 25 | Amount from Side 1, line 24 | 25 | 0. |
|----|----|----|----|
| 28 | Enter credit name _____ code no. ____ & amount ► 28 | | |
| 29 | Enter credit name _____ code no. ____ & amount ► 29 | | |
| 30 | To claim more than two credits, see instructions .......... ● 30 | | |
| 31 | Nonrefundable renter's credit. See instructions for 'Step 6' ...... ● 31 | | |
| 33 | Add line 28 through line 31. These are your total credits ..................... | 33 | |
| 34 | Subtract line 33 from line 25. If less than zero, enter -0-. .................. | 34 | 0. |

**Step 7**
Other Taxes

| 35 | Alternative minimum tax. Attach Schedule P (540) .......................... ● 35 | 0. |
|----|----|----|
| 36 | Other taxes and credit recapture. See instructions .................. ● 36 | |
| 37 | Add line 34 through line 36. This is your total tax ..................... ● 37 | 0. |

**Step 8**
Payments

| 38 | California income tax withheld. See instructions ............... ■ 38 | |
|----|----|----|
| 39 | 2002 California estimated tax and other payments ............. ■ 39 | |
| 41 | Excess SDI. See instructions ............................ ■ 41 | |
| | Child and Dependent Care Expenses Credit. See instructions; attach form FTB 3506. | |
| | ● 42 _____     ● 43 _____ | |
| | ■ 44 _____                   ■ 45 _____ | |
| 46 | Add line 38, line 39, line 41, and line 45. These are your total payments ....... | 46 |

**Step 9**
Overpaid Tax or Tax Due

| 47 | Overpaid tax. If line 46 is more than line 37, subtract line 37 from line 46 ...... | 47 | 0. |
|----|----|----|----|
| 48 | Amount of line 47 you want applied to your 2003 estimated tax .............. ■ 48 | | |
| 49 | Overpaid tax available this year. Subtract line 48 from line 47 .............. ■ 49 | | |
| 50 | Tax due. If line 46 is less than line 37, subtract line 46 from line 37 .......... ■ 50 | 0. | |

**Step 10**
Contributions

| CA Seniors Special Fund. See instructions .......... ● 51 | CA Breast Cancer Research Fund . ● 56 |
|----|----|
| | CA Firefighters' Memorial Fund ... ● 57 |
| Alzheimer's Disease/Related Disorders Fund ............. ● 52 | Emergency Food Assistance Program Fund ............. ● 58 |
| CA Fund for Senior Citizens ....... ● 53 | |
| | CA Peace Officer Memorial Foundation Fund .......... ● 59 |
| Rare and Endangered Species Preservation Program ...... ● 54 | Lupus Foundation of America, California Chapters Fund ...... ● 60 |
| State Children's Trust Fund for the Prevention of Child Abuse ...... ● 55 | Asthma and Lung Disease Research Fund ............. ● 61 |

| 64 | Add line 51 through line 61. These are your total contributions ................. ● 64 | 0. |
|----|----|----|

**Step 11**
Refund or Amount You Owe

| 65 | REFUND OR NO AMOUNT DUE. Subtract line 64 from line 49. Mail to: FRANCHISE TAX BOARD, PO BOX 942840, SACRAMENTO CA 94240-0009 ............ ■ 65 | |
|----|----|----|
| 66 | AMOUNT YOU OWE. Add line 50 and line 64. Mail to: FRANCHISE TAX BOARD, PO BOX 942867, SACRAMENTO CA 94267-0001 ............ ■ 66 | 0. |

**Step 12**
Interest and Penalties

| 67 | Interest, late return penalties, and late payment penalties ................. | 67 |
|----|----|----|
| 68 | Underpayment of estimated tax. Check box: ☐ FTB 5805 attached ☐ FTB 5805F attached ..... ■ 68 | |
| 69 | Total amount due. See instructions ...................... | 69 |
| | | ● 70  4 |

**Step 13**
Direct Deposit (Refund Only)

Do not attach a voided check or a deposit slip.
Complete this section to have your refund directly deposited.   Routing number .....................●

Account Type:
☐ Checking  ●     ☐ Savings ●          Account number ........................●

IMPORTANT: See "Sign Your Return" in the Form 540 instructions to find out if you should attach a copy of your complete federal return. Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

**Sign Here**

Your signature                                                                      Daytime phone number (optional)
X                                                                                         6
Spouse's signature (if filing jointly, both must sign)                          (650) 988-1484
X                                                                                         Date

It is unlawful to forge a spouse's signature.

Joint return? See instructions.

Paid preparer's signature (declaration of preparer is based on all information of which preparer has any knowledge)        Paid preparer's SSN/PTIN
[signature]                    2/13/03                                          ● P00152277
                                                                                         FEIN
Firm's name (or yours if self-employed)     Firm's address
GRUPO CANAS, INC.              610 third ST STE A-4
                              SAN RAFAEL      CA  94901            ● 68-0486220

Side 2 Form 540 C1 2002           54002206051                           CAIA3912  12/09/02

001045

TAXABLE YEAR
## 2002 California Adjustments — Residents

SCHEDULE
## CA (540)

**Important:** Attach this schedule directly behind Form 540, Side 2.

Name(s) as shown on return

Ana B. Jaramillo

Social security number

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

### Part I Income Adjustment Schedule
**Section A — Income**

| | | | A Federal Amounts (taxable amounts from your federal return) | B Subtractions See instructions | C Additions See instructions |
|---|---|---|---|---|---|
| 7 | Wages, salaries, tips, etc. See instructions before making an entry in column B or C | 7 | | | |
| 8 | Taxable interest income | 8 | | | |
| 9 | Ordinary dividends | 9 | | | |
| 10 | Taxable refunds, credits, offsets of state and local income taxes | 10 | 0. | 0. | |
| 11 | Alimony received | 11 | | | |
| 12 | Business income or (loss) | 12 | 2,582. | | |
| 13 | Capital gain or (loss) | 13 | | | |
| 14 | Other gains or (losses) | 14 | | | |
| 15 | Total IRA distributions. See instructions . . . . . . (a) | (b) | | | |
| 16 | Total pensions and annuities. See instructions . (a) | (b) | | | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc | 17 | | | |
| 18 | Farm income or (loss) | 18 | | | |
| 19 | Unemployment compensation. Enter the same amount in column A and column B | 19 | 15,710. | 15,710. | |
| 20 | Social security benefits . . . . . . . . . (a) | (b) | | | |
| 21 | Other income. | | | | |
| | a California lottery winnings   e NOL from FTB 3805D, | | a | a | |
| | b Disaster loss carryover from FTB 3805V     3805Z, 3806, 3807, or 3809 . 21 | | b | b | |
| | c Federal NOL (Form 1040, line 21) f Other (describe) | | c | c | |
| | d NOL carryover from FTB 3805V | | d SUSPENDED | d SUSPENDED | |
| | | | e SUSPENDED | | |
| | | | f | | |
| 22 | Total. Combine line 7 through line 21 in column A. Add line 7 through line 21f in column B and column C. Go to Section B | 22 | 18,292. | 15,710. | |

**Section B — Adjustments to Income**

| | | | | | |
|---|---|---|---|---|---|
| 23 | Educator expense | 23 | | | |
| 24 | IRA deduction | 24 | | | |
| 25 | Student loan interest deduction | 25 | | | |
| 26 | Tuition and fees deduction | 26 | | | |
| 27 | Archer MSA deduction | 27 | | | |
| 28 | Moving expenses | 28 | | | |
| 29 | One-half of self-employment tax | 29 | 183. | | |
| 30 | Self-employed health insurance deduction | 30 | | | |
| 31 | Self-employed SEP, SIMPLE, and qualified plans | 31 | | | |
| 32 | Penalty on early withdrawal of savings | 32 | | | |
| 33a | Alimony paid. | | | | |
| | b Recipients: SSN | | | | |
| | Last name | 33a | | | |
| 34 | Add line 23 through line 33 in columns A, B, and C | 34 | 183. | | |
| 35 | Total. Subtract line 34 from line 22 in columns A, B, and C. See instructions | 35 | 18,109. | 15,710. | |

### Part II  Adjustments to Federal Itemized Deductions

| | | | |
|---|---|---|---|
| 36 | Federal itemized deductions. Add the amounts on federal Schedule A (Form 1040), lines 4, 9, 14, 18, 19, 26, and 27 | 36 | |
| 37 | Enter total of federal Schedule A, line 5 (state and local income tax and State Disability Insurance) and line 8 (foreign taxes only) | 37 | |
| 38 | Subtract line 37 from line 36 | 38 | |
| 39 | Other adjustments including California lottery losses. See instructions. Specify | 39 | |
| 40 | Combine line 38 and line 39 | 40 | |

41 Is your federal AGI (Form 540, line 13) more than the amount shown below for your filing status?

Single or married filing separately — $132,793   Head of household — $199,192   Married filing jointly or qualifying widow(er) — $265,589

No.      Transfer the amount on line 40 to line 41.

