**CERTIFICATE OF SERVICE**

FILED

FEB - 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANA BIOCINI, )
A 91 182 333, an individual, )
)
      Petitioner, )
)
vs. )
)
MICHAEL MUKASEY, in his official )
capacity as Attorney General of the United )
States; MICHAEL CHERTOFF, in his )
official capacity as Secretary of the )
Department of Homeland Security; )
NANCY ALCANTAR, in her official )
capacity as San Francisco Field Office )
Director of U.S. Immigration and Customs )
Enforcement, Detention and Removal; )
DONNY YOUNGBLOOD, in his official )
capacity as Sheriff of Kern County Sheriff's )
Department and Lerdo Detention Facility, )
)
      Respondents. )

Case No.:

**CV 08 -0885**

E-filing

**SI**

My business address is UC Davis Immigration Clinic, One Shields Avenue, TB-30, Davis, California 95616. I am employed in the County of Yolo. I am over the age of 18 years and not a party to the above named action.

On February 7, 2008, I served a copy of Petitioner's [Proposed] Order to Granting Preliminary Injunction and accompanying attachments on the interested parties in said action addressed as follows:

Michael Chertoff
Office of the General Counsel
U.S. Department of Homeland Security
Washington, DC 20528

Joseph Russoniello
Office of the U.S. Attorney
450 Golden Gate Ave. 11th Floor
San Francisco, CA 94102

Michael B. Mukasey
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington D.C. 20530-0001

Nancy Alcantar
Field Office Director, San Francisco
630 Sansome Street, Rm. 590
San Francisco, CA 94111

Donny Youngblood
Kern County Sheriff's Office
1350 Norris Road
Bakersfield, CA 93308-2231

by Federal Express by placing a true and correct copy of the documents listed
above enclosed in a sealed box fully prepaid in the United States at Davis,
California.

I declare under penalty of perjury that the foregoing is true and correct to the best
of my knowledge.

Executed on February 7, 2008 in Davis, California.

Teresa Medina

2