IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA BIOCINI, | No. C 08-885 SI |
|     Petitioner, | **ORDER TO SHOW CAUSE** |
|   v. | |
| MICHAEL MUKASEY, in his official capacity as Attorney General of the United States, *et al.*, | |
|     Respondents. | |

      Petitioner Ana Biocini has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner states that she is currently detained in immigration custody, and that she has exhausted her administrative remedies. Petitioner alleges that she has been detained for almost two years without a hearing under the general immigration detention statutes, and that her continued detention violates the United States Constitution, federal statutes, and international law.

      The Court concludes that the petition warrants a response from respondents. Respondents must file and serve upon petitioner, on or before March 21, 2008, an answer showing cause why a writ of habeas corpus should not be issued. Respondents must file with the answer a copy of all portions of the administrative proceedings that are relevant to a determination of the issues presented in the petition. If petitioner wishes to respond to the answer, she must do so by filing a traverse with the Court and serving it on respondents on or before April 11, 2008. If the parties wish to modify this schedule, they may do so by joint stipulation. If, after review of the parties' answer and traverse, the Court determines

that oral argument is necessary, the Court shall so notify the parties.

**IT IS SO ORDERED.**

Dated: February 12, 2008

SUSAN ILLSTON
United States District Judge