

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me ¹

DATE **2/22/2008**

Name of SERVER
**NICHOLAS MORSE**

TITLE **INVESTIGATOR**

Check one box below to indicate appropriate method of service

☒ Served Personally upon the Defendant. Place where served: **KERN COUNTY SHERIFF'S DEPARTMENT BUILDING A.**

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on **2/22/2008** 1022 hrs.
Date

Signature of Server

**1315 TRUXTUN AVE, 93301**
Address of Server

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE 2/2/08 |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |

| Name of SERVER *Holly Cooper* | TITLE *Attorney* |
|---|---|

*Check one box below to indicate appropriate method of service*

☑ Served Personally upon the Defendant. Place where served:
*Joseph Russoniello (agent Tiffani Chiu)*
*450 Golden Gate Ave 11th Floor*
*San Francisco, CA 94102*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  *2/21/08*
       *Date*

Signature of Server

*One Shields Ave. TB 30 Davis, CA 95616*
Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

(Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 2/2/08 |

| Name of SERVER | TITLE |
|---|---|
| Teresa Medina | Office Manager |

*Check one box below to indicate appropriate method of service*

☐  Served Personally upon the Defendant. Place where served:

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐  Returned unexecuted:

☒  Other *(specify)*:  By Certified mail.  I am familiar with the Immigration Law Clinic's and UC Davis School of Law's business practice for the collection and processing for certified mail with the US Postal Service.  Such correspondence will be deposited with a facility regularly maintained by the USPostal service for receipt of certified mail. Donny Youngblood, 1350 Norris Rd. Bakersfield, CA 93308

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on     2/20/08
                              *Date*

*Signature of Server*

Immigration Law Clinic
One Shields Avenue, TB-30
Davis, CA  95616
*Address of Server*

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 2/2 /08 |

| NAME OF SERVER | TITLE |
|---|---|
| Teresa Medina | Office Manager |

*Check one box below to indicate appropriate method of service*

☐     Served Personally upon the Defendant. Place where served:

☐     Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐     Returned unexecuted:

☒     Other (specify):   By Certified mail.  I am familiar with the Immigration Law Clinic's and UC Davis School of Law's business practice for the collection and processing for certified mail with the US Postal Service.  Such correspondence will be deposited with a facility regularly maintained by the USPostal service for receipt of certified mail. Michael Chertoff, USDHS, Washington DC
20528

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    2/20/08
            *Date*

*Signature of Server*

Immigration Law Clinic
One Shields Avenue, TB-30
Davis, CA  95616
*Address of Server*

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 2/2/08 |

| NAME OF SERVER | TITLE |
|---|---|
| Teresa Medina | Office Manager |

*Check one box below to indicate appropriate method of service*

☐    Served Personally upon the Defendant. Place where served:

☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐    Returned unexecuted:

☑    Other (specify):   By Certified mail. I am familiar with the Immigration Law Clinic's and UC Davis School of Law's business practice for the collection and processing for certified mail with the US Postal Service. Such correspondence will be deposited with a facility regularly maintained by the USPostal service for receipt of certified mail. Michael Mukasey, 950 Pennsylvania Ave NW Washington, DC 20530-0001

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2/20/08
        *Date*

              *Signature of Server*

Immigration Law Clinic
One Shields Avenue, TB-30
Davis, CA 95616
*Address of Server*

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 2/2/08 |

| NAME OF SERVER | TITLE |
|---|---|
| Teresa Medina | Office Manager |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):   By Certified mail.  I am familiar with the Immigration Law Clinic's and UC Davis School of Law's business practice for the collection and processing for certified mail with the US Postal Service.  Such correspondence will be deposited with a facility regularly maintained by the USPostal service for receipt of certified mail. *Nancy Alcantar, 630 Sansome St, room 590 San Francisco, CA 94111*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    2/20/08
                      *Date*

*Signature of Server*

Immigration Law Clinic
One Shields Avenue, TB-30
Davis, CA  95616
*Address of Server*

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 2/2 /08 |

| NAME OF SERVER | TITLE |
|---|---|
| Teresa Medina | Office Manager |

*Check one box below to indicate appropriate method of service*

☐   Served Personally upon the Defendant. Place where served:

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐   Returned unexecuted:

☑   Other (specify):   By Certified mail.  I am familiar with the Immigration Law Clinic's and UC Davis School of Law's business practice for the collection and processing for certified mail with the US Postal Service.  Such correspondence will be deposited with a facility regularly maintained by the USPostal service for receipt of certified mail. Joseph Russoniello, 450 Golden Gate Ave, 11th Floor San Francisco, CA 94102

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    2/20/08
                 *Date*

_____
*Signature of Server*

Immigration Law Clinic
One Shields Avenue, TB-30
Davis, CA  95616
*Address of Server*

