HOLLY COOPER, SBN 197626
U.C. DAVIS IMMIGRATION LAW CLINIC
University of California, Davis School of Law
One Shields Ave., TB-30
Davis, CA 95616-8821
Tel: (530)752-6942
Fax: (530)752-0822
E-mail: hscooper@ucdavis.edu

Attorney for Petitioner
ANA BIOCINI

FILED

08 FEB 28 PM 12: 46

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

February 26, 2008

Re: ANA BIOCINI, A 91 182 333
Case No: 08-0885 SI

To Whom It May Concern:

Please find Proof of Service and a Certificate of Service enclosed.

Thank you,

Holly Cooper
Attorney for Petitioner

02/22/08  14:24 FAX 6618684785    Public Defender    ☒002

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 2/22/2008 |
| Name of SERVER NICHOLAS MORSE | TITLE I-NVESTIGATOR |

Check one box below to indicate appropriate method of service

☒ Served Personally upon the Defendant. Place where served: KERN COUNTY SHERIFF'S DEPARTMENT BUILDING A.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/22/2008 1022 hrs.
            Date

Signature of Server

1315 TRUXTUN AVE, 93301
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 2/2/08 |
| Name of SERVER Holly Cooper | TITLE Attorney |

Check one box below to indicate appropriate method of service

☒ Served Personally upon the Defendant. Place where served: (Tiffani Chiu)
Joseph Russoniello (agent Tiffani Chiu)
450 Golden Gate Ave 11th Floor
San Francisco, CA 94102

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/21/08
Date

Signature of Server

One Shields Ave. TB 30 Davis, CA 95616.
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

(Rev 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 2/2/08 |
| Name of SERVER | TITLE |
| Teresa Medina | Office Manager |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): By Certified mail. I am familiar with the Immigration Law Clinic's and UC Davis School of Law's business practice for the collection and processing for certified mail with the US Postal Service. Such correspondence will be deposited with a facility regularly maintained by the USPostal service for receipt of certified mail. Donny Youngblood, 1350 Norris Rd, Bakersfield, CA 93308

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/20/08
            Date

Signature of Server

Immigration Law Clinic
One Shields Avenue, TB-30
Davis, CA 95616
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

≈Rev 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 2/2/08 |

| NAME OF SERVER | TITLE |
|---|---|
| Teresa Medina | Office Manager |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): By Certified mail. I am familiar with the Immigration Law Clinic's and UC Davis School of Law's business practice for the collection and processing for certified mail with the US Postal Service. Such correspondence will be deposited with a facility regularly maintained by the USPostal service for receipt of certified mail. Michael Chertoff, USDHS, Washington DC 20528

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2/20/08
              Date

Signature of Server

Immigration Law Clinic
One Shields Avenue, TB-30
Davis, CA 95616
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

*AO Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me | 2/2/08 |

| NAME OF SERVER | TITLE |
|---|---|
| Teresa Medina | Office Manager |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): By Certified mail. I am familiar with the Immigration Law Clinic's and UC Davis School of Law's business practice for the collection and processing for certified mail with the US Postal Service. Such correspondence will be deposited with a facility regularly maintained by the USPostal service for receipt of certified mail. Michael Mukasey, 950 Pennsylvania Ave NW Washington, DC 20530-000

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/20/08
           Date

Signature of Server

Immigration Law Clinic
One Shields Avenue, TB-30
Davis, CA 95616
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO Rev 8/01 Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me | 2/2/08 |

| NAME OF SERVER | TITLE |
|---|---|
| Teresa Medina | Office Manager |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): By Certified mail. I am familiar with the Immigration Law Clinic's and UC Davis School of Law's business practice for the collection and processing for certified mail with the US Postal Service. Such correspondence will be deposited with a facility regularly maintained by the USPostal service for receipt of certified mail. Nancy Alcantar, 630 Sansome St, room 590 San Francisco, CA 94111

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/20/08
Date

Signature of Server

Immigration Law Clinic
One Shields Avenue, TB-30
Davis, CA 95616
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

∗AO440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 2/2/08 |

| NAME OF SERVER | TITLE |
|---|---|
| Teresa Medina | Office Manager |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): By Certified mail. I am familiar with the Immigration Law Clinic's and UC Davis School of Law's business practice for the collection and processing for certified mail with the US Postal Service. Such correspondence will be deposited with a facility regularly maintained by the USPostal service for receipt of certified mail. Joseph Russoniello, 450 Golden Gate Ave, 11th Floor San Francisco, CA 94102

