**B.C. BARMANN, SR., COUNTY COUNSEL**
**COUNTY OF KERN, STATE OF CALIFORNIA**
**By Mark L. Nations, Chief Deputy (Bar # 101838)**
**Administrative Center**
**1115 Truxtun Avenue, Fourth Floor**
**Bakersfield, California 93301**
**Telephone:  (661) 868-3800**

**Attorney for Respondent Donny Youngblood**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANA BIOCINI,** | **CASE NO.  3:08-CV-00885 SI** |
| **Petitioner,** | RESPONSE TO ORDER TO SHOW CAUSE |
| v. | |
| **MICHAEL MUKASEY, in his official capacity as Attorney General of the United States, et al.** | |
| **Respondents.** | |

COMES NOW Respondent Donny Youngblood, and responds to the Order to Show Cause as follows:

Respondent is Sheriff of Kern County.  Petitioner Ana Biocini is being held in a Kern County detentions facility at the direction of the United States of America. Respondent will comply with whatever court order is issued in this matter and takes no position as to the legality of Petitioner's continued detention under federal immigration law.

Dated: March 19, 2008          B. C. BARMANN, SR., COUNTY COUNSEL


By___/s/Mark L. Nations_____
    Mark L. Nations, Chief Deputy - Litigation
    Attorney for Respondent Donny Youngblood

#163469.1