**B.C. BARMANN, SR., COUNTY COUNSEL**
**COUNTY OF KERN, STATE OF CALIFORNIA**
**By Mark L. Nations, Chief Deputy (Bar # 101838)**
**Administrative Center**
**1115 Truxtun Avenue, Fourth Floor**
**Bakersfield, California 93301**
**Telephone: (661) 868-3800**

**Attorney for Respondent Donny Youngblood**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA BIOCINI,<br><br>         Petitioner,<br><br>   v.<br><br>MICHAEL MUKASEY, in his official capacity as Attorney General of the United States, et al.<br><br>         Respondents. | CASE NO. 3:08-CV-00885 SI<br><br>RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION<br><br>Date:  April 7, 2008<br>Time:  9:00 a.m.<br>Court:  10 |

COMES NOW Respondent Donny Youngblood, and responds to the Motion for Preliminary Injunction as follows:

Respondent is Sheriff of Kern County. Petitioner Ana Biocini is being held in a Kern County detentions facility at the direction of the United States of America. Respondent will comply with whatever court order is issued in this matter and takes no position as to the legality of Petitioner's continued detention under federal immigration law.

Dated: March 26, 2008          B. C. BARMANN, SR., COUNTY COUNSEL


                               By    /s/ Mark L. Nations
                                   Mark L. Nations, Chief Deputy - Litigation
                                   Attorney for Respondent Donny Youngblood

#163668.1

Response to Motion for Preliminary Injunction   1