## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 4/7/08

Case No.    C-08-0885SI           Judge:   SUSAN ILLSTON

Title: ANA BIOCINI -v- MICHAEL MUKASEY

Attorneys: H. Cooper, G. Law, D. Zee, J. Foster          M. Proctor, E. Harris

Deputy Clerk:  Tracy Sutton   Court Reporter: J. Gonzales

### PROCEEDINGS

1)   Motion for Preliminary Injunction - HELD

2) 

3) 

Order to be prepared by:  ( )Pltf   ( )Deft   ( X )Court

Disposition :  ( ) GRANTED, ( X ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                 PART

Case continued to    @ 2:30 p.m. for Further Case Management Conference

Case continued to    @ 9:00 a.m.   for Motions
(Motion due , Opposition  Reply )

Case continued to    @ 3:30 p.m.  for Pretrial Conference

Case continued to    @ 8:30 a.m.  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING: