United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA BIOCINI, | No. C 08-885 SI |
| Petitioner, | **ORDER DENYING PETITIONER'S MOTION FOR PRELIMINARY INJUNCTION; ORDER TO SHOW CAUSE WHY PETITION SHOULD NOT BE DISMISSED AS MOOT** |
| v. | |
| MICHAEL MUKASEY, *et al.*, | |
| Respondents. | |

On April 7, 2008, the Court held a hearing on petitioner's motion for a preliminary injunction; that motion sought petitioner's immediate release from custody. On April 11, 2008, respondents filed a "Notice of Release" stating that petitioner was released from custody on April 11.

Accordingly, the Court DENIES petitioner's motion for a preliminary injunction as moot. (Docket Nos. 3 & 9). The Court also ORDERS petitioner to show cause why the petition should not be dismissed as moot in light of petitioner's release. Petitioner shall file a response to this order no later than **April 25, 2008**, and respondents may file a response, if any, no later than **May 2, 2008**. The Court VACATES the April 28, 2008 hearing, and will take the matter under submission.

**IT IS SO ORDERED.**

Dated: April 17, 2008

SUSAN ILLSTON
United States District Judge