Yes.     Complete the Itemized Deductions Worksheet in the instructions for Schedule CA (540), line 41. . . . . 41 [ ]

42 Enter the larger of the amount on line 41 or your standard deduction listed below

Single or married filing separately — $3,004     Married filing jointly, head of household, or qualifying widow(er) — $6,008

**Transfer the amount on line 42 to Form 540, line 18** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42 | 6,008. |

001046

Form **8863**

Department of the Treasury
Internal Revenue Service

**Education Credits**
**(Hope and Lifetime Learning Credits)**
► See instructions.
► Attach to Form 1040 or Form 1040A.

OMB No. 1545-1618

**2002**
50

Name(s) shown on return
Ana B Jaramillo

Your social security number
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

**Part I  Hope Credit.** Caution: The Hope credit may be claimed for no more than 2 tax years for the same student.

1

| (a) Student's name (as shown on page 1 of your tax return) | (b) Student's social security number (as shown on page 1 of your tax return) | (c) Qualified expenses (but do not enter more than $2,000 for each student). See instructions. | (d) Enter the smaller of the amount in column (c) or $1,000 | (e) Subtract column (d) from column (c) | (f) Enter one-half of the amount in column (e) |
|---|---|---|---|---|---|
| First name | | | | | |
| Last name | | | | | |
| Ana B | | | | | |
| Jaramillo | 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 | 2,000. | 1,000. | 1,000. | 500. |
| | | | | | |
| | | | | | |

| | | |
|---|---|---|
| 2 Add the amounts in columns (d) and (f) .................. | **2** 1,000. | 500. |

3 Tentative Hope credit. Add the amounts on line 2, columns (d) and (f). If you are claiming the lifetime learning credit, go to Part II; otherwise, go to Part III .................. ► **3**   1,500.

**Part II  Lifetime Learning Credit**

4

Caution: You cannot take the Hope credit and the lifetime learning credit for the same student.

| (a) Student's name (as shown on page 1 of your tax return) | | (b) Student's social security number (as shown on page 1 of your tax return) | (c) Qualified expenses. See instructions. |
|---|---|---|---|
| First name | Last name | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

5 Add the amounts on line 4, column (c), and enter the total .................. | **5** |
6 Enter the **smaller** of line 5 or $5,000 .................. | **6** |
7 Tentative lifetime learning credit. Multiply line 6 by 20% (.20) and go to Part III .................. ► | **7** |

**Part III  Allowable Education Credits**

| | | | |
|---|---|---|---|
| 8 Tentative education credits. Add lines 3 and 7 .................. | | **8** | 1,500. |
| 9 Enter: $102,000 if married filing jointly; $51,000 if single, head of household, or qualifying widow(er) | **9** 51,000. | | |
| 10 Enter the amount from Form 1040, line 36*, or Form 1040A, line 22 .......... | **10** 18,109. | | |
| 11 Subtract line 10 from line 9. If line 10 is equal to or more than line 9, stop; you cannot take any education credits .................. | **11** 32,891. | | |
| 12 Enter: $20,000 if married filing jointly; $10,000 if single, head of household, or qualifying widow(er) .................. | **12** 10,000. | | |
| 13 If line 11 is equal to or more than line 12, enter the amount from line 8 on line 14 and go to line 15. If line 11 is less than line 12, divide line 11 by line 12. Enter the result as a decimal (rounded to at least three places) .................. | | **13** | x |
| 14 Multiply line 8 by line 13 .................. ► | | **14** | 1,500. |
| 15 Enter the amount from Form 1040, line 44, or Form 1040A, line 28 .................. | | **15** | 523. |
| 16 Enter the total, if any, of your credits from Form 1040, lines 45 through 47, or Form 1040A, lines 29 and 30 .................. | | **16** | |
| 17 Subtract line 16 from line 15. If line 16 is equal to or more than line 15, stop; you cannot take any education credits .................. | | **17** | 523. |
| 18 Education credits. Enter the smaller of line 14 or line 17 here and on Form 1040, line 48, or Form 1040A, line 31 .................. ► | | **18** | 523. |

*See Pub. 970 for the amount to enter if you are filing Form 2555, 2555-EZ, or 4563 or you are excluding income from Puerto Rico.

BAA  **For Paperwork Reduction Act Notice, see instructions.**

Form **8863** (2002)

FDIA3601  11/26/02

001047

Substitute

Form **8867**

(Rev November 2002)
Department of the Treasury
Internal Revenue Service

## Paid Preparer's Earned Income Credit Checklist

► Do not send to the IRS. Keep for your records.

OMB No. 1545-1629

or the definitions of the following terms, see Pub 596 for the year for which you are completing this form.

• Investment Income          • Qualifying Child          • Earned Income

**Caution.** Taxpayers who file Form 2555 or Form 2555-EZ cannot take the EIC. Taxpayers who were nonresident aliens for any part of the year cannot take the earned income credit (EIC) unless their filing status is married filing jointly.

### Part I   All Taxpayers

| | | Yes | No |
|---|---|---|---|
| 1 | Taxpayer's name ... ► Ana B Jaramillo _ _ _ _ _ _ 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 _ _ _ _ _ _ Year after 2001 for which you are completing this form ...... ► 2002 | | |
| 2 | Is the taxpayer's filing status married filing jointly, head of household, qualifying widow(er), or single? ................... | | |
| 3 | Does the taxpayer, and the taxpayer's spouse if filing jointly, have a social security number (SSN) that allows him or her to work or is valid for EIC purposes (see the instructions before answering)? ......................... | ☒ Yes | ☐ No |
| | **Next,** if you checked 'No' on line 2 or line 3, stop; the taxpayer cannot take the EIC. Otherwise, continue. | | |
| 4 | Is the taxpayer's investment income more than the limit that applies to the year on line 1? See Pub 596 for the limit ..................................................................................................... | ☒ Yes | ☐ No |
| 5 | Could the taxpayer, or the taxpayer's spouse if filing jointly, be a **qualifying child** of another person in the year on line 1? ............................................................................................ | ☐ Yes | ☒ No |
| | **Next,** if you checked 'Yes' on line 4 or line 5, stop; the taxpayer cannot take the EIC. Otherwise, go to Part II or Part III, whichever applies. | ☐ Yes | ☒ No |

### Part II   Taxpayers With a Qualifying Child

**Caution:** If there are two children, complete lines 6-11 for one child before going to the next column.

| | | Child 1 | | Child 2 | |
|---|---|---|---|---|---|
| 6 | Is the child —<br>• The taxpayer's son, daughter, adopted child, or stepchild, or<br>• A descendant of the taxpayer's son, daughter, adopted child, or stepchild, or<br>• The taxpayer's brother, sister, stepbrother, or stepsister, or<br>• A descendant of the taxpayer's brother, sister, stepbrother, or stepsister, or<br>• The taxpayer's foster child?*<br>***Caution:** An eligible foster child must have been placed with the taxpayer by an authorized placement agency and cared for by the taxpayer as his or her own child. | Peter   A<br>Biocini<br><br>☒ Yes  ☐ No | | ☐ Yes  ☐ No | |
| 7 | If the child is married, is the taxpayer claiming the child as a dependent? (If the child is not married, check 'Yes'.) | | | | |
| 8 | Did the child live with the taxpayer in the United States for over half of the year? | ☒ Yes  ☐ No | | ☐ Yes  ☐ No | |
| 9 | Was the child (at the end of the year on line 1) —<br>• Under age 19, or | ☒ Yes  ☐ No | | ☐ Yes  ☐ No | |
| | • Under age 24 and a full-time student, or<br>• Any age and permanently and totally disabled? ....................<br>**Next,** if you checked 'Yes' on lines 6 through 9, the child is the taxpayer's qualifying child; go to line 10a. If you checked 'No' on lines 6, 7, 8, or 9, the child is not the taxpayer's qualifying child. If the taxpayer does not have a qualifying child, go to Part III on page 2 to see if the taxpayer can take the EIC for taxpayers who do not have a qualifying child. | ☒ Yes  ☐ No | | ☐ Yes  ☐ No | |
| 10a | Could any other person check 'Yes' on lines 6 through 9 for the child?<br>**Next,** if you checked 'No' on line 10a, go to line 11. Otherwise, continue. | ☐ Yes  ☒ No | | ☐ Yes  ☐ No | |
| b | Enter the child's relationship to the other person(s) | | | | |
| c | Is the other person(s) taking the EIC based on the child? | | | | |
| d | If the tie-breaker rules applied, would the child be treated as the taxpayer's qualifying child (see the instructions before answering)? ........................ | ☐ Yes  ☐ No | | ☐ Yes  ☐ No | |
| 11 | Does the qualifying child have a valid SSN for EIC, or was the child born and died in this year? | ☐ Yes  ☐ No | | ☐ Yes  ☐ No | |
| | **Caution:** If the answers to questions 6 through 9 are not all 'Yes', be sure the child's EIC code is 'N', or if the answers to questions 10a and 10c are 'Yes', and 10d is 'No', be sure the child's EIC code is 'H', on the Information Worksheet. | ☒ Yes  ☐ No | | ☐ Yes  ☐ No | |

**Did you check 'Yes' on line 11?**

☒ **Yes.** The taxpayer can take the EIC if the taxpayer's **earned income** and adjusted gross income are each less than the limit that applies to the taxpayer's filing status for the year on line 1. See Pub 596 for the limit. If there are two qualifying children with SSNs, list them on Schedule EIC and attach it to the taxpayer's return. If there are two qualifying children with SSNs, list them here. If there are two qualifying children with SSNs, list them on Schedule EIC and attach it to the taxpayer's return. If the taxpayer's EIC was reduced or disallowed for a year after 1996, see Pub 596 to find out if Form 8862 must also be filed.

☐ **No.** The taxpayer cannot take the EIC, not even the credit for taxpayers who do not have a qualifying child.