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 1.65 |
| Certified Fee | | 2.65 |
| Return Reciept Fee (Endorsement Required) | | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 6.45 |

Sent To DONNY YOUNGBLOOD
Street, Apt. No.; or PO Box No. 1350 NORRIS RD.
City, State, ZIP+4 BAKERSFIELD, CA 93308-2231

PS Form 3800, June 2002        See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 1.65 |
| Certified Fee | | 2.65 |
| Return Reciept Fee (Endorsement Required) | | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 6.45 |

Sent To MICHAEL CHERTOFF
Street, Apt. No.; or PO Box No. U.S. DHS
City, State, ZIP+4 WASHINGTON DC. 20528

PS Form 3800, June 2002        See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 1.65 |
| Certified Fee | | 2.65 |
| Return Reciept Fee (Endorsement Required) | | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 6.45 |

Sent To MICHAEL MUKASEY
Street, Apt. No.; or PO Box No. 950 PENNSYLVANIA AVE., N.W.
City, State, ZIP+4 WASHINGTON D.C. 20530-0001

PS Form 3800, June 2002        See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 1.65 |
| Certified Fee | | 2.65 |
| Return Reciept Fee (Endorsement Required) | | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 6.45 |

Sent To NANCY ALCANTAR
Street, Apt. No.; or PO Box No. 1630 SANSOME ST, RM. 590
City, State, ZIP+4 SAN FRANCISCO, CA 94111

PS Form 3800, June 2002        See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 1.65 |
| Certified Fee | | 2.65 |
| Return Reciept Fee (Endorsement Required) | | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 6.45 |

Sent To JOSEPH RUSSONIELLO
Street, Apt. No.; or PO Box No. 450 GOLDEN GATE AVE - 11TH Fl.
City, State, ZIP+4 SAN FRANCISCO, CA 94102

PS Form 3800, June 2002        See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Nancy Alcantar
Field Office Director, SF
630 Sansome St, Rm. 590
San Francisco, CA 94111

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _ASILLVA_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)

7003 1680 0001 2987 2116

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Mukasey
Attorney General
U.S. Department of Justice
950 Pennsylvania Ave, N.W.
Washington DC. 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Emmett Parker_    ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
FEB 20, 2008

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7003 1680 0001 2987 2130

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1540

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X ☐ Agent
☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

2-19-08

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Civil Process Clerk
Joseph Russoniello
Office of US Attorney
450 Golden Gate Ave 11th fl.
San Francisco, CA 94102

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7003 1680 0001 2987 2123

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   Hilen Carrasco

C. Date of Delivery   3/20/08

D. Is delivery address different from item 1?   ☐ Yes

If YES, enter delivery address below:   ☐ No

1. Article Addressed to:

Donny Youngblood

Kern County Sheriff's Office

1350 Norris Rd.

Bakersfield, CA 93308-2231

3. Service Type

☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7003 1680 0001 2987 2109

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540

# CERTIFICATE OF SERVICE

|  |  |
|---|---|
| ANA BIOCINI,<br>A 91 182 333, an individual,<br><br>        Petitioner,<br><br>        vs.<br>MICHAEL MUKASEY, in his official<br>capacity as Attorney General of the United<br>States; MICHAEL CHERTOFF, in his<br>official capacity as Secretary of the<br>Department of Homeland Security;<br>NANCY ALCANTAR, in her official<br>capacity as San Francisco Field Office<br>Director of U.S. Immigration and Customs<br>Enforcement, Detention and Removal;<br>DONNY YOUNGBLOOD, in his official<br>capacity as Sheriff of Kern County Sheriff's<br>Department and Lerdo Detention Facility,<br><br>        Respondents. | )<br>)<br>)<br>)  **Case No.: CV 08 – 0885 SI**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

My business address is UC Davis Immigration Clinic, One Shields Avenue, TB-30, Davis, California 95616.  I am employed in the County of Yolo.  I am over the age of 18 years and not a party to the above named action.

On February 26, 2008, I served a copy of Proof of Service of Summons and accompanying attachments on the interested parties in said action addressed as follows:

Michael Chertoff
Office of the General Counsel
U.S. Department of Homeland Security
Washington, DC 20528

Joseph Russoniello
Office of the U.S. Attorney
450 Golden Gate Ave. 11th Floor
San Francisco, CA 94102

Michael B. Mukasey
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington D.C. 20530-0001

Nancy Alcantar
Field Office Director, San Francisco
630 Sansome Street, Rm. 590
San Francisco, CA 94111

Donny Youngblood
Kern County Sheriff's Office
1350 Norris Road
Bakersfield, CA 93308-2231

by United States Postal Service by placing a true and correct copy of the documents listed above enclosed in a sealed box fully prepaid in the United States at Davis, California.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on February 26, 2008 in Davis, California.

Teresa Medina