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/20/08
                Date

Signature of Server

Immigration Law Clinic
One Shields Avenue, TB-30
Davis, CA 95616
*Address of Server*

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



**Receipt 1:**
Postage: $1.65
Certified Fee: 2.65
Return Receipt Fee: 2.15
Total Postage & Fees: $6.45
Law Clinic
Sent To: DONNY YOUNGBLOOD
1350 NORRIS RD.
BAKERSFIELD, CA 93308-2231

**Receipt 2:**
Postage: $1.65
Certified Fee: 2.65
Return Receipt Fee: 2.15
Total Postage & Fees: $6.45
Sent To: MICHAEL CHERTOFF
U.S. DHS
WASHINGTON D.C. 20528

**Receipt 3:**
Postage: $1.65
Certified Fee: 2.65
Return Receipt Fee: 2.15
Total Postage & Fees: $6.45
Sent To: MICHAEL MUKASEY
950 PENNSYLVANIA AVE., N.W.
WASHINGTON D.C. 20530-0001

**Receipt 4:**
Postage: $1.65
Certified Fee: 2.65
Return Receipt Fee: 2.15
Total Postage & Fees: $6.45
Sent To: NANCY ALCANTAR
630 SANSOME ST., RM. 590
SAN FRANCISCO, CA 94111

**Receipt 5:**
Postage: 1.65
2.65
2.15
6.45
JOSEPH RUSSONIELLO
450 GOLDEN GATE AVE - 11TH FL
SAN FRANCISCO, CA 94102

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[illegible]_   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>_20, 2008_ |
| 1. Article Addressed to:<br>Michael Mukasey<br>Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Ave., N.W.<br>Washington D.C. 20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 1680 0001 2987 2130 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _ASHA_   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>Nancy Alcantar<br>Field Office Director, SF<br>630 Sansome St., Rm. 590<br>San Francisco, CA 94111 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 1680 0001 2987 2116 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Process Clerk
Joseph Russoniello
Office of US Attorney
450 Golden Gate Ave 11th Fl.
San Francisco, CA 94102

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name): [illegible]
C. Date of Delivery: 2-19-0[?]

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7003 1680 0001 2987 2123

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Donny Youngblood
Kern County Sheriff's Office
1350 Norris Rd.
Bakersfield, CA 93308-2231

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] A. Carrasco
☐ Agent
☐ Addressee

B. Received by (Printed Name): Hilen Carrasco
C. Date of Delivery: 2/20/08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7003 1680 0001 2987 2109

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

## CERTIFICATE OF SERVICE

ANA BIOCINI,  )
A 91 182 333, an individual,  )
        Petitioner,  )  Case No.: CV 08 – 0885 SI
    vs.  )
MICHAEL MUKASEY, in his official  )
capacity as Attorney General of the United  )
States; MICHAEL CHERTOFF, in his  )
official capacity as Secretary of the  )
Department of Homeland Security;  )
NANCY ALCANTAR, in her official  )
capacity as San Francisco Field Office  )
Director of U.S. Immigration and Customs  )
Enforcement, Detention and Removal;  )
DONNY YOUNGBLOOD, in his official  )
capacity as Sheriff of Kern County Sheriff's  )
Department and Lerdo Detention Facility,  )
        Respondents.  )

    My business address is UC Davis Immigration Clinic, One Shields Avenue, TB-30, Davis, California 95616. I am employed in the County of Yolo. I am over the age of 18 years and not a party to the above named action.

    On February 26, 2008, I served a copy of Proof of Service of Summons and accompanying attachments on the interested parties in said action addressed as follows:

Michael Chertoff
Office of the General Counsel
U.S. Department of Homeland Security
Washington, DC 20528

Joseph Russoniello
Office of the U.S. Attorney
450 Golden Gate Ave. 11th Floor
San Francisco, CA 94102

1

Michael B. Mukasey
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington D.C. 20530-0001

Nancy Alcantar
Field Office Director, San Francisco
630 Sansome Street, Rm. 590
San Francisco, CA 94111

Donny Youngblood
Kern County Sheriff's Office
1350 Norris Road
Bakersfield, CA 93308-2231

by United States Postal Service by placing a true and correct copy of the documents listed above enclosed in a sealed box fully prepaid in the United States at Davis, California.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on February 26, 2008 in Davis, California.

Teresa Medina

2