**4A For Paperwork Reduction Act Notice, see instructions.**

FDIA4312   12/03/02

Form 8867 (11-2002)

001048

Form 8867 (Rev 11-2002) Ana B. Jaramillo

**Part III    Taxpayers Without a Qualifying Child**                                    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                 Page 2

12  Was the taxpayer's main home, and the taxpayer's spouse if filing jointly, in the United States for more than half the year? (Military personnel on extended active duty outside the United States are considered to be living in the United States during that duty period.) ............................................................... ☐ Yes    ☐ No

13  Was the taxpayer, or the taxpayer's spouse if filing jointly, at least age 25 but under age 65 at the end of the year on line 1? ...................................................................................................................... ☐ Yes    ☐ No

Next, if you checked 'No' on line 12 or line 13, stop; the taxpayer cannot take the EIC. Otherwise, continue.

14  Is the taxpayer, or the taxpayer's spouse if filing jointly, eligible to be claimed as a dependent on anyone else's Federal income tax return for the year on line 1?

☐ No.    The taxpayer can take the EIC if the taxpayer's earned income and adjusted gross income are each less than the limit that applies to the taxpayer's filing status for the year on line 1. See Pub 596 for the limit. If the taxpayer's EIC was reduced or disallowed for a year after 1996, see Pub 596 to find out if Form 8862 must be filed.

☐ Yes.    The taxpayer cannot take the EIC.

**Part IV    Additional Information**

A    Has the taxpayer, and the taxpayer's spouse if filing jointly, disclosed all income, whether taxable or not taxable? ..................................................................................................................................

B    Has the taxpayer, and the taxpayer's spouse if filing jointly, disclosed all legitimate business expenses? ............... ☐ Yes    ☐ No

C    Has the taxpayer, or the taxpayer's spouse if filing jointly, received a notice reducing or disallowing an Earned Income Tax Credit for a year after 1996? If yes, Form 8862 may also need to be filed ....................... ☐ Yes    ☐ No

D    How, when and from whom was the information obtained to prepare this checklist and any EIC worksheets? ...... ☐ Yes    ☐ No

Taxpayer's Signature _____    Date _____    Spouse's Signature _____    Date _____

Comments: _____
_____
_____
_____
_____
_____
_____
_____
_____

001049

Declaration Control Number (DCN)

| 00 | - | 684981 | - | 00675 | - | 3 |

*IRS Use Only – Do not write or staple in this space.*

Form **8453**

Department of the Treasury
Internal Revenue Service

## U.S. Individual Income Tax Declaration
### for an IRS e-file Return
For the year January 1 - December 31, 2002
► See instructions.

OMB No. 1545-0936

**2002**

Use the IRS label. Otherwise, please print or type.

**L A B E L  H E R E**

| | |
|---|---|
| Your first name and initial | Last name |
| Ana B | Jaramillo |
| If a joint return, spouse's first name and initial | Last name |
| Home address (number and street). If you have a P.O. box, see instructions. | Apartment number |
| 100N Whisman Rd | 3114 |
| City, town or post office | State | ZIP code |
| Mountain View | CA | 94043 |

Your social security number
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

Spouse's social security number

▲ **Important!** ▲
You must enter your social security number(s) above.

Daytime phone number
(650) 988-1484

### Part I    Tax Return Information (whole dollars only)

| | | | |
|---|---|---|---|
| 1 | Adjusted gross income (Form 1040, line 35; Form 1040A, line 21; Form 1040EZ, line 4) | 1 | 18,109. |
| 2 | Total tax (Form 1040, line 61; Form 1040A, line 38; Form 1040EZ, line 10) | 2 | 365. |
| 3 | Federal income tax withheld (Form 1040, line 62; Form 1040A, line 39; Form 1040EZ, line 7) | 3 | 1,375. |
| 4 | Refund (Form 1040, line 71a; Form 1040A, line 45a; Form 1040EZ, line 11a) | 4 | 1,818. |
| 5 | Amount you owe (Form 1040, line 73; Form 1040A, line 47; Form 1040EZ, line 12) | 5 | |

### Part II    Declaration of Taxpayer (Sign only after Part I is completed.)

6 a [X]  I consent that my refund be directly deposited as designated in the electronic portion of my 2002 Federal income tax return. If I have filed a joint return, this is an irrevocable appointment of the other spouse as an agent to receive the refund.

b [ ]  I do not want direct deposit of my refund or I am not receiving a refund.

c [ ]  I authorize the U.S. Treasury and its designated Financial Agent to initiate an ACH electronic funds withdrawal entry to the financial institution account indicated in the tax preparation software for payment of my Federal taxes owed on this return and/or a payment of estimated tax. I further understand that this authorization may apply to subsequent Federal tax payments that I direct to be debited through the Electronic Federal Tax Payment System (EFTPS). In order for me to initiate subsequent payments, I request that the IRS send me a personal identification number (PIN) to access EFTPS. This authorization is to remain in full force and effect until I notify the U.S. Treasury Financial Agent to terminate the authorization. To revoke a payment, I must contact the U.S. Treasury Financial Agent at 1-888-353-4537 no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment.

If I have filed a balance due return, I understand that if the IRS does not receive full and timely payment of my tax liability, I will remain liable for the tax liability and all applicable interest and penalties. If I have filed a joint Federal and state tax return and there is an error on my state return, I understand my Federal return will be rejected.

Under penalties of perjury, I declare that the information I have given my ERO and the amounts in Part I above agree with the amounts on the corresponding lines of the electronic portion of my 2002 Federal income tax return. To the best of my knowledge and belief, my return is true, correct, and complete. I consent to my ERO sending my return, this declaration, and accompanying schedules and statements to the IRS. I also consent to the IRS sending my ERO and/or transmitter an acknowledgment of receipt of transmission and an indication of whether or not my return is accepted, any indication of a refund offset, and, if rejected, the reason(s) for the rejection. If the processing of my return or refund is delayed, I authorize the IRS to disclose to my ERO and/or transmitter the reason(s) for the delay, or when the refund was sent.

**Sign Here**

► *(signature)*  2-26-03

| Your signature | Date | Spouse's signature. If a joint return, both must sign. | Date |

### Part III    Declaration of Electronic Return Originator (ERO) and Paid Preparer (See instructions.)

I declare that I have reviewed the above taxpayer's return and that the entries on Form 8453 are complete and correct to the best of my knowledge. If I am only a collector, I am not responsible for reviewing the return and only declare that this form accurately reflects the data on the return. The taxpayer will have signed this form before I submit the return. I will give the taxpayer a copy of all forms and information to be filed with the IRS, and have followed all other requirements in Pub 1345, Handbook for Authorized IRS e-file Providers of Individual Income Tax Returns. If I am also the Paid Preparer, under penalties of perjury I declare that I have examined the above taxpayer's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. This Paid Preparer declaration is based on all information of which I have any knowledge.

| | | | | |
|---|---|---|---|---|
| **ERO's Use Only** | ERO's signature *(signature)* | Date 2/13/03 | Check if also paid preparer [X]  Check if self-employed [ ] | ERO's SSN or PTIN P00152277 |
| | Firm's name (or yours if self-employed), address, and ZIP code ► GRUPO CANAS, INC. 610 third ST STE A-4 SAN RAFAEL   CA  94901 | | EIN 68-0486220 | |
| | | | | Phone no. (415) 459-5214 |

Under penalties of perjury, I declare that I have examined the above taxpayer's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. This declaration is based on all information of which I have any knowledge.

| | | | | |
|---|---|---|---|---|
| **Paid Preparer's Use Only** | Preparer's Signature | Date | Check if self-employed [ ] | Preparer's SSN or PTIN |
| | Firm's name (or yours if self-employed), address, and ZIP code ► | | EIN | |
| | | | | Phone no. |

BAA  For Paperwork Reduction Act Notice, see instructions.      FDIA5901   12/01/02

Form **8453** (2002)

001050



## BOND WORKSHEET

**Basic Information**

Name: __Ana Biocini_____ A# __91182333_____ Age: _50_____

Where were you born? __Colombia_____
Do you have legal permission to live in any other country? Yes __x__ No _____
If so, what country? _United States of America_____

Were either of your parents born in the U.S.? Yes _____ No __x___
Were either of your grandparents born in the U.S.? Yes _____ No _x___

How long have you been in the United States? __24 years - Since February 11, 1981_____

What is the address where you plan to stay if you are released from custody? (Note: Do **not** list a P.O. box)

_669 37th Street  Richmond, CA 94805_____

Who lives at that address? (Note: You are not required to name people who do not have papers to be in the U.S.)

_Hernan Jaramillo - Brother_____

**Immigration Status and Immigration History**

Did you ever apply for papers to live in or enter the U.S.?  Yes _x__ No _____ When? _09/22/1987_

If so, what kind of papers or legal status did you apply for? (For example, "I applied for legal permanent residency through my wife," or "I applied for amnesty through field work.")

_I applied for legal permanent residency_____

What happened and when? (For example, "I got my permanent residency on February 12, 1976.")

_I was granted permanent residency on May 5, 1989_____

_____

Have you ever been in immigration court (with an immigration judge) before? Yes _____ No __x__

If so, when? _____ What happened? _____

_____

If you ever missed a court date in immigration court, explain what happened. _____

_____

**Family Ties to the United States**

Are you (circle one or more): married / single / divorced / widowed / engaged ?
If married or engaged, does your wife or fiancee have legal status in the U.S.? Yes _____ No _____



**Bond Worksheet (continued)**

If so, what is her status? (for example, U.S. citizen, legal permanent resident) _____

Do you have children? Yes __x__ No _____ If so, how many? __1__

If your children live in the U.S., what is their legal status?  **United States Citizen** _____

List all other relatives with legal status in the U.S. and say what status they have. List by relationship and legal status (You do not need to put their names.).

| Relationship (example: mother, uncle) | Legal Status |
|---|---|
| Son | United States Citizen  (Born in U.S.) |
| Brother | Legal Permanent Resident |
| | |
| | |
| | |
| | |
| | |

## Other Ties to Your Community in the United States

If you own a house or any other property, what is it you own?  **Automobile** _____

If you belong to or participate in any clubs, groups, organizations (for example, church), or activities (for example, volunteering at your child's school), write about that here.

**Saint Pius Catholic Church** _____

## Work History

List the jobs you have had and, as best as you can remember, the dates you had them.

(*Warning: if you worked with false papers or lied on any forms to get or keep your job, you may not want to answer this question, because your answer could be used against you later by the government.*)

| | |
|---|---|
| Kolweiss Auto Parts  (Customer Service) | 1995-1997 |
| Account Temps (Accounts Payable) | 1997-2001 |
| School "Silicon Artist" | 2002 |
| Psychology Pacific Graduate School (Accounts Payable)   September-December   2003 | |

2

001052



Bond Worksheet (continued)

Is there anything you would like to say to the judge about your work history? __No__

If you have a job you can start (or return to) if you are released, what is the job (Note: Answer this question only if you have legal permission to work in the U.S.)?

### Criminal History and Rehabilitation

| Date of conviction (If you don't know, guess) | What were you convicted of (not what you did but what is on your record)? | What sentence were you given (how much time and/or fine)? | Did you ever miss a court date for this case? | How much time did you serve? | Were you given probation or parole, and if so, for how long? | Did you complete or violate probation/ parole? If violated, additional sentence? |
|---|---|---|---|---|---|---|
| 04/28/2003 | Conspiracy to distribute cocaine. 21 USC § 846 | 30 Months, $100 Fine | No | I was sup-posed to be released on 03/02/2005 | I was on bond from 1995 to 01/16/2004 | N/A |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

Is there anything you would like to tell the judge about any of these crimes? (For example, the circumstances of the crime; if you missed a court date, why?) (Remember: it does not help the judge if you say you were innocent because if the crime is on your record, the judge must count it against you)

I would like to appologize for my bad behavior of ten years ago. Since May 25, 1995, the day of my arrest, I have changed my life for the better. During the time I was on bond I became a productive member of society and rehabilitated myself to be completely drug free. During the time I was on bond I did not break any laws or use any drugs. I truthfully disclosed all information with respect to myself and others concerning matters about which the United States inquired and cooperated fully with the government. I implore the Court to allow me to stay in the United States with my son.

3




Bond Worksheet (continued)

Have you taken any programs or classes or done anything else to improve yourself after your crime(s)? (This includes anything you did in jail or prison — for example, if you attended Narcotics Anonymous classes, completed your GED, or had a job.)

Yes. Narcotics Anonymous; Freedom Center Drug Program; GED; Two years of college courses for

Computerized Accounting, and Art; 590 hour Residential Drug Abuse Program; Pre-Employment

Competencies Program; Job and Life Skills Course; Stress Management Course;  Meditation Course

What are your plans for the future?   I would like to continue working in a field where I can continue to

pursue a career in accounting and be able to financially support myself and my son.

**Fear of Returning to Your Country**  If you are afraid to return to your country, explain why.  If anyone hurt or threatened you or anyone in your family, explain what happened.

I fear that my life and that of my son's will be taken if I return to Columbia due to the substantial

assistance I provided to the United States Government concerning individuals known as Drug Lords.  An

informant in this same case (Hernando Velazio aka Miguel Asseff) was murdered when he was returned to

Columbia.  There is no place for me or my son to go in Columbia where we will be safe from the

Colombian drug Cartel or Organized Crime members. The Court also noted, prior to the murder of

Velazio, that a "significant danger" existed in connection with my cooper  cooperation with the

**Anything Else You Think The Judge Should Know**  The main things the judge has to decide are 1) whether you are a danger to people or property, and 2) whether you will show up for all your court hearings if you are released.  If you have anything more to say about these things, say it here (For example, if you have lived many years at the address where you plan to live now, you may be more likely to show up for your hearings.) (Other things to mention: any health problems of you or your family members; child support or other obligations)

I am not a danger to society or to property.  The Court stated, "Eight years.  She hasn't gotten into

any trouble.  She is not going to walk around like she's a danger to the community."  The Court also

permitted me to remain free after sentencing in order to "take care of [her] son till June 14...and...

voluntarily  surrender" to the Bureau of Prisons.  Since March of 2002, my son has been receiving

clinical  treatment at Kaiser Department of Psychiatry for major depression and anxiety in relation to

my absence and "pending stressors."    I not only fear for my son's safety but fear also for his mental

health  and physical well being.

**REMEMBER: AT YOUR BOND HEARING, GIVE THE JUDGE LETTERS OF SUPPORT AND ANY OTHER PAPERS YOU WANT CONSIDERED!** Make copies for yourself and the government's lawyer.

4

# AR <u>1055-82</u> have been deleted.

For AR <u>1055</u> see AR 1006
For AR <u>1056</u> see AR 1008
For AR <u>1057</u> see AR 1007
For AR <u>1058</u> see AR 378
For AR <u>1059-65</u> see AR 1010-16
For AR <u>1066</u> see AR 360
For AR <u>1067-70</u> see AR 363-66
For AR <u>1071</u> see AR 1004
For AR <u>1072</u> see AR 349
For AR <u>1073-76</u> see AR 355-58
For AR <u>1077-79</u> see AR 986-88
For AR <u>1080-82</u> see AR 395-97

Nº P 02870941

ANA BEATRIZ JARAMILLO RACINES.

En la República de Colombia, Departamento

del Valle del Cauca, Municipio de Cali a —

2 del mes de Junio de 1.969, se presentó el Sr. Albert Jaramillo

mayor de edad, de nacionalidad colombiana, natural de Filadelfia

( Cds), domiciliado en Cali y declaró: Que el día 30 del mes de

Junio de mil novecientos cincuenta y cuatro, siendo las 12 na-

ció en la Clínica de Occidente, del Municipio de Cali, República

de Col. un niño de sexo femenino a quien se le ha dado el nombre

de ANA BEATRIZ hijo legítimo del señor declarante de 43 años de

edad, natural de Filadelfia ( Cds), República de Colombia, de —

profesión Industrial y la señora Stella Racines de 39 años de edad,

natural de Manizales ( Cds), República de Colombia, de profesión

Hogar, siendo abuelos paternos: Rafael Jaramillo y Clarisa Zuluaga

y abuelos maternos: Joaquín Racines y Waldina Jaramillo. En fé de

lo cual se firma la presente acta. El declarante: A.Jaramillo.

c.c.# 2423665 Cali. - El testigo: Beatriz Silva C.c.# 29.086.345

Cali.- El testigo: Cilia O. de Villa. c.c.# 29051077 Cali. ----

FERNANDO REDMONT H. Notario 3o.-NOTA: ESTA se TOMA Se hizo con

DECLARACIONES EXTRAJUICIO.

Es fiel copia y se expide hoy 2 de

Junio de 1.969.

REPUBLICA DE COLOMBIA
DEPTO. DEL VALLE DEL CAUCA

FERNANDO REDMONT M.

THIS IS A TRUE, CORRECT AND
COMPLETE COPY OF THE ORIGINAL
2-12-86

17



### TRANSLATION OF BIRTH CERTIFICATE

United State of America
State of Florida
County of Dade:       SS
City of Miami

I, RAMON A. BAEZ, The undersigned authority an officer duly
commissioned by the Notary Public of the State of Florida,
to administer oath, take acknowledgements and qualified
translator of documents from Spanish into English, as con-
versant with both languages, does hereby certify that the
foregoing document is a true and correct translation of the
annexed document, to wit:

Full name:  ANA BEATRIZ JARAMILLO RACINES                    Sex: FAME

Place of Birth: Valle de Cauca,Cali

Country: Colombia

Date of Birth; 06,30,1954

Father's name: ALBERTO JARAMILLO

Mother's name: STELLA RACINES

Paternal Grandparent's: RAFAEL JARAMILLO AND CLARISA ZULUAGA

Maternal Grandparent's: JOAQUIN RACINES AND WALDINA JARAMILLO

Person in charge of Civil Registry: FERNANDO HEDMONT H.

Date of issue of Birth Certificate:06,02,1969.

Others:


Witness my hand and official seal, this ____22____ day of _November_
A.D.19_85_____ .

                                         _____
                                              Notary Public
                                         State of Florida at large

My Commission expires: NOTARY PUBLIC STATE OF FLORIDA
                        BY COMMISSION EXP JULY 15,1989
                        BONDED THRU GENERAL INS. UND.

18

001084

# AR <u>1085-87</u> have been deleted.

For AR <u>1085</u> see AR 351
For AR <u>1086</u> see AR 353
For AR <u>1087</u> see AR 338



**RESIDENT ALIEN**
U.S. Department of Justice—Immigration and Naturalization Service
BIOCINI,ANA BEATRIZ

A11182333 11 27 455 196 52591

7127 23206 76230 17954 03794

050189 675 164 02450 2635485

TEMP REC ADJ DATE - 092347

# AR <u>1089-1122</u> have been deleted.

For AR <u>1089-1101</u> see AR 1017-29
For AR <u>1102-14</u> see AR 1038-50
For AR <u>1115-22</u> see AR 1030-37

# ENCLOSURE DOCUMENTS

1. FORM I - 589 & Letter to the HONORABLE JUDGE MURRY.

2. Suplement Sheet OF Adictional INFORMATION AND explanations About my withholding of Removal Applications questions.

3. - First Passport I had issued in Colombia on 9-12-1977. Last Passport was issued in San Francisco At the Colombia Consolate. FBI Agents holding it.
   - Driver License & social security card.
   - Driver License & social security Card & his Passport.

4. My son Peter Birth Certificate & his Passport.

5. Kaiser Letters From Dr Spangler Regarding my son Psychiatry care.

6. Resume Summarizing my education and Employment Hst.

7. Motion to Change caption of Charge Regarding the murdered of one of the informants in the same case.

8. Letter of my Attorney For sentence "Robert Wagener" concerning about the Danger I have if I get deported to Colombia —

9. Arrest Report.

10. Application For Extending my stay in USA.

11. Sentence transcripts pages 28-39-40 Regarding my substantial cooperation with the government and the danger I am if I get deported to Colombia More Sentence transcripts pages About my case and Rehabilitation.

12. Computation Data of my prorated released day before the Ins Detainer wk place March 2, 2005 on me on January 11, 2005.

13. Finger Prints records in Ins.

14. Self Surrender Report

15. Taxes. - 2000 - 2001 - 2002 - 2003.

EC3

May 2, 2005

Executive Office For Immigration Review
Immigration Court
Honorable Judge Murry
550 Kearny St., Suite 800
San Francisco Ca 94108


Reference: Ana Bioxini
File: 91182333
Case Court #: SFR 0501001621
BoP#: 93061-011


Honorable Judge Murry:

As the court is aware I have Fears To Face Harm & Dead if I returned to my country. Due my substantial assistance I provided to the government I put myself in the potential Danger Thus Recently my fears increased after I learned that one of the informants in the case got murdered after he was deported to Colombia. Based in this awful murdered I filed a motion in the Federal Court to change caption of charge from aggravate felony to misdemeanor only for immigration porposes and avoid deportation and save my life after wards. But unfortunately it was denaid. (see attachment of motion with the Backup supporting documents showing the article from a local Colombian Newspaper "El Caleno" with the pictore of the informant in the same case "Hernando Velazco Alley". And the covered news.

Your honor, I always have Fears About my returned to Colombia. The Fact That I debrief to the government after I made The Plead agreement and also my

001124

cooperation with the FBI Agents whom I met in several May 2, 2005.
occasions to help them anyway I could.

I did express my fears to the District Attorney "Barbara
Silano" at the time of the plead Agreement but the District
Attorney offered me some king of visas to stay in this
country but after I debrief about 25 people from
colombia, she forgot about it and never mention
about those visas anymore.

Please your Honor; see sentence transcripts pages
# 28-39-40 in wich Honorable Judge Breyer is
concerned about the potential danger I faced
regarding my substantial assistance to the
government and also he is recomended not
to deported me in light of my cooperation
with the goverment.

Honorable Judge Murry I would like to apologize the
court for what I had done and my involved in the
case. I am so regret about the mistakes I did,
I should have though in my son at that time but
I was so intoxicated using drugs before my arrest
on May 8, 1995, I was out of control, Lost values of
society and family principles. since the day of my
arrest my life change dramatically and I started
to became a productive member of society and I
have rehabilitated myself for 9 years while I was under
Pretrial svcs supervision waiting for sentence that was
until April 28, 2003 (see Resume).

Now I learned that I never ever going to be involved
in drugs Again, for me and for the most important in my
Life my son. My Projected Release day suppose
to be March 2, 2005 but I still here after an
immigration detainer was place on me January 11, 2005.

MAY 2, 2005

Please your Honor I implores the Court to give me
a second chance to be with my son who is in
psychiatry care and granted the Withholding
of deportation to save my life afterwards.

Respectfully, Yours

Ared B. Broinis

P.D: Bellow is a list of the supporting documents
relating with the Letter statements.

5. Kaiser Letters from Dr Spangler regarding my son
Peter Psychiatry care.

6. Resume

7. Motion to change caption of Charge regarding
the murdered of one of the Informants in
the same case.

11. Sentence transcripts regarding my substantive
Assistance to the government.

12. Computation Data of my projected release day

001126

U.S. Department of Homeland Security
Bureau of Citizenship and Immigration Services

U.S. Department of Justice
Executive Office for Immigration Review

OMB No. 1615-0067; Expires 9/30/03

## Application for Asylum and for Withholding of Removal

*Start Here - Please Type or Print.* **USE BLACK INK. SEE THE SEPARATE INSTRUCTION PAMPHLET FOR INFORMATION ABOUT ELIGIBILITY AND HOW TO COMPLETE AND FILE THIS APPLICATION.** (Note: There is NO filing fee for this application.)

*Please* check the box if you also want to apply for withholding of removal under the Convention Against Torture. ☒

## PART A. I.    INFORMATION ABOUT YOU

| | |
|---|---|
| 1. Alien Registration Number(s)(A#'s)(If any) A 91 182 333 | 2. Social Security No. (If any) 590 05 418¥ |

| | | |
|---|---|---|
| 3. Complete Last Name BIOCINI | 4. First Name ANA | 5. Middle Name Beatriz |

6. What other names have you used? (Include maiden name and aliases.)
ANA YARAMILLO RACINES - YARAMILLO de RIVERA ANA.

| 7. Residence in the U.S. C/O HERNAN YARAMILLO - Brother | Telephone Number (510) 233 4957 |
|---|---|

| Street Number and Name 669 37ᵀᴴ StreeT | Apt. No. |
|---|---|

| City RICHMOND | State CALIFORNIA | ZIP Code 948 05 |
|---|---|---|

8. Mailing Address in the U.S., if other than above Federal Correctional Institution Dublin #93061-011    Telephone Number

| Street Number and Name 5701 8ᵀᴴ Street Camp Parks | Apt. No. |
|---|---|

| City Dublin | State CALIFORNIA | ZIP Code 94568 |
|---|---|---|

| 9. Sex ☐ Male ☒ Female | 10. Marital Status: ☐ Single ☐ Married ☒ Divorced ☐ Widowed |
|---|---|

| 11. Date of Birth (Mo/Day/Yr) 6/20/1954 | 12. City and Country of Birth Colombia South America. |
|---|---|

| 13. Present Nationality (Citizenship) Colombian ID# 31271 769 | 14. Nationality at Birth Colombia | 15. Race, Ethnic or Tribal Group White | 16. Religion Catholic |
|---|---|---|---|

17.    Check the box, a through c that applies:    a. ☐  I have never been in immigration court proceedings.

b. ☒ I am now in immigration court proceedings.    c. ☐ I am not now in immigration court proceedings, but I have been in the past.

18. Complete 18 a through c.
a. When did you last leave your country? (Mo/Day/Yr) 2/11/1981    b. What is your current I-94 Number, if any? 734 132¥ Permit To Stay
(See Attachment of Application to extend time temporary stay.)

c. Please list each entry to the U.S. beginning with your most recent entry.
List date (Mo/Day/Yr), place, and your status for each entry. (Attach additional sheets as needed.)

| | | | | | |
|---|---|---|---|---|---|
| Date 2/22/1982 | Place Miami Florida | Status Perm Res. | Date Status Expires | | |
| Date 9/10/1981 | Place Miami Florida | Status Perm Res | | | |
| Date 11/21/1990 | Place Miami Florida | Status Perm Res. | | | |
| Date 2/11/1981 | Place Miami Florida | Status B-2. | | | |

| 19. What country issued your last passport or travel document? United States at Colombian Cons. | 20. Passport # T009523 Travel Document # | 21. Expiration Date (Mo/Day/Yr) I am not sure FBI is holding my Passport |
|---|---|---|

| 22. What is your native language? SPANISH | 23. Are you fluent in English? ☒ Yes ☐ No | 24. What other languages do you speak fluently? NONE. |
|---|---|---|

| FOR EOIR USE ONLY | Action: Interview Date: _____ | FOR BCIS USE |
|---|---|---|
| | Decision: __ Approval Date: _____ — Denial Date: _____ — Referral Date: _____ Asylum Officer ID# _____ | |

Form I-589 (Rev. 07/03/03)Y

**PART A. II.    INFORMATION ABOUT YOUR SPOUSE AND CHILDREN**

**Your Spouse.** ☐ I am not married. (Skip to *Your Children, below.*)

| 1. Alien Registration Number (A#) *(If any)* | 2. Passport/ID Card No. *(If any)* | 3. Date of Birth *(Mo/Day/Yr)* | 4. Social Security No. *(If any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Maiden Name |
| 9. Date of Marriage *(Mo/Day/Yr)* | 10. Place of Marriage | 11. City and Country of Birth | |
| 12. Nationality *(Citizenship)* | 13. Race, Ethnic or Tribal Group | | 14. Sex ☐ Male ☐ Female |

15. Is this person in the U.S.? ☐ Yes *(Complete blocks 16 to 24.)*    ☐ No *(Specify location)*

| 16. Place of last entry in the U.S.? | 17. Date of last entry in the U.S. *(Mo/Day/Yr)* | 18. I-94 No. *(If any)* | 19. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 20. What is your spouse's current status? | 21. What is the expiration date of his/her authorized stay, if any? *(Mo/Day/Yr)* | 22. Is your spouse in immigration court proceedings? ☐ Yes ☐ No | 23. If previously in the U.S., date of previous arrival *(Mo/Day/Yr)* |

24. If in the U.S., is your spouse to be included in this application? *(Check the appropriate box.)*

   ☐ Yes *(Attach one (1) photograph of your spouse in the upper right hand corner of page 9 on the extra copy of the application submitted for this person.)*
   ☐ No

**Your Children.** Please list ALL of your children, regardless of age, location, or marital status.

☐ I do not have any children. *(Skip to Part A. III., Information about Your Background.)*
☐ I do have children. Total number of children _____

*(Use Supplement A Form I-589 or attach additional pages and documentation if you have more than four (4) children.)*

| 1. Alien Registration Number (A#) *(If any)* | 2. Passport/ID Card No. *(If any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. Social Security No. *(If any)* |
|---|---|---|---|
| NONE | 052501553 | Single | 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 |
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(Mo/Day/Yr)* |
| Biolini | Peter | Alexander | 6/14/1988 |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic or Tribal Group | 12. Sex |
| Greenbrac-CA-USA | United States Citizen | White | ☒ Male ☐ Female |

13. Is this child in the U.S.? ☒ Yes *(Complete blocks 14 to 21.)*    ☐ No *(Specify Location)*

| 14. Place of last entry in the U.S.? | 15. Date of last entry in the U.S. *(Mo/Day/Yr)* | 16. I-94 No. *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| Miami | Feb, 1992 | N/A | United States Citizen. |
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(Mo/Day/Yr)* | 20. Is your child in immigration court proceedings? | |
| United States Citizen | N/A | ☐ Yes ☒ No | |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*

   ☐ Yes *(Attach one (1) photograph of your child in the upper right hand corner of page 9 on the extra copy of the application submitted for this person.)*
   ☒ No

Form I-589 (Rev. 07/03/03)Y Page 2

001128

## PART A. II.  INFORMATION ABOUT YOUR SPOUSE AND CHILDREN Continued

| 1. Alien Registration Number (A#) (If any) | 2. Passport/ID Card No. (If any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. Social Security No. (If any) |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (Mo/Day/Yr) |
| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic or Tribal Group | 12. Sex  ☐ Male  ☐ Female |

13. Is this child in the U.S.?  ☐ Yes (Complete blocks 14 to 21.)  ☐ No (Specify Location)

| 14. Place of last entry in the U.S.? | 15. Date of last entry in the U.S.? (Mo/Day/Yr) | 16. I-94 No. (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay,(if any)? (Mo/Day/Yr) | 20. Is your child in immigration court proceedings?  ☐ Yes  ☐ No | |

21. If in the U.S., is this child to be included in this application? (Check the appropriate box.)
☐ Yes (Attach one (1) photograph of your child in the upper right hand corner of page 9 on the extra copy of the application submitted for this person.)
☐ No

| 1. Alien Registration Number (A#) (If any) | 2. Passport/ID Card No.(If any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. Social Security No. (If any) |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (Mo/Day/Yr) |
| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic or Tribal Group | 12. Sex  ☐ Male  ☐ Female |

13. Is this child in the U.S.?  ☐ Yes (Complete blocks 14 to 21.)  ☐ No (Specify Location)

| 14. Place of last entry in the U.S.? | 15. Date of last entry in the U.S.? (Mo/Day/Yr) | 16. I-94 No. (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (Mo/Day/Yr) | 20. Is your child in immigration court proceedings?  ☐ Yes  ☐ No | |

21. If in the U.S., is this child to be included in this application? (Check the appropriate box.)
☐ Yes (Attach one (1) photograph of your child in the upper right hand corner of page 9 on the extra copy of the application submitted for this person.)
☐ No

| 1. Alien Registration Number (A#) (If any) | 2. Passport/ID Card No. (If any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. Social Security No. (If any) |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (Mo/Day/Yr) |
| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic or Tribal Group | 12. Sex  ☐ Male  ☐ Female |

13. Is this child in the U.S.?  ☐ Yes (Complete blocks 14 to 21.)  ☐ No (Specify Location)

| 14. Place of last entry in the U.S.? | 15. Date of last entry in the U.S.? (Mo/Day/Yr) | 16. I-94 No. (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (Mo/Day/Yr) | 20. Is your child in immigration court proceedings?  ☐ Yes  ☐ No | |

21. If in the U.S., is this child to be included in this application? (Check the appropriate box.)
☐ Yes (Attach one (1) photograph of your child in the upper right hand corner of page 9 on the extra copy of the application submitted for this person.)
☐ No

001129



**PART A. III.    INFORMATION ABOUT YOUR BACKGROUND**

1.   Please list your last address where you lived before coming to the U.S.  If this is not the country where you fear persecution, also list the last address in the country where you fear persecution. *(List Address, City/Town, Department, Province, or State, and Country.)  (Use Supplement B Form I-589 or additional sheets of paper if necessary.)*

| Number and Street (Provide if available) | City/Town | Department, Province or State | Country | Dates From (Mo/Yr) | To (Mo/Yr) |
|---|---|---|---|---|---|
| Avenida 5A #22N-40 | Cali | Valle | Colombia | | 8/11/1981 |

2.   Provide the following information about your residences during the last five years. List your present address first. *(Use Supplement Form B or additional sheets of paper if necessary.)*

| Number and Street | City/Town | Department, Province or State | Country | Dates From (Mo/Yr) | To (Mo/Yr) |
|---|---|---|---|---|---|
| 5701 8th St Camp Parks | Dublin | California | USA | January 16, 0? | Present |
| 19250 Cayenne Dr | Morgan Hill | California | USA | 11/2003 | 1/16/2004 |
| 100 N Whisman Rd #1314 | Mountain View | California | USA | 7/2002 | 11/2003 |
| 1161 Hopson St | Redwood City | California | USA | 7/1988 | 6/2002 |
| 810 Redwood City AV. | Redwood City | California | USA | 5/1985 | 7/1988 |

3.   Provide the following information about your education, beginning with the most recent. *(Use Supplement B Form I-589 or additional sheets of paper if necessary.)*

| Name of School | Type of School | Location (Address) | Attended From (Mo/Yr) | To (Mo/Yr) |
|---|---|---|---|---|
| GED | Inmate Program | 5701 8th St Camp Parks Dublin CA 94568 | 9/01/04 | 10/10/04 |
| Canada College | College / Accounting | Redwood City - CA. | 1/10/89 | 1/10/61 |
| San Mateo County Office of Education Regional O. Program | Vocational / Accounting | Redwood City CA. | 1/1997 | 12/1997 |
| Please see Resume. | | | | |

4.   Provide the following information about your employment during the last five years. List your present employment first. *(Use Supplement Form B or additional sheets of paper if necessary.)*

| Name and Address of Employer | Your Occupation | Dates From (Mo/Yr) | To (Mo/Yr) |
|---|---|---|---|
| Pacific Graduate School of Psychology, Palo Alto | Accounts Payable Jr. Acct. | 9/03 | 12/03 |
| Accountemps / SAP Markets, Palo Alto | Accounts Payable, Jr. Account. | 11/2001 | 10/2001 |
| Accountemps / Microchips, MT View | Accounts Payable, Jr. Acct. | 6/2000 | 12/2000 |
| Accountemps / Pacific Gateway Exchange, | Accounts Payable → | 11/1999 | 8/2000 |
| Elder Marketing Group - Accountant | See Resume. | 3/1997 | 12/1998 |

5.   Provide the following information about your parents and siblings (brother and sisters). Check box if the person is deceased. *(Use Supplement B Form I-589 or additional sheets of paper if necessary.)*

| | Name | City/Town and Country of Birth | | Current Location |
|---|---|---|---|---|
| Mother | Stella Raines | Manizales Colombia | ☑ Deceased | Colombia 7-25-2004 |
| Father | Alberto Jaramillo | Manizales Colombia | ☒ Deceased | Colombia 8/1996. |
| Siblings | Raphael Jaramillo | Cali - Colombia | ☐ Deceased | Bogota Colombia |
| | Clara Jaramillo | Cali - Colombia | ☒ Deceased | 11-2004 See Attachment |

Form I-589 (Rev. 07/03/03)Y Page 4

001130

## PART B.    INFORMATION ABOUT YOUR APPLICATION

*(Use Supplement B Form I-589 or attach additional sheets of paper as needed to complete your responses to the questions contained in PART B.)*

When answering the following questions about your asylum or other protection claim (withholding of removal under 241(b)(3) of the Act or withholding of removal under the Convention Against Torture) you should provide a detailed and specific account of the basis of your claim to asylum or other protection. To the best of your ability, provide specific dates, places, and descriptions about each event or action described. You should attach documents evidencing the general conditions in the country from which you are seeking asylum or other protection and the specific facts on which you are relying to support your claim. If this documentation is unavailable or you are not providing this documentation with your application, please explain why in your responses to the following questions. Refer to Instructions, Part 1: Filing Instructions, Section II, "Basis of Eligibility," Parts A - D, Section V, "Completing the Form," Part B, and Section VII, "Additional Documents that You Should Submit" for more information on completing this section of the form.

1.  Why are you applying for asylum or withholding of removal under section 241(b)(3) of the Act, or for withholding of removal under the Convention Against Torture? Check the appropriate box (es) below and then provide detailed answers to questions A and B below:

    I am seeking asylum or withholding of removal based on

    ☐ Race
    ☐ Religion
    ☒ Nationality
    ☐ Political opinion
    ☐ Membership in a particular social group
    ☒ Torture Convention

A.  Have you, your family, or close friends or colleagues ever experienced harm or mistreatment or threats in the past by anyone?
    ☐ No  ☒ Yes  If your answer is "Yes," explain in detail:

    1)  What happened;
    2)  When the harm or mistreatment or threats occurred;
    3)  Who caused the harm or mistreatment or threats; and
    4)  Why you believe the harm or mistreatment or threats occurred.

    (see Explanation sheet)
    & attachment of one of the informant
    in the case who was murdered
    after he was deported to Colombia).

B.  Do you fear harm or mistreatment if you return to your home country?
    ☐ No  ☒ Yes  If your answer is "Yes," explain in detail:

    1)  What harm or mistreatment you fear;
    2)  Who you believe would harm or mistreat you; and
    3)  Why you believe you would or could be harmed or mistreated.

    1) I believe I face dead if I get deported to Colombia.
    2). I believe an organizing crime organization related
        with the drug cartel in Colombia.
    3) Because I debrief about friends of the informant
        that was murdered.

001131

**PART B.    INFORMATION ABOUT YOUR APPLICATION Continued**

2.  Have you or your family members ever been accused, charged, arrested, detained, interrogated, convicted and sentenced, or imprisoned in any country other than the United States?

☒ No  ☐ Yes If "Yes," explain the circumstances and reasons for the action.

*No, not one in my family, has been arrested or convicted in any other country/than united states.*

3. A.  Have you or your family members ever belonged to or been associated with any organizations or groups in your home country, such as, but not limited to, a political party, student group, labor union, religious organization, military or paramilitary group, civil patrol, guerrilla organization, ethnic group, human rights group, or the press or media?

☐ No  ☒ Yes If "Yes," describe for each person the level of participation, any leadership or other positions held, and the length of time you or your family members were involved in each organization or activity.

*My uncle " Octavio Jaramillo was assistance political parties with donations for campaigns in the past*

B.  Do you or your family members continue to participate in any way in these organizations or groups?

☒ No  ☐ Yes If "Yes," describe for each person, your or your family members' current level of participation, any leadership or other positions currently held, and the length of time you or your family members have been involved in each organization or group.

*I am not sure at this time.*

4.  Are you afraid of being subjected to torture in your home country or any other country to which you may be returned?

☐ No  ☒ Yes If "Yes," explain why you are afraid and describe the nature of the torture you fear, by whom, and why it would be inflicted.

*yes, I am afraid to be murdered after I returned to my country, I have already explain why I have these dead fears in Part B III question A. See explanation sheet attachment.*

Form I-589 (Rev. 07/03/03)Y Page 6

001132

**PART C.   ADDITIONAL INFORMATION ABOUT YOUR APPLICATION**

*(Use Supplement B Form I-589 or attach additional sheets of paper as needed to complete your responses to the questions contained in Part C.)*

1.   Have you, your spouse, your child(ren), your parents, or your siblings ever applied to the United States Government for refugee status, asylum, or withholding of removal? ☒ No ☐ Yes

If "Yes" explain the decision and what happened to any status you, your spouse, your child(ren), your parents, or your siblings received as a result of that decision.  Please indicate whether or not you were included in a parent or spouse's application.  If so, please include your parent or spouse's A- number in your response.  If you have been denied asylum by an Immigration Judge or the Board of Immigration Appeals, please describe any change(s) in conditions in your country or your own personal circumstances since the date of the denial that may affect your eligibility for asylum.

NO, Not any of the members of my Family ever applied or applying for withholding of Removal. The circustances to face dead in my country are not applying for my Parents who are deceased, for my siblings or for my son who is a citizen of USA. They are not faced dead in my country like myself. As an example see the relatives of the informant in the same case "feruano Velasco Alex", who was recently murdered after He was deported. Nobody in his Family was murdered or harmed but HIM

2.   A.   After leaving the country from which you are claiming asylum, did you or your spouse or child(ren), who are now in the United States, travel through or reside in any other country before entering the United States? ☒ No ☐ Yes

B.   Have you, your spouse, your child(ren), or other family members such as your parents or siblings ever applied for or received any lawful status in any country other than the one from which you are now claiming asylum? ☒ No ☐ Yes

If "Yes" to either or both questions (2A and/or 2B), provide for each person the following: the name of each country and the length of stay; the person's status while there; the reasons for leaving; whether the person is entitled to return for lawful residence purposes; and whether the person applied for refugee status or for asylum while there, and, if not, why he or she did not do so.

A. No, My Son is a citizen of United States and my Ex-Husband "George Biocini" has born in this country and he is a citizen too. I am Divorced.

B. No, Never.

3.   Have you, your spouse, or child(ren) ever ordered, incited, assisted, or otherwise participated in causing harm or suffering to any person because of his or her race, religion, nationality, membership in a particular social group or belief in a particular political opinion?

☒ No ☐ Yes  If "Yes," describe in detail each such incident and your own or your spouse's or child(ren)'s involvement.

No, Never.

**PART C.   ADDITIONAL INFORMATION ABOUT YOUR APPLICATION Continued**

4.   After you left the country where you were harmed or fear harm, did you return to that country?

☒ No   ☐ Yes   If "Yes," describe in detail the circumstances of your visit (for example, the date(s) of the trip(s), the purpose(s) of the trip(s), and the length of time you remained in that country for the visit(s)).

NO, I haven't Returned to my country After I made the Plead agreement with the Government on June 5, 1998. Since this the day of my arrest I had been under protrial svcs supervision and conditions while I was waiting For Sentence too. My teaching conditions were restricted too. Call Mr Jaime Carranza to the Federal Building in San Jose to corroborate statement 408 535 5222 or 535 5223. the beginer of the year 1992 between January & February 22 1992. At that time I haven't Become any INFORMANT yet and I haven't Face any Harm.

5.   Are you filing the application more than one year after your last arrival in the United States?

☐ No   ☒ Yes   If "Yes," explain why you did not file within the first year after you arrived.   You should be prepared to explain at your interview or hearing why you did not file your asylum application within the first year after you arrived.   For guidance in answering this question, see Instructions, Part 1: Filing Instructions, Section V. "Completing the Form," Part C.

yes, because I Arrived to United States on February 11, 1981 with a multiple visa B-2 and I decided to extend my stay permit in United States. Again during that time in my Life I didn't Face Harm in my country. Unfortunately to become an INFORMANT to the government put me in potential Danger and as the court is aware Recently my FEARS increased with the murdered of one of the informants in the same case. (see Attachment of application to extending stay in United States)

6.   Have you or any member of your family included in the application ever committed any crime and/or been arrested, charged, convicted and sentenced for any crimes in the United States?

☐ No   ☒ Yes   If "Yes," for each instance, specify in your response what occurred and the circumstances; dates; length of sentence received; location; the duration of the detention or imprisonment; the reason(s) for the detention or conviction; any formal charges that were lodged against you or your relatives included in your application; the reason(s) for release.   Attach documents referring to these incidents, if they are available, or an explanation of why documents are not available.

yes, my self as the court know I was convicted in a Federal Case with an aggravate felony.

(see Attachment) Explanation Sheet.

My Brother Hernan Taramillo was convicted for state drug charges on the year 1992 and sentence for 7 months in Orange county California

Form I-589 (Rev. 07/03/03)Y Page 8

**PART D.   YOUR SIGNATURE**

*After reading the information regarding penalties in the instructions, complete and sign below. If someone helped you prepare this application, he or she must complete Part E.*

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it are all true and correct. Title 18, United States Code, Section 1546, provides in part: "Whoever knowingly makes under oath, or as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, knowingly subscribes as true, any false statement with respect to a material fact in any application, affidavit, or knowingly presents any such application, affidavit, or other document required by the immigration laws or regulations prescribed thereunder, or knowingly presents any such application, affidavit, or other document containing any such false statement or which fails to contain any reasonable basis in law or fact - shall be fined in accordance with this title or imprisoned not more than five years, or both." I authorize the release of any information from my record which the Bureau of Citizenship and Immigration Services needs to determine eligibility for the benefit I am seeking.

Staple your photograph here or the photograph of the family member to be included on the extra copy of the application submitted for that person.

*WARNING:* **Applicants who are in the United States illegally are subject to removal if their asylum or withholding claims are not granted by an Asylum Officer or an Immigration Judge. Any information provided in completing this application may be used as a basis for the institution of, or as evidence in, removal proceedings even if the application is later withdrawn. Applicants determined to have knowingly made a frivolous application for asylum will be permanently ineligible for any benefits under the Immigration and Nationality Act. See 208(d)(6) of the Act and 8 CFR 208.20.**

| Print Complete Name | Write your name in your native alphabet |
|---|---|
| ANA BeaTRIZ BROCINI | |

Did your spouse, parent, or child(ren) assist you in completing this application?    ☒ No ☐ Yes *(If "Yes," list the name and relationship.)*

_____          _____
*(Name)*                                    *(Relationship)*

_____          _____
*(Name)*                                    *(Relationship)*

Did someone other than your spouse, parent, or child(ren) prepare this application?    ☐ No ☐ Yes *(If "Yes," complete Part E)*

Asylum applicants may be represented by counsel. Have you been provided with a list of persons who may be available to assist you, at little or no cost, with your asylum claim?    ☐ No ☐ Yes

Signature of Applicant *(The person in Part A. 1.)*

[   *Ana B Brocini*   ]                 5-2-2005.
Sign your name so it all appears within the brackets          Date (Mo/Day/Yr)

**PART E.   DECLARATION OF PERSON PREPARING FORM IF OTHER THAN APPLICANT, SPOUSE, PARENT OR CHILD**

I declare that I have prepared this application at the request of the person named in Part D, that the responses provided are based on all information of which I have knowledge, or which was provided to me by the applicant and that the completed application was read to the applicant in his or her native language or a language he or she understands for verification before he or she signed the application in my presence. I am aware that the knowing placement of false information on the Form I-589 may also subject me to civil penalties under 8 U.S.C. 1324(c).

| Signature of Preparer | | Print Complete Name | |
|---|---|---|---|
| Daytime Telephone Number (    ) | | Address of Preparer: Street Number and Name | |
| Apt. No. | City | State | ZIP Code |

**PART F.   TO BE COMPLETED AT INTERVIEW OR HEARING**

*You will be asked to complete this Part when you appear before an Asylum Officer of the U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services (BCIS), or an Immigration Judge of the U.S. Department of Justice, Executive Office for Immigration Review (EOIR) for examination.*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are all true to the best of my knowledge taking into account correction(s) numbered _____ to _____ that were made by me or at my request.

Signed and sworn to before me by the above named applicant on:

_____                    _____
Signature of Applicant                              Date (Mo/Day/Yr)

_____                    _____
Write Your Name in Your Native Alphabet          Signature of Asylum Officer or Immigration Judge

Form I-589 (Rev. 07/03/03)Y Page 9

SUPPLEMENT A FORM I-589

| A # (If available) | Date |
|---|---|
| Applicant's Name | Applicant's Signature |

## LIST ALL OF YOUR CHILDREN, REGARDLESS OF AGE OR MARITAL STATUS.

*(Use this form and attach additional pages and documentation as needed to your application if you have more than four (4) children.)*

| 1. Alien Registration Number (A#)(If any) | 2. Passport/ID Card No. (If any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. Social Security No. (If any) |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (Mo/Day/Yr) |
| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic or Tribal Group | 12. Sex ☐ Male ☐ Female |

13. Is this child in the U.S.? ☐ Yes (Complete blocks 14 to 21.) ☐ No (Specify Location)

| 14. Place of last entry in the U.S.? | 15. Date of last entry in the U.S.? (Mo/Day/Yr) | 16. I-94 No. (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (Mo/Day/Yr) | | 20. Is your child in immigration court proceedings? ☐ Yes ☐ No |

21. If in the U.S., is this child to be included in this application? (Check the appropriate box.)
☐ Yes (Attach one (1) photograph of your child in the upper right hand corner of page 9 on the extra copy of the application submitted for this person.)
☐ No

| 1. Alien Registration Number (A#)(If any) | 2. Passport/ID Card No. (If any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. Social Security No. (If any) |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (Mo/Day/Yr) |
| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic or Tribal Group | 12. Sex ☐ Male ☐ Female |

13. Is this child in the U.S.? ☐ Yes (Complete blocks 14 to 21.) ☐ No (Specify Location)

| 14. Place of last entry in the U.S.? | 15. Date of last entry in the U.S.? (Mo/Day/Yr) | 16. I-94 No. (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (Mo/Day/Yr) | | 20. Is your child in immigration court proceedings? ☐ Yes ☐ No |

21. If in the U.S., is this child to be included in this application? (Check the appropriate box.)
☐ Yes (Attach one (1) photograph of your child in the upper right hand corner of page 9 on the extra copy of the application submitted for this person.)
☐ No

Form I-589 Supplement A (Rev. 07/03/03)Y

**ADDITIONAL INFORMATION ABOUT YOUR CLAIM TO ASYLUM.**

| A # (If available) | Date |
|---|---|
| Applicant's Name | Applicant's Signature |

*Use this as a continuation page for any information requested.  Please copy and complete as needed.*

**PART** _____

**QUESTION** _____

ADDICTIONAL INFORMATION AND EXPLANATION About my WITHHOLDING OF Removal APPLICATION CASE.

PART A I

19. PASSPORT issued EXPLANATION:
My First PASSPORT WAS issued IN Colombia ON 4-12-1987.
IT HAS VISAS to my Trip to Europe AND the two VISAS B-2 FOR UNITED STATES. Expired ON ──→ 4-12-1987
1. B-2 issued ON 5-27-1980
2. B-2 issued ON 1-30-1981    (see Attachment).
FBI Agents seized my fast Passport the day of my arrest MAY 8, 1995.

PART A. III   CONTINUANCE.

5. - PATRICIA KLOUCKHON - CALI Colombia - COLOMBIA
   - Diego JARAMILLO   - Bogota Colombia - Bogota - C/bia
   - HERNAN JARAMILLO  - Boga Colombia - SAN FRANCISCO - Richmond CA - USA.
   - Felipe JARAMILLO   - CALI - Colombia - CALI Colombia

PART B.

A.1) I did made A plead Aggreement with the government on JUNE 5, 1998 IN which The 5K1 DEPARTURE WAS PART OF the Plead Aggreement. I Disclosed INFORMATION to The government About people that Live IN Colombia regarding DRUG Activities including FRIENDS OF ONE OF the Informants IN the SAME CASE "HERNANDO Velazco Alley. AKA Miguel A.... AS the government AFFIDAVITS "
Recently This INFORMANT WAS murdered sometime AFTER he WAS deported to COLOMBIA. (see Attachment OF Pictures From A Local NEWSPAPER From Colombia "EL CALENO"

2) I believe that since I debrief to The government I became A target to FACE HARM, I express my FEARS to The government to the DISTRICT ATTORNEY "BARBARA SILANO" but she mention some KIND OF VISAS but AFTER I debrief to the FBI Agents the government Forgot About IT.

001138

3) I believe the same unknow killer or killers. who murdered the Informant in the same case.

4) Because He was an Informant to the government like me.

PART C.

6) I was Indicted on May 8, 1995 charge for conspiracy to distribute cocaine. Violation Title 21 - section 846. No drug evidence were found at my place (see attachment of arrest report) but there was a wiretap evidence. Nevertheless not any drug transaction occurred for the six months of the intercepted calls I was charge with the conspiracy to distribute cocaine. Anyway I I was bail out 2 weeks later of my arrest and I was under Pretrial services supervision waiting for trial, sentence and surrender for the range time of 9 years. Call or anne carranza to corroborate statement (408) 535 5222 - (408) 535 5223. I pled guilty in June 5, 1998 in which the SK1 departure was part of the plead agreement. As soon as I pled the government want me to debrief, I also assisted the FBE agents and met with them in several occasions. I still was under Pretrial svcs waiting for sentence. 5 years later I was sentence to thirty months costody (4-28-03) and order self surrender 9 months later. The day of sentence Judge Breyer granted the SK1 departure and adjust my offense level to "19" Actually I can't have access to my case documents because I am detained at Dublin. Those case documents are available at the records office at Dublin. My released day supposed to be on last March 2, 2005 but after the INS detainer was place on me therefore I still here. Finally I would like to apologized the court for my involvement in this case.

About my brother who was convicted with drug state charges, actually he is a Real Estate Agent, work for Huete Mortgage Inc. Phone: 510 428 4200 and addresses: 2000 Powell st suite 1203 Emeryville CA 94608.

001140

# AR <u>1141-1238</u> have been deleted.

For AR <u>1141</u> see AR 384
For AR <u>1142-43</u> see AR 387-88
For AR <u>1144</u> see AR 383
For AR <u>1145</u> see AR 385
For AR <u>1146-55</u> see AR 340-47
For AR <u>1156-57</u> see AR 1083-84
For AR <u>1158</u> see AR 338
For AR <u>1159</u> see AR 1088
For AR <u>1160</u> see AR 351
For AR <u>1161</u> see AR 353
For AR <u>1162-65</u> see AR 355-58
For AR <u>1166-68</u> see AR 986-88
For AR <u>1169-71</u> see AR 395-97
For AR <u>1172</u> see AR 336
For AR <u>1173</u> see AR 1066
For AR <u>1174</u> see AR 366
For AR <u>1175</u> see AR 1068
For AR <u>1176</u> see AR 363
For AR <u>1177</u> see AR 366
For AR <u>1178</u> see AR 362

For AR <u>1179</u> see AR 1004
For AR <u>1180</u> see AR 380
For AR <u>1181</u> see AR 336
For AR <u>1182-86</u> see AR 1141-45
For AR <u>1187</u> see AR 349
For AR <u>1188</u> see AR 1006
For AR <u>1189-90</u> see AR 1008-07
For AR <u>1191</u> see AR 378
For AR <u>1192-98</u> see AR 1059-65
For AR <u>1199-1206</u> see AR 1030-37
For AR <u>1207-09</u> see AR 383-85
For AR <u>1210-11</u> see AR 387-388
For AR <u>1212</u> see AR 380
For AR <u>1213-25</u> see AR 1038-1050
For AR <u>1226-38</u> see AR 1017-29

Ms Biocini:

   Pursuant to your conversation with Judge Murry on 4/18/04; I am forwarding the list of Free Legal Service Providers.

   Bear in mind that they may have long waiting lists.

   Kind regards,

         Eduardo Messidoro


Señorita Biocini:

   A raíz de la conversación suya con el Juez Murry; aca le envío la lista de Org. de Servicios Legales Gratuitos.

   Tenga en cuenta que pueden tener listas de espera considerables.

   Saludos cordiales,

        Eduardo Messidoro

# AR <u>1240-1313</u> have been deleted.

# Please see AR 324-97